1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  MARK A. SHEFT (No. 183732)
   Email: msheft@howardrice.com
3  MICHAEL L. GALLO (No. 220552)
   Email: mgallo@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California 94111-4024
   Telephone: 415/434-1600
7  Facsimile: 415/217-5910

   E-filing

8  Attorneys for Plaintiffs
   THOMAS WEISEL PARTNERS LLC and
9  THOMAS WEISEL INTERNATIONAL
   PRIVATE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation; BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company; and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. CV 07 BZ<br><br>Action Filed:<br><br>PLAINTIFFS THOMAS WEISEL PARTNERS LLC and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED'S NOTICE OF INTERESTED PARTIES (FRCP 7.1) |

NOTICE OF INTERESTED PARTIES (FRCP 7.1)

The undersigned, counsel of record for Plaintiffs Thomas Weisel Partners LLC and Thomas Weisel International Private Limited, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. <u>Thomas Weisel International Private Limited</u>: Thomas Weisel International Private Limited is a Mumbai, India-based financial services firm. It is partially owned by Thomas Weisel Partners (Mauritius) and partially owned by Thomas Weisel Partners LLC.

2. <u>Thomas Weisel Partners (Mauritius)</u>: Thomas Weisel Partners (Mauritius) is a 100% wholly owned subsidiary of Thomas Weisel Partners LLC.

3. <u>Thomas Weisel Partners LLC</u>: Thomas Weisel Partners LLC is an investment bank and broker-dealer that is a 100% wholly owned subsidiary of Thomas Weisel Partners Group, Inc.

4. <u>Thomas Weisel Partners Group, Inc.</u>: Thomas Weisel Partners Group, Inc. is a publicly-traded financial services holding company.

DATED: December 6, 2007.

Respectfully,

GILBERT R. SEROTA
MARK A. SHEFT
MICHAEL L. GALLO
HOWARD RICE NEMEROVSKI CANADY
 FALK & RABKIN
A Professional Corporation

By: _____
     GILBERT R. SEROTA

Attorneys for Plaintiffs THOMAS WEISEL PARTNERS LLC and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED