GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
MARK A. SHEFT (No. 183732)
Email: msheft@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
  FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:  415/217-5910

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC and
THOMAS WEISEL INTERNATIONAL
PRIVATE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. C-07-6198 BZ<br><br>Action Filed: December 6, 2007<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE        C-07-6198 BZ

1   REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2   Pursuant to Civ. L.R. 73-1(a)(1), the undersigned party hereby declines to consent to the
3   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby
4   requests the reassignment of this case to a United States District Judge.

6   DATED: December 20, 2007

7                                   Respectfully,

8                                   GILBERT R. SEROTA
                                    MARK A. SHEFT
9                                   MICHAEL L. GALLO
                                    HOWARD RICE NEMEROVSKI CANADY
10                                      FALK & RABKIN
                                    A Professional Corporation
11

12                                  By: _____/s/_____
                                           GILBERT R. SEROTA
13
                                    Attorneys for Plaintiffs THOMAS WEISEL
14                                  PARTNERS LLC and THOMAS WEISEL
                                    INTERNATIONAL PRIVATE LIMITED



DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE        C-07-6198 BZ
-1-

# PROOF OF SERVICE

I, Nicholette, N. Prince declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024. On December 20, 2007, I served the following document(s) described as: **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by transmitting via email the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Leiv Blad
Clifford Chance
2001 K Street NW
Washington, DC 20006-1001
USA

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on December 20, 2007.

*/s/ Nicholette N Prince*
Nicholette N. Prince