1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  MARK A. SHEFT (No. 183732)
   Email: msheft@howardrice.com
3  MICHAEL L. GALLO (No. 220552)
   Email: mgallo@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California 94111-4024
   Telephone:   415/434-1600
7  Facsimile:   415/217-5910

8  Attorneys for Plaintiffs
   THOMAS WEISEL PARTNERS LLC and
9  THOMAS WEISEL INTERNATIONAL
   PRIVATE LIMITED
10

11                UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA
13                SAN FRANCISCO DIVISION
14

15 | THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and | No. C-07-6198 MHP
16 | THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company, | Action Filed: December 6, 2007
17 | | PROOF OF SERVICE OF SUMMONS IN A CIVIL CASE, COMPLAINT,
   | Plaintiffs, |
18 | | NOTICE OF INTERESTED PARTIES AND RELATED DOCUMENTS
   | v. |
19 | | EFFECTED ON DEFENDANTS
   | BNP PARIBAS, a French corporation, BNP |
20 | PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN | Judge:       Hon. Marilyn H. Patel
   |                                          | Trial Date:  None set
21 | CHAKRAVARTY, an individual, |
22 | Defendants. |

1  Plaintiffs THOMAS WEISEL PARTNERS LLC and THOMAS WEISEL
2  INTERNATIONAL PRIVATE LIMITED hereby submit the following proof of effective
3  service upon Defendants BNP PARIBAS, BNP PARIBAS SECURITIES (ASIA) LIMITED
4  and PRAVEEN CHAKRAVARTY pursuant to the Federal Rules of Civil Procedure:

5  1) BNP PARIBAS — Effected on December 6, 2007 via personal service, pursuant to
6  Rules 4(c)(1) & (2) of the Federal Rules of Civil Procedure (the Proof of Service is attached
7  hereto as Exhibit A);

8  2) BNP PARIBAS SECURITIES (ASIA) LIMITED — Effected on December 13,
9  2007 via Registered Mail, pursuant to Rules 4(l)(1) & (2) of the Federal Rules of Civil
10 Procedure (the Proof of Service is attached hereto as Exhibit B);

11 3) PRAVEEN CHAKRAVARTY — Effected on December 11, 2007 via personal
12 service, pursuant to Rule 4(f)(2)(A) of the Federal Rules of Civil Procedure (the Proof of
13 Service is attached hereto as Exhibit C).

15 DATED: January 9, 2008.

16                                    Respectfully,

17                                    GILBERT R. SEROTA
                                      MARK A. SHEFT
18                                    MICHAEL L. GALLO
                                      HOWARD RICE NEMEROVSKI CANADY
19                                          FALK & RABKIN
                                      A Professional Corporation
20
21                                    By: _____/s/_____
                                              GILBERT R. SEROTA
22
                                      Attorneys for Plaintiffs THOMAS WEISEL
23                                    PARTNERS LLC and THOMAS WEISEL
                                      INTERNATIONAL PRIVATE LIMITED