# EXHIBIT A

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| GILBERT R. SEROTA<br>HOWARD RICE NEMEROVSKI CANADY, ET AL.<br>THREE EMBARCADERO CENTER<br>7TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-434-1600    FAX No: 415-217-5910 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>12792.0024 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: THOMAS WELSEL PARTNERS, LLC, et al.
Defendant: BNP PARIBAS, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 07 6198 BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; PLAINTIFFS THOMAS WEISEL PARTNERS LLC and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED'S NOTICE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; WELCOME TO THE U.S. DISTRICT COURT; DROP BOX FILING PROCEDURES; ADR INFORMATION PACKAGE; ECF REGISTRATION INFORMATION HANDOUT.

3. a. Party served:         BNP PARIBAS c/o FRANCES KAWAGUCHI
   b. Person served:        MARIDA ELE, AUTHORIZED TO ACCEPT

4. Address where the party was served:   ONE FRONT STREET
                                         23RD FLOOR
                                         SAN FRANCISCO, CA 94111

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Dec. 06, 2007 (2) at: 3:52PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BNP PARIBAS
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JEREMIAH STEELE                               d. *The Fee for Service was:*
                                                    e. I am: Not a Registered California Process Server

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Dec. 10, 2007

                                                                                (JEREMIAH STEELE)

Judicial Council Form POS-010                PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT                     6388203.howri.101863

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 6 DEC 2007 |
| Name of SERVER<br>Jeremiah Stulb | TITLE |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:

    One Front Street, 23rd Floor
    San Francisco, CA 94111

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Marida Ele
    Authorized to Accept

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10 DEC 2007
               Date

Signature of Server

138 Howard St, San Francisco, CA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.