**EXHIBIT C**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Thomas Weisel Partners LLC, and
Thomas Weisel International Private Limited                    … Plaintiffs

     V.

BNP Paribas; BNP Paribas Securities (Asia) Limited; and
Praveen Chakravarty                                           … Defendants

**CASE: CV 07 6198 BZ**

### AFFIDAVIT OF PROOF OF SERVICE

I, Dasharath S. Thakur, of Mumbai Indian inhabitant, a special bailiff attached to the courts of Bombay (Mumbai), having my address at Room number 2, S. P. Mishra Chawl, Mogra West, Andheri (East), Mumbai - 400 069, India, do hereby solemnly affirm and state as follows:

1.     At the request of Howard Rice Nemerovski Canady Falk & Rabkin, Plaintiffs' Attorneys and Majmudar & Co., Attorneys at Mumbai, I attended the residence of the Defendant, Praveen Chakravarty, at Flat number 73, Goolestan, 34 Bhulabhai Desai Road, Mumbai, India 400 026, at or about 8.00 A.M., on December 11, 2007 and served personally upon him, the following documents in the captioned matter:

    i.     Civil summons in case number CV 07 6198 BZ filed by Thomas Weisel Partners, LLC, and Thomas Weisel International Private Limited (the "Plaintiffs") against Praveen Chakravarty; BNP Paribas; and BNP Paribas Securities (Asia) Limited (the "Defendants");

    ii.     Notice of interested parties dated December 7, 2007;

    iii.     Complaint No.CV 07 6198 BZ dated December 6, 2007 filed by the Plaintiffs against the Defendants;

    iv.     ECF registration information handout;

    v.     Guidelines to the filing process;

vi.     Drop box filing procedures;

vii.    Order setting initial case management conference and ADR

        deadlines and standing orders dated January 16, 2002 of United

        States Magistrate Judge, Bernard Zimmerman;

viii.   Notice of assignment of case to a United States Magistrate Judge for

        Trial;

ix.     Consent to proceed before a United States Magistrate Judge;

x.      Declination to Proceed before a Magistrate Judge and Request for

        Reassignment to a United States District Judge; and

xi.     Dispute resolution procedures in the Northern District of California

2.      I say that the Defendant, Praveen Chakravarty has accepted the summons,
complaint and other papers and proceedings as mentioned in section 1
above and put his signature and today's date, i.e., December 11, 2007, on
the copy of the summons in my presence, for acceptance of the service of
summons, complaint and other papers and proceedings as mentioned above.
The duly filled return of service and the copy of the summons having
endorsement of Praveen Chakravarty, one of the Defendant, is hereto
annexed and marked as **Annexure "1" and "2"** respectively.

I say that the service of the summons in the captioned matter on the
aforesaid Defendant, Praveen Chakravarty, was thus completed.



Solemnly affirmed at Mumbai      )

this 11th day of December 2007   )

D. S. Thakur

(Dasharath S. Thakur)
BEFORE ME

SIGNED BEFORE ME

AHMAD HIRANI
Notary, Greater Bombay
Reg. No. 315
Sv. No. 25  11th Dec 07
MAJMUDAR & CO.
Advocate Solicitors & Notary
96, Free Press House, 9th Floor,
Free Press Journal Marg,
Nariman Point, Mumbai-400 021,

Notary Reg. is valid upto 20 December 2011

# RETURN OF SERVICE

DATE December 11, 2007

Service of the Summons and Complaint was made by me [1]

| Name of SERVER Dasharath S. Thakur | TITLE Special Bailiff |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served:
Praveen Chakravarty
at his residence at Flat No.73, Goolestan
34 Bhulabhai Desai Road, Mumbai, India 400026

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 11, 2007
_____
Date

Signature of Server
Room No.2, S.P. Mishra Chawl,
Mogra West, Andheri (East), Mumbai-400069,
India.
*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AHMAD KADERBHAI HIPANI
NOTARY
GREATER

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



E-filing

Thomas Weisel Partners, LLC, a Delaware
limited liability company, and Thomas Weisel
International Private Limited, an Indian Company

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER:

BNP Paribas, a French corporation; BNP Paribas
Securities (Asia) Limited, a Hong Kong company;
and Praveen Chakravarty, an individual

CV 07        6198

BZ

TO: (Name and address of defendant)

| | | |
|---|---|---|
| Praveen Chakravarty<br>Flat No. 73, Goolestan<br>34 Bhulabai Desai Road<br>Mumbai, India 400 026 | BNP Paribas<br>c/o Frances Kawaguchi<br>One Front St., 23rd Fl.<br>San Francisco, CA 94111 | BNP Paribas Securities (Asia)<br>Limited<br>c/o Pierre Rousseau<br>Chief Executive Officer<br>Two International Finance Center<br>8 Finance Street – Central 0<br>Hong Kong, China |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gilbert R. Serota
Howard Rice Nemerovski Canady Falk & Rabkin
Three Embarcadero Center, 7th Fl.
San Francisco, CA 94111-4024

answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you,
usive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

hard W. Wieking
ERK

DATE_____

MARY ANN BUCKLEY
) DEPUTY CLERK

*Received summons
with endosure*

*Dec 11th 2007.*
*(Praveen Chakravarty)*