1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  MARK A. SHEFT (No. 183732)
   Email: msheft@howardrice.com
3  MICHAEL L. GALLO (No. 220552)
   Email: mgallo@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
      FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California 94111-4024
   Telephone:   415/434-1600
7  Facsimile:   415/217-5910

8  Attorneys for Plaintiffs
   THOMAS WEISEL PARTNERS LLC and
9  THOMAS WEISEL INTERNATIONAL
   PRIVATE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. C-07-6198 MHP<br><br>Action Filed: December 6, 2007<br><br><u>PROOF OF SERVICE</u><br><br>Judge:      Hon. Marilyn H. Patel<br>Trial Date: None Set |

PROOF OF SERVICE                                                  C-07-6198 MHP

1  I, Nicholette Prince, declare:

2  **I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024. On January 15, 2008, I served the following document(s) described as: FIRST AMENDED COMPLAINT FOR (1) VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. §1030, (2) TRADE SECRET MISAPPROPRIATION, (3) BREACH OF CONTRACT, (4) BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, (5) INTENTIONAL INTERFERENCE WITH EMPLOYMENT RELATIONSHIPS, (6) INTENTIONAL INTERFERENCE WITH CONTRACT, (7) INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE, (8) BREACH OF FIDUCIARY DUTY, (9) AIDING AND ABETTING BREACH OF FIDUCIARY DUTY, AND (10) CONSPIRACY (JURY TRIAL DEMANDED):**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below and causing delivery of the envelope(s) by Free Wheelin' on today's date to the United States Post Office at 1300 Evans Avenue, San Francisco, California 94124 for delivery in the United States mail.

Joseph E. Addiego, III
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
*Facsimile: 415-276-6599*
*Email: joeaddiego@dwt.com*

Attorneys for Defendants, BNP PARIBAS, BNP PARIBAS SECURITIES (ASIA) LIMITED and PRAVEEN CHAKRAVARTY

Leiv Blad
Clifford Chance
2001 K Street NW
Washington, DC 20006-1001
*Facsimile: 202-912-6000*
*Email: leiv.blad@cliffordchance.com*

Attorneys for Defendants, BNP PARIBAS, BNP PARIBAS SECURITIES (ASIA) LIMITED and PRAVEEN CHAKRAVARTY

   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 15, 2008.

_____
Nicholette N. Prince

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
*A Professional Corporation*