*COPY*

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

### FIRST AMENDED COMPLAINT

Thomas Weisel Partners, LLC, a Delaware
limited liability company, and Thomas Weisel
International Private Limited, an Indian Company

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:  CV 07 6198 MHP

BNP Paribas, a French corporation; BNP Paribas
Securities (Asia) Limited, a Hong Kong company;
and Praveen Chakravarty, an individual

TO: (Name and address of defendant)

Praveen Chakravarty
Flat No. 73, Goolestan
34 Bhulabai Desai Road
Mumbai, India 400 026

BNP Paribas
c/o Frances Kawaguchi
One Front St., 23rd Fl.
San Francisco, CA  94111

BNP Paribas (Asia) Limited
c/o Pierre Rousseau
Chief Executive Officer
Two International Finance Center
8 Finance Street - Central 0
Hong Kong, China

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gilbert R. Serota
Howard Rice Nemerovski Canady Falk & Rabkin
Three Embarcadero Center, 7th Fl.
San Francisco, CA  94111-4024

an answer to the ^first amended complaint which is herewith served upon you, within  20     days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  1-31-08

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐      Served Personally upon the Defendant. Place where served:

☐      Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐      Returned unexecuted:

☐      Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    _____      _____
               *Date*                             *Signature of Server*

                                          _____
                                          *Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure