```
 1  GILBERT R. SEROTA (No. 75305)
    Email: gserota@howardrice.com
 2  MARK A. SHEFT (No. 183732)
    Email: msheft@howardrice.com
 3  MICHAEL L. GALLO (No. 220552)
    Email: mgallo@howardrice.com
 4  HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
 5  A Professional Corporation
    Three Embarcadero Center, 7th Floor
 6  San Francisco, California  94111-4024
    Telephone:   415/434-1600
 7  Facsimile:   415/217-5910

 8  Attorneys for Plaintiffs
    THOMAS WEISEL PARTNERS LLC and
 9  THOMAS WEISEL INTERNATIONAL
    PRIVATE LIMITED
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. C-07-6198 MHP<br><br>Action Filed: December 6, 2007<br><br><u>PROOF OF SERVICE</u><br><br>Judge:       Hon. Marilyn H. Patel<br>Trial Date:  None Set |

1  I, Joanne Caruso, declare:

2  I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024. On February 15, 2008, I served the following document(s) described as: PLAINTIFFS AND BNP DEFENDANTS' STIPULATION AND [PROPOSED] ORDER RE SERVICE OF PROCESS, MOTIONS AND RULE 26(f) CONFERENCE (Civil L.R. 6-2); DECLARATION OF MARK A. SHEFT IN SUPPORT OF PLAINTIFFS AND BNP DEFENDANTS' STIPULATION AND [PROPOSED] ORDER RE SERVICE OF PROCESS, MOTIONS AND RULE 26(f) CONFERENCE (Civil L.R. 6-2):

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below and causing delivery of the envelope(s) by Free Wheelin' on today's date to the United States Post Office at 1300 Evans Avenue, San Francisco, California 94124 for delivery in the United States mail.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting it via .pdf email to the email addresses set forth below.

Joseph E. Addiego, III
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
*Facsimile: 415-276-6599*
*Email: joeaddiego@dwt.com*

Attorneys for Defendants, BNP PARIBAS, BNP PARIBAS SECURITIES (ASIA) LIMITED and PRAVEEN CHAKRAVARTY

Leiv Blad
Clifford Chance
2001 K Street NW
Washington, DC 20006-1001
*Facsimile: 202-912-6000*
*Email: leiv.blad@cliffordchance.com*

Attorneys for Defendants, BNP PARIBAS, BNP PARIBAS SECURITIES (ASIA) LIMITED and PRAVEEN CHAKRAVARTY

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on February 15, 2008.

_____
Joanne Caruso