GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
MARK A. SHEFT (No. 183732)
Email: msheft@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC and
THOMAS WEISEL INTERNATIONAL
PRIVATE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. C-07-6198 MHP<br><br>Action Filed: December 6, 2007<br><br>AMENDED PROOF OF SERVICE<br><br>Judge:    Hon. Marilyn H. Patel<br>Trial Date:  None Set |

AMENDED PROOF OF SERVICE        C-07-6198 MHP

I, Joanne Caruso, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024. On February 15, 2008, I served the following document(s) described as: PLAINTIFFS AND BNP DEFENDANTS' STIPULATION AND [PROPOSED] ORDER RE SERVICE OF PROCESS, MOTIONS AND RULE 26(f) CONFERENCE (Civil L.R. 6-2); DECLARATION OF MARK A. SHEFT IN SUPPORT OF PLAINTIFFS AND BNP DEFENDANTS' STIPULATION AND [PROPOSED] ORDER RE SERVICE OF PROCESS, MOTIONS AND RULE 26(f) CONFERENCE (Civil L.R. 6-2):

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below and causing delivery of the envelope(s) by Free Wheelin' on today's date to the United States Post Office at 1300 Evans Avenue, San Francisco, California 94124 for delivery in the United States mail.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting it via .pdf email to the email addresses set forth below.

| | |
|---|---|
| Joseph E. Addiego, III<br>Davis Wright Tremaine LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111-6533<br>*Facsimile: 415-276-6599*<br>*Email: joeaddiego@dwt.com*<br><br>Attorneys for Defendants, BNP PARIBAS and BNP PARIBAS SECURITIES (ASIA) LIMITED | Leiv Blad<br>Clifford Chance<br>2001 K Street NW<br>Washington, DC 20006-1001<br>*Facsimile: 202-912-6000*<br>*Email: leiv.blad@cliffordchance.com*<br><br>Attorneys for Defendants, BNP PARIBAS and BNP PARIBAS SECURITIES (ASIA) LIMITED |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on February 15, 2008.

_____
Joanne Caruso

AMENDED PROOF OF SERVICE                           C-07-6198 MHP
-1-