GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
MARK A. SHEFT (No. 183732)
Email: msheft@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
     FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:  415/217-5910

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC and
THOMAS WEISEL INTERNATIONAL
PRIVATE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. CV-07-06198 MHP<br><br>Action Filed:  December 6, 2007<br><br>NOTICE OF ENTRY OF ORDER RE PLAINTIFFS AND BNP DEFENDANTS' STIPULATION RE RE SERVICE OF PROCESS, MOTIONS AND RULE 26(f) CONFERENCE (Civil L. R. 6-2) |

NOTICE OF ENTRY OF ORDER RE STIP. RE SERVICE OF PROCESS, ETC.    C-07-6198 MHP

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Order regarding Stipulation and Service of Process, Motions and Rule 26(f) Conference (Civil L.R. 6-2) was signed by The Honorable Marilyn H. Patel on February 22, 2008 and entered on February 26, 2008. A true and correct copy of the Order is attached hereto as Exhibit A.

Dated: February 26, 2007

GILBERT R. SEROTA
MARK A. SHEFT
MICHAEL L. GALLO
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: _____/s/_____
GILBERT R. SEROTA

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC
and THOMAS WEISEL
INTERNATIONAL PRIVATE
LIMITED

NOTICE OF ENTRY OF ORDER RE STIP. RE SERVICE OF PROCESS, ETC.   C-07-6198 MHP

# EXHIBIT A

```
 1  GILBERT R. SEROTA (No. 75305)
    Email: gserota@howardrice.com
 2  MARK A. SHEFT (No. 183732)
    Email: msheft@howardrice.com
 3  MICHAEL L. GALLO (No. 220552)
    Email: mgallo@howardrice.com
 4  HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
 5  A Professional Corporation
    Three Embarcadero Center, 7th Floor
 6  San Francisco, California 94111-4024
    Telephone:  415/434-1600
 7  Facsimile:  415/217-5910

 8  Attorneys for Plaintiffs
    THOMAS WEISEL PARTNERS LLC and
 9  THOMAS WEISEL INTERNATIONAL
    PRIVATE LIMITED
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. CV-07-06198 MHP<br><br>Action Filed: December 6, 2007<br><br>PLAINTIFFS AND BNP DEFENDANTS' STIPULATION AND [PROPOSED] ORDER RE SERVICE OF PROCESS, MOTIONS AND RULE 26(f) CONFERENCE (Civil L. R. 6-2) |

STIPULATION AND [PROPOSED] ORDER RE SERVICE OF PROCESS, ETC.   C-07-6198 MHP

1  WHEREAS, Plaintiffs Thomas Weisel Partners LLC and Thomas Weisel International Private Limited (collectively "TWP") filed the above-captioned action on December 6, 2007;

WHEREAS, on January 15, 2008, TWP filed a First Amended Complaint;

WHEREAS, counsel for Defendants BNP Paribas and BNP Paribas Securities (Asia) Limited ("BNPP Asia") has informed TWP's counsel that the BNP Defendants intend to file a motion to dismiss the First Amended Complaint, in part, on the basis of a lack of personal jurisdiction and forum non conveniens;

WHEREAS, these parties agree that the Court should hear and resolve the above-mentioned dismissal arguments before considering challenges to the sufficiency of the claims alleged in the First Amended Complaint;

NOW, THEREFORE, TWP, BNP Paribas and BNPP Asia HEREBY STIPULATE AND AGREE as follows:

1. BNP Paribas and BNPP Asia, through their authorized counsel, accept service of the Summons, Complaint, First Amended Complaint, and any and all related papers required to be served with the Complaint and First Amended Complaint, and waive any objection to the sufficiency either of the process served upon them or the service of process. *See* Fed. R. Civ. Proc. 12(b)(4) and 12(b)(5).

2. BNP Paribas and BNPP Asia will file their anticipated motion to dismiss for lack of personal jurisdiction and forum non conveniens (the "Jurisdiction Motion") on or before March 7, 2008. Absent a need to delay briefing in order to complete jurisdictional discovery (*see* Paragraph 3), TWP will file and serve its opposition on March 28, 2008, and BNP Paribas and BNPP Asia will file and serve their reply on April 11, 2008. The Jurisdiction Motion will be heard on April 28, 2008, or as soon thereafter as the Court's schedule permits.

3. If TWP undertakes jurisdictional discovery—whether by consent or leave of Court—the parties will meet and confer in good faith to consider whether it is necessary to revise or extend the briefing and hearing schedule set forth above.

STIPULATION AND [PROPOSED] ORDER RE SERVICE OF PROCESS, ETC.   C-07-6198 MHP
-1-

4. Motions challenging the sufficiency of the claims alleged in the First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "12(b)(6) Motions") will be filed and served by either or both of these defendants no later than 14 days after the Court issues an order on the Jurisdiction Motion. Oppositions will be due 30 days thereafter, and replies will be due 15 days after the oppositions are filed. The 12(b)(6) Motions will be heard as soon thereafter as the Court's schedule permits or at another date mutually agreed upon by the parties and acceptable to the Court.

5. During the pendency of these motions, BNP Paribas and BNPP Asia agree to comply with all applicable rules regarding the preservation of evidence relating to this matter.

6. On or before March 14, 2008, counsel for the parties will confer. Plaintiffs intend to assert that such a conference is pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and to request that discovery more forward. Defendants do not agree that counsel for the parties will be meeting pursuant to Rule 26(f), and intend to argue that no discovery should be permitted until after the Court resolves the Jurisdiction Motion. Counsel for the parties will submit to the Court a written report outlining their respective positions on or before March 24, 2008. The participation of counsel for BNP Paribas and BNPP Asia in this conference and planning process will not waive any argument that may be available to BNP Paribas and BNPP Asia in the Jurisdiction Motion and the 12(b)(6) Motions.

7. The dates set by the Court for the filing of the Joint Case Management Conference Statement (March 21, 2008) and for the Case Management Conference (March 31, 2008) will remain as stated in the December 28, 2007 Clerk's Notice.

Dated: February __, 2007

GILBERT R. SEROTA
MARK A. SHEFT
MICHAEL L. GALLO
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: _____
GILBERT R. SEROTA

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC
and THOMAS WEISEL
INTERNATIONAL PRIVATE
LIMITED

Dated: February 15, 2007

JOSEPH E. ADDIEGO, III
DAVIS WRIGHT TREMAINE LLP

LEIV BLAD
CLIFFORD CHANCE

By: _____
JOSEPH E. ADDIEGO, III

Attorneys for Defendants BNP
PARIBAS and BNP PARIBAS
SECURITIES (ASIA) LIMITED

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: February 22, 2008

_____
Judge Marilyn H. Patel
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]

Dated: February 15, 2007

GILBERT R. SEROTA
MARK A. SHEFT
MICHAEL L. GALLO
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: /s/ Gilbert R. Serota by MAS
GILBERT R. SEROTA

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC
and THOMAS WEISEL
INTERNATIONAL PRIVATE
LIMITED

Dated: February ___, 2007

JOSEPH E. ADDIEGO, III
DAVIS WRIGHT TREMAINE LLP

LEIV BLAD
CLIFFORD CHANCE

By: _____
JOSEPH E. ADDIEGO, III

Attorneys for Defendants BNP
PARIBAS and BNP PARIBAS
SECURITIES (ASIA) LIMITED

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: February ___, 2008

_____
Judge Marilyn Hall Patel
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE SERVICE OF PROCESS, ETC.   C-07-6198 MHP
-3-