GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
MARK A. SHEFT (No. 183732)
Email: msheft@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC and
THOMAS WEISEL INTERNATIONAL
PRIVATE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. C-07-6198 MHP<br><br>Action Filed: December 6, 2007<br><br><u>PROOF OF SERVICE</u><br><br>Judge:        Hon. Marilyn H. Patel<br>Trial Date:   None Set |

1  I, Dionne D. Meadows, declare:

2  I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor,
3  San Francisco, California 94111-4024. On February 26, 2008, I served the following document(s) described as: NOTICE OF ENTRY OF ORDERRE PLAINTIFFS AND
4  BNP DEFENDANTS' STIPULATION RE SERVICE OF PROCESS, MOTIONS AND RULE 26(f) CONFERENCE (Civil L.R. 6-2)

5
6  ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

7  ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California
8  addressed as set forth below.

9  ☐ by placing the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below and causing delivery of the envelope(s) by
10  Free Wheelin' on today's date to the United States Post Office at 1300 Evans Avenue, San Francisco, California 94124 for delivery in the United States
11  mail.

12  ☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a
13  Federal Express agent for delivery.

14  ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

15

16  Joseph E. Addiego, III                         Leiv Blad
    Davis Wright Tremaine LLP                      Clifford Chance
17  505 Montgomery Street, Suite 800               2001 K Street NW
    San Francisco, CA 94111-6533                   Washington, DC 20006-1001
18  *Facsimile: 415-276-6599*                      *Facsimile: 202-912-6000*
    *Email: joeaddiego@dwt.com*                    *Email: leiv.blad@cliffordchance.com*

19  Attorneys for Defendants, BNP                  Attorneys for Defendants, BNP
    PARIBAS, BNP PARIBAS SECURITIES                PARIBAS, BNP PARIBAS SECURITIES
20  (ASIA) LIMITED                                 (ASIA) LIMITED

21  *Via U.S. Mail*                                *Via U.S. Mail*

22
    Praveen Chakravarty
23  Flat number 73
    Goolestan
24  34 Bhulabhai Desai Road
    Mumbai, India 400 026
25
    *Via Federal Express*
26

27

28

PROOF OF SERVICE                                                              C-07-6198 MHP
-1-

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on February 26, 2008.

                                            Dionne D. Meadows

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*