1  JOSEPH E. ADDIEGO III (State Bar No. 169522)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111-6533
3  Telephone:  (415) 276-6500
   Facsimile:  (415) 276-6599
4  joeaddiego@dwt.com

5  LEIV BLAD (State Bar No. 151353)
   (APPLICATION FOR ADMISSION TO
6  THE NORTHERN DISTRICT PENDING)
   CLIFFORD CHANCE US LLP
7  2001 K Street NW
   Washington, D.C. 20006
8  Telephone:  (202) 912-5000
   Facsimile:  (202) 912-6000
9  leiv.blad@cliffordchance.com

10 Attorneys for Defendants
   BNP PARIBAS, and BNP PARIBAS
11 SECURITIES (ASIA) LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARTIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | Case No. CV-07-06198 MPH<br><br>**DECLARATION OF LEUNG PAK HON HUGO IN SUPPORT OF MOTION OF BNP PARIBAS AND BNP PARIBAS SECURITIES (ASIA) LIMITED TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FORUM NON CONVENIENS**<br><br>Date: April 28, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 15<br>the Honorable Marilyn Hall Patel |

**DECLARATION OF LEUNG PAK HON HUGO IN SUPPORT OF MOTION OF BNP PARIBAS AND BNP PARIBAS SECURITIES (ASIA) LIMITED TO DISMISS THE COMPLAINT FOR FORUM NON CONVENIENS AND LACK OF PERSONAL JURISDICTION**

LEUNG PAK HON HUGO makes the following declaration under 28 U.S.C. §1746:

1. I am the Deputy Head of BNP Paribas Securities (Asia) Limited ("BNPP Asia"), a defendant in the matter entitled *Thomas Weisel Partners LLC v. BNP Paribas*, Case No. C-07-06198 MHP. I have served in this position since September, 2007. In my capacity as Deputy Head of BNPP Asia, I have generally become aware of the nature of the company's business activities in India and elsewhere. In particular, I am familiar with whether BNPP Asia has any contacts with California. I make the following statements based upon my personal knowledge.

2. BNPP Asia is a corporation organized under the laws of Hong Kong. BNPP Asia's headquarters and principal place of business are in Hong Kong.

3. BNPP Asia is a wholly-owned subsidiary of BNP Paribas.

4. BNPP Asia shares are not listed on any United States stock exchange.

5. BNPP Asia does not operate a business in California. BNPP Asia is not qualified, licensed, authorized or approved to do business in California and is not seeking to obtain such qualification, license, authorization or approval. BNPP Asia does not have a registered agent for service of process in California.

6. BNPP Asia is not licensed as a broker-dealer in California.

7. BNPP Asia has no officers or employees located in California.

8. BNPP Asia does not have an office or any other facility in California. BNPP Asia does not own, possess, lease, or otherwise have an interest in any real or personal property in California.

9. BNPP Asia does not have a mailing address or maintain a telephone or fax listing in California.

10. BNPP Asia does not maintain any corporate books or records in California.

11. BNPP Asia does not pay taxes in California.

12. BNPP Asia does not have any bank accounts in California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 7, 2008.

_____
LEUNG PAK HON HUGO

DAVIS WRIGHT TREMAINE LLP

---
DECLARATION OF LEUNG PAK HON HUGO
Case No. CV-07-06198 MHP

3

WA413727.2