1  JOSEPH E. ADDIEGO III (State Bar No. 169522)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111-6533
3  Telephone:     (415) 276-6500
   Facsimile:      (415) 276-6599
4  joeaddiego@dwt.com

5  LEIV BLAD (State Bar No. 151353)
   (APPLICATION FOR ADMISSION TO
6  THE NORTHERN DISTRICT PENDING)
   CLIFFORD CHANCE US LLP
7  2001 K Street NW
   Washington, D.C. 20006
8  Telephone:     (202) 912-5000
   Facsimile:      (202) 912-6000
9  leiv.blad@cliffordchance.com

10
   Attorneys for Defendants
11 BNP PARIBAS and BNP PARIBAS
   SECURITIES (ASIA) LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company, <br><br> Plaintiffs, <br><br> v. <br><br> BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual, <br><br> Defendants. | Case No. CV-07-06198 MHP <br><br> **[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS BNP PARIBAS AND BNP PARIBAS SECURITIES (ASIA) LTD. TO DISMISS THE FIRST AMENDED COMPLAINT** <br><br> **Date:   April 28, 2008** <br> **Time:  2:00 p.m.** <br> **Place: Courtroom 15** <br> **The Honorable Marilyn Hall Patel** |

1

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS BNP PARIBAS AND BNP PARIBAS SECURITIES (ASIA) LTD. TO DISMISS THE FIRST AMENDED COMPLAINT
Case No. CV-07-06198 MHP

DAVIS WRIGHT TREMAINE LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS BNP PARIBAS AND BNP PARIBAS SECURITIES (ASIA) LTD. TO DISMISS THE FIRST AMENDED COMPLAINT
Case No.  CV-07-06198 MHP

WA413754.1

1      Defendants BNP Paribas ("BNPP") and BNP Paribas Securities (Asia) Limited's ("BNPP
2 Asia") Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction
3 pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure (as to BNPP Asia) and on the
4 basis of *Forum Non Conveniens* (as to both BNPP and BNPP Asia) came on for hearing before
5 this Court on April 28, 2008 at 2:00 p.m. The parties were represented by their respective counsel
6 of record. After considering the submissions of the parties and argument of counsel, the Court
7 hereby orders that defendants' motion is GRANTED.

9 DATED:

                                            The Honorable Marilyn H. Patel
10                                             United States District Court Judge

DAVIS WRIGHT TREMAINE LLP

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS BNP PARIBAS AND BNP PARIBAS SECURITIES (ASIA) LTD. TO DISMISS THE FIRST AMENDED COMPLAINT
Case No. CV-07-06198 MHP

WA413754.1