JOSEPH E. ADDIEGO III (State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
joeaddiego@dwt.com

LEIV BLAD (State Bar No. 151353)
(APPLICATION FOR ADMISSION TO
THE NORTHERN DISTRICT PENDING)
CLIFFORD CHANCE US LLP
2001 K Street NW
Washington, D.C.  20006
Telephone:   (202) 912-5000
Facsimile:    (202) 912-6000
leiv.blad@cliffordchance.com

Attorneys for Defendants
BNP PARIBAS and BNP PARIBAS
SECURITIES (ASIA) LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>            Plaintiffs,<br><br>      v.<br><br>BNP PARIBAS, a French corporation, BNP PARTIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>            Defendants. | Case No. CV-07-06198 MHP<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.  CV-07-06198 MHP

WA413755.1

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: March 7, 2008

CLIFFORD CHANCE

DAVIS WRIGHT TREMAINE LLP

By: _____/s/_____
        Joseph E. Addiego III

Attorneys for Defendants
BNP PARIBAS and BNP PARIBAS
SECURITIES (ASIA) LIMITED