1    8.   All other deadlines and obligations set forth in the Stipulation will remain in
2 effect.
3    IT IS SO STIPULATED AND AGREED:

Dated: March 20, 2008

GILBERT R. SEROTA
MARK A. SHEFT
MICHAEL L. GALLO
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: _____
       GILBERT R. SEROTA

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC
and THOMAS WEISEL
INTERNATIONAL PRIVATE
LIMITED

Dated: March 20, 2008

JOSEPH E. ADDIEGO, III
DAVIS WRIGHT TREMAINE LLP

LEIV BLAD
CLIFFORD CHANCE

By: _____
       JOSEPH E. ADDIEGO III

Attorneys for Defendants BNP
PARIBAS and BNP PARIBAS
SECURITIES (ASIA) LIMITED