1  COOK | ROOS | WILBUR | THOMPSON LLP
   TRACY THOMPSON, CBN 88173
2  MICHAEL E. WILBUR, CBN 152361
   221 Main Street, Suite 1600
3  San Francisco, California 94105
   Telephone:   415-362-7071
4  Facsimile:   415-362-7073

5  Attorneys for Defendant
   PRAVEEN CHAKRAVARTY

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12 | THOMAS WEISEL PARTNERS LLC, a            ) Case No.: C 07-06198 MHP
     Delaware limited liability company, and   )
13 | THOMAS WEISEL INTERNATIONAL              ) **STIPULATION BETWEEN PLAINTIFFS
     PRIVATE LIMITED, an Indian company,       ) AND DEFENDANT PRAVEEN
14 |                                            ) CHAKRAVARTY AND [PROPOSED]
                                                ) ORDER RE SERVICE OF PROCESS,
15 |            Plaintiffs,                     ) FILING OF MOTIONS, JURISDICTIONAL
                                                ) DISCOVERY, AND CASE MANAGEMENT
16 |       vs.                                  ) CONFERENCE**
                                                )
17 | BNP PARIBAS, a French corporation, BNP    )
     PARIBAS SECURITIES (ASIA) LIMITED, a      )
18 | Hong Kong company, and PRAVEEN            )
     CHAKRAVARTY, an individual,               )
19 |                                            )
                                                )
20 |            Defendants.                     )

21

22       WHEREAS, plaintiffs THOMAS WEISEL PARTNERS LLC and THOMAS WEISEL

23 INTERNATIONAL PRIVATE LIMITED (collectively "TWP") filed this action on December 6,

24 2007;

25       WHEREAS, plaintiffs filed a First Amended Complaint on January 15, 2008;

26       WHEREAS, defendant PRAVEEN CHAKRAVARTY was served with the First Amended

27 Complaint and Summons on March 5, 2008;

28

WHEREAS, defendant CHAKRAVARTY intends to file a motion to dismiss the First Amended Complaint, in part on the basis of lack of personal jurisdiction and forum non conveniens;

WHEREAS, defendant CHAKRAVARTY is willing to forego any challenge to the sufficiency of service of process, in exchange for the extension of time provided for in this Stipulation; and

WHEREAS, the parties to this Stipulation agree that the Court should hear and resolve the above-mentioned dismissal arguments before considering challenges to the sufficiency of the claims alleged in the First Amended Complaint;

NOW, THEREFORE, TWP and CHAKRAVARTY (collectively the "Parties"), through their undersigned counsel, HEREBY STIPULATE AND AGREE as follows:

1.  CHAKRAVARTY, through his authorized counsel, accepts service of the Summons, Complaint, First Amended Complaint, and any and all related papers required to be served with the Complaint and First Amended Complaint, and waives any objection to the sufficiency either of the process served upon him or the service of process. *See* Fed. R. Civ. Proc. 12(b)(4) and 12(b)(5).

2.  CHAKRAVARTY shall have a thirty (30) day extension of time in which to file his motion to dismiss for lack of personal jurisdiction and forum non conveniens (the "Jurisdiction Motion"). As such, CHAKRAVARTY's Jurisdiction Motion will be filed on or before April 24, 2008.

3.  CHAKRAVARTY will file and serve any motion challenging the sufficiency of the claims alleged in the First Amended Complaint no later than 21 days after the Court issues an order on the Jurisdiction Motion. TWP's Opposition will be due 23 days thereafter, and any Reply will be due 15 days after the Opposition is filed. The motion will be heard as soon thereafter as the Court's schedule permits or at another date mutually agreed upon by the Parties and acceptable to the Court.

4.  Discovery directed to the merits of the issues in the First Amended Complaint will be deferred until the Court decides the Jurisdiction Motion.

5.  The Parties may undertake written discovery limited to issues raised by CHAKRAVARTY's Jurisdiction Motion ("Jurisdictional Discovery"). Absent Court order or

THOMAS WEISEL v. BNP PARIBAS, et al.
CASE NO. C 07-06198 MHP                     2               STIPULATION BETWEEN PLAINTIFFS AND
                                                            DEFENDANT PRAVEEN CHAKRAVARTY
                                                            AND [PROPOSED ORDER]

agreement by the Parties, the Parties' initial Jurisdictional Discovery shall be limited to requests for documents and interrogatories (the "Initial Jurisdictional Discovery"), which shall be served after April 24, 2008 and no later than April 30, 2008. TWP reserves its right to seek to depose CHAKRAVARTY, and CHAKRAVARTY reserves his right to object to any attempt to seek his deposition. The Parties will discuss this issue within the period of Jurisdictional Discovery and seek to reach an agreement that renders it unnecessary to raise this issue with the Court. The Parties may not undertake additional Jurisdictional Discovery without mutual consent and/or leave of Court.

6. The Parties retain the right to object to any particular Jurisdictional Discovery request. The Parties shall meet and confer promptly and in good faith to resolve issues and objections that arise concerning Jurisdictional Discovery, and reserve their rights to litigate unresolved issues and objections. The Parties agree that any motions related to issues and objections arising during Jurisdictional Discovery may be heard on mutually agreeable shortened time.

7. After the Parties have resolved any discovery disputes and completed Jurisdictional Discovery, they will meet and confer to discuss a schedule for the balance of the briefing, and propose to the Court a mutually acceptable briefing schedule and hearing date for the Jurisdiction Motion. CHAKRAVARTY's Jurisdiction Motion shall be heard on the same day as the hearing on the Jurisdiction Motion filed by defendants BNP Paribas and BNP Paribas Securities (Asia) Limited. In all events, absent the Parties' mutual consent or leave of Court, the hearing on the Jurisdiction Motion will occur no later than July 28, 2008.

8. The Parties will not be required to serve Initial Disclosures until after the Court decides the Jurisdiction Motion, and will meet and confer at that time regarding an agreeable disclosure deadline.

9. The Case Management Conference will be continued to a date following a ruling by the Court on CHAKRAVARTY's Jurisdiction Motion.

///

///

///

1  10. The Parties agree that during the pendency of this action, they will comply with all applicable rules regarding the preservation of evidence relating to this matter.

IT IS SO STIPULATED AND AGREED:

Dated: April 3, 2008

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: _____
MARK SHEFT

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC and
THOMAS WEISEL INTERNATIONAL
PRIVATE LIMITED

Dated: April 3, 2008

COOK | ROOS | WILBUR | THOMPSON LLP

By: _____
TRACY THOMPSON

Attorneys for Defendant
PRAVEEN CHAKRAVARTY

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April ___, 2008

_____
Judge Marilyn Hall Patel
United States District Judge