GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
MARK A. SHEFT (No. 183732)
Email: msheft@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC and
THOMAS WEISEL INTERNATIONAL
PRIVATE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. C-07-6198 MHP<br><br>Action Filed: December 6, 2007<br><br><u>PROOF OF SERVICE</u><br><br>Judge:      Hon. Marilyn H. Patel<br>Trial Date: None Set |

PROOF OF SERVICE                                C-07-6198 MHP

1   I, Dionne D. Meadows, declare:

2   I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024. On April 3, 2008, I served the following document(s) described as: 1) STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT PRAVEEN CHAKRAVARTY AND [PROPOSED] ORDER RE SERVICE OF PROCESS, FILING OF MOTIONS, JURISDICTIONAL DISCOVERY AND CASE MANAGEMENT CONFERENCE; 2) DECLARATION OF MARK A. SHEFT IN SUPPORT OF STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT PRAVEEN PRAVEEN CHAKRAVARTY AND [PROPOSED] ORDER RE SERVICE OF PROCESS, FILING OF MOTIONS, JURISDICTIONAL DISCOVERY AND CASE MANAGEMENT CONFERENCE

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by emailing in PDF format a copy of the document(s) listed above to the person at the address set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below and causing delivery of the envelope(s) by Free Wheelin' on today's date to the United States Post Office at 1300 Evans Avenue, San Francisco, California 94124 for delivery in the United States mail.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

Joseph E. Addiego, III
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
*Facsimile: 415-276-6599*
*Email: joeaddiego@dwt.com*

Attorneys for Defendants, BNP PARIBAS, BNP PARIBAS SECURITIES (ASIA) LIMITED

*Via Email*

Leiv Blad
Clifford Chance
2001 K Street NW
Washington, DC 20006-1001
*Facsimile: 202-912-6000*
*Email: leiv.blad@cliffordchance.com*

Attorneys for Defendants, BNP PARIBAS, BNP PARIBAS SECURITIES (ASIA) LIMITED

*Copy Via Email*

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
*A Professional Corporation*

PROOF OF SERVICE
-1-
C-07-6198 MHP

1  Tracy Thompson
   Cook Roos Wilbur Thompson LLP
2  221 Main Street, Suite 1600
   San Francisco, CA 94105
3  *Facsimile*: 415-362-7071
   *Email*: tthompson@cookroos.com
4
   Attorneys for Defendant PRAVEEN
5  CHAKRAVARTY

6  *Via Email*

7

8      I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

      I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on April 3, 2008.

_____
Dionne D. Meadows

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*