COOK | ROOS | WILBUR | THOMPSON LLP
TRACY THOMPSON, CBN 88173
MICHAEL E. WILBUR, CBN 152361
221 Main Street, Suite 1600
San Francisco, California 94105
Telephone:  415-362-7071
Facsimile:  415-362-7073

Attorneys for Defendant
PRAVEEN CHAKRAVARTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>vs.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | Case No.: C 07-06198 MHP<br><br>NOTICE OF APPEARANCE |

Pursuant to General Order No. 45, section IV.C, Tracy Thompson of Cook Roos Wilbur Thompson LLP should be added as counsel for defendant Praveen Chakravarty in the above-referenced lawsuit.

Dated:  April 28, 2008.

COOK | ROOS | WILBUR | THOMPSON LLP

By _____
TRACY THOMPSON
Attorneys for Defendant
PRAVEEN CHAKRAVARTY

P042508sjsNoticeofAppearance.doc