1  COOK│ROOS│WILBUR│THOMPSON LLP
   TRACY THOMPSON, CBN 88173
2  MICHAEL E. WILBUR, CBN 152361
   221 Main Street, Suite 1600
3  San Francisco, California 94105
   Telephone:    415-362-7071
4  Facsimile:    415-362-7073

5  Attorneys for Defendant
   PRAVEEN CHAKRAVARTY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>vs.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | Case No.: C 07-06198 MHP<br><br>DEFENDANT PRAVEEN CHAKRAVARTY'S NOTICE OF MOTION AND MOTION TO DISMISS<br><br>Hearing:    July 28, 2008<br>Time:       2:00 p.m.<br>Courtroom:  15<br>The Honorable Marilyn Hall Patel |

1     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     PLEASE TAKE NOTICE THAT on July 28, 2008, at 2:00 p.m., defendant Praveen Chakravarty will and hereby does move, in Courtroom 15 of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, California, for an order dismissing all claims brought by plaintiff Thomas Weisel Partners LLC on the ground that Thomas Weisel Partners LLC lacks standing.  In addition, defendant Praveen Chakravarty will and hereby does also move for an order dismissing the First Amended Complaint in its entirety on the following alternative grounds:

1. The First Amended Complaint should be dismissed pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure because the Court lacks personal jurisdiction over defendant Praveen Chakravarty.

2. The First Amended Complaint should also be dismissed on the basis of *forum non conveniens.*

Dated:  May 2, 2008.

                COOK │ ROOS │ WILBUR │ THOMPSON LLP


                By _____/S/_____
                     TRACY THOMPSON
                     Attorneys for Defendant
                     PRAVEEN CHAKRAVARTY