1

2   Dated: May 14, 2008                COOK | ROOS | WILBUR | THOMPSON

3                                      LLP

4                                      By: _____

5                                          TRACY THOMPSON

6                                      Attorneys for Defendant
                                       PRAVEEN CHAKRAVARTY
7

8        PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10  DATED: _____, 2008

11                                     _____

12                                         HON. MARILYN HALL PATEL
                                           U.S. DISTRICT JUDGE

13
HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28