GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
MARK A. SHEFT (No. 183732)
Email: msheft@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC and
THOMAS WEISEL INTERNATIONAL PRIVATE
LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. C-07-6198 MHP<br><br>Action Filed: December 6, 2007<br><br>DECLARATION OF MICHAEL L. GALLO IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF (1) TO FILE A CONSOLIDATED OPPOSITION TO DEFENDANTS BNP PARIBAS AND BNP PARIBAS SECURITIES (ASIA) LTD'S AND DEFENDANT PRAVEEN CHAKRAVARTY'S MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND (2) TO EXCEED NORMAL PAGE LIMITS FOR AN OPPOSITION BRIEF<br><br>Place: Courtroom 15<br>Judge: Hon Marilyn Hall Patel |

I, Michael L. Gallo, declare as follows:

1. I am an attorney admitted to practice before the Bar of the State of California. I am an associate with the law firm of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, counsel to Plaintiffs Thomas Weisel Partners LLC ("TWP LLC") and Thomas Weisel International Private Limited ("TWIPL") in this action. I make this Declaration upon personal knowledge and, if called upon to testify, could and would testify competently hereto.

2. I make this declaration in support of Plaintiffs' Motion For Administrative Relief (1) To File A Consolidated Opposition To Defendants BNP Paribas and BNP Paribas Securities (Asia) Limited's And Defendant Praveen Chakravarty's Motions To Dismiss Plaintiffs' First Amended Complaint and (2) To Exceed Normal Page Limits For An Opposition Brief.

3. On December 6, 2007, Plaintiffs filed a complaint in this Court. On January 15, 2008, Plaintiffs filed their First Amended Complaint.

4. On March 7, 2008, BNP Paribas and BNP Paribas Securities (Asia) Limited (the "BNP Paribas Defendants") filed their Motion to Dismiss Plaintiffs' First Amended Complaint.

5. On April 24, 2008, Chakravarty filed his Motion to Dismiss Plaintiffs' First Amended Complaint.

6. Both the BNP Paribas Defendants and Chakravarty's motions seek to dismiss the First Amended Complaint on the alleged grounds of lack of personal jurisdiction and forum non conveniens. Both motions speak to the same underlying facts, and there is considerable overlap in the arguments.

7. Plaintiffs believe that responding to Defendants' two jurisdictional motions separately would require Plaintiffs to discuss, and the Court to read, many of the same background facts and legal principles twice. Plaintiffs believe it would be more efficient for the parties and the Court for Plaintiffs to file a consolidated opposition to both jurisdictional motions.

8. If Plaintiffs were filing separate oppositions to Defendants' two jurisdictional motions, they would have 50 pages in which to discuss the relevant facts and law. Because of the economies of discussing shared facts and law only once, Plaintiffs believe they can make their case in no more than 40 pages. Plaintiffs believe, however, that having substantially fewer than 40 pages to oppose Defendants' two motions could prejudice their ability to respond adequately to the arguments Defendants have raised.

9. In several telephone conversations and email exchanges over the last few days, I have discussed with counsel for the BNP Defendants and counsel for Chakravarty both Plaintiffs' concerns and Plaintiffs' proposal to file a consolidated opposition of no more than 40 pages to Defendants' two jurisdictional motions. Defendants have stipulated that they have no objection to Plaintiffs filing a consolidated opposition of no more than 40 pages to their two jurisdictional motions. Defendants have also stipulated that they will not oppose Plaintiffs' Motion for Administrative Relief requesting permission from the Court to file a consolidated opposition of no more than 40 pages. .

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of June, 2008 at San Francisco, California.

/s/
Michael L. Gallo

GALLO DECL. ISO MISC. ADMIN. REQUEST
-3-
C-07-6198 MHP