1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  MARK A. SHEFT (No. 183732)
   Email: msheft@howardrice.com
3  MICHAEL L. GALLO (No. 220552)
   Email: mgallo@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California 94111-4024
   Telephone: 415/434-1600
7  Facsimile: 415/217-5910

8  Attorneys for Plaintiffs
   THOMAS WEISEL PARTNERS LLC and
9  THOMAS WEISEL INTERNATIONAL PRIVATE
   LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company, <br><br> Plaintiffs, <br><br> v. <br><br> BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual, <br><br> Defendants. | No. C-07-6198 MHP <br><br> Action Filed: December 6, 2007 <br><br> STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATED OPPOSITION TO DEFENDANTS' JURISDICTIONAL MOTIONS AND REQUEST FOR ADDITIONAL PAGES |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiffs Thomas Weisel Partners LLC ("TWP LLC") and Thomas Weisel International Private Limited ("TWIPL") may, if the Court approves, file a single, consolidated opposition brief of no more than 40 pages to Defendant BNP Paribas and Defendant BNP Paribas (Asia) Limited's ("BNP Paribas Defendants") Motion To Dismiss Plaintiffs' First Amended Complaint *and* Defendant Praveen Chakravarty's Motion to Dismiss. The stipulation to allow a consolidated opposition brief and to exceed the 25 page limit on opposition briefs contained in Civil Local Rule 7.4(b) is based upon the following:

1. On December 6, 2007, Plaintiffs filed a complaint in this Court. On January 15, 2008, Plaintiffs filed their First Amended Complaint.

2. On March 7, 2008, the BNP Paribas Defendants filed their Motion to Dismiss Plaintiffs' First Amended Complaint.

3. On April 24, 2008, Chakravarty filed his Motion to Dismiss.

4. Both the BNP Paribas Defendants and Chakravarty's motions seek to dismiss the First Amended Complaint on the alleged grounds of lack of personal jurisdiction and forum non conveniens.

5. Plaintiffs have discussed with Defendants their plan to file a Motion For Administrative Relief requesting permission to file a consolidated opposition—of no more than 40 pages in length—to Defendants' two motions to dismiss. Defendants have no objection to Plaintiffs' proposal to file a consolidated opposition, or to the page limit proposed by Plaintiffs, and will not file any opposition to Plaintiffs' Motion For Administrative Relief.

| | |
|---|---|
| Dated: June 18, 2008 | GILBERT R. SEROTA<br>MARK A. SHEFT<br>MICHAEL L. GALLO<br>HOWARD RICE NEMEROVSKI CANADY<br>FALK & RABKIN<br>A Professional Corporation<br><br>By: _/s/ Mark A. Sheft_<br>MARK A. SHEFT<br><br>Attorneys for Plaintiffs<br>THOMAS WEISEL PARTNERS LLC<br>and THOMAS WEISEL<br>INTERNATIONAL PRIVATE<br>LIMITED |
| Dated: June 17, 2008 | JOSEPH E. ADDIEGO, III<br>DAVIS WRIGHT TREMAINE LLP<br><br>LEIV BLAD<br>CLIFFORD CHANCE<br><br>By: _/s/ Joseph E. Addiego_<br>JOSEPH E. ADDIEGO, III<br><br>Attorneys for Defendants BNP<br>PARIBAS and BNP PARIBAS<br>SECURITIES (ASIA) LIMITED |
| Dated: June ___, 2008 | COOK \| ROOS \| WILBUR \| THOMPSON LLP<br><br>By: _____<br>TRACY THOMPSON<br><br>Attorneys for Defendant<br>PRAVEEN CHAKRAVARTY |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June   , 2008 | GILBERT R. SEROTA |
| 3 | | MARK A. SHEFT |
| | | MICHAEL L. GALLO |
| 4 | | HOWARD RICE NEMEROVSKI CANADY |
| | | FALK & RABKIN |
| 5 | | A Professional Corporation |
| 6 | | By:_____ |
| 7 | | MARK A. SHEFT |
| 8 | | Attorneys for Plaintiffs |
| | | THOMAS WEISEL PARTNERS LLC |
| 9 | | and THOMAS WEISEL |
| | | INTERNATIONAL PRIVATE |
| 10 | | LIMITED |

Dated: June   , 2008

JOSEPH E. ADDIEGO, III
DAVIS WRIGHT TREMAINE LLP

LEIV BLAD
CLIFFORD CHANCE

By:_____
JOSEPH E. ADDIEGO, III

Attorneys for Defendants BNP
PARIBAS and BNP PARIBAS
SECURITIES (ASIA) LIMITED

Dated: June 17, 2008

COOK | ROOS | WILBUR | THOMPSON LLP

By: _____
TRACY THOMPSON

Attorneys for Defendant
PRAVEEN CHAKRAVARTY

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

1. Plaintiffs may file a single, consolidated opposition to the BNP Paribas Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and Chakravarty's Motion to Dismiss.

2. The consolidated opposition shall be no more than 40 pages long.

DATED: _____, 2008

_____
HON. MARILYN HALL PATEL
U.S. DISTRICT JUDGE