

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

*A Professional Corporation*

Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111-4024

Telephone 415.434.1600
Facsimile 415.217.5910
*www.howardrice.com*

Writer's Information:

Michael L. Gallo
Direct: 415.765.4681
mgallo@howardrice.com

June 18, 2008

Honorable Marilyn Patel
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Thomas Weisel Partners LLC et al. v. BNP Paribas et al. (C-07-06198 MHP)

Dear Judge Patel:

I write to call your attention to Plaintiffs' Motion for Administrative Relief filed concurrently herewith ("Motion"). Defendants have filed two broadly similar motions to dismiss, both of which are currently scheduled for hearing on July 28, 2008. Plaintiffs' Motion seeks leave to file a single, consolidated opposition of no more than 40 pages to Defendants' two motions to dismiss. Defendants have stipulated that they have no objection to proceeding in this manner. *See* Stipulation and [Proposed] Order Re Consolidated Opposition To Defendants' Jurisdictional Motions And Request For Additional Pages ("Stipulation and Order") ¶5.

Under Civil Local Rule 7.11(b) & (c), the Court normally must wait three days after the filing of a motion for administrative relief before acting on it to allow the non-moving party the opportunity to file an opposition. Here, however, Defendants have stipulated that they will not oppose Plaintiffs' Motion. *See* Stipulation and Order ¶5. Therefore, the Court can act on Plaintiffs' Motion immediately if it so chooses.

We appreciate the Court's attention to this matter.

Respectfully,

Michael L. Gallo

MLG/bh