1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  MARK A. SHEFT (No. 183732)
   Email: msheft@howardrice.com
3  MICHAEL L. GALLO (No. 220552)
   Email: mgallo@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
          FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California  94111-4024
   Telephone:   415/434-1600
7  Facsimile:   415/217-5910

8  Attorneys for Plaintiffs
   THOMAS WEISEL PARTNERS LLC and
9  THOMAS WEISEL INTERNATIONAL PRIVATE
   LIMITED

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

15  THOMAS WEISEL PARTNERS LLC, a          No. C-07-6198 MHP
    Delaware limited liability company, and
16  THOMAS WEISEL INTERNATIONAL            Action Filed: December 6, 2007
    PRIVATE LIMITED, an Indian company,
17                                         STIPULATION AND [PROPOSED]
                    Plaintiffs,            ORDER  RE CONSOLIDATED
18                                         OPPOSITION TO DEFENDANTS'
                                           JURISDICTIONAL MOTIONS AND
19          v.                             REQUEST FOR ADDITIONAL PAGES

20  BNP PARIBAS, a French corporation, BNP
    PARIBAS SECURITIES (ASIA) LIMITED,
21  a Hong Kong company, and PRAVEEN
    CHAKRAVARTY, an individual,
22
                    Defendants.
23

24

25

26

27

28

1    IT IS HEREBY STIPULATED by and between the parties hereto through their

2    respective attorneys of record that Plaintiffs Thomas Weisel Partners LLC ("TWP LLC")

3    and Thomas Weisel International Private Limited ("TWIPL") may, if the Court approves,

4    file a single, consolidated opposition brief of no more than 40 pages to Defendant BNP

5    Paribas and Defendant BNP Paribas (Asia) Limited's ("BNP Paribas Defendants") Motion

6    To Dismiss Plaintiffs' First Amended Complaint *and* Defendant Praveen Chakravarty's

7    Motion to Dismiss.  The stipulation to allow a consolidated opposition brief and to exceed

8    the 25 page limit on opposition briefs contained in Civil Local Rule 7.4(b) is based upon the

9    following:

10        1.    On December 6, 2007, Plaintiffs filed a complaint in this Court.  On January

11   15, 2008, Plaintiffs filed their First Amended Complaint.

12        2.    On March 7, 2008, the BNP Paribas Defendants filed their Motion to

13   Dismiss Plaintiffs' First Amended Complaint.

14        3.    On April 24, 2008, Chakravarty filed his Motion to Dismiss.

15        4.    Both the BNP Paribas Defendants and Chakravarty's motions seek to

16   dismiss the First Amended Complaint on the alleged grounds of lack of personal jurisdiction

17   and forum non conveniens.

18        5.    Plaintiffs have discussed with Defendants their plan to file a Motion For

19   Administrative Relief requesting permission to file a consolidated opposition—of no more

20   than 40 pages in length—to Defendants' two motions to dismiss.  Defendants have no

21   objection to Plaintiffs' proposal to file a consolidated opposition, or to the page limit

22   proposed by Plaintiffs, and will not file any opposition to Plaintiffs' Motion For

23   Administrative Relief.

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

1

2  Dated: June 18, 2008                    GILBERT R. SEROTA
                                           MARK A. SHEFT
3                                          MICHAEL L. GALLO
                                           HOWARD RICE NEMEROVSKI CANADY
4                                          FALK & RABKIN
                                           A Professional Corporation
5

6                                          By: _____
                                               MARK A. SHEFT
7

8                                          Attorneys for Plaintiffs
                                           THOMAS WEISEL PARTNERS LLC
9                                          and THOMAS WEISEL
                                           INTERNATIONAL PRIVATE
10                                         LIMITED

11

12  Dated: June 17, 2008                   JOSEPH E. ADDIEGO, III
                                           DAVIS WRIGHT TREMAINE LLP
13
                                           LEIV BLAD
14                                         CLIFFORD CHANCE

15                                         By: _____
                                               JOSEPH E. ADDIEGO, III
16

17                                         Attorneys for Defendants BNP
                                           PARIBAS and BNP PARIBAS
18                                         SECURITIES (ASIA) LIMITED

19

20  Dated: June    , 2008                  COOK | ROOS | WILBUR | THOMPSON
                                           LLP
21

22
                                           By: _____
23                                             TRACY THOMPSON

24                                         Attorneys for Defendant
                                           PRAVEEN CHAKRAVARTY
25

26

27

28

STIP. & [PROPOSED] ORDER RE CONSOLIDATED OPP'N

1

2  Dated: June   , 2008

3

4

5

6

7

8

9

10

11

12  Dated: June   , 2008

13

14

15

16

17

18

19

20  Dated: June 1²/, 2008

21

22

23

24

25

26

27

28

GILBERT R. SEROTA
MARK A. SHEFT
MICHAEL L. GALLO
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: _____
       MARK A. SHEFT

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC
and THOMAS WEISEL
INTERNATIONAL PRIVATE
LIMITED

JOSEPH E. ADDIEGO, III
DAVIS WRIGHT TREMAINE LLP

LEIV BLAD
CLIFFORD CHANCE

By: _____
       JOSEPH E. ADDIEGO, III

Attorneys for Defendants BNP
PARIBAS and BNP PARIBAS
SECURITIES (ASIA) LIMITED

COOK | ROOS | WILBUR | THOMPSON
LLP

By: _____
       TRACY THOMPSON

Attorneys for Defendant
PRAVEEN CHAKRAVARTY

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

1    PURSUANT TO STIPULATION, IT IS ORDERED THAT:

2    1.    Plaintiffs may file a single, consolidated opposition to the BNP Paribas

3    Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and Chakravarty's

4    Motion to Dismiss.

5    2.    The consolidated opposition shall be no more than 40 pages long.

6

7    DATED:    6/20        , 2008

8    _____

HON. MARILYN H. PATEL

9

10

11

12



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation