GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
MARK A. SHEFT (No. 183732)
Email: msheft@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:  415/217-5910

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC and
THOMAS WEISEL INTERNATIONAL
PRIVATE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. CV-07-06198 MHP<br><br>Action Filed: December 6, 2007<br><br>STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARINGS AND SETTING SCHEDULE FOR REMAINING BRIEFING ON PENDING MOTIONS TO DISMISS(Civil L. R. 6-2) |

STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTIONS TO DISMISS  C-07-6198 MHP

1  WHEREAS, on March 7, 2008, Defendants BNP Paribas and BNP Paribas Securities
2  (Asia) Limited (collectively "the BNP Paribas Defendants") filed their Motion to Dismiss
3  Plaintiffs Thomas Weisel Partners LLC's and Thomas Weisel International Private
4  Limited's (collectively "TWP") First Amended Complaint for lack of personal jurisdiction
5  and forum non conveniens. The hearing on the BNP Paribas Defendants' Motion originally
6  was noticed for April 28, 2008.

7  WHEREAS, on March 20, 2008, the BNP Paribas Defendants and TWP entered into a
8  Stipulation re Jurisdictional Discovery and Vacating Hearing Date (Docket Entry No. 26),
9  pursuant to which the hearing date on the BNP Paribas Defendants' Motion was postponed
10 to allow the parties time to conduct discovery on issues raised by said Motion. This
11 Stipulation also provided that the BNP Paribas Defendants' Motion be heard no later than
12 July 28, 2008. The Court entered its Order approving this Stipulation on March 26, 2008
13 (Docket Entry No. 29).

14 WHEREAS, on April 24, 2008, Defendant Praveen Chakravarty ("Chakravarty") filed
15 his Motion to Dismiss TWP's First Amended Complaint. Thereafter, Chakravarty noticed
16 the hearing on his motion for July 28, 2008 (Docket Entry No. 37).

17 WHEREAS, on June 18, 2008, the parties' Stipulation and [Proposed] Order Re
18 Consolidated Opposition to Defendants' Jurisdictional Motions and Request for Additional
19 Pages was filed, setting forth the parties' agreement that TWP would file one consolidated
20 opposition to the two separate pending Motions to Dismiss of no more than 40 pages in
21 length (Docket Entry No. 42). On June 23, 2008, the Court entered its Order granting TWP
22 said relief (Docket Entry No. 44).

23 WHEREAS, it came to the attention of the BNP Paribas Defendants in the process of
24 preparing a Re-Notice of Hearing on their Motion to Dismiss that the Court is unavailable on
25 July 28, 2008 to hear the two pending Motions to Dismiss;

26 WHEREAS, August 18, 2008 is the first date that counsel for all of the parties and the
27 Court are available to conduct the hearing on the two pending Motions to Dismiss;

28 WHEREAS, the parties submit the instant Stipulation and Proposed Order in order to

STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTIONS TO DISMISS C-07-6198 MHP
-1-

1  obtain relief from the current July 28, 2008 motion hearing deadline set by the Court in its
2  aforesaid March 26, 2008 Order, and to set the schedule for the remaining briefing on the
3  pending Motions to Dismiss.
4      NOW, THEREFORE, the Parties HEREBY STIPULATE AND AGREE as follows:
5      1. The hearing on the BNP Paribas Defendants' Motion to Dismiss TWP's First
6  Amended Complaint shall be rescheduled for August 18, 2008 at 2:00 p.m. in Courtroom 15
7  of the above-captioned Court before the Honorable Marilyn Hall Patel.
8      2. The hearing on Chakravarty's Motion to Dismiss, currently scheduled for July
9  28, 2008, shall be taken off calendar and rescheduled for August 18, 2008 at 2:00 p.m. in
10 Courtroom 15 of the above-captioned Court before the Honorable Marilyn Hall Patel.
11     3. TWP shall file its consolidated opposition papers to the two aforesaid Motions to
12 Dismiss on or before July 10, 2008.
13     4. The BNP Paribas Defendants and Chakravarty shall file their reply papers in
14 support of their respective Motions to Dismiss on or before August 4, 2008.
15     IT IS SO STIPULATED AND AGREED:

Dated: June 27, 2008

GILBERT R. SEROTA
MARK A. SHEFT
MICHAEL L. GALLO
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By:       /s/
    MARK A. SHEFT

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC
and THOMAS WEISEL
INTERNATIONAL PRIVATE
LIMITED

STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTIONS TO DISMISS C-07-6198 MHP
-2-

| | |
|---|---|
| Dated: June 27, 2008 | JOSEPH E. ADDIEGO, III<br>DAVIS WRIGHT TREMAINE LLP<br><br>LEIV BLAD<br>CLIFFORD CHANCE<br><br>By: _/s/ Joseph E. Addiego_<br>    JOSEPH E. ADDIEGO III<br><br>Attorneys for Defendants BNP PARIBAS and BNP PARIBAS SECURITIES (ASIA) LIMITED |
| Dated: June 27, 2008 | TRACY THOMPSON<br>MICHAEL E. WILBUR<br>COOK\|ROOS\|WILBUR\|THOMPSON<br><br>By: _____<br>    TRACY THOMPSON<br><br>Attorneys for Defendant<br>PRAVEEN CHAKRAVARTY |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June ___, 2008

_____
Judge Marilyn Hall Patel
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTIONS TO DISMISS C-07-6198 MHP

-3-

| Dated: June 27, 2008 | JOSEPH E. ADDIEGO, III<br>DAVIS WRIGHT TREMAINE LLP<br><br>LEIV BLAD<br>CLIFFORD CHANCE<br><br>By: _____<br>        LEIV BLAD<br><br>Attorneys for Defendants BNP PARIBAS and BNP PARIBAS SECURITIES (ASIA) LIMITED |
|---|---|
| Dated: June 27, 2008 | TRACY THOMPSON<br>MICHAEL E. WILBUR<br>COOK\|ROOS\|WILBUR\|THOMPSON LLP<br><br>By: _____<br>        TRACY THOMPSON<br><br>Attorneys for Defendant<br>PRAVEEN CHAKRAVARTY |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June ___, 2008

_____
Judge Marilyn Hall Patel
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTIONS TO DISMISS C-07-6198 MHP
-3-