GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
MARK A. SHEFT (No. 183732)
Email: msheft@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC and
THOMAS WEISEL INTERNATIONAL
PRIVATE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>    Plaintiffs,<br><br>  v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>    Defendants. | No. C-07-6198 MHP<br><br>Action Filed: December 6, 2007<br><br>[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>Date:   August 18, 2008<br>Time:   2:00p.m.<br>Place:  Courtroom 15<br>Judge:  Hon. Marilyn Hall Patel |

After considering the papers submitted, and the papers on file in this case, and good cause appearing,

IT IS HEREBY ORDERED that the Clerk of the Court shall file under seal:

(1) [Sealed] Plaintiffs' Consolidated Opposition To Defendants' Motions To Dismiss Plaintiffs' First Amended Complaint.

(2) [Sealed] Exhibit D to the Declaration Of Michael L. Gallo In Support Of Plaintiffs' Consolidated Opposition To Defendants' Motions To Dismiss Plaintiffs' First Amended Complaint.

(3) [Sealed] Exhibit C to the Declaration Of Karanveer Dhillon In Support Of Plaintiffs' Consolidated Opposition To Defendants' Motions To Dismiss Plaintiffs' First Amended Complaint.

(4) [Sealed] Declaration of Don Mahon In Support Of Plaintiffs' Opposition To Defendants' Motions To Dismiss The First Amended Complaint.

IT IS SO ORDERED.

DATED: _____, 2008.

By:_____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE