GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
MARK A. SHEFT (No. 183732)
Email: msheft@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC and
THOMAS WEISEL INTERNATIONAL
PRIVATE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company, <br><br> Plaintiffs, <br><br> v. <br><br> BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual, <br><br> Defendants. | No. C-07-6198 MHP <br><br> Action Filed:  December 6, 2007 <br><br> [PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT <br><br><br> Date:      August 18, 2008 <br> Time:      2:00p.m. <br> Place:     Courtroom 15 <br> Judge:     Hon. Marilyn Hall Patel |

1    On December 6, 2007, Plaintiffs Thomas Weisel Partners LLC and Thomas Weisel

2    International Private Limited filed a complaint in this Court.    On January 15, 2008,

3    Plaintiffs filed their First Amended Complaint.

4    On March 7, 2008, Defendants BNP Paribas and BNP Paribas (Asia) Limited

5    (collectively, the "BNP Paribas Defendants") filed a Motion To Dismiss Plaintiffs' First

6    Amended Complaint.

7    On April 24, 2008, Defendant Praveen Chakravarty filed a Motion To Dismiss.

8    On July 10, 2008, Plaintiffs filed a Consolidated Opposition To Defendant's Motions

9    To Dismiss Plaintiffs' First Amended Complaint.

10    This matter came on for hearing before this Court on August __, 2006, at ___ p.m.

11    The parties appeared by their counsel of record.    After considering the papers submitted, and

12    the papers on file in this case, and good cause appearing,

13    IT IS HEREBY ORDERED that the BNP Paribas Defendants' Motion To Dismiss

14    Plaintiffs' First Amended Complain and Chakravarty's Motion to Dismiss are dismissed

15    in their entirety.

16    IT IS SO ORDERED.

17

18    DATED: _____, 2008.

19                                            By:_____

20                                                      HON. MARILYN HALL PATEL
                                                        UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation