# EXHIBIT A

# THOMAS WEISEL PARTNERS GROUP, INC.

## FORM S-1
### (Securities Registration Statement)

## Filed 4/24/2006

| | |
|---|---|
| Address | ONE MONTGOMERY STREET |
| | SAN FRANCISCO, California 94104 |
| Telephone | 415-364-2500 |
| CIK | 0001340354 |
| Industry | Investment Services |
| Sector | Financial |
| Fiscal Year | 12/31 |

Powered By EDGAR Online

http://www.edgar-online.com/
© Copyright 2006. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Onlines Terms of Use.

Table of Contents

Association. Thomas Weisel Partners International Limited, our registered U.K. broker-dealer subsidiary, is subject to regulation by the Financial Services Authority in the United Kingdom. Thomas Weisel International Private Limited, our broker-dealer branch office in India, is subject to the oversight of Indian regulatory authorities. Our business may also be subject to regulation by non-U.S. governmental and regulatory bodies and self-regulatory authorities in other countries where we operate.

Broker-dealers are subject to regulations that cover all aspects of the securities business, including sales methods, trade practices among broker-dealers, use and safekeeping of customers' funds and securities, capital structure, record-keeping, the financing of customers' purchases and the conduct and qualifications of directors, officers and employees. In particular, as a registered broker-dealer and member of various self-regulatory organizations, Thomas Weisel Partners LLC is subject to the SEC's uniform net capital rule, Rule 15c3-1. Rule 15c3-1 specifies the minimum level of net capital a broker-dealer must maintain and also requires that a significant part of its assets be kept in relatively liquid form. The SEC and various self-regulatory organizations impose rules that require notification when net capital falls below certain predefined criteria, limit the ratio of subordinated debt to equity in the regulatory capital composition of a broker-dealer and constrain the ability of a broker-dealer to expand its business under certain circumstances. Additionally, the SEC's uniform net capital rule imposes certain requirements that may have the effect of prohibiting a broker-dealer from distributing or withdrawing capital and requiring prior notice to the SEC for certain withdrawals of capital. The SEC has adopted rule amendments that establish alternative net capital requirements for broker-dealers that are part of a consolidated supervised entity. As a condition to its use of the alternative method, a broker-dealer's ultimate holding company and affiliates (referred to collectively as a consolidated supervised entity) must consent to group-wide supervision and examination by the SEC. If we elect to become subject to the SEC's group-wide supervision, we will be required to report to the SEC computations of our capital adequacy.

The research areas of investment banks have been and remain the subject of increased regulatory scrutiny. In 2002 and 2003, acting in part pursuant to a mandate contained in the Sarbanes-Oxley Act of 2002, the SEC, the NYSE, and the NASD adopted rules imposing heightened restrictions on the interaction between equity research analysts and investment banking personnel at member securities firms. In addition, in 2003 and 2004, several securities firms in the United States, including Thomas Weisel Partners LLC, reached a settlement with certain federal and state securities regulators and self-regulatory organizations to resolve investigations into their equity research analysts' alleged conflicts of interest. Under this settlement, the firms have been subject to certain restrictions and undertakings. As part of this settlement, restrictions have been imposed on the interaction between research and investment banking departments, and these securities firms are required to fund the provision of independent research to their customers. In connection with the research settlement, the firm has also subscribed to a voluntary initiative imposing restrictions on the allocation of shares in initial public offerings to executives and directors of public companies. The SEC has proposed amendments to Regulation M that would further affect the manner in which securities are distributed and allocated in registered public offerings, and the NASD has proposed similar rulemaking in this area. We cannot fully predict the practical effect that such restrictions or measures will have on our business, and the SEC, the NYSE and the NASD may adopt additional and more stringent rules with respect to offering procedures and the management of conflicts of interest in the future.

The SEC staff has conducted studies with respect to soft dollar practices in the brokerage and asset management industries. In October 2005, the SEC proposed interpretive guidance regarding the scope of permitted brokerage and research services in connection with soft dollar practices. The SEC staff has indicated that it is considering additional rulemaking in this area, and we

74

Table of Contents

**THOMAS WEISEL PARTNERS GROUP INC.**
(formerly Thomas Weisel Partners Group LLC and Subsidiaries)

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
(in thousands, except per share amounts and unless otherwise indicated)

**1.    Organization**

Thomas Weisel Partners Group, Inc., together with its subsidiaries (collectively, the "Firm"), is an independent investment banking firm headquartered in San Francisco, with additional offices in Silicon Valley, Boston, New York City and Mumbai, India. In connection with the closing of the initial public offering of Thomas Weisel Partners Group, Inc. on February 7, 2006, a number of reorganization transactions were carried out in order to cause Thomas Weisel Partners Group, Inc., a Delaware corporation, to succeed to the business of Thomas Weisel Partners Group LLC.

The Firm operates and is managed as a single operating segment providing investment services to its clients. The Firm offers a wide range of services including securities brokerage, investment banking and asset management products. The Firm's business is organized into four principal business lines: (i) investment banking; (ii) brokerage; (iii) equity research and (iv) asset management. Because the Firm operates on an integrated basis to meet the needs of its clients, the Firm does not identify or manage assets or expenses resulting from any service, or class of service, as a separate operating segment.

The Firm conducts its brokerage and investment banking business primarily through its wholly-owned subsidiary, Thomas Weisel Partners LLC (TWP), a limited liability company formed on September 18, 1998 under the laws of the State of Delaware. TWP is registered as a broker-dealer under the Securities Exchange Act of 1934 and is a member of the New York Stock Exchange, Inc. ("NYSE"), American Stock Exchange and the National Association of Securities Dealers, Inc. ("NASD"). TWP is also a registered introducing broker under the Commodity Exchange Act and a member of the National Futures Association. TWP introduces on a fully disclosed basis its proprietary and customer securities transactions to another broker dealer for clearance and settlement. In August 2005, Thomas Weisel Partners, Mauritius (TWPM), a wholly-owned subsidiary of TWP, and Thomas Weisel International Private Limited (TWIPL), a wholly-owned subsidiary of TWP, both were formed under the laws of Mauritius and India, respectively. In October 2005, TWIPL was approved by the NYSE as a branch of TWP.

Thomas Weisel Partners International Limited (TWPIL) is a U.K. broker-dealer registered with the Securities and Futures Authority Limited. The Firm also provides asset management services for sophisticated investors through its wholly-owned subsidiaries, Thomas Weisel Capital Management LLC (TWCM), TWCP LLC (formerly, Tailwind Capital Partners LLC) (TCP), Thomas Weisel Venture Partners LLC (TWVP), Thomas Weisel Healthcare Venture Partners LLC (TWHVP), Thomas Weisel Global Growth Partners LLC (TWGGP) and Thomas Weisel Asset Management LLC (TWAM). TWP, TWCM, TWAM and TWGGP are registered as investment advisers under the Investment Advisers Act of 1940. The Firm also offers insurance products through its wholly-owned subsidiary, Thomas Weisel Partners Insurance Services (TWPIS).

**2.    Significant Accounting Policies**

*Basis of Presentation* — These consolidated financial statements are prepared in conformity with accounting principles generally accepted in the United States, which require management to make estimates and assumptions regarding future events that affect the amounts reported in our financial statements and these footnotes, including investment valuations, compensation accruals and other matters. Management believes that the estimates used in preparing its consolidated financial statements are reasonable and prudent. Actual results could differ materially from those estimates.

F-7

Table of Contents

| Exhibit Number | Description |
|---|---|
| 10.8** | Lease, dated as of January 10, 2000, between Teachers Insurance and Annuity Association of America and Thomas Weisel Partners Group LLC, as amended by the First Amendment dated as of February 1, 2000, the Second Amendment dated as of June 21, 2000 and the Third Amendment dated as of October 29, 2003 |
| 10.9** | Lease, dated as of June 21, 2000, between Teachers Insurance and Annuity Association of America and Thomas Weisel Partners Group LLC, as amended by the First Amendment dated as of April 20, 2001 and the Second Amendment dated as of October 8, 2003 |
| 10.10** | Lease, dated as of May 5, 1999, between 390 Park Avenue Associates, LLC and Thomas Weisel Partners Group LLC, as amended by the Letter Agreement dated as of June 3, 1999, the Lease Amendment dated as of October 1, 1999 and the Third Lease Amendment dated as of May 3, 2000 |
| 10.11* | Lease, dated as of June 30, 1999, between Fort Hill Square Phase 2 Associates and Thomas Weisel Partners Group LLC, as amended by the First Amendment dated as of October 25, 1999, the Second Amendment dated as of June 12, 2000 and the Third Amendment dated as of January 8, 2002 |
| 10.12* | Sublease, dated as of July 30, 2004, between Dewey Ballantine LLP and Thomas Weisel Partners Group LLC |
| 10.13** | Subscription Agreement, dated as of January 18, 2000, between Thomas Weisel Partners Group LLC and California Public Employees' Retirement System, as amended |
| 10.14**** | Letter Agreement, dated as of January 27, 2006, between Thomas Weisel Partners Group LLC and California Public Employees' Retirement System |
| 10.15** | Alliance Agreement, dated as of November 14, 2001, among Nomura Securities Co., Ltd., Nomura Corporate Advisors Co., Ltd., Nomura Holding America Inc. and Thomas Weisel Partners Group LLC |
| 10.16**** | Thomas Weisel Partners Group, Inc. Bonus Plan |
| 10.17**** | Form of Restricted Stock Unit Award Agreement |
| 10.18**** | Form of Restricted Stock Award Agreement |
| 10.19‡ | CEO Employment Agreement |
| 10.20*** | Loan and Security Agreement among Silicon Valley Bank, Thomas Weisel Capital Management LLC, Thomas Weisel Venture Partners LLC, Thomas Weisel Healthcare Venture Partners LLC and Tailwind Capital Partners LLC, dated as of June 30, 2004 |
| 10.21*** | Unconditional Secured Guaranty by Thomas Weisel Partners Group LLC to Silicon Valley Bank, dated June 15, 2004 |
| 10.22*** | Master Security Agreement between General Electric Capital Corporation and Thomas Weisel Partners Group LLC, dated as of December 31, 2003, as amended by the Amendment dated as of November 30, 2005, the Financial Covenants Addendum No. 1 to Master Security Agreement, dated as of December 31, 2003, and the Financial Covenants Addendum No. 2 to Master Security Agreement, dated as of November 30, 2005 |
| 10.23*** | Revolving Note and Cash Subordination Agreement between National Financial Services LLC and Thomas Weisel Partners LLC, dated as of November 28, 2005 |
| 10.24*** | Note and Revolving Loan Agreement between First Republic Bank and Thomas Weisel Partners Group LLC, dated as of January 5, 2004, as amended by the First Modification Agreement, dated as of July 20, 2005 |
| 10.25*** | Leave and License Agreement, dated as of December 2, 2005, between Tivoli Investments & Trading Company Private Limited and Thomas Weisel International Private Limited |

II-3

Table of Contents

| Exhibit Number | Description |
|---|---|
| 10.26*** | Leave and License Agreement, dated as of December 2, 2005, between Fitech Equipments (India) Private Limited and Thomas Weisel International Private Limited |
| 10.27**** | Letter Agreement, dated as of June 23, 2005, between Thomas Weisel Partners Group LLC and California Public Employees' Retirement System |
| 21.1† | List of Subsidiaries of the Registrant |
| 23.1 | Consent of Deloitte & Touche LLP |
| 23.2† | Consent of Sullivan & Cromwell LLP (included in Exhibit 5.1) |
| 24.1 | Power of Attorney (included on signature page of this filing) |

†    To be filed by amendment

*    Filed as an exhibit to Registrant's Registration Statement on Form S-1 (File No. 333-129108), filed October 19, 2005.

**    Filed as an exhibit to Amendment No. 1 to Registrant's Registration Statement on Form S-1 (File No. 333-129108), filed December 13, 2005.

***    Filed as an exhibit to Amendment No. 2 to Registrant's Registration Statement on Form S-1 (File No. 333-129108), filed January 17, 2006.

****    Filed as an exhibit to Amendment No. 3 to Registrant's Registration Statement on Form S-1 (File No. 333-129108), filed February 1, 2006.

‡    Filed as an exhibit to Registrant's Annual Report on Form 10-K for the fiscal year ended December 31, 2005 (File No. 000-51730), filed March 29, 2006.

## Item 17.   Undertakings.

(a) The undersigned Registrant hereby undertakes to provide to the underwriter at the closing specified in the underwriting agreement certificates in such denominations and registered in such names as required by the underwriter to permit prompt delivery to each purchaser.

(b) Insofar as indemnification for liabilities arising under the Securities Act of 1933 may be permitted to directors, officers and controlling persons of the Registrant pursuant to the provisions referenced in Item 14 of this Registration Statement, or otherwise, the Registrant has been advised that in the opinion of the Securities and Exchange Commission such indemnification is against public policy as expressed in the Securities Act of 1933 and is, therefore, unenforceable. In the event that a claim for indemnification against such liabilities (other than the payment by the Registrant of expenses incurred or paid by a director, officer, or controlling person of the Registrant in the successful defense of any action, suit or proceeding) is asserted by such director, officer or controlling person in connection with the securities being registered, the Registrant will, unless in the opinion of its counsel the matter has been settled by controlling precedent, submit to a court of appropriate jurisdiction the question whether such indemnification by it is against public policy as expressed in the Securities Act of 1933 and will be governed by the final adjudication of such issue.

(c) The undersigned Registrant hereby undertakes that:

(1) For purposes of determining any liability under the Securities Act of 1933, the information omitted from the form of prospectus filed as part of this Registration Statement in reliance upon Rule 430A and contained in a form of prospectus filed by the Registrant pursuant to Rule 424(b)(1) or (4) or 497(h) under the Securities Act shall be deemed to be part of this Registration Statement as of the time it was declared effective.

(2) For the purpose of determining any liability under the Securities Act of 1933, each post-effective amendment that contains a form of prospectus shall be deemed to be a new Registration Statement relating to the securities offered therein, and the offering of such securities at that time shall be deemed to be the initial bona fide offering thereof.

Table of Contents

| Exhibit Number | Description |
|---|---|
| 10.12* | Sublease, dated as of July 30, 2004, between Dewey Ballantine LLP and Thomas Weisel Partners Group LLC |
| 10.13** | Subscription Agreement, dated as of January 18, 2000, between Thomas Weisel Partners Group LLC and California Public Employees' Retirement System, as amended |
| 10.14**** | Letter Agreement, dated as of January 27, 2006, between Thomas Weisel Partners Group LLC and California Public Employees' Retirement System |
| 10.15** | Alliance Agreement, dated as of November 14, 2001, among Nomura Securities Co., Ltd., Nomura Corporate Advisors Co., Ltd., Nomura Holding America Inc. and Thomas Weisel Partners Group LLC |
| 10.16**** | Thomas Weisel Partners Group, Inc. Bonus Plan |
| 10.17**** | Form of Restricted Stock Unit Award Agreement |
| 10.18**** | Form of Restricted Stock Award Agreement |
| 10.19‡ | CEO Employment Agreement |
| 10.20*** | Loan and Security Agreement among Silicon Valley Bank, Thomas Weisel Capital Management LLC, Thomas Weisel Venture Partners LLC, Thomas Weisel Healthcare Venture Partners LLC and Tailwind Capital Partners LLC, dated as of June 30, 2004 |
| 10.21*** | Unconditional Secured Guaranty by Thomas Weisel Partners Group LLC to Silicon Valley Bank, dated June 15, 2004 |
| 10.22*** | Master Security Agreement between General Electric Capital Corporation and Thomas Weisel Partners Group LLC, dated as of December 31, 2003, as amended by the Amendment dated as of November 30, 2005, the Financial Covenants Addendum No. 1 to Master Security Agreement, dated as of December 31, 2003, and the Financial Covenants Addendum No. 2 to Master Security Agreement, dated as of November 30, 2005 |
| 10.23*** | Revolving Note and Cash Subordination Agreement between National Financial Services LLC and Thomas Weisel Partners LLC, dated as of November 28, 2005 |
| 10.24*** | Note and Revolving Loan Agreement between First Republic Bank and Thomas Weisel Partners Group LLC, dated as of January 5, 2004, as amended by the First Modification Agreement, dated as of July 20, 2005 |
| 10.25*** | Leave and License Agreement, dated as of December 2, 2005, between Tivoli Investments & Trading Company Private Limited and Thomas Weisel International Private Limited |
| 10.26*** | Leave and License Agreement, dated as of December 2, 2005, between Fitech Equipments (India) Private Limited and Thomas Weisel International Private Limited |
| 10.27**** | Letter Agreement, dated as of June 23, 2005, between Thomas Weisel Partners Group LLC and California Public Employees' Retirement System |
| 21.1† | List of Subsidiaries of the Registrant |
| 23.1 | Consent of Deloitte & Touche LLP |
| 23.2† | Consent of Sullivan & Cromwell LLP (included in Exhibit 5.1) |
| 24.1 | Power of Attorney (included on signature page of this filing) |

†    To be filed by amendment

*    Filed as an exhibit to Registrant's Registration Statement on Form S-1 (File No. 333-129108), filed October 19, 2005.

# EXHIBIT B

 

**Shareholders / Investors**

# Press release

## BNP Paribas announces new nominations in Corporate Finance and Equity Brokerage in Asia

*September 19th, 2006*

BNP Paribas is pleased to announce an enhanced business model for its Equity Brokerage and Corporate Finance businesses in Asia, as well as the appointment of new executives. Effective today, the Equity Brokerage business will be led by Pierre Rousseau, Head of BNP Paribas Securities (Asia) and Global Head of Equity Brokerage; while the Corporate Finance business (Equity Capital Markets and Mergers and Acquisitions), will be led by Christian de Charnace, Head of BNP Paribas Corporate Finance, Asia Pacific, who is also a member of the Global Corporate Finance Executive Committee.

Pierre will report to Yann Gerardin, Global Head of Equities and Derivatives.

Christian will report to Thierry Varene, Global Head of Corporate Finance.

The Equity Brokerage business will encompass:

- the present Equity Brokerage activities of BNP Paribas Peregrine, namely 200 Front Office staff with prime quality Equity Research on 7 Stock Exchanges in Asia (Hong Kong, Taiwan, Korea, Singapore, Indonesia, Malaysia, and in association with Thanachart Securities in Thailand), and Sales / Trading in Asia, Europe and the USA;

- and the Equity Execution Brokerage activities of BNP Paribas in Asia, centered around the hubs of Tokyo and Hong Kong. Boasting 30 professionals equipped with cutting-edge technology, this division offers to Institutional clients a wide range of Equity Execution services.

In addition to strengthened Execution Services capacities, this closer proximity to the Equity Derivatives Business line will allow the Equity Cash Brokerage of BNP Paribas in Asia to offer a wide, coordinated product mix to all of its Institutional clients in Asia, Europe and the USA. These services include full Research service; Execution-only service; and a complete range of products in Structured and Flow Equity Derivatives (for which BNP Paribas is a world leader).

The integrated pan-Asia Pacific Corporate Finance platform will encompass:

- the existing staff, products and perimeter of BNP Paribas Peregrine in Corporate Finance (ECM and M&A) in China, Hong Kong, Taiwan and South-East Asia (80 professionals).

- the existing Corporate Finance teams of BNP Paribas in Japan and Korea.

The newly integrated Corporate Finance platform in Asia is the largest for BNP Paribas outside Europe. With its strong franchise in China, and centers of excellence in Hong Kong, Taiwan, Southeast Asia, Japan and Korea, this new Corporate Finance platform will continue to develop the traditional ECM, mid-cap, franchise of BNP Paribas in Hong Kong and China, together with a full range of Advisory and ECM services to the large Asian Groups and Multinationals. With the enhanced platform, the Corporate Finance team in Asia will be in an even better position to develop international business strategies, capturing a larger share of growing business from Europe and the US.

Both Pierre and Christian are based in Hong Kong. They, and their respective teams, will continue to operate in close cooperation for the distribution of the ECM transactions.

In Hong Kong and China, these changes and expansions of perimeters represent a natural evolution for BNP Paribas Peregrine, as it has been operating, for the last three years, as an integrated division of the Bank.

Before the end of the year, the Bank will conduct an alignment of its branding in Equity Brokerage and Corporate Finance, to better reflect the evolution of the business models in these two areas. The branding alignment of Equity Brokerage and Corporate Finance divisions with that of the BNP Paribas Group underscores the rising profile of these two businesses as they pursue bigger underwriting deals in the Asian markets and also expand their presence outside the region. With the branding alignment, these two businesses will be in an even better position to leverage on BNP Paribas' globally-integrated brand recognition and infrastructure. BNP Paribas is amongst the world's 15 largest banks and is the No.1 bank in the Eurozone in terms of market capitalization. This is a very strong foundation from which the Corporate Finance and Equity Brokerage businesses in Asia can benefit.

Meanwhile Jean-Claude Bergadaa, currently Chief Executive Officer of BNP Paribas Peregrine, who until now supervises both Brokerage and Corporate Finance activities, will take up a new position in Paris assuming supervisory and marketing responsibilities over a number of OECD countries. During his three-year tenure in Hong Kong, significant developments were carried out, including the creation of a stock brokerage unit in Taiwan, the re-launching of a significant M&A activity in South East Asia, Hong Kong and China and the creation of a strategic partnership in Thailand, thus preparing for the present new phase and evolution.

## About BNP Paribas

BNP Paribas (www.bnpparibas.com) is a European leader in banking and financial services, and ranks among the world's top 15 banks, and number one in the Euro zone, by market capitalization. It has around 140 000 employees, 110 000 of whom are based in Europe. The group occupies leading positions in three significant fields of activity: Corporate and Investment Banking, Asset Management & Services and Retail Banking. It is present in 85 countries and has a strong presence in all the key financial centres. Present throughout Europe, in all its business lines, France and Italy are its two domestic markets in retail banking. BNP Paribas enjoys a significant and growing presence in the United States and leading positions in Asia and in emerging markets.

Case 3:07-cv-06198-MHP     Document 49-2     Filed 07/10/2008     Page 11 of 59

**Press contacts:**
Lavina Chan + 852 29 09 88 12
Christine Chan + 852 29 09 88 47
Hélène Regnard +33 1 40 14 65 14

Print Close

# EXHIBIT C



**California Business Portal**

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JUN 13, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| BNP PARIBAS | | |
| **Number:** C0559190 | **Date Filed:** 12/19/1968 | **Status:** active |
| **Jurisdiction:** FRANCE | | |
| Address | | |
| 787 SEVENTH AVE | | |
| NEW YORK, NY 10019 | | |
| Agent for Service of Process | | |
| FRANCES KAWAGUCHI | | |
| ONE FRONT ST 23RD FL | | |
| SAN FRANCISCO, CA 94111 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

http://kepler.sos.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C0559190&printer=yes

# EXHIBIT D

# FILED UNDER SEAL

# EXHIBIT E





**One of the largest international banking networks** with strong positions in Asia and a significant presence in the United States.

**1st largest French company and 5th in the banking industry worldwide, 1st bank in the Euro Zone** (*'Global 2000 Forbes' 2008*)

**6th most valuable international banking brand** (Brand Finance 2008)

**BNP Paribas operates in over 85 countries**, and has 162,700 employees including 126,600 in Europe - among whom 19,900 in Italy and 64,100 in France and in the Overseas Departments; 15,000 in North America and 8,800 in Asia.

### A few key figures

- **Ratings**

  **Standard & Poor's** : AA+ (stable outlook) / A-1+ (short term)
  **Moody's** : Aa1 (stable outlook) / Prime-1 (short term)
  **Fitch** : AA (stable outlook) / F1+ (short term)

- Financial results as of 31 March 2008 (1Q08)

  **Net Banking Income of €7,395 mn**, -10.0% /1Q07
  **Gross Operating Income of €2,790 mn**, -23.1% /1Q07
  **Net Income Group Share of €1,981 mn**, -21.0% /1Q07

- Annual results as of 31 December 2007

- The Group's main key figures

### Three core businesses

| | |
|---|---|
| Retail Banking | Corporate and Investment Banking |
| International Retail Services | Asset Management et Services |
| | Other activities |
| BNL Banca Commerciale | Klépierre |
| | Principal Investments |
| | L'Atelier |

### Multimedia

 Watch the video of the year 2007

 View the corporate film (Macromedia Flash Player 7)

Corporate Leaflet

**A selection of Awards and Rankings, beginnings of 2008**

**Corporate & Investment Banking**

**Advisory and capital markets**

- Structured Products House of the Year (*Risk Magazine*)
- Equity Derivatives House of the Year (*Structured Products*)
- Derivatives House of the Year (*Asia-ex Japan Asia Risk*)
- "Credit House of the Year" (*Structured Products*)
- "Rising Star Equity House" (*The Asset Triple A*)

**Financing businesses**

- "Best Structured Commodity Bank" (*Trade Finance Magazine*)
- N°1 Mandated Lead Arranger worldwide for Project Finance (*Thomson*)
- N°1 Mandated Lead Arranger worldwide for Global Trade Finance Loans (*Dealogic*)
- "Most innovative Bank in Trade" (*Trade & Forfaiting Review*)

**Asset Management & Services**

- BNP Paribas Banque Privée: N°1 in France, N°5 in Western Europe, N°9 worldwide (*Euromoney*)
- BNP Paribas Assurance: world leader in creditor insurance (*FFSA*)
- BNP Paribas Securities Services: N°1 in Europe, top 5 worldwide (*globalcustody.net*)

**International Retail Services**

- BNP Paribas Personal Finance: N°1 in personal lending solutions in Europe (*European Credit Research Institute*)
- BNP Paribas Lease Group: N°1 in France in equipment leasing (*Association Française des Sociétés Financières*)
- Arval: N°1 in France and N°2 in Europe for corporate vehicles leasing and services (*SNLVLD*)
- BancWest: 6th Bank in the Western United States (*SNL Financial*)
- UkrSibbank: 3rd Bank in Ukraine in terms of assets, "Bank of the Year" in Ukraine (*Euromoney, Global Finance*)

**BNL**
- 3rd Italian banking brand (*Eurisko Mutlifintrack 2007*);
- 6th Italian Bank in terms of amount of customer loans and deposits (*Associazione Bancaria Italiana*).

# EXHIBIT F

**BNP PARIBAS**
SECURITIES SERVICES

The closer,
the better

| Home | About us | Clients | Services | Locations | News | Contacts | Careers |

Home  >  Services  >  Global Execution & Settlement

Local Clearing & Custody
Derivatives Clearing
**Global Execution &
Settlement**
Global Custody
Trade administration
Fund Administration
Asset Manager Outsourcing
Transfer Agency
Performance Measurement
Investment Compliance
Fund Distribution Support
Securities Lending
Cash / Foreign Exchange
Issuer Advisory
Shareholder Services
Stock Option Plans
Employee Stock Plans
Securitisation & Structured
Finance
Debt Services
Global Clearing & Settlement
Fund Hosting
WRAP Services

# Global Execution & Settlement

For financial institutions seeking cost-efficient execution with high-quality post-trade support, BNP Paribas Securities Services has the answer. We provide clients with a fully-integrated solution covering both the execution of a trade order and the associated clearing, settlement and custody-related tasks. Our market coverage includes easy access to dozens of exchanges worldwide, so clients just send us their initial trade instructions–and we handle the rest.

**Worldwide coverage**

We offer access to over 50 exchanges around the world, on a 'direct market' or 'execution desk access basis', 24 hours a day via our regional centres in Paris, New York and Hong Kong. We also offer a comprehensive range of instruments covering cash equity, UCITS and both listed and OTC derivatives.

**An efficient execution-clearing-settlement solution**

Our solution is based on a simple model that is scaleable, low-risk and cost-efficient. We offer clients the dual benefits of BNP Paribas' leading positions in equities and derivatives execution as well as in clearing and custody services: the best of both worlds pre- and post-trade within a simple, cost-effective package.

**Streamlined operations and improved risk management**

Because clients send only one execution instruction, there is no need for separate settlement notices, eliminating a layer of administration and thus reducing cost. In addition our trade confirmations and post-trade processing are fully automated, having reached 100% STP rates significantly reducing operational risk. Furthermore, our operating model is based on standard industry interfaces and open architecture, so compatibility with major order management systems is assured.

For more information on our integrated execution, clearing and settlement solution, contact your local BNP Paribas Securities Services' representative.

About us | Clients | Services | Locations | News | Careers
BNP Paribas Website | Contacts | Legal information | Site map

# EXHIBIT G



Shareholders / Investors

# Press release

## With Geojit, BNP Paribas enters into savings products distribution in India and creates the BNP Paribas Personal Investors business line

*March 13th, 2007*

### BNP Paribas acquires a 27% interest in the India-based company Geojit and becomes its main shareholder

BNP Paribas enters the capital of Geojit Financial Services Ltd through a preferential allotment representing 27% of Geojit's equity. The capital increase will take place in two steps and the share of BNP Paribas will increase up to a **minimum of 34.35%** in the coming few weeks.

Based in Kochi, Kerala, Geojit is a brokerage firm and distributor of financial savings products, with approximately 250,000 clients, a network of 400 branches throughout India, and over 2,000 employees. Geojit also operates in the United Arab Emirates through the joint-venture Barjeel Geojit Securities.
Geojit offers brokerage services for equities, derivatives and commodities, financial savings products (funds, life insurance, programmed savings plans) and a portfolio management service, mainly to private customers.
Created in 1987, Geojit is listed in India on the National Stock Exchange and the Bombay Stock Exchange.

The capital increase allotted to BNP Paribas will mainly allow to finance the continued development of the company in India and to bolster its presence in the Gulf countries, primarily through the opening of a new joint-venture in Saudi Arabia.

The company will use the brand name Geojit BNP Paribas and the common logo of the group's companies for all its operations in India.

CJ George, age 48, has been the CEO of Geojit since its creation and becomes CEO of Geojit BNP Paribas. He holds a Masters in Business and the Certified Financial Planner (CFP) degree. He was elected Businessman of Kerala in 2002. He is a member of the Executive Board of the Associated Chambers of Commerce and Industry of India, New Delhi (ASSOCHAM), of the Kochi Chamber of Commerce and of the Executive Committee of Financial Planning standard Board of India, Bombay. He also sat on the Executive Board of the National Stock Exchange (NSE).
CJ George joins the Executive Board of BNP Paribas Personal Investors.

### A strategic partnership between Geojit and BNP Paribas

Already present in India through its Investment Banking, Private Banking, Insurance (joint-venture SBI Life) and Asset Management (joint-venture Sundaram BNP Paribas, etc.) activities, BNP Paribas will find in Geojit a strong trading and distribution platform in a fast growing market.
To accelerate its growth, Geojit will benefit from the BNP Paribas Group's experience in savings distribution (investment funds, life insurance), cross-selling, consulting and discretionary management of stocks and investment funds, multi-channel distribution and direct marketing and telesales (Internet and telephone).

http://invest.bnpparibas.com/en/news/press-releases-print.asp?Code=LPOI-6Z9BSP

Case 3:07-cv-06198-MHP    Document 49-2    Filed 07/10/2008

**A new business line, BNP Paribas Personal Investors, is part of the Asset Management & Services (AMS) division**

It includes:
- **Cortal Consors**
- its subsidiary, the brokerage firm **B*capital**
- the interest in **Geojit**

BNP Paribas Personal Investors is dedicated to providing financial investment advice to a mass-affluent clientele in Europe and several emerging countries through various distribution channels (Internet, telephone and face-to-face). These operations are managed jointly so as to ensure that their identity and operational independence is preserved.

BNP Paribas Personal Investors, with 4,000 members, operates in Europe through **Cortal Consors**, the leading broker in personal investing and online trading, which offers a complete range
of products and investment services through various distribution channels. Cortal Consors operates in 5 European countries: Germany, France, Belgium, Spain and Luxemburg.
**B*capital**, a Cortal Consors brokerage firm, offers private investors wishing to manage their own portfolio information and personalized consulting and management under mandate services.

End 2006, assets under management by Cortal Consors and B*capital totalled 33.8 billion euros for 1,166,500 customers. Net Banking Income rose 29% between 2005 and 2006 and operating income reached 68 million euros, a 122% increase to 2005.

The BNP Paribas Personal Investors business has been entrusted to **Olivier Le Grand**, who remains Chairman of Cortal Consors and B*capital.
Olivier Le Grand, age 54, became Chairman and CEO of Cortal Consors following the merger of Cortal and Consors in 2002. He is a member of the Executive Board of the Asset Management & Services (AMS) division of BNP Paribas. He had joined Cortal in 1987 as Vice-President of Finance, and become CEO in 1989. From 1984 to 1987, he was in charge of planning and controlling of Compagnie Bancaire, a Paribas subsidiary and a holding company. From 1978 to 1984, he was successively in charge of economic studies, electricity consumption forecasts and the investment needs review for Electricité de France. Olivier Le Grand is a graduate of ENSAE, a leading French school of Economics, and has a DEA degree in mathematical methods in economics.

For all information

**BNP PARIBAS Personal Investors**
Sandrine Ferré
Tél :(33) 1 47 38 94 47
sandrine.ferre@bnpparibas.com

Silvia Arto
Tél : (33) 1 47 38 80 40
silvia.arto@bnpparibas.com

**BNP PARIBAS**
Isabelle Wolff
Tél. (33) 1 40 14 65 16
isabelle.wolff@bnpparibas.com

Print Close

# EXHIBIT H

Annual report 2006

# The bank for a changing world

## El banco para un mundo en evolución

## Banken for en verden i endring

## Банк для меняющегося мира

## O banco para um mundo em mudança

## 変化し続ける世界に対応する銀行

## Die Bank für eine Welt im Wandel

## बदलती दुनिया का बैंक

## BANK UNTUK DUNIA YANG TERUS BERUBAH

## بنك يتطور ... لعالم يتغير

## BANK UNTUK DUNIA YANG SENTIASA BERUBAH

## La banca per un mondo che cambia

## 追求卓越 與時俱進

## La banque d'un monde qui change

 BNP PARIBAS

# equities and derivatives

The Equities and Derivatives business encompasses research, structuring, trading and sales of Asian equities and global equity derivatives, indexes and funds. Equities and Derivatives teams operate in secondary as well as primary markets, where they complement Corporate Finance's range of activities. The client portfolio includes financial institutions, hedge funds, companies and individuals.

In 2006, BNP Paribas cemented its worldwide leadership in equity derivatives on the back of an exceptional growth performance.
BNP Paribas garnered many significant awards:
"Equity Derivatives House of the Year" (*Risk* magazine, 2007 Risk Awards);
"Structured Products House of the Year" (*Euromoney* magazine);
"House of the Year, Japan" (*Structured Products* magazine);
"House of the Year, Hybrids" (*Structured Products* magazine);
"Innovation of the Year, Americas" (*Structured Products* magazine);
"Risk Management House of the Year, western Europe" (*Euromoney* magazine).

## 2006: a stellar year

Equity and Derivatives enjoyed remarkable results due to a surge in client activity, particularly thanks to having won worldwide recognition for its capacity for innovation:

- vigorous growth in flow business on all continents, particularly with hedge fund clients;
- a major breakthrough in the United States which reported a record year and a steep rise in client activity;
- solid performance of structured products through the enhancement of the product range and the extension of geographic coverage, particularly in emerging countries;
- strong diversification in Europe with the creation of niche product ranges adapted to specialised client groups;
- amid positive market conditions, BNP Paribas Securities Asia could point to a record year for its Asian equity brokerage activity with institutional clients, expanding its geographic network and benefiting from the reorganisation of its trading platform.

### Privalto: a winning offer with independent asset management advisors

Launched in France in mid-2005, Privalto is an offering exclusively dedicated and adapted to the needs of independent asset management advisors, providing a range of innovative equity derivatives, with guaranteed or protected capital, and equity, index, fund or hybrid underlyings.
Thanks to a dedicated six-person Privalto sales team, BNP Paribas has been able to win a place in this new and growing client segment. Its active field presence and dynamic pace of three campaign products per year has enabled Privalto to establish a leading market position in only its second year of existence. This rapid breakthrough is also due to BNP Paribas' expertise and solid reputation in financial engineering and research. Moreover, in its efforts to understand the needs of independent asset managers so as to best advise them, Privalto offers a comprehensive array of dedicated and highly sophisticated services and marketing tools: training programmes, a website (*www.privalto.fr*), brochures and sales presentations, monthly reports, weekly market updates, daily valuations, etc.
Boosted by this rapid success, BNP Paribas continued to develop targeted ranges in 2006 intended for smaller institutional investors and asset managers in other European countries.







## BNP Paribas named "Equity derivatives house of the year"

BNP Paribas was named "Equity derivatives house of the year" by *Risk* magazine, a prize that rewards innovation and excellence in the management of derivatives and risks. BNP Paribas has been one of the undisputed leaders in equity derivatives for many years and had already been awarded this prestigious prize in 2004.

The Bank was chosen by *Risk* magazine because of the significant strengthening of its positioning on the world market over the past year, particularly in further building up its robust flow platform. The development of this activity has made it possible to recycle and reduce a part of the accumulated risks in positions resulting from structured products activity – further enhancing the global performance of the Equity Derivatives platform.

In 2006, BNP Paribas boosted its presence in the United States and continued its advances in the North and South American markets, particularly in fund derivatives and flow business. With regard to its corporate clientele, the Strategic Equity team managed a share buyback programme for Hewlett-Packard for the record sum of USD 1.7 billion. This transaction aroused the interest of many American firms in similar buybacks and considerably enhanced BNP Paribas' image in this field.

In addition to the success of its North American platform, BNP Paribas extended its equity derivative activities to emerging countries and Asia, markets where its service, transparent and aggressive pricing policy and its original investment ideas have won great favour with clients.

The Equities and Derivatives Division also added resources to its structuring teams worldwide, in particular by extending its expertise to the legal and accounting fields and the insurance sector, in order to be able to offer its clients a greater range of tailored solutions. Within the trading activity, the year saw a build up in equity financing, event-driven electronic trading, and volatility trading. The trading and sale of exotic risks such as volatility, correlation and dispersion also expanded their teams in order to constantly offer investment solutions at the cutting edge of financial innovation.

## BNP Paribas Securities Asia: an integrated Asian equity brokerage solution

Since its recent integration into Equities and Derivatives, BNP Paribas Securities Asia has offered its institutional clients a comprehensive range of research, execution, and distribution services in Asian equity products and their derivatives. Based in Hong Kong, the BNP Paribas Securities Asia teams are present on all Asian markets, particularly in China, Japan, India, Korea, Taiwan and South-East Asia (Singapore, Indonesia, Malaysia and Thailand). In total,





over 250 professionals are active on the secondary markets as well as in providing a distribution platform for the primary market and equity derivatives. BNP Paribas Securities Asia also has sales teams in the United States (New York and San Francisco) and Europe (London, Paris and Milan).

Combining its in-depth experience in Asian markets with a modern, high-performance executive platform, BNP Paribas Securities Asia offers its attractive and creative investment products as well as the ability to optimise hedging of a variety of risks inherent to market transactions.

# fixed income

Fixed Income's product expertise and distribution capabilities have positioned BNP Paribas among the Top 3 Fixed Income players in Europe, together with strong franchises in Asia, Japan and the USA.
The Group's comprehensive approach to developing solutions for its clients integrates global expertise in research, sales, trading, origination and distribution, comprising three product lines: Global Credit, Interest Rates Group and Foreign Exchange.
The Bank is a recognised global house in the interest rate and credit derivatives markets, and is a leading player in global Forex. BNP Paribas' broad range of fixed-income products is delivered through an accomplished sales and marketing platform. Further, the Bank has a comprehensive range of research products and services available for one-on-one client support and advice, as well as an extensive array of written reports through a variety of channels. In particular, the Bank's research methods are underpinned by pioneering quantitative techniques delivered by a group of world-class experts.
In line with strategies pursued in recent years, the Bank has continued to invest in its derivatives platforms (such as currency options, interest rate and forex instruments, hybrid commodity instruments, synthetic credit solutions) while intensifying its investments in securitisation (origination, structuring and distribution) and reorganising its flow activities.
Thanks to this platform, clients are provided with a full array of tailor-made services on a global scale across a broad range of markets and currencies.
With headquarters in London and five other main trading floors in New York, Paris, Singapore, Hong Kong and Tokyo, BNP Paribas Fixed Income employs more than 1,600 professionals around the world.

## A year of increased revenues

After a somewhat lacklustre year in 2005 marked by the correlation crisis in the credit area, the Group enjoyed exceptionally good market conditions in 2006 and at the same time kept on deepening its client franchise so that revenues were the best ever, well in excess of the already very good 2003 revenues.

BNP Paribas provides a complete range of fixed-income products to Debt Management professionals, ranging from the simplest financial instruments to in-depth specialist advice on the most complex of Debt Management challenges. BNP Paribas trades with an AA/Aa2/AA rating. From this formidable platform, the Bank has built a comprehensive fixed-income capacity with a client-driven approach that is backed by strong legal and operations expertise.







In terms of market recognition, the Bank consolidated and improved its ranking positions significantly across the business in the various magazine polls of clients. This is demonstrated through a number of prestigious awards:
· Two awards from *Structured Products* magazine: "Hybrids House of the Year" and "Interest Rates House of the Year" (November 2006)
· *The Banker* named BNP Paribas "Bank of the Year for Interest Rate Derivatives" (October 2006)
· Two awards from *Global Finance* magazine: "Best Credit Derivatives Provider in Asia", "Best Interest Rate Derivatives Provider in Europe" (September 2006).
BNP Paribas won *Euromoney*'s "Best Structured Products House" award (July 2006).

## League table positions

The Group has the 13th-largest share of the market for underwriting bond issues, including 3rd for all euro financial institutions and 4th for all Sterling corporate issues (*source: Thomson Financial, 25 October 2006*). The Group is the second largest portfolio credit swap counterparty by volume of trades (*source: Creditflux, and September 2006*).

## Notable deals

The Bank continues to drive innovation in the fixed income markets. For example, the Dynamo Programme, the first credit CPPI to offer exposure to a mix of cash and credit derivatives instruments, won *Euromoney*'s "Credit Innovation of the Year award". BNP Paribas was joint bookrunner on the Federal Republic of Germany's first inflation-linked bond issue, which was awarded *IFR*'s "Euro bond" and "Supranational/Sovereign/Agency/Regional bond of the year" awards.



# EXHIBIT I







> **European Research**
> Please visit Exane

EXANE BNP PARIBAS

> **Derivative Research**
> Please visit Equity Derivat



Login

Username

Password

Log

Having login prob

Sign up now.

Obtain a username and pass
to access this site.

Supported by a global top-tier financial powerhouse, BNP Paribas Securities (Asia) is a pioneer in Asian equities brokerage. We offer a modern and powerful equities trading platform that provides institutional investors with a comprehensive range of solutions.

Our top ranking research teams in Strategy, Macro Economics, and Corporate Research offer a fully integrated Asian equity coverage (over 500 companies, representing 90% MSCI Asia ex-Japan) and span over nine of Asia's most active economies, namely China, Hong Kong, Singapore, Taiwan, Korea, Thailand, Indonesia, Malaysia, and India.

We operate an advanced trading and execution platform where our experienced traders and innovative systems provide customized solutions and direct access across 15 Asian stock exchanges, including China, Japan, India, Australia and New Zealand. The range of offerings includes connectivity, reporting, commission management, Transaction Cost Analysis and shortfall implementation. Execution is processed through advanced trading tools including Direct Market Access, Order Routing and our proprietary suite of trading algorithms GEAR™.

As part of the Group's Equity Derivatives division, a world leading player in Equity Derivatives and with our exclusive franchise with the Corporate Finance Asia Pacific division, we afford our clients a unique platform to leverage from a comprehensive product mix and a direct access to a consistent deal-flow.

BNP Paribas Securities (Asia) blends established Asian expertise and complete service integration to respond to clients' increasingly sophisticated investment needs. Contact your sales representative for more information on our offerings or log on to www.equities.bnpparibas.com.

The information provided on this site is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distributio
would be prohibited by law or regulation. If you download any information from this site, you agree that you will not reproduce it (in whole or in part) to ar
person, or remove or obscure any copyright or other notices or legends contained in any such information.

©2001-2008 BNP Paribas. All rights reserved. v4.0

# EXHIBIT J

# News

**27/06/2007**
**BNP Paribas Securities (Asia) Boosts Research Capabilities**

BNP Paribas Securities (Asia) today announced that it has made 16 new hires to enhance its 70-member strong Research team in the region, boosting its strength in becoming a real pan-Asian broker in terms of business platform and research coverage capabilities.

Jonathan Harris, Regional Head of Company Research for BNP Paribas Securities (Asia) came on board nine months ago, bringing with him a new dimension to the Bank's research strategies, as well as concrete Hedge Funds experience. He has been instrumental in developing the new Research model – The Inspired Shoe Factory. To expedite the implementation of the new Research model, Mr. Harris has substantially beefed up his team in the last few months.

Amongst the new hires include Mr. Clive McDonnell, Head of Asian Equity Strategy Research, Dr. Charles Huang, senior analyst who leads coverage of small and mid-cap research, and Mr. Lance He, China research manager. (See detailed biographies attached).

Mr. McDonnell joined from international ratings agency Standard & Poor's, where he headed the strategy research team between 2001 and 2007. Dr. Huang is amongst the first generation of China equity analysts while Mr. He will manage BNP Paribas' research operations in Shanghai as well as head up coverage of the materials sector. Mr. He is one of the most reputable and experienced Shanghai-based sell-side analysts.

Pierre Rousseau, Chief Executive Officer of BNP Paribas Securities (Asia), said, these appointments would enhance the firm's new model for equity cash business, in particular its competitive edge in the coverage of China stocks in international and local exchanges; and its strength as a mid-cap specialist.

"In recent months, we have already been making considerable effort and investment to strengthen the research, sales and sales trading parts of BNPP's securities business in Asia."

"We are renowned for bringing undiscovered names to our clients' attention with our cutting edge research and maintaining our dominant position in equity company research is a core strategic priority for the bank. These appointments underlie our commitment to build a top rated market leading equity research franchise by expanding our overall coverage of Hong Kong and China companies."

"These new hires bring a wealth of experience, extensive knowledge and market insight to an already strong team of research professionals. Their skills will further enhance our ability to provide our clients with market leading research on a timely basis," added Mr. Rousseau.

Biographies
   Pierre Rousseau, Chief Executive Officer of BNP Paribas Securities (Asia) (14 ko)
   Jonathan Harris, Regional Head of Company Research for BNP Paribas Securities (Asia) (19 ko)
   Clive McDonnell, Head of Asian Equity Strategy Research (13 ko)
   Other analysts (27 ko)

Christine Chan
Corporate Communications Manager,
BNP Paribas, North & East Asia

Tel: +852 2909 8847
Email: christine.chan@asia.bnpparibas.com

Copyright BNP Paribas

**Close this window**

# BIOGRAPHY OF MR. PIERRE ROUSSEAU

Mr. Pierre Rousseau is currently Chief Executive Officer of BNP Paribas Securities (Asia) and Global Head of Equity Brokerage. Prior to taking up this role, he was Head of Global Execution Services for Japan and Asia.

As Head of Global Execution Services, Pierre is responsible for ensuring the sound and steady development of the business line covering all equities and derivatives flow execution activities such as Direct Market Access (DMA), Program Trading and algorithmic trading in the Japan-Asia area. His managing position puts him in direct contact with the various aspects of this business unit from information technology to sales and operational issues.

Previously Pierre was head of the Equities business in Asia and Japan for Credit Agricole Cheuvreux, where he oversaw the restructuring of Indosuez WI Carr Securities (IWICS), when it was taken over by Credit Agricole Cheuvreux in November 2001.

Prior to that, Pierre was with IWICS (joined in April 2000), where he created an integrated electronic platform (execution and straight-through processing) and from there, developed a new model for brokerage services.

Pierre first joined Banque Indosuez' Luxembourg office in 1988 and then moved to Asia in 1993, based in Singapore and Tokyo respectively as Chief Operating Officer of Banque Indosuez and Credit Agricole Indosuez until 2000. Pierre started his career in 1985 with Citibank Benelux, after attaining a Diploma in Commercial Engineering.

BIOGRAPHY OF MR. JONATHAN HARRIS

Mr. Jonathan Harris is currently Regional Head of Company Research, BNP Paribas Securities (Asia). Jonathan reports to Pierre Rousseau, Chief Executive Officer of BNP Paribas Securities (Asia). Pierre is also Global Head of Equity Brokerage.

Jonathan joins BNP Paribas from Lehman Brothers where he was head of Equities Research in Asia ex-Japan. He has amassed over 15 years of experience in the industry. At Lehman, he was one of the five members of the Asia Equities Management Committee as well as the interim co-head of equity sales, managing and overseeing Asia-based sales force.

From 1996 – 2003, Jonathan held various senior research positions within James Capel, HSBC Group and Goldman Sachs. He has been posted in various places in Asia including South-East Asia, Seoul and Hong Kong.

A magna cum laude graduate of Ivy League's Brown University in the United States, Jonathan embarked on his research career in 1991 when he joined Guy Carpenter as an analyst.

# EXHIBIT K

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

FORM 8-K

CURRENT REPORT
Pursuant to Section 13 or 15(d)
of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): **December 6, 2007**

# Thomas Weisel Partners Group, Inc.

(Exact name of registrant as specified in its charter)

| Delaware | No. 000-51730 | No. 20-3550472 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| One Montgomery Street San Francisco, California | 94104 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(415) 364-2500**

**N.A.**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 8.01 Other Events.**

Thomas Weisel Partners Group, Inc. ("Registrant") announced today that it would discontinue its Discovery Research coverage of U.S. equities. That coverage is being discontinued as a result of the recruitment of key Discovery Research personnel to BNP Paribas Securities (Asia) Limited, a BNP Paribas affiliate. Thomas Weisel Partners is pursuing its legal remedies in connection with these departures. Discovery Research, a subscription-based research product, was produced out of Thomas Weisel Partners' office in Mumbai, India. Thomas Weisel Partners intends to continue to conduct other business and operations through its Mumbai, India office.

The information furnished in this report shall not be deemed to constitute an admission that such information contains material information that is not otherwise publicly available. In addition, the Registrant does not assume any obligation to update such information in the future.

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Thomas Weisel Partners Group, Inc.

Date: December 6, 2007                    By:  /s/ Mark Fisher

Name: Mark Fisher
Title:  General Counsel & Secretary

# EXHIBIT L


**BNP PARIBAS**

Home > **BNP Paribas Securities Asia Launches Onshore Research Platform in India**

## Group

| | | | | | | Archives | |
|---|---|---|---|---|---|---|---|
| 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 |

### BNP Paribas Securities Asia Launches Onshore Research Platform in India

**Hong Kong, 6th Dec. 2007**

◁ Ecouter  ▶ ■ ⋮
by Readspeaker

BNP Paribas Securities Asia announced today the launch of a 27-people strong securities research team in India. The onshore research operation is the second-largest research platform after the Hong Kong and China team within BNP Paribas.

Targeted at capitalizing on the accelerated expansion of the domestic securities business in India as the country's financial market opens up, this latest Indian setup will also complete BNP Paribas Securities Asia's regional research footprint, covering nine Asian countries.

The Research team will be based in Mumbai under the leadership of Praveen Chakravarty, Chief Operating Officer and Acting Head of Equity Research for BNP Paribas Securities in India, newly appointed as of December 3, 2007. In his new role as COO, Mr. Chakravarty will report locally to Abhijit Raha, Head of Institutional Equities and Corporate Finance for BNP Paribas in India, and globally to Philippe Ditisheim, Chief Operating Officer of BNP Paribas Securities Asia. As Acting Head of Equity Research, he will report to Abhijit Raha locally, and to Jon Harris, Securities Asia's Regional Head of Equity Research, on a regional basis.

With the new setup boasting 10 writing analysts and 13 research associates by the end of year, BNP Paribas Securities Asia will see its India's securities capabilities significantly boosted to initially cover 100 Indian stocks by October 2008. BNP Paribas Securities Asia is in the process of setting up a full-fledged securities house which covers multi-product research offerings and stocks as well as execution and trading capabilities on the Bombay Stock Exchange and National Stock Exchange.

"Establishing onshore Indian research capabilities for BNP Paribas Securities Asia reflects our commitment to strengthen our capabilities in the Indian market. We firmly believe that we will fully leverage this to our advantage to tap into vast emerging opportunities inherent in India, one of the world's fastest-growing economies," said Jon Harris, Regional Head of Equity Research, BNP Paribas Securities Asia.

"We are confident that with Praveen's depth of experience, extensive knowledge and understanding of the market, he will lead the team to markedly maximize our clients' portfolio returns by providing them with top-quality research and analysis," said Mr Abhijit Raha, Head of Institutional Equities and Corporate Finance for BNP Paribas, India.

Christine Chan +852 2909 8847 christine.chan@asia.bnpparibas.com

Top

Tous Droits Réservés BNP Paribas

# EXHIBIT M

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | Numerical Standing | |
| | | | | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 7,970 | 8,683 | 6,362 | 6,727 | 6,919 | 7,887 | U.S. | Circuit |
| | Terminations | | 6,777 | 6,983 | 6,966 | 6,471 | 7,094 | 6,675 | | |
| | Pending | | 9,005 | 8,157 | 6,557 | 7,267 | 7,567 | 7,958 | | |
| | % Change in Total Filings | Over Last Year | | -8.2 | | | | | 79 | 15 |
| | | Over Earlier Years | | | 25.3 | 18.5 | 15.2 | 1.1 | 35 | 5 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | .0 | 3.1 | 12.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 569 | 620 | 455 | 480 | 494 | 563 | 15 | 4 |
| | | Civil | 505 | 558 | 390 | 413 | 424 | 510 | 8 | 2 |
| | | Criminal Felony | 33 | 37 | 39 | 44 | 47 | 42 | 86 | 14 |
| | | Supervised Release Hearings** | 31 | 25 | 26 | 23 | 23 | 11 | 28 | 10 |
| | Pending Cases | | 643 | 583 | 468 | 519 | 541 | 568 | 12 | 2 |
| | Weighted Filings** | | 624 | 621 | 543 | 581 | 631 | 598 | 8 | 2 |
| | Terminations | | 484 | 499 | 498 | 462 | 507 | 477 | 30 | 7 |
| | Trials Completed | | 8 | 8 | 10 | 10 | 11 | 11 | 92 | 14 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 12.4 | 11.2 | 12.6 | 11.1 | 11.7 | 11.8 | 82 | 14 |
| | | Civil** | 6.7 | 7.4 | 9.8 | 8.2 | 10.6 | 9.5 | 11 | 2 |
| | From Filing to Trial** (Civil Only) | | 24.9 | 25.0 | 28.0 | 22.5 | 30.3 | 23.5 | 46 | 7 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 393 | 528 | 530 | 430 | 377 | 475 | | |
| | | Percentage | 4.7 | 7.3 | 9.5 | 6.9 | 5.7 | 6.7 | 51 | 5 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.5 | 1.5 | 1.4 | 1.5 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 53.81 | 59.09 | 55.21 | 61.19 | 65.00 | 66.42 | | |
| | | Percent Not Selected or Challenged | 41.9 | 43.2 | 31.0 | 48.9 | 40.9 | 47.2 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7074 | 122 | 975 | 1610 | 94 | 44 | 534 | 527 | 243 | 533 | 732 | 422 | 1238 |
| Criminal* | 455 | 6 | 72 | 162 | 40 | 64 | 11 | 38 | 5 | 6 | 16 | 15 | 20 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# EXHIBIT N

COOK | ROOS | WILBUR | THOMPSON LLP
TRACY THOMPSON, CBN 88173
MICHAEL E. WILBUR, CBN 152361
221 Main Street, Suite 1600
San Francisco, California 94105
Telephone:    415-362-7071
Facsimile:    415-362-7073

Attorneys for Defendant
PRAVEEN CHAKRAVARTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>        Defendants. | Case No.: C 07-06198 MHP<br><br>DEFENDANT PRAVEEN CHAKRAVARTY'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES REGARDING JURISDICTION/FORUM NON CONVENIENS |

PROPOUNDING PARTY:        Plaintiffs THOMAS WEISEL PARTNERS LLC and THOMAS
                          WEISEL INTERNATIONAL PRIVATE LIMITED

RESPONDING PARTY:         Defendant PRAVEEN CHAKRAVARTY

SET NUMBER:               ONE (1)

        Defendant Praveen Chakravarty ("Chakravarty") hereby responds to Plaintiffs Thomas Weisel

Partners LLC and Thomas Weisel International Private Limited's First Set of Jurisdictional

1  Interrogatories in accordance with Federal Rule of Civil Procedure 33 and the Local Rules of the

2  District Court for the Northern District of California.

3  **GENERAL OBJECTIONS**

4      Chakravarty responds to each of plaintiffs' Interrogatories, subject to the following general

5  objections which are incorporated by reference in response to each Interrogatory.

6      1.    Chakravarty objects to the Interrogatories to the extent they seek the disclosure of any

7  information that is privileged or protected for any reason including, without limitation, information

8  protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege

9  or protection.

10      2.    Chakravarty objects to the interrogatories to the extent they seek information that is

11  proprietary or confidential in nature or would otherwise subject defendant to hardship and undue

12  burden within the meaning of Rule 26(c) of the Federal Rule of Civil Procedure if such information

13  were to be provided to plaintiffs or publicly disclosed in the record.

14      3.    Chakravarty objects to the Interrogatories to the extent they seek information that can

15  be obtained from other sources or in other manners by plaintiffs without undue burden to plaintiffs.

16      Subject to and without waiving any of the foregoing general objections, defendant

17  Chakravarty responds as follows to plaintiffs' Interrogatories.

18  **OBJECTIONS TO "DEFINITIONS" AND "INSTRUCTIONS"**

19      Chakravarty responds to each of plaintiffs' Interrogatories subject to the following objections

20  to plaintiffs' "Instructions" and "Definitions" which are incorporated by reference in response to each

21  specific Interrogatory.

22      1.    Chakravarty objects to each of plaintiffs' "Instructions" and "Definitions" to the extent

23  they purport to impose obligations that exceed the requirements of the Federal Rules of Civil

24  Procedure.

25      2.    Chakravarty objects to plaintiffs' definition of "YOU" or "YOUR" to the extent it

26  purports to require responses from persons and entities other than Praveen Chakravarty, an

27  individual.  All responses to these Requests are solely on behalf of Praveen Chakravarty, and no

28  other person or entity.

THOMAS WEISEL v. BNP PARIBAS, et al.
CASE NO. C 07-06198 MHP     2

DEENDANT CHAKRAVARTY'S RESPONSE
TO INTERROGATORIES, SET ONE

3.      By responding specifically to plaintiffs' Interrogatories, defendant does not concede their relevance or materiality. Chakravarty's response to any particular Interrogatory is made expressly subject to, and without in any way waiving or intending to waive, any objections as to the competency, relevancy, materiality, privilege, or admissibility of any information contained therein.

4.      Chakravarty has not completed his investigation, collection of information, discovery, and analysis relating to this litigation. The following responses are based on the information known and available to Chakravarty at this time. Chakravarty reserves the right to modify, alter, change, or supplement his responses and to produce additional evidence at trial, whether consistent or inconsistent with these responses, to the extent permitted by applicable law.

## RESPONSES TO INTERROGATORIES

INTERROGATORY NO. 1:

IDENTIFY ALL employees of BNP Paribas Securities (Asia) Limited OR BNP Paribas who played ANY role in the recruiting, hiring, decision to hire, interviewing OR integration of YOU OR ANY of the DEPARTING DISCOVERY RESEARCH EMPLOYEES.

RESPONSE TO INTERROGATORY NO. 1:

Defendant is informed and believes that the following persons are employed by BNP Paribas (Asia) Limited at the locations indicated:

1.     Pierre Rousseau: Hong Kong

2.     Jon Harris: Hong Kong

3.     Hugo Leung: Hong Kong

4.     Theresa Ho: Singapore

5.     Angelo Pinto: India

INTERROGATORY NO. 2:

IDENTIFY ALL "of the witnesses with direct knowledge of any facts relevant to this case" who YOU contend "live and work in Asia." Defendant Praveen Chakravarty's Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities in Support at 4:15-16.

1  RESPONSE TO INTERROGATORY NO. 2:

2      Pierre Rousseau, Jon Harris, Hugo Leung, Theresa Ho, Angelo Pinto, Shashank Abhisheik,

3  Abhishek Bhattacharya, Alok Deshpande, Karan Gupta, Manish Gupta, Roshan Shetty, Avinash

4  Singh, Bijal Thakkar, Joseph George, Preeti Dubey, Abhiram Eleswarapu, Laksminarayana Ganti,

5  Sandeep Thomas Matthew, Girish Nair, Sameer Naringrekar, N. Vijay Sarathi, Amit Shah, Vishal

6  Sharma, Sriram Somayajula, Kunal Vora; Charanjit Singh, Neelima Mane.

7

8  INTERROGATORY NO. 3:

9      State how, if at all, ANY electronically stored "sources of proof" (*see* Defendant Praveen

10  Chakravarty's Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities in

11  Support at 17:20-21) may be accessed from California.

12  RESPONSE TO INTERROGATORY NO. 3:

13      Defendant objects to this Interrogatory on the ground that it is vague and ambiguous. Subject

14  to this objection, and insofar as defendant understands this interrogatory, defendant responds as

15  follows: Defendant has no knowledge of what electronic sources of proof may exist as to any other

16  party. Insofar as defendant has possession, custody or control of any electronically stored sources of

17  proof, that information is in India, and defendant is unaware of how those sources of proof might be

18  accessed from California.

19

20  INTERROGATORY NO. 4:

21      Describe the date, duration and purpose (i.e., business, pleasure OR both) of ALL YOUR

22  travel to the United States from August 2005 to the present.

23  RESPONSE TO INTERROGATORY NO. 4:

24      Defendant objects to this Interrogatory on the grounds that it is overbroad and seeks

25  information which is neither relevant to the issues of jurisdiction or forum non conveniens nor

26  reasonably calculated to lead to the discovery of admissible evidence, to the extent it seeks

27  information regarding travel to places in the United States other than the State of California. Subject

28

1  to and without waiving these objections, and responding only with regard to travel to the State of

2  California, defendant responds as follows:

3      January 31 to February 12, 2007; 13 days; San Francisco, CA; attend Thomas Weisel

4  Technology Conference.

5

6  INTERROGATORY NO. 5:

7      List all YOUR current registrations OR licenses with ANY regulatory OR self-regulatory

8  body in the United States, including but not limited to FINRA, the New York Stock Exchange, AND

9  the State of California.

10  RESPONSE TO INTERROGATORY NO. 5:

11      Defendant objects to this Interrogatory on the grounds that it is overbroad, and seeks

12  information which is neither relevant to the issues of jurisdiction or forum non conveniens nor

13  reasonably calculated to lead to the discovery of admissible evidence, to the extent it purports to seek

14  information about licenses or registrations other than those issued by the State of California. Subject

15  to and without waiving these objections, and responding only with regard to registrations or licenses

16  issued by the State of California, defendant responds as follows:

17      California driver's license.

18

19  INTERROGATORY NO. 6:

20      How many accounts (savings, checking, money market, brokerage OR otherwise) do YOU

21  maintain with CALIFORNIA FINANCIAL INSTITUTIONS.

22  RESPONSE TO INTERROGATORY NO. 6:

23      Defendant has one checking and savings account with a California financial institution. At

24  one time, defendant also had a brokerage account with E-Trade, which may or may not still be open.

25

26  INTERROGATORY NO. 7:

27      Excluding activities undertaken as an employee of Thomas Weisel Partners LLC (OR in

28  connection with YOUR secondment to Thomas Weisel International Private Limited), have YOU

1  participated in for-profit business activity in California since January 1, 2005 (either directly OR

2  through ENTITIES YOU own OR control).

3  RESPONSE TO INTERROGATORY NO. 7:

4      No.

5

6  INTERROGATORY NO. 8:

7      If YOUR answer to Interrogatory No. 7 is "Yes," describe in detail all YOUR for-profit

8  business activity in California since January 1, 2005, whether undertaken directly OR through

9  ENTITIES YOU own OR control.

10  RESPONSE TO INTERROGATORY NO. 8:

11      Not applicable.

12

13  INTERROGATORY NO. 9:

14      State the income YOU earned in 2005, 2006 AND 2007 from the business activity described

15  in response to Interrogatory No. 8.

16  RESPONSE TO INTERROGATORY NO. 9:

17      Not applicable.

18

19  INTERROGATORY NO. 10:

20      Do YOU own OR lease any real property in California, either directly OR through ENTITIES

21  YOU own OR control.

22  RESPONSE TO INTERROGATORY NO. 10:

23      No.

24

25  INTERROGATORY NO. 11:

26      If YOUR answer to Interrogatory No. 10 is "Yes," describe in detail ALL YOUR interests in

27  California real property, whether held directly OR through ENTITIES YOU own OR control.

28  ///

1  | RESPONSE TO INTERROGATORY NO. 11:

2  |     Not applicable.

3  |

4  | INTERROGATORY NO. 12:

5  |     If YOUR answer to Interrogatory No. 10 is "Yes," state the property taxes YOU paid –

6  | directly OR through ENTITIES YOU owned OR controlled – in 2005, 2006, 2007 AND 2008.

7  | RESPONSE TO INTERROGATORY NO. 12:

8  |     Not applicable.

9  |

10 | INTERROGATORY NO. 13:

11 |     State the California Adjusted Gross Income YOU reported on ANY California tax returns for

12 | the 2005, 2006 AND 2007 tax years.

13 | RESPONSE TO INTERROGATORY NO. 13:

14 |     Defendant objects to this Interrogatory on the grounds that it seeks information protected by a

15 | right of privacy, and on the further ground that the information sought is neither relevant to the issues

16 | of jurisdiction or forum non conveniens nor reasonably calculated to lead to the discovery of

17 | admissible evidence.  Subject to and without waiving these objections, defendant responds as

18 | follows:  Defendant filed an income tax return in California for 2005.  Defendant did not file any

19 | income tax returns in California for 2006 or 2007.

20 |

21 | INTERROGATORY NO. 14:

22 |     Identify the sources of ALL your income YOU reported on ANY California tax returns for the

23 | 2005, 2006 and 2007 tax years.

24 | RESPONSE TO INTERROGATORY NO. 14:

25 |     Defendant objects to this Interrogatory on the grounds that it seeks information protected by a

26 | right of privacy, and on the further ground that the information sought is neither relevant to the issues

27 | ///

28 | ///

THOMAS WEISEL v. BNP PARIBAS, et al.
CASE NO. C 07-06198 MHP                    7

DEENDANT CHAKRAVARTY'S RESPONSE
TO INTERROGATORIES, SET ONE

1  of jurisdiction or forum non conveniens, nor reasonably calculated to lead to the discovery of

2  admissible evidence. Subject to and without waiving these objections, defendant responds as follows:

3      2005: Income received from Thomas Weisel Partners LLC

4

5  INTERROGATORY NO. 15:

6      Since January 1, 2005, have YOU served as a director, officer, trustee, general partner,

7  managing member OR other fiduciary for ANY ENTITIES organized under the laws of, OR

8  headquartered in, California.

9  RESPONSE TO INTERROGATORY NO. 15:

10      No.

11

12  INTERROGATORY NO. 16:

13      If YOUR answer to Interrogatory No. 15 is "Yes," IDENTIFY each such ENTITY and the

14  position OR positions you held with EACH.

15  RESPONSE TO INTERROGATORY NO. 16:

16      Not applicable.

17

18  INTERROGATORY NO. 17:

19      Since January 1, 2005, have YOU invested in ANY privately-held businesses organized under

20  the laws of, OR headquartered in, California.

21  RESPONSE TO INTERROGATORY NO. 17:

22      No.

23

24  INTERROGATORY NO. 18:

25      If YOUR answer to Interrogatory No. 17 is "Yes," IDENTIFY every such business AND

26  describe the extent of YOUR ownership interest in EACH.

27  RESPONSE TO INTERROGATORY NO. 18:

28      Not applicable.

THOMAS WEISEL v. BNP PARIBAS, et al.                        DEENDANT CHAKRAVARTY'S RESPONSE
CASE NO. C 07-06198 MHP              8                      TO INTERROGATORIES, SET ONE

1  INTERROGATORY NO. 19:

2       If YOUR answer to Interrogatory No. 17 is yes, for EACH of the years 2005, 2006 AND

3  2007, state the income, distributions OR other remuneration YOU received from YOUR investments

4  in such businesses.

5  RESPONSE TO INTERROGATORY NO. 19:

6       Not applicable.

7

8  INTERROGATORY NO. 20:

9       Have YOU been a party to OR intervened in litigation in ANY state OR federal court in

10  California.

11  RESPONSE TO INTERROGATORY NO. 20:

12       No.

13

14  INTERROGATORY NO. 21:

15       If YOUR answer to Interrogatory No. 20 is "Yes," provide the full name, docket number

16  AND court for EACH case in which YOU have been named a party OR intervened, AND a

17  description of the nature of the action.

18  RESPONSE TO INTERROGATORY NO. 21:

19       Not applicable.

20

21  INTERROGATORY NO. 22:

22       Since January 1, 2005, list EACH contract YOU entered into that either is expressly governed

23  by California law, includes YOUR consent to the jurisdiction of the state OR federal courts in

24  California, OR contains a forum-selection clause providing that disputes shall be litigated OR

25  arbitrated in California.

26  ///

27  ///

28  ///

1    RESPONSE TO INTERROGATORY NO. 22:

2       None that I am aware of since October 1, 2005. It is possible that prior to September 30,

3    2005, my rental agreement for my apartment, and agreements with utility companies, telephone

4    companies, and credit card companies, may have had such provisions. However, I no longer have

5    such contracts in my possession, custody or control, and therefore am unable to respond with

6    certainty.

7

8    INTERROGATORY NO. 23:

9       Do YOU currently hold a valid California driver's license OR other form of identification

10    issued by an agency OR department of the State of California.

11    RESPONSE TO INTERROGATORY NO. 23:

12       Yes; a California driver's license.

13

14    INTERROGATORY NO. 24:

15       List ALL YOUR licenses to do business in California AND memberships in ANY California

16    trade organizations.

17    RESPONSE TO INTERROGATORY NO. 24:

18       None.

19

20    INTERROGATORY NO. 25:

21       Describe in detail "all the discussions surrounding [the] offer of employment" YOU received

22    from BNP Paribas India Solutions Private Limited that "took place in Mumbai and Hong Kong."

23    Declaration of Praveen Chakravarty in Support of Motion to Dismiss Plaintiffs' First Amended

24    Complaint ¶10.

25    RESPONSE TO INTERROGATORY NO. 25:

26       Defendant objects to this Interrogatory on the grounds that it exceeds the permissible scope of

27    discovery, and that it seeks information which is neither relevant to the issues of jurisdiction or forum

28

THOMAS WEISEL v. BNP PARIBAS, et al.
CASE NO. C 07-06198 MHP         10         DEENDANT CHAKRAVARTY'S RESPONSE
TO INTERROGATORIES, SET ONE

1    non conveniens, nor reasonably calculated to lead to the discovery of admissible evidence. The

2    content of any such conversations is irrelevant to the issues of jurisdiction and forum non conveniens.

3

4

5    Dated:  May 30, 2008.

6                                                                    COOK | ROOS | WILBUR | THOMPSON LLP

7

8                                                            By _____

9                                                                            TRACY THOMPSON
10                                                                          Attorneys for Defendant
                                                                       PRAVEEN CHAKRAVARTY
11

12

13

14   P050108dmtResponsetoInterrogs.doc

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THOMAS WEISEL v. BNP PARIBAS, et al.                              DEENDANT CHAKRAVARTY'S RESPONSE
CASE NO. C 07-06198 MHP                     11                        TO INTERROGATORIES, SET ONE

1

<u>VERIFICATION</u>

2

3        I, Praveen Chakravarty, am a defendant in this action.  I have read **DEFENDANT**

4   **PRAVEEN CHAKRAVARTY'S RESPONSES TO PLAINTIFFS' FIRST SET OF**

5   **INTERROGATORIES REGARDING JURISDICTION/FORUM NON CONVENIENS,**

6   and know its contents.  The matters stated in these responses are true of my own knowledge.

7        I declare under penalty of perjury under the laws of the United States and the State of

8   California that the foregoing is true and correct.

9        Executed this ___29th___ day of May, 2008 at Mumbai, India.

10

11

12                                   _____

13                                        PRAVEEN CHAKRAVARTY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT O

## Michael Gallo

| | |
|---|---|
| **From:** | Leiv.Blad@CliffordChance.com |
| **Sent:** | Thursday, July 03, 2008 9:27 AM |
| **To:** | Michael Gallo |
| **Cc:** | David.DiBari@CliffordChance.com; Sarra.Cho@CliffordChance.com |
| **Subject:** | Discovery issue |

Michael--

Plaintiffs have requested that BNPP Asia identify the value of trades initiated by entities in California for which BNPP Asia acted as executing broker. BNPP Asia is not able to identify this information because it does not maintain data in this way. More specifically, BNPP Asia does not segregate or isolate data on trades involving entities located in California for which it acted as executing broker. While BNPP Asia can identify trades that involved an entity with an address in California, that data does not reveal whether the entity was located in California. Thus, there are instances in which BNPP Asia acted as executing broker on trades involving an entity located in Asia that did not involve any work for an entity located in California. However, for whatever reason, the entity for whom BNPP Asia did work on that trade had a California address in BNPP Asia's system. Including those trades in the information you seek would necessarily overstate the volume of trades involving an entity located in California.

Plaintiffs previously have suggested that the trade confirmations would reveal execution services done in trades involving an entity located in California. Unfortunately, that is not the case. The trade confirmations do not reveal the location of the entity initiating the trade.

For this reason, BNPP Asia's interrogatory responses regarding revenue from trades involving entities in California and the percentage of its total revenue represented by such trades necessarily overstate the business done with respect to entities located in California. We therefore want to advise you that the revenue BNPP Asia has earned on trades involving an entity located in California is less than what is set forth in our previous interrogatory answers.

We are available to discuss these issues at a mutually convenient time.
Thanks.
Leiv

**Leiv Blad**

**C L I F F O R D   C H A N C E   U S   L L P**

2001 K Street NW

Washington, DC 20006

☎ Direct Dial   202-912-5122

☎ Fax        202-912-6000

☎ Switchboard  202-912-5000

✉  leiv.blad@cliffordchance.com

**\* \* \* \* \* \* \***

This message and any attachment are confidential and may be privileged or otherwise
If you are not the intended recipient, please telephone or email the sender and dele
attachment from your system.  If you are not the intended recipient you must not cop

or disclose the contents to any other person.

For further information about Clifford Chance please see our website at http://www.c
to any Clifford Chance office.