GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
MARK A. SHEFT (No. 183732)
Email: msheft@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:    415/217-5910

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC and
THOMAS WEISEL INTERNATIONAL
PRIVATE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. C-07-6198 MHP<br><br>Action Filed: December 6, 2007<br><br>DECLARATION OF LAUREL SUTCLIFFE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT<br><br>Date:    August 18, 2008<br>Time:    2:00p.m.<br>Place:   Courtroom 15<br>Judge:   Hon. Marilyn Hall Patel |

I, Laurel Sutcliffe, declare:

1. I am over 18 years of age and otherwise competent and qualified to testify on the matters contained herein if called upon to do so at a hearing or trial of this matter. I have personal knowledge of the matters contained herein and, to the best of my knowledge and belief, the statements contained herein are true and correct.

2. I am currently a Director with Forensic Technology Services for KPMG LLP in San Francisco, California ("KPMG"). I have been with KPMG for approximately two years. Formerly, I was with Deloitte & Touche for approximately 5 years in the Analytic & Forensic Technology department. I have over 7 years of experience in investigations and electronic evidence discovery matters and over 8 years of experience in data analytics matters.

3. In December 2007, Matthew Levy of Howard Rice Nemerovski Canady Falk & Rabkin ("Counsel") contacted me to engage KPMG's assistance in their representation of Thomas Weisel Partners LLC and Thomas Weisel International Private Limited (collectively "TWP").

4. In January 2008, KPMG was engaged to forensically image the laptop computer that had been assigned by TWP to Praveen Chakravarty. At that time, the computer was in the possession of TWP's India IT personnel.

5. On or about January 25, 2008, at my direction, Jayant Saran of KPMG India forensically imaged the hard drive of the laptop at TWP's offices in Mumbai, India. The imaged hard drive was shipped to KPMG's forensics lab in San Francisco, CA.

6. In March 2008, KPMG was requested by Counsel to perform indexing and keyword searching of the accessible documents on the hard drive image. A search of specified user and email file types was performed on the hard drive image and files matching the search criteria were extracted from the image and further indexed and keyword searched.

7. As part of this process, any files that are password protected or encrypted are identified in a log file that provides the file name and location of the password protected

1  files on the hard drive. This log file identified a number of password protected files on the
2  image of the laptop used by Mr. Chakravarty while at TWP.

3       8. KPMG was requested by Counsel to attempt password cracking on these
4  files. KPMG was successful in cracking all passwords using an industry standard password
5  cracking utility and provided copies to Counsel via CD-ROM.

6       9. Attached as Exhibits A and B are true and correct redacted copies of the
7  contents of the following password-protected files on the image of the laptop used by Mr.
8  Chakravarty while at TWP:

- \Praveen\Documents and Settings\TWPAdministrator\Desktop\Unlock Files\Analyst Details.xls
- \Praveen\India MGMT\Analyst Details.xls

The information that was redacted appeared to be salary and bonus information for individuals that I am informed were TWP employees.

     10. The passwords generated for both files were the same: french/BKIPWQELPSWWFBY. The first password, "french", allows the Excel file to be opened in read-only mode so that the file's contents can be viewed. The second password "BKIPWQELPSWWFBY" allows full access to the file. The password generated by the password cracking utility is not necessarily the exact password that the creator of the file used when protecting the document. Password cracking tools generally use an algorithm to generate the original password or other combination of characters that will work to unprotect the file.

I, Laurel Sutcliffe, declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Executed this 25th day of June 2008 at San Francisco, California

Laurel Sutcliffe

SUTCLIFFE DECL. ISO OPP. TO DEFS.' MOT. TO DISMISS FIRST AM. COMPL. C-07-6198 MHP

-2-