# EXHIBIT A

## Exhibit A

| Costs | | | Timelines | | | Milestones | |
|---|---|---|---|---|---|---|---|
| # of Analysts | 12 | | Contracts for Praveen and Analysts | 1-Nov | | Office Set up | 9-Jan |
| # of Associates | 13 | | Analyst Signing Bonus payment | 8-Nov | | Finalize Coverage Plan | 8-Feb |
| Support Staff | 3 | | Analysts Resign | 10-Nov | | Launch Coverage of 30 stocks | 8-Apr |
| **Total Purchase Price** | **$5,000,000** | | Praveen Signing Bonus payment | 11-Nov | | Start Analyst marketing | 8-Apr |
| **Signing Bonus** | **$1,200,000** | | Praveen Resigns | 13-Nov | | Start Morning Call | 8-Apr |
| Analysts | $375,000 | | Contracts for Associates & Support | 17-Nov | | Coverage of 30 more stocks | 7-Jun |
| Associates | $275,000 | | Associates & Support Signing Bonus | 21-Nov | | Total Coverage of 100 stocks | 6-Aug |
| Support Staff | $50,000 | | Associates Resign | 23-Nov | | | |
| Praveen | $500,000 | | Support Staff Resign | 23-Nov | | | |
| **Year 1 Guarantee Comp** | **$3,700,000** | | TWP Decision on Real Estate | 8-Dec | | | |
| Analysts | $1,700,000 | | Start Date | 9-Jan | | | |
| Associates | $1,300,000 | | | | | | |
| Support Staff | $200,000 | | | | | | |
| Praveen | $500,000 | | | | | | |
| **Praveen Perks** | **$100,000** | | | | | | |

### Thomas Weisel Analyst Meeting Schedule - Oberoi Business Center

| Name | Interview Time | Sector Coverage | # yrs Work Ex | Education |
|---|---|---|---|---|
| Preeti Dubey | 10/25 10am | Logistics & Infrastructure | 8.0 | MS (Finance) - Wisconsin, CFA |
| Vijay Sarathi | 10/25 11am | Telecom & Media | 11.0 | Ph.D (IIM-A), CFA |
| Abhiram Eleswarupu | 10/25 12pm | IT Services | 6.0 | BE, MBA(ISB) |
| Sandeep Mathew | 10/25 1pm | Energy & Env Services | 4.0 | MMS (BITS) |
| Sameer Naringrekar | 10/25 2pm | Telecom Equipment | 11.0 | BE, MBA (ISB) |
| Joseph George | 10/25 3pm | Consumer - Retail | 4.0 | CA (Rank), CFA |
| Lakshmi Ganti | 10/26 10am | Capital Goods & Machinery | 9.0 | B.E, MBA (IIM-C) |
| Amit Shah | 10/26 11am | Oil & Gas | 4.0 | MS (Finance) -North Carolina |
| Vishal Sharma | 10/26 12pm | Healthcare Services | 7.0 | MBA (Missouri), CFA, CA |
| Girish Nair | 10/26 1pm | Electronic Supply Chain | 5.0 | BE, MBA(TAPMI) |

| | | |
|---|---:|---|
| **Purchase Price** | **$5,000,000** | |
| Analysts Year 1 Guarantee | $1,730,000 | (Base - 865k, Bonus 865k) |
| Associates Year 1 Guarantee | $1,300,000 | (Base 650k, Bonus 650k) |
| Support Staff Year 1 | $139,635 | (Base - 90k, Bonus 50k) |
| **Total Year 1 Comp Guarantee** | **$3,169,635** | |
| **Signing Bonus** | **$676,922** | (Incl. TWP Bonus) |
| **Praveen Chakravarty** | **$1,153,443** | |
| Year 1 Guarantee Comp | $500,000 | (Base 200k, Bonus - 300k) |
| Housing & Other Perks | $100,000 | |
| Signing Bonus | $553,443 | (Incl. unvested equity of 60k shares @$13) |

| | | | | |
|---|---:|---|---:|---|
| Analysts | 10 | Associates | 13 | |
| Avg Work Ex | 7.0 | Avg Work Ex | 4.0 | |
| % with MBA | 85% | % with MBA | 100% | |
| % with CFA | 35% | % with CFA | 14% | |

| Name | | Current Base | 07 Bonus | Total '07 Comp ($) | Expected 08 TWP Base | Proposed Base | Guaranteed Bonus | Total | Signing Bonus | Sector Coverage | # yrs Work Ex | Education |
|---|---|---|---|---|---|---:|---:|---:|---:|---|---:|---|
| Vijay Sarathi | 10/25 11am | | | | | $115,000 | $115,000 | $230,000 | $44,275 | Telecom & Media | 11.0 | Ph.D (IIM-A), CFA |
| Sameer Naringrekar | 10/25 2pm | | | | | $100,000 | $100,000 | $200,000 | $44,275 | Telecom Equipment | 11.0 | BE, MBA (ISB) |
| Lakshmi Ganti | 10/26 10am | | | | | $100,000 | $100,000 | $200,000 | $46,200 | Capital Goods & Machinery | 9.0 | B.E, MBA (IIM-C) |
| Preeti Dubey | 10/25 10am | | | | | $100,000 | $100,000 | $200,000 | $46,200 | Logistics & Infrastructure | 8.0 | MS (Finance) - Wisconsin, CFA |
| Vishal Sharma | 10/26 12pm | | | | | $100,000 | $100,000 | $200,000 | $46,200 | Healthcare Services | 7.0 | MBA (Missouri), CFA, CA |
| Abhiram Eleswarupu | 10/25 12pm | | | | | $70,000 | $70,000 | $140,000 | $26,031 | IT Services | 6.0 | BE, MBA(ISB) |
| Girish Nair | 10/26 1pm | | | | | $70,000 | $70,000 | $140,000 | $34,125 | Electronic Supply Chain | 5.0 | BE, MBA(TAPMI) |
| Sandeep Mathew | 10/25 1pm | | | | | $70,000 | $70,000 | $140,000 | $31,850 | Energy & Env Services | 4.5 | MMS (BITS) |
| Joseph George | 10/25 3pm | | | | | $70,000 | $70,000 | $140,000 | $33,841 | Consumer - Retail | 4.0 | CA (Rank), CFA |
| Amit Shah | 10/26 11am | | | | | $70,000 | $70,000 | $140,000 | $31,500 | Oil & Gas | 4.0 | MS (Finance) -North Carolina |
| | | | | | | $865,000 | $865,000 | $1,730,000 | $384,497 | | 7.0 | |
| | | | | | | | | 10 analysts | | | | |
| Ribhu Kumar | | | | | | $50,000 | $50,000 | $100,000 | $23,625 | | 7.0 | MBA (IIM-C) |
| Amit Dabas | | | | | | $50,000 | $50,000 | $100,000 | $24,500 | | 6.0 | B.Tech(IIT-D), MBA(IIM-B) |
| Vivek Rattan | | | | | | $50,000 | $50,000 | $100,000 | $21,000 | | 6.0 | MBA (Baylor Univ) |
| Parees P | | | | | | $50,000 | $50,000 | $100,000 | $18,375 | | 6.0 | MBA(TAPMI) |
| Abhishek B | | | | | | $50,000 | $50,000 | $100,000 | $22,750 | | 4.0 | B.Tech(IIT-D), MBA(IIM-I) |
| Samir Diwan | | | | | | $50,000 | $50,000 | $100,000 | $24,500 | | 3.0 | MS (Finance) - Brandeis Univ |
| Krishna P | | | | | | $50,000 | $50,000 | $100,000 | $24,500 | | 3.0 | B.Tech (BITS), MBA (NITIE) |
| Avinash S | | | | | | $50,000 | $50,000 | $100,000 | $15,750 | | 3.0 | B.E, MBA (MDI) |
| Sriram S | | | | | | $50,000 | $50,000 | $100,000 | $19,250 | | 3.0 | CA, CFA, MBA(ISB) |
| Manish G | | | | | | $50,000 | $50,000 | $100,000 | $20,125 | | 3.0 | MBA (IIM-L) |
| Charanjit S | | | | | | $50,000 | $50,000 | $100,000 | $20,125 | | 3.0 | CFA Level 2, MBA (IIT-M) |
| Karan Gupta | | | | | | $50,000 | $50,000 | $100,000 | $21,000 | | 3.0 | MBA (AIM, Manila) |
| Shashank | | | | | | $50,000 | $50,000 | $100,000 | $17,500 | | 2.0 | MBA(XLRI) |
| | | | | | | $650,000 | $650,000 | $1,300,000 | $273,000 | | 4.0 | |
| | | | | | | | | 13 associates | | | | |
| **Total Research Comp** | | | | | | | | $3,030,000 | $657,497 | | | |
| HR/Prod Mgmt | 10/26 2pm | | | | | $27,300 | $19,110 | $46,410 | $12,250 | | | |
| IT | | | | | | $47,850 | $23,925 | $71,775 | $5,075 | | | |
| Admin Assistant | | | | | | $14,300 | $7,150 | $21,450 | $2,100 | | | |
| **Total Support Comp** | | | | | | $89,450 | $50,185 | $139,635 | $19,425 | | | |
| Praveen Chakravarty | | | | | | $200,000 | $300,000 | $500,000 | | | | |
| Housing | | | | | | $60,000 | | $60,000 | | | | |
| Restricted Stock | | | | | | | | $400,000 | | | | |

**REDACTED**