GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
MARK A. SHEFT (No. 183732)
Email: msheft@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:   415/217-5910

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC and
THOMAS WEISEL INTERNATIONAL
PRIVATE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. C-07-6198 MHP<br><br>Action Filed: December 6, 2007<br><br>DECLARATION OF MICHI SETHAVARANGURA IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT<br><br>Date:   July 28, 2008<br>Time:  2:00p.m.<br>Place:  Courtroom 15<br>Judge:  Hon. Marilyn Hall Patel |

SETHAVARANGURA DECL. ISO OPP. TO DEFS.' MOT. TO DISMISS FIRST. AM. COMPL. C-07-16198 MHP

I, Michi Sethavarangura, declare:

1. I am a Director at Thomas Weisel Partners, LLC ("TWP LLC") and the Head of Marketing and Events for TWP LLC. I have been employed by Thomas Weisel Partners since February of 1999. I started as the person in charge of corporate events; in the fall of 2006, I took over Marketing as well. As part of my duties, I worked with other TWP LLC employees who were developing the Discovery Research subscription agreements. I kept a binder with examples of the Discovery Research subscription agreements that TWP LLC customers entered into. I also worked with TWP LLC employees and outside vendors on the development and day-to-day maintenance of the Discovery Research website. I make this Declaration upon personal knowledge and, if called upon to testify, could and would testify competently hereto.

2. TWP LLC sold and distributed the research reports authored by the Discovery Research analysts. TWP LLC's Institutional Sales department—whose senior management and part of whose sales force was based in San Francisco—sold access to the Discovery Research reports on a subscription basis to institutional investors located solely in the United States. The subscription contracts were between TWP LLC and its customers; TWIPL did not sell any Discovery Research research and was not a party to the subscription agreements. Attached hereto as Exhibit A is a representative sample of Discovery Research subscription contracts.

3. TWP LLC distributed the Discovery Research reports through a secure website that resided on servers in San Francisco and could only be accessed by subscribers. TWP LLC's Marketing department in San Francisco oversaw the website's design and processed all proposed changes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___ day of June 2008 at San Francisco, California

SETHAVARANGURA DECL. ISO OPP. TO DEFS.' MOT. TO DISMISS FIRST. AM. COMPL. C-07-16198 MHP

-1-