GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
MARK A. SHEFT (No. 183732)
Email: msheft@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC and
THOMAS WEISEL INTERNATIONAL
PRIVATE LIMITED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. C-07-6198 MHP<br><br>Action Filed: December 6, 2007<br><br>DECLARATION OF KAREN SANTOS IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Date:   August 18, 2008<br>Time:   2:00p.m.<br>Place:  Courtroom 15<br>Judge:  Hon. Marilyn Hall Patel |

SANTOS DECL. ISO OPP. TO DEFS.' MOT. TO DISMISS FIRST AM. COMPL. C-07-6198 MHP

I, Karen Santos, declare:

1. I am a Vice President in the Compliance Department at Thomas Weisel Partners, LLC ("TWP LLC"). I have been employed in that position since September 24, 2003. Among my other responsibilities, I am the Central Registration Depository ("CRD") Administrator handling registration and licensing with regulatory bodies for TWP LLC, and all employees associated with TWP LLC. I make this Declaration upon personal knowledge and, if called upon to testify, could and would testify competently hereto.

2. Defendant Praveen Chakravarty, a Director of TWIPL and the head of Discovery Research's Mumbai operation, was registered with U.S. regulatory authorities (FINRA, the New York Stock Exchange and the State of California, for example) as an associated person of TWP LLC. Attached hereto as Exhibit A is a true and correct copy of information I retrieved from the FINRA website showing Chakravarty's registrations as an associated person of TWP LLC.

3. Although directly employed by TWIPL, the Discovery Research analysts were, like Chakravarty, registered with U.S. regulatory authorities (including FINRA, the NYSE and the State of California) as associated persons of TWP LLC. Attached hereto as Exhibit B are true and correct copies of information I retrieved from the FINRA website showing the Discovery Research analysts' registrations as associated persons of TWP LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of June 2008 at San Francisco, California

