# EXHIBIT A

```
4729346 - CHAKRAVARTY, PRAVEEN                                    3
    Reportable Events                                             9
    Regulator Archive and Z Records                              10
```

TWPL00001177

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 1
```

                                    Notice
CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001178

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                          Page 2
```

Details for Request# 4496509
Report: Snapshot - Individual

| Parameter Name | Value |
|---|---|
| Request by CRD # or SSN: | CRD # |
| Individual CRD # or SSN | 4729346 |
| Include Personal Information? | Yes |
| Include All Registrations with Employments: | Both Current and Previous Employments |
| Include All Registrations for Current and/or Previous Employments with: | All Regulators |
| Include Professional Designations? | Yes |
| Include Employment History? | Yes |
| Include Other Business | Yes |
| Include Exam Information? | Yes |
| Include Continuing Education Information? | Yes |
| Include Filing History? | Yes |
| Include Current Reportable Disclosure Information? | Yes |
| Include Regulator Archive and Z Record Information? | Yes |
| Is this a Pre-Registration Report Request? | No |
| User Initials | KS |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001179

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                             Page 3
Individual: 4729346 - CHAKRAVARTY, PRAVEEN
Administrative Information:


Composite Information:
Full Legal Name:                    CHAKRAVARTY, PRAVEEN

Year of Birth:                      1973
State of Residence:
                                    <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
    The specified individual has no disclosure that qualifies for
    reporting under this section (i.e., disclosure required to be reported
    on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
    note that there are three types of disclosure in Web CRD: Reportable,
    Legacy and Archive disclosure. An individual with no reportable
    disclosure may or may not have Legacy or Archive disclosure.
    Investment Adviser Users: Please note that IARD does not include
    Legacy disclosure. Information reported on previous form filings
    through IARD is available under Filing History.
Statutorily Disqualification?       CLEAR
Registered With Multiple Firms?     No
Material Difference in Disclosure?  No


Personal Information:
Individual CRD#:                    4729346

Other Names Known By:               <<No Other Names found for this Individual.>>

Year of Birth:                      1973


Registrations with Previous Employer(s):

From 08/25/2003 To 11/07/2007       THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:             * Discharge
Termination Comment:                VIOLATION OF COMPANY POLICY.


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001180

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 4
Individual: 4729346 - CHAKRAVARTY, PRAVEEN
Administrative Information:


Registrations with Previous Employer(s) (cont):

Regulator    Registration Status        Registration    Approval
             Category     Date          Status          Date

AMEX         GS           11/08/2007    TERMED          01/21/2004
ARCA         GS           11/08/2007    TERMED          10/14/2004
CA           AG           11/08/2007    TERMED          04/05/2004
FINRA        GP           11/08/2007    TERMED          09/26/2005
FINRA        GS           11/08/2007    TERMED          01/21/2004
FINRA        RP           11/08/2007    TERMED          05/29/2007
FINRA        RS           11/08/2007    TERMED          03/04/2005
MA           AG           11/08/2007    TERMED          04/05/2004
NQX          GP           11/08/2007    TERMED          07/12/2006
NQX          GS           11/08/2007    TERMED          07/12/2006
NY           AG           11/08/2007    TERMED          04/05/2004
NYSE         GS           11/08/2007    TERMED          01/21/2004
NYSE         RS           11/08/2007    TERMED          03/04/2005


Professional Designations:
    << None found for this Individual: CHAKRAVARTY, PRAVEEN  >>


Employment History:

From 08/2003 To Present:      Name:      THOMAS WEISEL PARTNERS LLC
                              Location:  MUMBAI,    INDIA
                              Position:  DIRECTOR
                              Investment Related:    Yes

From 08/2001 To 07/2003       Name:      WHARTON BUSINESS SCHOOL
                              Location:  PHILADELPHIA, PA    USA
                              Position:  MBA STUDENT
                              Investment Related:    No

From 07/1999 To 07/2001       Name:      MICROSOFT CORPORATION
                              Location:  BANGALORE,    INDIA
                              Position:  MARKETING MANAGER
                              Investment Related:    No


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.
```

TWPL00001181

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 5
Individual: 4729346 - CHAKRAVARTY, PRAVEEN
Administrative Information:
```

Employment History (cont) :

| From 07/1994 To 07/1999 | Name: | IBM CORPORATION |
| --- | --- | --- |
| | Location: | BANGALORE,   INDIA |
| | Position: | PRODUCT MANAGER |
| | Investment Related: | No |

| From 08/1990 To 06/1994 | Name: | BIRLA INSTITUTE OF TECHNOLOGY |
| --- | --- | --- |
| | Location: | PILANI,   INDIA |
| | Position: | UNDERGRADUATE STUDENT |
| | Investment Related: | No |

Office of Employment History:

From 08/2003 To 11/2007
  Name:                              THOMAS WEISEL PARTNERS LLC (46237)
  Independent Contractor:            No

  Office of Employment Address:

| CRD Branch # | NYSE Branch Code Number | Firm Billing Code | Address Start Date | Address End Date | Address |
| --- | --- | --- | --- | --- | --- |
| 118143 | 018 | | 08/25/2003 | 11/07/2007 | 55/56, FREE PRESS HOUSE 215, FREE PRESS JOURNAL MARG, NARIMAN MUMBAI,   400 021 INDIA |

            Registered Location?   Y   Type of Office:   Located At

Other Business:
  <<No Other Business found for this Individual.>>

Examination Information:
| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
| --- | --- | --- | --- | --- | --- | --- |
| S24 | OFFICIAL_RESULT | 09/26/2005 | 09/23/2005 | PASSED | 73 | 09/16/2005-01/14/2006 |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001182

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 6
Individual: 4729346 - CHAKRAVARTY, PRAVEEN
Administrative Information:


Examination Information (cont):

Exam  Status           Status Date  Exam Date   Grade   Score   Window Dates

S63   OFFICIAL_RESULT  04/05/2004   04/02/2004  PASSED  80      01/21/2004-05/20/2004
S7    OFFICIAL_RESULT  01/21/2004   01/19/2004  PASSED  88      11/14/2003-03/13/2004
S86   OFFICIAL_RESULT  03/04/2005   03/03/2005  PASSED  84      05/12/2004-04/04/2005
S87   OFFICIAL_RESULT  02/28/2005   02/25/2005  PASSED  76      05/12/2004-04/04/2005


CE Regulatory Element Status:

Current CE Status:    SATISFIED

CE Base Date:         01/21/2004

Current CE
   <<No Current CE Session Found >>

Next CE
Requirement Window          Requirement Type        Session

01/21/2009-05/20/2009       Anniversary             201

CE Directed Sequence History
   <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
   <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status

Requirement Type  Status       Previous Window         Session  Status Date  Result
Anniversary       SATISFIED    01/21/2006-05/20/2006   201      04/18/2006   04/18/2006-
                                                                             CMPLT
Anniversary       REQUIRED     01/21/2006-05/20/2006   201      01/23/2006   01/23/2006-


Filing History:

Filing Date    Form Type     Filing Type      Source
```

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001183

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                        Page  7
Individual: 4729346 - CHAKRAVARTY, PRAVEEN
Administrative Information:
```

Filing History (cont):

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 11/08/2007 | U5 | FULL | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |
| 05/29/2007 | U4 | AMENDMENT | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |
| 07/29/2006 | U4 | CONVERSION | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |
| 02/07/2006 | U4 | AMENDMENT | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |
| 09/15/2005 | U4 | AMENDMENT | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |
| 10/14/2004 | U4 | ADMIN | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |
| 05/11/2004 | U4 | AMENDMENT | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |
| 01/20/2004 | U4 | AMENDMENT | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |
| 11/13/2003 | U4 | INITIAL | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
                                                                      Page 8
Request Submitted: 04/17/2008
Individual: 4729346 - CHAKRAVARTY, PRAVEEN
Administrative Information:


Number of Reportable Events:
   <<No Reportable Events found for this Individual.>>
```

---

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001185

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                          Page 9
Individual: 4729346 - CHAKRAVARTY, PRAVEEN
Reportable Events:


   <<No Reportable Events found for this Individual.>>
```

---

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001186

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 10
Individual: 4729346 - CHAKRAVARTY, PRAVEEN
Regulator Archive and Z Records:

  <<No Regulator Archive and Z Records found for this Individual.>>
```

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001187