# EXHIBIT B-1

5396550 - BHATTACHARYA MR., ABHISHEK                    3
        Reportable Events                               9
        Regulator Archive and Z Records                 10

TWPL00001076

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                          Page 1

Notice

CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001077

Details for Request# 4496487
Report: Snapshot - Individual

| Parameter Name | Value |
|---|---|
| Request by CRD # or SSN: | CRD # |
| Individual CRD # or SSN | 5396550 |
| Include Personal Information? | Yes |
| Include All Registrations with Employments: | Both Current and Previous Employments |
| Include All Registrations for Current and/or Previous Employments with: | All Regulators |
| Include Professional Designations? | Yes |
| Include Employment History? | Yes |
| Include Other Business | Yes |
| Include Exam Information? | Yes |
| Include Continuing Education Information? | Yes |
| Include Filing History? | Yes |
| Include Current Reportable Disclosure Information? | Yes |
| Include Regulator Archive and Z Record Information? | Yes |
| Is this a Pre-Registration Report Request? | No |
| User Initials | KS |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 3
Individual: 5396550 - BHATTACHARYA MR., ABHISHEK
Administrative Information:


Composite Information:
Full Legal Name:                BHATTACHARYA MR., ABHISHEK

Year of Birth:                  1980
State of Residence:
                                <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
     The specified individual has no disclosure that qualifies for
     reporting under this section (i.e., disclosure required to be reported
     on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
     note that there are three types of disclosure in Web CRD: Reportable,
     Legacy and Archive disclosure. An individual with no reportable
     disclosure may or may not have Legacy or Archive disclosure.
     Investment Adviser Users: Please note that IARD does not include
     Legacy disclosure. Information reported on previous form filings
     through IARD is available under Filing History.
Statutorily Disqualification?     CLEAR
Registered With Multiple Firms?   No
Material Difference in Disclosure?  No


Personal Information:
Individual CRD#:                5396550

Other Names Known By:           BHATTACHARYA, ABHISHEK

Year of Birth:                  1980


Registrations with Previous Employer(s):

From 06/11/2007 To 12/03/2007   THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:         Voluntary
Termination Comment:


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                      Page 4
Individual: 5396550 - BHATTACHARYA MR., ABHISHEK
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| AMEX | GS | 12/20/2007 | TERMED | 10/15/2007 |
| ARCA | GS | 12/20/2007 | TERMED | 10/15/2007 |
| CA | AG | 12/20/2007 | TERMED | 10/15/2007 |
| FINRA | GS | 12/20/2007 | TERMED | 10/15/2007 |
| FINRA | RS | 11/07/2007 | T_NOREG | |
| MA | AG | 12/20/2007 | TERMED | 10/15/2007 |
| NQX | GS | 12/20/2007 | TERMED | 10/15/2007 |
| NY | AG | 12/20/2007 | TERMED | 10/15/2007 |
| NYSE | GS | 12/20/2007 | TERMED | 10/15/2007 |
| NYSE | RS | 11/07/2007 | T_NOREG | |


Professional Designations:
    << None found for this Individual: BHATTACHARYA MR., ABHISHEK  >>


Employment History:

From 06/2007 To Present:    Name:       THOMAS WEISEL PARTNERS LLC
                            Location:   MUMBAI,   INDIA
                            Position:   RESEARCH ASSOCIATE
                            Investment Related:    Yes


From 07/2005 To 04/2007     Name:       BENETT, COLEMEN & CO LTD
                            Location:   NEW DELHI,   INDIA
                            Position:   RESEARCH ANALYST
                            Investment Related:    Yes


From 06/2003 To 05/2005     Name:       MARICO LIMITED
                            Location:   MUMBAI,   INDIA
                            Position:   MANAGER
                            Investment Related:    No


From 02/2003 To 06/2003     Name:       UNEMPLOYED
                            Location:   NEW DELHI,   INDIA
                            Position:   TRAVELLING ON VACATION
                            Investment Related:    No


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001080

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                          Page 5
Individual: 5396550 - BHATTACHARYA MR., ABHISHEK
Administrative Information:
```

Employment History (cont) :

From 06/2001 To 02/2003     Name:       INDIAN INSTITUTE OF MANAGEMENT,
                                        INDORE
                            Location:   INDORE,     INDIA
                            Position:   STUDENT
                            Investment Related:

From 09/1997 To 06/2001     Name:       INDIAN INSTITUTE OF TECHNOLOGY,
                                        DELHI
                            Location:   NEW DELHI,    INDIA
                            Position:   STUDENT
                            Investment Related:

From 04/1997 To 09/1997     Name:       UNEMPLOYED
                            Location:   JAIPUR,    INDIA
                            Position:   TRAVELLING ON VACATION
                            Investment Related:      No

From 04/1991 To 04/1997     Name:       SAINT XAVIER SCHOOL, JAIPUR,
                                        RAJASTHAN
                            Location:   JAIPUR,      INDIA
                            Position:   STUDENT
                            Investment Related:

Office of Employment History:

From 06/2007 To 12/2007
    Name:                       THOMAS WEISEL PARTNERS LLC (46237)
    Independent Contractor:     No

    Office of Employment Address:

| CRD Branch # | NYSE Branch Code Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|
| 118143 | 018 | | 06/11/2007 | 12/03/2007 | 55/56, FREE PRESS HOUSE 215, FREE PRESS JOURNAL MARG, NARIMAN MUMBAI, 400 021 INDIA |

                    Registered Location?    Y   Type of Office:   Located At

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 6
Individual: 5396550 - BHATTACHARYA MR., ABHISHEK
Administrative Information:


Other Business:
   <<No Other Business found for this Individual.>>


Examination Information:

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|------|--------|-------------|-----------|-------|-------|--------------|
| S63 | OFFICIAL_RESULT | 08/30/2007 | 08/29/2007 | PASSED | 80 | 08/04/2007-12/02/2007 |
| S7 | OFFICIAL_RESULT | 10/15/2007 | 10/13/2007 | PASSED | 84 | 08/04/2007-12/02/2007 |
| S86 | WITHDRAW | 11/07/2007 | | | | 10/16/2007-02/13/2008 |
| S87 | WITHDRAW | 11/07/2007 | | | | 10/16/2007-02/13/2008 |


CE Regulatory Element Status:

Current CE Status:    SATISFIED

CE Base Date:         10/15/2007

Current CE
   <<No Current CE Session Found >>

Next CE

| Requirement Window | Requirement Type | Session |
|--------------------|------------------|---------|
| 10/15/2009-02/11/2010 | Anniversary | 101 |

CE Directed Sequence History
   <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
   <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status
   <<No Previous CE Session Found for this Individual.>>


Filing History:

| Filing Date | Form Type | Filing Type | Source |
|-------------|-----------|-------------|--------|


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001082

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 7
Individual: 5396550 - BHATTACHARYA MR., ABHISHEK
Administrative Information:


Filing History (cont):

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 12/20/2007 | U5 | FULL | Org CRD# 46237 |
| | | | THOMAS WEISEL PARTNERS LLC |
| 11/07/2007 | U5 | PARTIAL | Org CRD# 46237 |
| | | | THOMAS WEISEL PARTNERS LLC |
| 10/15/2007 | U4 | AMENDMENT | Org CRD# 46237 |
| | | | THOMAS WEISEL PARTNERS LLC |
| 08/03/2007 | U4 | INITIAL | Org CRD# 46237 |
| | | | THOMAS WEISEL PARTNERS LLC |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001083

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                        Page 8
Individual: 5396550 - BHATTACHARYA MR., ABHISHEK
Administrative Information:


Number of Reportable Events:
   <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001084

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 9
Individual: 5396550 - BHATTACHARYA MR., ABHISHEK
Reportable Events:


   <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001085

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                              Page 10
Individual: 5396550 - BHATTACHARYA MR., ABHISHEK
Regulator Archive and Z Records:

   <<No Regulator Archive and Z Records found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001086

5143591 - ELESWARAPU, ABHIRAM                                      3
    Reportable Events                                              9
    Regulator Archive and Z Records                              10

TWPL00001087

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 1

Notice
CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001088

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 2

Details for Request# 4496489
Report: Snapshot - Individual

| Parameter Name | Value |
|---|---|
| Request by CRD # or SSN: | CRD # |
| Individual CRD # or SSN | 5143591 |
| Include Personal Information? | Yes |
| Include All Registrations with Employments: | Both Current and Previous Employments |
| Include All Registrations for Current and/or Previous Employments with: | All Regulators |
| Include Professional Designations? | Yes |
| Include Employment History? | Yes |
| Include Other Business | Yes |
| Include Exam Information? | Yes |
| Include Continuing Education Information? | Yes |
| Include Filing History? | Yes |
| Include Current Reportable Disclosure Information? | Yes |
| Include Regulator Archive and Z Record Information? | Yes |
| Is this a Pre-Registration Report Request? | No |
| User Initials | KS |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001089

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                              Page 3
```
Individual: 5143591 - ELESWARAPU, ABHIRAM
Administrative Information:


Composite Information:
Full Legal Name:              ELESWARAPU, ABHIRAM

Year of Birth:                1977
State of Residence:
                              <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
     The specified individual has no disclosure that qualifies for
     reporting under this section (i.e., disclosure required to be reported
     on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
     note that there are three types of disclosure in Web CRD: Reportable,
     Legacy and Archive disclosure. An individual with no reportable
     disclosure may or may not have Legacy or Archive disclosure.
     Investment Adviser Users: Please note that IARD does not include
     Legacy disclosure. Information reported on previous form filings
     through IARD is available under Filing History.
Statutorily Disqualification?    CLEAR
Registered With Multiple Firms?  No
Material Difference in Disclosure? No


Personal Information:
Individual CRD#:              5143591

Other Names Known By:      <<No Other Names found for this Individual.>>

Year of Birth:                1977


Registrations with Previous Employer(s):

From 03/27/2006 To 12/06/2007    THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:          Voluntary
Termination Comment:


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 4
Individual: 5143591 - ELESWARAPU, ABHIRAM
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| AMEX | GS | 12/20/2007 | TERMED | 08/24/2006 |
| ARCA | GS | 12/20/2007 | TERMED | 08/24/2006 |
| CA | AG | 12/20/2007 | TERMED | 09/05/2006 |
| FINRA | GS | 12/20/2007 | TERMED | 08/24/2006 |
| FINRA | RS | 12/20/2007 | TERMED | 10/10/2006 |
| MA | AG | 12/20/2007 | TERMED | 09/05/2006 |
| NQX | GS | 12/20/2007 | TERMED | 08/24/2006 |
| NY | AG | 12/20/2007 | TERMED | 09/05/2006 |
| NYSE | GS | 12/20/2007 | TERMED | 08/24/2006 |
| NYSE | RS | 12/20/2007 | TERMED | 10/10/2006 |


Professional Designations:
    << None found for this Individual: ELESWARAPU, ABHIRAM  >>


Employment History:

From 03/2006 To Present:    Name:       THOMAS WEISEL PARTNERS LLC
                            Location:   MUMBAI, INDIA
                            Position:   ASSOCIATE
                            Investment Related:    Yes


From 05/2005 To 03/2006     Name:       IREVNA RESEARCH SERVICES
                            Location:   CHENNAI, INDIA
                            Position:   MANAGER
                            Investment Related:    No


From 04/2004 To 04/2005     Name:       INDIAN SCHOOL OF BUSINESS
                            Location:   HYDERABAD, INDIA
                            Position:   FULL-TIME EDUCATION
                            Investment Related:    No


From 12/2000 To 04/2004     Name:       ORINOCO MARINE CONSULTANCY
                            Location:   MUMBAI, INDIA
                            Position:   MARINE ENGINEER
                            Investment Related:    No


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 5
Individual: 5143591 - ELESWARAPU, ABHIRAM
Administrative Information:


Employment History (cont) :

From 09/2000 To 11/2000        Name:       UNEMPLOYED
                               Location:   KAKINADA,   INDIA
                               Position:   NONE
                               Investment Related:     No


From 08/1996 To 08/2000        Name:       MARINE ENGG & RESEARCH INSTT
                               Location:   CALCUTTA,   INDIA
                               Position:   FULL-TIME STUDENT
                               Investment Related:     No


From 05/1995 To 07/1996        Name:       UMEMPLOYED
                               Location:   KAKINADA,   INDIA
                               Position:   NONE
                               Investment Related:     No


Office of Employment History:

From 03/2006 To 12/2007
   Name:                       THOMAS WEISEL PARTNERS LLC (46237)
   Independent Contractor:     No

   Office of Employment Address:

| CRD Branch # | NYSE Code | Branch Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|---|
| 118143 | 018 | | | 03/27/2006 | 12/06/2007 | 55/56, FREE PRESS HOUSE 215, FREE PRESS JOURNAL MARG, NARIMAN MUMBAI,   400 021 INDIA |

                  Registered Location?     Y   Type of Office:   Located At


Other Business:
   <<No Other Business found for this Individual.>>




CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001092

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                      Page 6
Individual: 5143591 - ELESWARAPU, ABHIRAM
Administrative Information:


Examination Information:

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|------|--------|-------------|-----------|-------|-------|--------------|
| S63 | OFFICIAL_RESULT | 09/05/2006 | 09/03/2006 | PASSED | 90 | 07/18/2006-11/15/2006 |
| S7 | OFFICIAL_RESULT | 08/24/2006 | 08/22/2006 | PASSED | 78 | 07/18/2006-11/15/2006 |
| S86 | OFFICIAL_WAIVR | 09/18/2006 | | | | 08/25/2006-12/23/2006 |
| S87 | OFFICIAL_RESULT | 10/10/2006 | 10/09/2006 | PASSED | 84 | 08/25/2006-12/23/2006 |


CE Regulatory Element Status:

Current CE Status:    SATISFIED

CE Base Date:         08/24/2006

Current CE
  <<No Current CE Session Found >>

Next CE

| Requirement Window | Requirement Type | Session |
|--------------------|------------------|---------|
| 08/24/2008-12/21/2008 | Anniversary | 101 |

CE Directed Sequence History
  <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
  <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status
  <<No Previous CE Session Found for this Individual.>>


Filing History:

| Filing Date | Form Type | Filing Type | Source |
|-------------|-----------|-------------|--------|


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001093

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 7
Individual: 5143591 - ELESWARAPU, ABHIRAM
Administrative Information:


Filing History (cont):

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 12/20/2007 | U5 | FULL | Org CRD# 46237 |
|  |  |  | THOMAS WEISEL PARTNERS LLC |
| 08/24/2006 | U4 | AMENDMENT | Org CRD# 46237 |
|  |  |  | THOMAS WEISEL PARTNERS LLC |
| 07/17/2006 | U4 | INITIAL | Org CRD# 46237 |
|  |  |  | THOMAS WEISEL PARTNERS LLC |
| 05/09/2006 | NRF | INITIAL | Org CRD# 46237 |
|  |  |  | THOMAS WEISEL PARTNERS LLC |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001094

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                Page 8
Individual: 5143591 - ELESWARAPU, ABHIRAM
Administrative Information:


Number of Reportable Events:
    <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001095

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 9
Individual: 5143591 - ELESWARAPU, ABHIRAM
Reportable Events:


   <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001096

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                          Page 10
Individual: 5143591 - ELESWARAPU, ABHIRAM
Regulator Archive and Z Records:


   <<No Regulator Archive and Z Records found for this Individual.>>



CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001097

4925399 - SHAH, AMIT PRAMOD                                              3

TWPL00001098

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 1
```

                              Notice
CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001099

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 2
```

                    Details for Request# 4496490
                    Report: Snapshot - Individual


Parameter Name                              Value


Request by CRD # or SSN:                    CRD #
Individual CRD # or SSN                      4925399
Include Personal Information?               No
Include All Registrations with
Employments:                                Both Current and Previous
                                            Employments

Include All Registrations for
Current and/or Previous
Employments with:                           All Regulators
Include Professional Designations?          No
Include Employment History?                 No
Include Other Business                      No
Include Exam Information?                    No
Include Continuing Education
Information?                                No
Include Filing History?                     No
Include Current Reportable
Disclosure Information?                      No
Include Regulator Archive and Z
Record Information?                          No
Is this a Pre-Registration Report
Request?                                     No
User Initials                                KS


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001100

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                     Page 3
Individual: 4925399 - SHAH, AMIT PRAMOD
Administrative Information:


Composite Information:
Full Legal Name:                 SHAH, AMIT PRAMOD

Year of Birth:                   1980
State of Residence:
                                 <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
    The specified individual has no disclosure that qualifies for
    reporting under this section (i.e., disclosure required to be reported
    on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
    note that there are three types of disclosure in Web CRD: Reportable,
    Legacy and Archive disclosure. An individual with no reportable
    disclosure may or may not have Legacy or Archive disclosure.
    Investment Adviser Users: Please note that IARD does not include
    Legacy disclosure. Information reported on previous form filings
    through IARD is available under Filing History.
Statutorily Disqualification?    CLEAR
Registered With Multiple Firms?  No
Material Difference in Disclosure?  No


Registrations with Previous Employer(s):

From 10/30/2006 To 12/06/2007    THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:          Voluntary
Termination Comment:

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AMEX  | GS | 12/06/2007 | TERMED | 11/29/2006 |
| ARCA  | GS | 12/06/2007 | TERMED | 11/29/2006 |
| CA    | AG | 12/06/2007 | TERMED | 12/12/2006 |
| FINRA | GS | 12/06/2007 | TERMED | 11/29/2006 |
| FINRA | RS | 12/06/2007 | TERMED | 11/29/2006 |
| MA    | AG | 12/06/2007 | TERMED | 12/12/2006 |


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001101

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 4
Individual: 4925399 - SHAH, AMIT PRAMOD
Administrative Information:
```

Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|--------------------|--------------|
| NQX   | GS | 12/06/2007 | TERMED | 11/29/2006 |
| NY    | AG | 12/06/2007 | TERMED | 12/12/2006 |
| NYSE  | GS | 12/06/2007 | TERMED | 11/29/2006 |
| NYSE  | RS | 12/06/2007 | TERMED | 11/29/2006 |

```
From 01/24/2005 To 11/10/2006       BOE SECURITIES INC.(43486)
Reason for Termination:             Voluntary
Termination Comment:                FOUND OTHER EMPLOYMENT.
```

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|--------------------|--------------|
| FINRA | GS | 11/22/2006 | T_NOREG |            |
| FINRA | GS | 11/22/2006 | TERMED  | 08/09/2005 |
| FINRA | RS | 11/22/2006 | TERMED  | 02/22/2006 |
| PA    | AG | 11/22/2006 | T_NOREG |            |

TWPL00001102

5396535 - SINGH, AVINASH                                    3
    Reportable Events                                       9
    Regulator Archive and Z Records                        10

TWPL00001103

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 1

Notice

CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001104

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                           Page 2

Details for Request# 4496491
Report: Snapshot - Individual

Parameter Name                                   Value


Request by CRD # or SSN:                         CRD #
Individual CRD # or SSN                           5396535
Include Personal Information?                     Yes
Include All Registrations with
Employments:                                      Both Current and Previous
                                                  Employments

Include All Registrations for
Current and/or Previous
Employments with:                                 All Regulators
Include Professional Designations?                Yes
Include Employment History?                       Yes
Include Other Business                            Yes
Include Exam Information?                          Yes
Include Continuing Education
Information?                                      Yes
Include Filing History?                           Yes
Include Current Reportable
Disclosure Information?                           Yes
Include Regulator Archive and Z
Record Information?                               Yes
Is this a Pre-Registration Report
Request?                                          No
User Initials                                     KS

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001105

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                Page 3
```

Individual: 5396535 - SINGH, AVINASH
Administrative Information:


Composite Information:
Full Legal Name:              SINGH, AVINASH


Year of Birth:                1979
State of Residence:
                              <<No Current Active Employments for this Individual.>>


Reportable Disclosures?
    The specified individual has no disclosure that qualifies for
    reporting under this section (i.e., disclosure required to be reported
    on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
    note that there are three types of disclosure in Web CRD: Reportable,
    Legacy and Archive disclosure. An individual with no reportable
    disclosure may or may not have Legacy or Archive disclosure.
    Investment Adviser Users: Please note that IARD does not include
    Legacy disclosure. Information reported on previous form filings
    through IARD is available under Filing History.
Statutorily Disqualification?    CLEAR
Registered With Multiple Firms?  No
Material Difference in Disclosure?  No


Personal Information:
Individual CRD#:              5396535

Other Names Known By:         <<No Other Names found for this Individual.>>

Year of Birth:                1979


Registrations with Previous Employer(s):

From 05/07/2007 To 12/06/2007    THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:          Voluntary
Termination Comment:


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001106

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 4
Individual: 5396535 - SINGH, AVINASH
Administrative Information:

Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| AMEX | GS | 12/20/2007 | T_NOREG | |
| ARCA | GS | 12/20/2007 | T_NOREG | |
| CA | AG | 12/20/2007 | T_NOREG | |
| FINRA | GS | 12/20/2007 | T_NOREG | |
| MA | AG | 12/20/2007 | T_NOREG | |
| NQX | GS | 12/20/2007 | T_NOREG | |
| NY | AG | 12/20/2007 | T_NOREG | |
| NYSE | GS | 12/20/2007 | T_NOREG | |

Professional Designations:
  << None found for this Individual: SINGH, AVINASH  >>

Employment History:

From 05/2007 To Present:    Name:       THOMAS WEISEL PARTNERS LLC
                            Location:   MUMBAI,   INDIA
                            Position:   RESEARCH ASSOCIATE
                            Investment Related:      Yes

From 02/2006 To 04/2007     Name:       EVALUESERVE.COM PVT LTD
                            Location:   GURGAON,   INDIA
                            Position:   SENIOR BUSINESS ANALYST
                            Investment Related:      No

From 06/2005 To 01/2006     Name:       DE SHAW INDIA PVT. LTD
                            Location:   HYDERABAD,    INDIA
                            Position:   ANALYST
                            Investment Related:      No

From 05/2005 To 05/2005     Name:       2/502, RASHMI KHAND, SHARDA NAGAR
                            Location:   LUCKNOW,    INDIA
                            Position:   AT HOME BEFORE JOINING DE SHAW IN
                                        HYDERABAD
                            Investment Related:      No

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001107

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                              Page 5
Individual: 5396535 - SINGH, AVINASH
Administrative Information:


Employment History (cont) :

From 06/2003 To 04/2005     Name:       SYMBIOSIS INSTITUTE OF
                                        INTERNATIONAL BUSINESS
                            Location:   PUNE,    INDIA
                            Position:   STUDENT
                            Investment Related:    No


From 05/2002 To 05/2003     Name:       2/502, RASHMI KHAND, SHARDA NAGAR
                            Location:   LUCKNOW,    INDIA
                            Position:   PREPARATION OF MBA
                            Investment Related:    No


From 06/1998 To 04/2002     Name:       BOYS' HOSTEL, KNIT, FAIZABAD ROAD
                            Location:   SULTANPUR,    INDIA
                            Position:   ENGINEERING STUDENT
                            Investment Related:    No


From 04/1998 To 05/1998     Name:       2/502, RASHMI KHAND, SHARDA NAGAR
                            Location:   LUCKNOW,    INDIA
                            Position:   TWO MONTHS AT HOME BEFORE JOINING
                                        ENGINEERING COLLEGE AFTER 10+2 GOT
                            Investment Related:    No


From 04/1997 To 03/1998     Name:       ST. FRANCIS' COLLEGE
                            Location:   LUCKNOW,    INDIA
                            Position:   STUDENT
                            Investment Related:    No


Office of Employment History:

From 05/2007 To 12/2007
   Name:                                THOMAS WEISEL PARTNERS LLC (46237)
   Independent Contractor:              No


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001108

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 6
Individual: 5396535 - SINGH, AVINASH
Administrative Information:


    Office of Employment Address:

        CRD        NYSE Branch Firm Billing Address    Address
        Branch #   Code Number Code    Start Date End Date   Address
        118143     018                 05/07/2007 12/06/2007 55/56, FREE PRESS
                                                             HOUSE
                                                             215, FREE PRESS
                                                             JOURNAL MARG, NARIMAN
                                                             MUMBAI,   400 021
                                                             INDIA

                   Registered Location?    Y   Type of Office:   Located At


Other Business:
    <<No Other Business found for this Individual.>>


Examination Information:
Exam  Status            Status Date Exam Date  Grade  Score    Window Dates

S63   OFFICIAL_RESULT   10/22/2007  10/20/2007 PASSED 85       08/22/2007-12/20/2007
S7    WITHDRAW          12/20/2007                             08/22/2007-12/20/2007


CE Regulatory Element Status:

Current CE Status:    NOCESTATUS

CE Base Date:

Current CE
    <<No Current CE Session Found >>

Next CE
    <<No Next CE Found for this Individual.>>

CE Directed Sequence History
    <<No CE Directed Sequence History Found for this Individual.>>




CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001109

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 7
Individual: 5396535 - SINGH, AVINASH
Administrative Information:
```

**Inactive CE History Dates**
   <<No Inactive CE History Found for this Individual.>>

**Previous CE Requirement Status**
   <<No Previous CE Session Found for this Individual.>>

**Filing History:**

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 12/20/2007 | U5 | FULL | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |
| 08/21/2007 | U4 | INITIAL | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001110

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 8
Individual: 5396535 - SINGH, AVINASH
Administrative Information:


**Number of Reportable Events:**
    <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001111

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                        Page 9
Individual: 5396535 - SINGH, AVINASH
Reportable Events:


   <<No Reportable Events found for this Individual.>>


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001112

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 10
Individual: 5396535 - SINGH, AVINASH
Regulator Archive and Z Records:

   <<No Regulator Archive and Z Records found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001113

5396518 - SINGH, CHARANJIT                                        3
        Reportable Events                                         8
        Regulator Archive and Z Records                           9

TWPL00001114

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008 _____ Page 1

Notice

CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001115

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                          Page 2

Details for Request# 4496492
Report: Snapshot - Individual

| Parameter Name | Value |
|---|---|
| Request by CRD # or SSN: | CRD # |
| Individual CRD # or SSN | 5396518 |
| Include Personal Information? | Yes |
| Include All Registrations with Employments: | Both Current and Previous Employments |
| Include All Registrations for Current and/or Previous Employments with: | All Regulators |
| Include Professional Designations? | Yes |
| Include Employment History? | Yes |
| Include Other Business | Yes |
| Include Exam Information? | Yes |
| Include Continuing Education Information? | Yes |
| Include Filing History? | Yes |
| Include Current Reportable Disclosure Information? | Yes |
| Include Regulator Archive and Z Record Information? | Yes |
| Is this a Pre-Registration Report Request? | No |
| User Initials | KS |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001116

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 3
Individual: 5396518 - SINGH, CHARANJIT
Administrative Information:


Composite Information:
Full Legal Name:                SINGH, CHARANJIT

Year of Birth:                  1981
State of Residence:
                                <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
    The specified individual has no disclosure that qualifies for
    reporting under this section (i.e., disclosure required to be reported
    on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
    note that there are three types of disclosure in Web CRD: Reportable,
    Legacy and Archive disclosure. An individual with no reportable
    disclosure may or may not have Legacy or Archive disclosure.
    Investment Adviser Users: Please note that IARD does not include
    Legacy disclosure. Information reported on previous form filings
    through IARD is available under Filing History.
Statutorily Disqualification?      CLEAR
Registered With Multiple Firms?    No
Material Difference in Disclosure? No


Personal Information:
Individual CRD#:                5396518

Other Names Known By:           <<No Other Names found for this Individual.>>

Year of Birth:                  1981


Registrations with Previous Employer(s):

From 07/02/2007 To 12/05/2007   THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:         Voluntary
Termination Comment:


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001117

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 4
Individual: 5396518 - SINGH, CHARANJIT
Administrative Information:                                        .

Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AMEX | GS | 12/20/2007 | T_NOREG | |
| ARCA | GS | 12/20/2007 | T_NOREG | |
| CA | AG | 12/20/2007 | T_NOREG | |
| FINRA | GS | 12/20/2007 | T_NOREG | |
| MA | AG | 12/20/2007 | T_NOREG | |
| NQX | GS | 12/20/2007 | T_NOREG | |
| NY | AG | 12/20/2007 | T_NOREG | |
| NYSE | GS | 12/20/2007 | T_NOREG | |

Professional Designations:
  << None found for this Individual: SINGH, CHARANJIT  >>

Employment History:

From 07/2007 To Present:    Name:       THOMAS WEISEL PARTNERS LLC
                            Location:   MUMBAI,    INDIA
                            Position:   RESEARCH ASSOCIATE
                            Investment Related:    Yes

From 10/2005 To 06/2007     Name:       HSBC ELECTRONIC DATA PROCESSING
                                        INDIA LTD.
                            Location:   BANGALORE,    INDIA
                            Position:   ASSISTANT MANAGER
                            Investment Related:    Yes

From 10/2004 To 09/2005     Name:       INTERNATIONAL DATA CORPORATION
                                        (IDC)
                            Location:   GURGAON,    INDIA
                            Position:   MARKET ANALYST
                            Investment Related:    No

From 06/2004 To 10/2004     Name:       FROST & SULLIVAN
                            Location:   CHENNAI,    INDIA
                            Position:   RESEARCH ANALYST
                            Investment Related:    No

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 5
Individual: 5396518 - SINGH, CHARANJIT
Administrative Information:


Employment History (cont) :

From 06/2002 To 05/2004      Name:      IIT MADRAS
                             Location:  CHENNAI,    INDIA
                             Position:  MBA STUDENT
                             Investment Related:    No


From 06/1998 To 05/2002      Name:      THAPPAR INSTITUTE OF ENGG. &
                                        TECHNOLOGY
                             Location:  PATIALA,    INDIA
                             Position:  ELECTRONICS ENGG. STUDENT
                             Investment Related:    No


From 06/1997 To 03/1998      Name:      GURU NANAK MISSION PUBLIC SCHOOL
                             Location:  PAONTA SAHIB,    INDIA
                             Position:  HIGHER SECONDARY SCHOOL STUDENT
                             Investment Related:    No


Office of Employment History:

From 07/2007 To 12/2007
   Name:                     THOMAS WEISEL PARTNERS LLC (46237)
   Independent Contractor:   No


   Office of Employment Address:

| CRD Branch # | NYSE Branch Code Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|
| 118143 | 018 | | 07/02/2007 | 12/05/2007 | 55/56, FREE PRESS HOUSE 215, FREE PRESS JOURNAL MARG, NARIMAN MUMBAI,    400 021 INDIA |

                     Registered Location?    Y   Type of Office:   Located At
_____


Other Business:
  <<No Other Business found for this Individual.>>
_____




_____
CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001119

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 6
Individual: 5396518 - SINGH, CHARANJIT
Administrative Information:
```

Examination Information:

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|------|--------|-------------|-----------|-------|-------|--------------|
| S63 | OFFICIAL_RESULT | 09/17/2007 | 09/14/2007 | PASSED | 80 | 08/22/2007-12/20/2007 |
| S7 | WITHDRAW | 12/20/2007 | | | | 08/22/2007-12/20/2007 |

CE Regulatory Element Status:

Current CE Status:   NOCESTATUS

CE Base Date:

Current CE
   <<No Current CE Session Found >>

Next CE
   <<No Next CE Found for this Individual.>>

CE Directed Sequence History
   <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
   <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status
   <<No Previous CE Session Found for this Individual.>>


Filing History:

| Filing Date | Form Type | Filing Type | Source |
|-------------|-----------|-------------|--------|
| 12/20/2007 | U5 | FULL | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |
| 08/21/2007 | U4 | INITIAL | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 7
Individual: 5396518 - SINGH, CHARANJIT
Administrative Information:


Number of Reportable Events:
   <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001121

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                          Page 8
Individual: 5396518 - SINGH, CHARANJIT
Reportable Events:


  <<No Reportable Events found for this Individual.>>


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001122

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 9
Individual: 5396518 - SINGH, CHARANJIT
Regulator Archive and Z Records:


  <<No Regulator Archive and Z Records found for this Individual.>>


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001123

5213606 - NAIR, GIRISH CHANDRASEKHARAN                3
      Reportable Events                               9
      Regulator Archive and Z Records                 10

TWPL00001124

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 1

                                   Notice
CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001125

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 2

Details for Request# 4496493
Report: Snapshot - Individual

| Parameter Name | Value |
|---|---|
| Request by CRD # or SSN: | CRD # |
| Individual CRD # or SSN | 5213606 |
| Include Personal Information? | Yes |
| Include All Registrations with Employments: | Both Current and Previous Employments |
| Include All Registrations for Current and/or Previous Employments with: | All Regulators |
| Include Professional Designations? | Yes |
| Include Employment History? | Yes |
| Include Other Business | Yes |
| Include Exam Information? | Yes |
| Include Continuing Education Information? | Yes |
| Include Filing History? | Yes |
| Include Current Reportable Disclosure Information? | Yes |
| Include Regulator Archive and Z Record Information? | Yes |
| Is this a Pre-Registration Report Request? | No |
| User Initials | KS |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001126

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 3
Individual: 5213606 - NAIR, GIRISH CHANDRASEKHARAN
Administrative Information:


Composite Information:
Full Legal Name:                    NAIR, GIRISH CHANDRASEKHARAN

Year of Birth:                      1977
State of Residence:
                                    <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
    The specified individual has no disclosure that qualifies for
    reporting under this section (i.e., disclosure required to be reported
    on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
    note that there are three types of disclosure in Web CRD: Reportable,
    Legacy and Archive disclosure. An individual with no reportable
    disclosure may or may not have Legacy or Archive disclosure.
    Investment Adviser Users: Please note that IARD does not include
    Legacy disclosure. Information reported on previous form filings
    through IARD is available under Filing History.
Statutorily Disqualification?      CLEAR
Registered With Multiple Firms?    No
Material Difference in Disclosure? No


Personal Information:
Individual CRD#:                    5213606

Other Names Known By:               K G C NAIR, C GIRISH
                                    NAIR, GIRISH

Year of Birth:                      1977


Registrations with Previous Employer(s):

From 08/28/2006 To 11/30/2007       THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:             Voluntary
Termination Comment:


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001127

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 4
Individual: 5213606 - NAIR, GIRISH CHANDRASEKHARAN
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|---|---|---|---|---|
| AMEX | GS | 12/20/2007 | TERMED | 01/23/2007 |
| ARCA | GS | 12/20/2007 | TERMED | 01/23/2007 |
| CA | AG | 12/20/2007 | TERMED | 01/23/2007 |
| FINRA | GS | 12/20/2007 | TERMED | 01/23/2007 |
| FINRA | RS | 12/20/2007 | TERMED | 02/09/2007 |
| MA | AG | 12/20/2007 | TERMED | 01/23/2007 |
| NQX | GS | 12/20/2007 | TERMED | 01/23/2007 |
| NY | AG | 12/20/2007 | TERMED | 01/23/2007 |
| NYSE | GS | 12/20/2007 | TERMED | 01/23/2007 |
| NYSE | RS | 12/20/2007 | TERMED | 02/09/2007 |


Professional Designations:
    << None found for this Individual: NAIR, GIRISH CHANDRASEKHARAN >>


Employment History:

From 08/2006 To Present:     Name:        THOMAS WEISEL PARTNERS LLC
                             Location:    MUMBAI,     INDIA
                             Position:    RESEARCH ASSOCIATE
                             Investment Related:     Yes

From 08/2002 To 08/2006      Name:        GENPACT (FORMERLY: GE CAPITAL INTL
                                          SERVICES)
                             Location:    GURGAON, HARYANA,     INDIA
                             Position:    ASSISTANT MANAGER
                             Investment Related:     No

From 04/2002 To 08/2002      Name:        THINKSOFT SERVICES (INDIA) PVT. LTD
                             Location:    CHENNAI, TAMIL NADU,     INDIA
                             Position:    BUSINESS ASSOCIATE
                             Investment Related:     No


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                         Page 5
Individual: 5213606 - NAIR, GIRISH CHANDRASEKHARAN
Administrative Information:


Employment History (cont) :

From 07/2000 To 03/2002    Name:      T A PAI MANAGEMENT INSTITUTE
                           Location:  MANIPAL, KARNATAKA,   INDIA
                           Position:  FULL-TIME STUDENT, POST GRADUATE
                                      DIPLOMA IN MANAGEMENT
                           Investment Related:    No

From 08/1999 To 06/2000    Name:      UNEMPLOYED
                           Location:  VADODARA, GUJARAT,   INDIA
                           Position:  UNEMPLOYED
                           Investment Related:    No

From 08/1998 To 07/1999    Name:      OFFSHORE HOOK-UP CONSTRUCTION
                                      SERVICES (INDIA) PVT. LTD.
                           Location:  MUMBAI, MAHARASHTRA,   INDIA
                           Position:  FIELD ENGINEER
                           Investment Related:    No

From 12/1996 To 06/1998    Name:      NATIONAL INSTITUTE OF TECHNOLOGY
                           Location:  SURATHKAL, DK, KARNATAKA,   INDIA
                           Position:  FULL-TIME STUDENT, BACHELORS IN
                                      ENGINEERING
                           Investment Related:    No

Office of Employment History:

From 08/2006 To 11/2007
   Name:                          THOMAS WEISEL PARTNERS LLC (46237)
   Independent Contractor:        No

   Office of Employment Address:

   CRD        NYSE Branch Firm Billing Address     Address
   Branch #   Code Number Code     Start Date End Date   Address
   118143     018                  08/28/2006 11/30/2007 55/56, FREE PRESS
                                                         HOUSE
                                                         215, FREE PRESS
                                                         JOURNAL MARG, NARIMAN
                                                         MUMBAI,   400 021
                                                         INDIA
              Registered Location?    Y   Type of Office:   Located At

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001129

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 6
Individual: 5213606 - NAIR, GIRISH CHANDRASEKHARAN
Administrative Information:
```

Other Business:
   <<No Other Business found for this Individual.>>

Examination Information:

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|---|---|---|---|---|---|---|
| S63 | OFFICIAL_RESULT | 01/17/2007 | 01/14/2007 | PASSED | 78 | 12/14/2006-04/13/2007 |
| S7 | OFFICIAL_RESULT | 01/23/2007 | 01/21/2007 | PASSED | 80 | 12/14/2006-04/13/2007 |
| S86 | OFFICIAL_RESULT | 02/09/2007 | 02/07/2007 | PASSED | 78 | 01/25/2007-05/25/2007 |
| S87 | OFFICIAL_RESULT | 01/30/2007 | 01/28/2007 | PASSED | 82 | 01/25/2007-05/25/2007 |

CE Regulatory Element Status:

Current CE Status:    SATISFIED

CE Base Date:    01/23/2007

Current CE
   <<No Current CE Session Found >>

Next CE

| Requirement Window | Requirement Type | Session |
|---|---|---|
| 01/23/2009-05/22/2009 | Anniversary | 101 |

CE Directed Sequence History
   <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
   <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status
   <<No Previous CE Session Found for this Individual.>>

Filing History:

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                          Page 7
Individual: 5213606 - NAIR, GIRISH CHANDRASEKHARAN
Administrative Information:


Filing History (cont):

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 12/20/2007 | U5 | FULL | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |
| 01/24/2007 | U4 | AMENDMENT | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |
| 12/13/2006 | U4 | INITIAL | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |
| 08/31/2006 | NRF | INITIAL | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |

TWPL00001131

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                          Page 8
Individual: 5213606 - NAIR, GIRISH CHANDRASEKHARAN
Administrative Information:


Number of Reportable Events:
   <<No Reportable Events found for this Individual.>>

TWPL00001132

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 9
Individual: 5213606 - NAIR, GIRISH CHANDRASEKHARAN
Reportable Events:


  <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001133

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 10
Individual: 5213606 - NAIR, GIRISH CHANDRASEKHARAN
Regulator Archive and Z Records:

   <<No Regulator Archive and Z Records found for this Individual.>>

TWPL00001134