# EXHIBIT B-2

5099266 - CHIRIYANKANDATH MR., JOSEPH GEORGE                3
     Reportable Events                                     9
     Regulator Archive and Z Records                       10

TWPL00001135

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 1

Notice

CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001136

Details for Request# 4496496
Report: Snapshot - Individual

| Parameter Name | Value |
|---|---|
| Request by CRD # or SSN: | CRD # |
| Individual CRD # or SSN | 5099266 |
| Include Personal Information? | Yes |
| Include All Registrations with Employments: | Both Current and Previous Employments |
| Include All Registrations for Current and/or Previous Employments with: | All Regulators |
| Include Professional Designations? | Yes |
| Include Employment History? | Yes |
| Include Other Business | Yes |
| Include Exam Information? | Yes |
| Include Continuing Education Information? | Yes |
| Include Filing History? | Yes |
| Include Current Reportable Disclosure Information? | Yes |
| Include Regulator Archive and Z Record Information? | Yes |
| Is this a Pre-Registration Report Request? | No |
| User Initials | KS |

TWPL00001137

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 3
Individual: 5099266 - CHIRIYANKANDATH MR., JOSEPH GEORGE
Administrative Information:


Composite Information:
Full Legal Name:                CHIRIYANKANDATH MR., JOSEPH GEORGE

Year of Birth:                  1981
State of Residence:
                                <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
    The specified individual has no disclosure that qualifies for
    reporting under this section (i.e., disclosure required to be reported
    on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
    note that there are three types of disclosure in Web CRD: Reportable,
    Legacy and Archive disclosure. An individual with no reportable
    disclosure may or may not have Legacy or Archive disclosure.
    Investment Adviser Users: Please note that IARD does not include
    Legacy disclosure. Information reported on previous form filings
    through IARD is available under Filing History.
Statutorily Disqualification?      CLEAR
Registered With Multiple Firms?    No
Material Difference in Disclosure? No


Personal Information:
Individual CRD#:                5099266

Other Names Known By:           GEORGE, JOSEPH

Year of Birth:                  1981


Registrations with Previous Employer(s):

From 02/06/2006 To 12/06/2007    THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:          Voluntary
Termination Comment:


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001138

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 4
Individual: 5099266 - CHIRIYANKANDATH MR., JOSEPH GEORGE
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AMEX  | GS | 12/20/2007 | TERMED | 06/05/2006 |
| ARCA  | GS | 12/20/2007 | TERMED | 03/02/2006 |
| CA    | AG | 12/20/2007 | TERMED | 03/15/2006 |
| FINRA | GS | 12/20/2007 | TERMED | 03/02/2006 |
| FINRA | RS | 12/20/2007 | TERMED | 03/22/2006 |
| MA    | AG | 12/20/2007 | TERMED | 03/15/2006 |
| NQX   | GS | 12/20/2007 | TERMED | 07/12/2006 |
| NY    | AG | 12/20/2007 | TERMED | 03/15/2006 |
| NYSE  | GS | 12/20/2007 | TERMED | 06/05/2006 |
| NYSE  | RS | 12/20/2007 | TERMED | 03/22/2006 |


Professional Designations:
  << None found for this Individual: CHIRIYANKANDATH MR., JOSEPH GEORGE >>


Employment History:

From 02/2006 To Present:     Name:       THOMAS WEISEL PARTNERS LLC
                             Location:   MUMBAI,   INDIA
                             Position:   ASSOCIATE
                             Investment Related:    Yes


From 10/2004 To 02/2006      Name:       MORGAN STANLEY CAPITAL
                                         INTERNATIONAL SERVICES PRIVATE
                             Location:   MUMBAI,   INDIA
                             Position:   ANALYST
                             Investment Related:    Yes


From 06/2002 To 10/2004      Name:       RSM & CO
                             Location:   MUMBAI,   INDIA
                             Position:   QUALIFIED ASSISTANT
                             Investment Related:    No


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001139

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 5
Individual: 5099266 - CHIRIYANKANDATH MR., JOSEPH GEORGE
Administrative Information:


Employment History (cont) :

From 08/2000 To 06/2002      Name:      K.G.SHAH&CO
                             Location:  MUMBAI,    INDIA
                             Position:  ARTICLED CLERK
                             Investment Related:    No

From 06/1997 To 08/2000      Name:      R.A.PODAR COLLEGE OF COMMERCE &
                                        ECONOMICS
                             Location:  MUMBAI,    INDIA
                             Position:  STUDENT
                             Investment Related:    No

From 06/1991 To 06/1997      Name:      ST. XAVIER'S HIGH SCHOOL
                             Location:  MUMBAI,    INDIA
                             Position:  STUDENT
                             Investment Related:    No

Office of Employment History:

From 02/2006 To 12/2007
   Name:                     THOMAS WEISEL PARTNERS LLC (46237)
   Independent Contractor:   No

   Office of Employment Address:

| CRD Branch # | NYSE Branch Code | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|
| 118143 | 018 | | 02/06/2006 | 12/06/2007 | 55/56, FREE PRESS HOUSE 215, FREE PRESS JOURNAL MARG, NARIMAN MUMBAI,  400 021 INDIA |

                  Registered Location?   Y   Type of Office:  Located At


Other Business:
   <<No Other Business found for this Individual.>>




CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001140

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 6
Individual: 5099266 - CHIRIYANKANDATH MR., JOSEPH GEORGE
Administrative Information:
```

Examination Information:

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|------|--------|-------------|-----------|-------|-------|--------------|
| S63 | OFFICIAL_RESULT | 03/15/2006 | 03/13/2006 | PASSED | 86 | 02/15/2006-06/15/2006 |
| S7 | OFFICIAL_RESULT | 03/02/2006 | 02/28/2006 | PASSED | 86 | 02/14/2006-06/14/2006 |
| S86 | OFFICIAL_WAIVR | 03/17/2006 | | | | 03/03/2006-07/01/2006 |
| S87 | OFFICIAL_RESULT | 03/22/2006 | 03/20/2006 | PASSED | 74 | 03/03/2006-07/01/2006 |

CE Regulatory Element Status:

Current CE Status:    REQUIRED

CE Base Date:        03/02/2006

Current CE

| Requirement Type | Status | Current Window | Session | Status Date | Result |
|------------------|--------|----------------|---------|-------------|--------|
| Anniversary | REQUIRED | 03/02/2008-06/29/2008 | 101 | 03/03/2008 | 03/03/2008- |

Next CE

| Requirement Window | Requirement Type | Session |
|--------------------|------------------|---------|
| 03/02/2011-06/29/2011 | Anniversary | 101 |

CE Directed Sequence History
   <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
   <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status
   <<No Previous CE Session Found for this Individual.>>

Filing History:

| Filing Date | Form Type | Filing Type | Source |
|-------------|-----------|-------------|--------|

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 7
Individual: 5099266 - CHIRIYANKANDATH MR., JOSEPH GEORGE
Administrative Information:


Filing History (cont):

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 12/20/2007 | U5 | FULL | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |
| 07/29/2006 | U4 | CONVERSION | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |
| 03/02/2006 | U4 | AMENDMENT | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |
| 02/14/2006 | U4 | AMENDMENT | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |
| 02/13/2006 | U4 | INITIAL | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001142

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 8
Individual: 5099266 - CHIRIYANKANDATH MR., JOSEPH GEORGE
Administrative Information:


Number of Reportable Events:
   <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001143

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 9
Individual: 5099266 - CHIRIYANKANDATH MR., JOSEPH GEORGE
Reportable Events:
```

  <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001144

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 10
Individual: 5099266 - CHIRIYANKANDATH MR., JOSEPH GEORGE
Regulator Archive and Z Records:

    <<No Regulator Archive and Z Records found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001145

5409616 - GUPTA MR., KARAN                                         3
    Reportable Events                                          8
    Regulator Archive and Z Records                            9

TWPL00001146

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008 _____ Page 1

Notice
CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001147

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                          Page 2

                    Details for Request# 4496498
                    Report: Snapshot - Individual

Parameter Name                          Value


Request by CRD # or SSN:                CRD #
Individual CRD # or SSN                 5409616
Include Personal Information?           Yes
Include All Registrations with
Employments:                            Both Current and Previous
                                        Employments

Include All Registrations for
Current and/or Previous
Employments with:                       All Regulators
Include Professional Designations?      Yes
Include Employment History?             Yes
Include Other Business                  Yes
Include Exam Information?               Yes
Include Continuing Education
Information?                            Yes
Include Filing History?                 Yes
Include Current Reportable
Disclosure Information?                 Yes
Include Regulator Archive and Z
Record Information?                     Yes
Is this a Pre-Registration Report
Request?                                No
User Initials                           KS

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001148

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 3
Individual: 5409616 - GUPTA MR., KARAN
Administrative Information:


Composite Information:
Full Legal Name:                  GUPTA MR., KARAN


Year of Birth:                    1981
State of Residence:
                                  <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
     The specified individual has no disclosure that qualifies for
     reporting under this section (i.e., disclosure required to be reported
     on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
     note that there are three types of disclosure in Web CRD: Reportable,
     Legacy and Archive disclosure. An individual with no reportable
     disclosure may or may not have Legacy or Archive disclosure.
     Investment Adviser Users: Please note that IARD does not include
     Legacy disclosure. Information reported on previous form filings
     through IARD is available under Filing History.
Statutorily Disqualification?     CLEAR
Registered With Multiple Firms?   No
Material Difference in Disclosure? No


Personal Information:
Individual CRD#:                  5409616


Other Names Known By:             GUPTA, KARAN


Year of Birth:                    1981


Registrations with Previous Employer(s):

From 07/23/2007 To 12/03/2007     THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:           Voluntary
Termination Comment:
```

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001149

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 4
Individual: 5409616 - GUPTA MR., KARAN
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AMEX | GS | 12/20/2007 | T_NOREG | |
| ARCA | GS | 12/20/2007 | T_NOREG | |
| CA | AG | 12/20/2007 | T_NOREG | |
| FINRA | GS | 12/20/2007 | T_NOREG | |
| IL | AG | 12/20/2007 | T_NOREG | |
| MA | AG | 12/20/2007 | T_NOREG | |
| MD | AG | 12/20/2007 | T_NOREG | |
| NQX | GS | 12/20/2007 | T_NOREG | |
| NSX | GS | 12/20/2007 | T_NOREG | |
| NY | AG | 12/20/2007 | T_NOREG | |
| NYSE | GS | 12/20/2007 | T_NOREG | |
| OH | AG | 12/20/2007 | T_NOREG | |


Professional Designations:
   << None found for this Individual: GUPTA MR., KARAN  >>


Employment History:

From 07/2007 To Present:     Name:       THOMAS WEISEL PARTNERS LLC
                             Location:   MUMBAI,    INDIA
                             Position:   RESEARCH ASSOCIATE
                             Investment Related:     Yes


From 07/2006 To 06/2007      Name:       IREVNA RESEARCH SERVICES LIMITED
                             Location:   CHENNAI,    INDIA
                             Position:   MANAGER
                             Investment Related:     Yes


From 01/2006 To 06/2006      Name:       UINVERSITA COMMERCIALE LUIGI
                                         BOCCONI
                             Location:   MILAN,    ITALY
                             Position:   FULL-TIME STUDENT
                             Investment Related:     No


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 5
Individual: 5409616 - GUPTA MR., KARAN
Administrative Information:


Employment History (cont) :

From 07/2004 To 12/2005     Name:      ASIAN INSTITUTE OF MANGEMENT
                            Location:  MANILA,    PHILIPPINES
                            Position:  FULL-TIME STUDENT
                            Investment Related:    No


From 08/2002 To 06/2004     Name:      UNIVERSAL COMMERCIAL CORPORATION
                            Location:  KOLKATA,   INDIA
                            Position:  FINANCE EXECUTIVE
                            Investment Related:    No


From 07/1999 To 07/2002     Name:      ST. XAVIER'S COLLEGE
                            Location:  KOLKATA,   INDIA
                            Position:  FULL-TIME STUDENT
                            Investment Related:    No


From 05/1995 To 06/1999     Name:      DON BOSCO SCHOOL
                            Location:  KOLKATA,   INDIA
                            Position:  FULL-TIME STUDENT
                            Investment Related:    No


Office of Employment History:

From 07/2007 To 12/2007
    Name:                       THOMAS WEISEL PARTNERS LLC (46237)
    Independent Contractor:     No

    Office of Employment Address:

    CRD        NYSE Branch Firm Billing  Address     Address
    Branch #   Code Number  Code         Start Date  End Date    Address
    118143     018                       07/23/2007  12/03/2007  55/56, FREE PRESS
                                                                 HOUSE
                                                                 215, FREE PRESS
                                                                 JOURNAL MARG, NARIMAN
                                                                 MUMBAI,   400 021
                                                                 INDIA
                    Registered Location?   Y   Type of Office:   Located At


Other Business:
    <<No Other Business found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001151

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                          Page 6
Individual: 5409616 - GUPTA MR., KARAN
Administrative Information:


Examination Information:

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|------|--------|-------------|-----------|-------|-------|--------------|
| S63 | EXPIRED | 01/28/2008 | | | | 09/28/2007-01/26/2008 |
| S7 | WITHDRAW | 12/20/2007 | | | | 09/28/2007-01/26/2008 |


CE Regulatory Element Status:

Current CE Status:    NOCESTATUS

CE Base Date:

Current CE
   <<No Current CE Session Found >>

Next CE
   <<No Next CE Found for this Individual.>>

CE Directed Sequence History
   <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
   <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status
   <<No Previous CE Session Found for this Individual.>>


Filing History:

| Filing Date | Form Type | Filing Type | Source |
|-------------|-----------|-------------|--------|
| 12/20/2007 | U5 | FULL | Org CRD# 46237 |
| | | | THOMAS WEISEL PARTNERS LLC |
| 09/27/2007 | U4 | INITIAL | Org CRD# 46237 |
| | | | THOMAS WEISEL PARTNERS LLC |


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001152

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 7
Individual: 5409616 - GUPTA MR., KARAN
Administrative Information:


Number of Reportable Events:
   <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001153

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 8
Individual: 5409616 - GUPTA MR., KARAN
Reportable Events:


  <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001154

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 9
Individual: 5409616 - GUPTA MR., KARAN
Regulator Archive and Z Records:

   <<No Regulator Archive and Z Records found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001155

5396557 - VORA, KUNAL DIPAK                                    3
    Reportable Events                                         8
    Regulator Archive and Z Records                           9

TWPL00001156

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                                    Page 1

Notice

CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001157

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 2

Details for Request# 4496504
Report: Snapshot - Individual

Parameter Name                              Value

Request by CRD # or SSN:                    CRD #
Individual CRD # or SSN                      5396557
Include Personal Information?               Yes
Include All Registrations with
Employments:                                Both Current and Previous
                                            Employments

Include All Registrations for
Current and/or Previous
Employments with:                           All Regulators
Include Professional Designations?          Yes
Include Employment History?                 Yes
Include Other Business                      Yes
Include Exam Information?                    Yes
Include Continuing Education
Information?                                Yes
Include Filing History?                     Yes
Include Current Reportable
Disclosure Information?                     Yes
Include Regulator Archive and Z
Record Information?                         Yes
Is this a Pre-Registration Report
Request?                                    No
User Initials                               KS

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001158

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 3
Individual: 5396557 - VORA, KUNAL DIPAK
Administrative Information:


Composite Information:
Full Legal Name:                    VORA, KUNAL DIPAK

Year of Birth:                      1980
State of Residence:
                                    <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
    The specified individual has no disclosure that qualifies for
    reporting under this section (i.e., disclosure required to be reported
    on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
    note that there are three types of disclosure in Web CRD: Reportable,
    Legacy and Archive disclosure. An individual with no reportable
    disclosure may or may not have Legacy or Archive disclosure.
    Investment Adviser Users: Please note that IARD does not include
    Legacy disclosure. Information reported on previous form filings
    through IARD is available under Filing History.
Statutorily Disqualification?       CLEAR
Registered With Multiple Firms?     No
Material Difference in Disclosure?  No


Personal Information:
Individual CRD#:                    5396557

Other Names Known By:               VORA, KUNAL

Year of Birth:                      1980


Registrations with Previous Employer(s):

From 06/29/2007 To 11/30/2007       THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:             Voluntary
Termination Comment:


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001159

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 4
Individual: 5396557 - VORA, KUNAL DIPAK
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AMEX  | GS | 12/20/2007 | T_NOREG | |
| ARCA  | GS | 12/20/2007 | T_NOREG | |
| CA    | AG | 12/20/2007 | T_NOREG | |
| FINRA | GS | 12/20/2007 | T_NOREG | |
| MA    | AG | 12/20/2007 | T_NOREG | |
| NQX   | GS | 12/20/2007 | T_NOREG | |
| NY    | AG | 12/20/2007 | T_NOREG | |
| NYSE  | GS | 12/20/2007 | T_NOREG | |


Professional Designations:
  << None found for this Individual: VORA, KUNAL DIPAK >>


Employment History:

From 06/2007 To Present:    Name:      THOMAS WEISEL PARTNERS LLC
                            Location:  MUMBAI,   INDIA
                            Position:  ASSOCIATE
                            Investment Related:    Yes

From 07/2006 To 06/2007     Name:      MORGAN STANLEY ADVANTAGE SERVICES
                            Location:  MUMBAI,   INDIA
                            Position:  ASSOCIATE
                            Investment Related:    Yes

From 11/2004 To 06/2006     Name:      COLGATE PALMOLIVE INDIA LIMITED
                            Location:  MUMBAI,   INDIA
                            Position:  ASSISTANT MANAGER - TREASURY
                            Investment Related:    No

From 01/2003 To 11/2004     Name:      HINDUSTAN PETROLUEM CORP LTD
                            Location:  MUMBAI,   INDIA
                            Position:  SR ACCOUNTS OFFICER
                            Investment Related:    No


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001160

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 5
Individual: 5396557 - VORA, KUNAL DIPAK
Administrative Information:


Employment History (cont) :

From 01/2001 To 12/2002     Name:      KHIMJI KUNVERJI & CO
                            Location:  MUMBAI,    INDIA
                            Position:  ARTICLESHIP FOR CHARTERED
                                       ACCOUNTANT
                            Investment Related:    No

From 06/1999 To 12/2000     Name:      GALA & GALA
                            Location:  MUMBAI,    INDIA
                            Position:  ARTICLESHIP FOR CHARTERED
                                       ACCOUNTANT
                            Investment Related:    No

From 05/1995 To 06/1999     Name:      STUDENT
                            Location:  MUMBAI,    INDIA
                            Position:  STUDENT
                            Investment Related:    No

Office of Employment History:

From 06/2007 To 11/2007
   Name:                          THOMAS WEISEL PARTNERS LLC (46237)
   Independent Contractor:        No

   Office of Employment Address:

   CRD        NYSE Branch Firm Billing  Address    Address
   Branch #   Code Number Code          Start Date End Date   Address
   118143     018                       06/29/2007 11/30/2007 55/56, FREE PRESS
                                                              HOUSE
                                                              215, FREE PRESS
                                                              JOURNAL MARG, NARIMAN
                                                              MUMBAI,    400 021
                                                              INDIA
              Registered Location?    Y    Type of Office:    Located At


Other Business:
   <<No Other Business found for this Individual.>>


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001161

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 6
Individual: 5396557 - VORA, KUNAL DIPAK
Administrative Information:


Examination Information:

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|------|--------|-------------|-----------|-------|-------|--------------|
| S63 | OFFICIAL_RESULT | 10/10/2007 | 10/09/2007 | PASSED | 76 | 09/12/2007-01/10/2008 |
| S7 | WITHDRAW | 12/20/2007 | | | | 09/12/2007-01/10/2008 |


CE Regulatory Element Status:

Current CE Status:    NOCESTATUS

CE Base Date:

Current CE
   <<No Current CE Session Found >>

Next CE
   <<No Next CE Found for this Individual.>>

CE Directed Sequence History
   <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
   <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status
   <<No Previous CE Session Found for this Individual.>>


Filing History:

| Filing Date | Form Type | Filing Type | Source |
|-------------|-----------|-------------|--------|
| 12/20/2007 | U5 | FULL | Org CRD# 46237 |
| | | | THOMAS WEISEL PARTNERS LLC |
| 09/11/2007 | U4 | INITIAL | Org CRD# 46237 |
| | | | THOMAS WEISEL PARTNERS LLC |


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001162

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                      Page 7
Individual: 5396557 - VORA, KUNAL DIPAK
Administrative Information:


**Number of Reportable Events:**
  <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001163

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 8
Individual: 5396557 - VORA, KUNAL DIPAK
Reportable Events:


    <<No Reportable Events found for this Individual.>>


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001164

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 9
Individual: 5396557 - VORA, KUNAL DIPAK
Regulator Archive and Z Records:

    <<No Regulator Archive and Z Records found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001165

5107093 - GANTI, LAKSHMINARAYANA                                      3
    Reportable Events                                                 9
    Regulator Archive and Z Records                                  10

**TWPL00001166**

Notice

CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001167

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 2

Details for Request# 4496507
Report: Snapshot - Individual

| Parameter Name | Value |
|---|---|
| Request by CRD # or SSN: | CRD # |
| Individual CRD # or SSN | 5107093 |
| Include Personal Information? | Yes |
| Include All Registrations with Employments: | Both Current and Previous Employments |
| Include All Registrations for Current and/or Previous Employments with: | All Regulators |
| Include Professional Designations? | Yes |
| Include Employment History? | Yes |
| Include Other Business | Yes |
| Include Exam Information? | Yes |
| Include Continuing Education Information? | Yes |
| Include Filing History? | Yes |
| Include Current Reportable Disclosure Information? | Yes |
| Include Regulator Archive and Z Record Information? | Yes |
| Is this a Pre-Registration Report Request? | No |
| User Initials | KS |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001168

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 3
Individual: 5107093 - GANTI, LAKSHMINARAYANA
Administrative Information:


Composite Information:
Full Legal Name:                 GANTI, LAKSHMINARAYANA

Year of Birth:                   1974
State of Residence:
                                 <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
    The specified individual has no disclosure that qualifies for
    reporting under this section (i.e., disclosure required to be reported
    on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
    note that there are three types of disclosure in Web CRD: Reportable,
    Legacy and Archive disclosure. An individual with no reportable
    disclosure may or may not have Legacy or Archive disclosure.
    Investment Adviser Users: Please note that IARD does not include
    Legacy disclosure. Information reported on previous form filings
    through IARD is available under Filing History.
Statutorily Disqualification?        CLEAR
Registered With Multiple Firms?      No
Material Difference in Disclosure?   No


Personal Information:
Individual CRD#:                 5107093

Other Names Known By:            <<No Other Names found for this Individual.>>

Year of Birth:                   1974


Registrations with Previous Employer(s):

From 02/20/2006 To 12/06/2007    THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:          Voluntary
Termination Comment:


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001169

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 4
Individual: 5107093 - GANTI, LAKSHMINARAYANA
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AMEX | GS | 12/20/2007 | TERMED | 06/19/2006 |
| ARCA | GS | 12/20/2007 | TERMED | 05/01/2006 |
| CA | AG | 12/20/2007 | TERMED | 05/01/2006 |
| FINRA | GS | 12/20/2007 | TERMED | 05/01/2006 |
| FINRA | RS | 12/20/2007 | TERMED | 07/12/2006 |
| MA | AG | 12/20/2007 | TERMED | 05/01/2006 |
| NQX | GS | 12/20/2007 | TERMED | 07/12/2006 |
| NY | AG | 12/20/2007 | TERMED | 05/01/2006 |
| NYSE | GS | 12/20/2007 | TERMED | 06/19/2006 |
| NYSE | RS | 12/20/2007 | TERMED | 07/12/2006 |


Professional Designations:
    << None found for this Individual: GANTI, LAKSHMINARAYANA  >>


Employment History:

From 02/2006 To Present:      Name:       THOMAS WEISEL PARTNERS LLC
                              Location:   MUMBAI, MAHARASHTRA,    INDIA
                              Position:   RESEARCH ANALYST
                              Investment Related:     Yes


From 06/2003 To 02/2006       Name:       GENPACT (FORMERLY GE CAPITAL
                                            INTERNATIONAL SERVICES)
                              Location:   BANGALORE, KARNATAKA,    INDIA
                              Position:   MANAGER
                              Investment Related:     Yes


From 05/2001 To 06/2003       Name:       KOTAK INVESTMENT BANKING
                              Location:   MUMBAI, MAHARASHTRA,    INDIA
                              Position:   ASSOCIATE, INVESTMENT BANKING
                              Investment Related:     Yes


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.


TWPL00001170

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 5
Individual: 5107093 - GANTI, LAKSHMINARAYANA
Administrative Information:


Employment History (cont) :

From 06/1999 To 04/2001    Name:       INDIAN INSTITUTE OF MANAGEMENT
                                       CALCUTTA
                           Location:   KOLKATA, WEST BENGAL,    INDIA
                           Position:   MBA STUDENT
                           Investment Related:   Yes

From 12/1996 To 05/1999    Name:       SATYAM COMPUTER SERVICES LTD.
                           Location:   HYDERABAD, ANDHRAPRADESH,    INDIA
                           Position:   SENIOR SOFTWARE ENGINEER
                           Investment Related:   No

From 06/1996 To 12/1996    Name:       BALLARPUR INDUSTRIES LTD
                           Location:   KAMALAPURAM, WARANGAL,
                                       ANDHRAPRADESH,    INDIA
                           Position:   GRADUATE ENGINEER TRAINEE
                           Investment Related:   No

From 05/1995 To 05/1996    Name:       ANDHRA UNIVERSITY COLLEGE OF
                                       ENGINEERING
                           Location:   VISAKHAPATNAM, ANDHRA PRADESH,
                                       INDIA
                           Position:   MECHANICAL ENGINEERING STUDENT
                           Investment Related:    No


Office of Employment History:

From 02/2006 To 12/2007
  Name:                               THOMAS WEISEL PARTNERS LLC (46237)
  Independent Contractor:             No

  Office of Employment Address:

    CRD      NYSE Branch Firm Billing Address      Address
    Branch # Code Number Code     Start Date End Date  Address
    118143   018                  02/20/2006 12/06/2007 55/56, FREE PRESS
                                                        HOUSE
                                                        215, FREE PRESS
                                                        JOURNAL MARG, NARIMAN
                                                        MUMBAI,    400 021
                                                        INDIA
              Registered Location?   Y   Type of Office:   Located At


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001171

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 6
Individual: 5107093 - GANTI, LAKSHMINARAYANA
Administrative Information:

Other Business:
    <<No Other Business found for this Individual.>>

Examination Information:

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|------|--------|-------------|-----------|-------|-------|--------------|
| S63 | OFFICIAL_RESULT | 03/31/2006 | 03/30/2006 | PASSED | 86 | 03/14/2006-07/12/2006 |
| S7 | OFFICIAL_RESULT | 05/01/2006 | 04/27/2006 | PASSED | 85 | 03/03/2006-07/01/2006 |
| S86 | OFFICIAL_RESULT | 05/17/2006 | 05/16/2006 | PASSED | 89 | 05/02/2006-08/30/2006 |
| S87 | OFFICIAL_RESULT | 07/12/2006 | 07/11/2006 | PASSED | 74 | 06/29/2006-10/27/2006 |
| S87 | OFFICIAL_RESULT | 05/31/2006 | 05/30/2006 | FAILED | 70 | 05/02/2006-08/30/2006 |

CE Regulatory Element Status:

Current CE Status:    SATISFIED

CE Base Date:         05/01/2006

Current CE
    <<No Current CE Session Found >>

Next CE

| Requirement Window | Requirement Type | Session |
|--------------------|------------------|---------|
| 05/01/2008-08/28/2008 | Anniversary | 101 |

CE Directed Sequence History
    <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
    <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status
    <<No Previous CE Session Found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001172

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 7
Individual: 5107093 - GANTI, LAKSHMINARAYANA
Administrative Information:

Filing History:

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 12/20/2007 | U5 | FULL | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |
| 07/29/2006 | U4 | CONVERSION | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |
| 06/12/2006 | U4 | AMENDMENT | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |
| 05/01/2006 | U4 | AMENDMENT | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |
| 03/10/2006 | U4 | AMENDMENT | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |
| 03/02/2006 | U4 | INITIAL | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001173

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 8
Individual: 5107093 - GANTI, LAKSHMINARAYANA
Administrative Information:


**Number of Reportable Events:**
  <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001174

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 9
Individual: 5107093 - GANTI, LAKSHMINARAYANA
Reportable Events:
```

```
  <<No Reportable Events found for this Individual.>>
```

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001175

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 10
Individual: 5107093 - GANTI, LAKSHMINARAYANA
Regulator Archive and Z Records:

  <<No Regulator Archive and Z Records found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001176

4344024 - DUBEY, PREETI                                           3
        Reportable Events                                        12
        Regulator Archive and Z Records                          13

TWPL00001188

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                              Page 1

Notice

CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001189

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                        Page 2

Details for Request# 4496510
Report: Snapshot - Individual

| Parameter Name | Value |
|---|---|
| Request by CRD # or SSN: | CRD # |
| Individual CRD # or SSN | 4344024 |
| Include Personal Information? | Yes |
| Include All Registrations with Employments: | Both Current and Previous Employments |
| Include All Registrations for Current and/or Previous Employments with: | All Regulators |
| Include Professional Designations? | Yes |
| Include Employment History? | Yes |
| Include Other Business | Yes |
| Include Exam Information? | Yes |
| Include Continuing Education Information? | Yes |
| Include Filing History? | Yes |
| Include Current Reportable Disclosure Information? | Yes |
| Include Regulator Archive and Z Record Information? | Yes |
| Is this a Pre-Registration Report Request? | No |
| User Initials | KS |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001190

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 3
Individual: 4344024 - DUBEY, PREETI
Administrative Information:
```

Composite Information:
Full Legal Name:                DUBEY, PREETI

Year of Birth:                  1975
State of Residence:
                                <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
    The specified individual has no disclosure that qualifies for
    reporting under this section (i.e., disclosure required to be reported
    on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
    note that there are three types of disclosure in Web CRD: Reportable,
    Legacy and Archive disclosure. An individual with no reportable
    disclosure may or may not have Legacy or Archive disclosure.
    Investment Adviser Users: Please note that IARD does not include
    Legacy disclosure. Information reported on previous form filings
    through IARD is available under Filing History.
Statutorily Disqualification?      CLEAR
Registered With Multiple Firms?    No
Material Difference in Disclosure? No


Personal Information:
Individual CRD#:                4344024

Other Names Known By:           <<No Other Names found for this Individual.>>

Year of Birth:                  1975


Registrations with Previous Employer(s):

From 04/24/2006 To 11/30/2007   THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:         Voluntary
Termination Comment:


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001191

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 4
Individual: 4344024 - DUBEY, PREETI
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AMEX  | GS | 12/20/2007 | TERMED | 08/21/2006 |
| ARCA  | GS | 12/20/2007 | TERMED | 06/12/2006 |
| CA    | AG | 12/20/2007 | TERMED | 06/12/2006 |
| FINRA | GS | 12/20/2007 | TERMED | 06/12/2006 |
| FINRA | RS | 12/20/2007 | TERMED | 07/07/2006 |
| MA    | AG | 12/20/2007 | TERMED | 06/12/2006 |
| NQX   | GS | 12/20/2007 | TERMED | 07/12/2006 |
| NY    | AG | 12/20/2007 | TERMED | 06/12/2006 |
| NYSE  | GS | 12/20/2007 | TERMED | 08/21/2006 |
| NYSE  | RS | 12/20/2007 | TERMED | 07/07/2006 |

From 05/01/2002 To 07/03/2003       STIFEL, NICOLAUS & COMPANY, INCORPORATED(793)

Reason for Termination:              Voluntary
Termination Comment:

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AMEX  | GS | 07/07/2003 | TERMED | 05/16/2002 |
| CA    | AG | 07/07/2003 | TERMED | 08/19/2002 |
| CBOE  | GS | 07/07/2003 | TERMED | 05/16/2002 |
| FINRA | GS | 07/07/2003 | TERMED | 05/16/2002 |
| NYSE  | GS | 07/07/2003 | TERMED | 05/16/2002 |
| PHLX  | GS | 07/07/2003 | TERMED | 05/16/2002 |

From 07/24/2000 To 08/31/2001       TUCKER ANTHONY INCORPORATED(837)
Reason for Termination:              Voluntary
Termination Comment:

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|

---

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001192

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 5
Individual: 4344024 - DUBEY, PREETI
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AMEX | GS | 10/04/2001 | TERMED | 02/12/2001 |
| ARCA | GS | 10/04/2001 | TERMED | 02/12/2001 |
| CBOE | GS | 10/04/2001 | TERMED | 02/12/2001 |
| FINRA | GS | 10/04/2001 | TERMED | 02/12/2001 |
| NYSE | GS | 10/04/2001 | TERMED | 02/12/2001 |


Professional Designations:
   << None found for this Individual: DUBEY, PREETI  >>


Employment History:

From 04/2006 To Present:     Name:      THOMAS WEISEL PARTNERS LLC
                             Location:  MUMBAI,    INDIA
                             Position:  RESEARCH ANALYST
                             Investment Related:     Yes


From 03/2005 To 03/2006      Name:      PROXIMARE INC
                             Location:  MUMBAI,    INDIA
                             Position:  SENIOR RESEARCH ANALYST
                             Investment Related:     No


From 12/2003 To 02/2005      Name:      STRATEGIC CAPITAL VENTURES LIMITED
                             Location:  MUMBAI,    INDIA
                             Position:  RESEARCH ANALYST
                             Investment Related:     Yes


From 07/2003 To 11/2003      Name:      UNEMPLOYED
                             Location:  MUMBAI,    INDIA
                             Position:  UNEMPLOYED
                             Investment Related:     No


From 05/2002 To 07/2003      Name:      STIFEL NICOLAUS & CO
                             Location:  SANTA CLARA, CA  USA
                             Position:  RESEARCH ASSOCIATE
                             Investment Related:     Yes


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001193

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 6
Individual: 4344024 - DUBEY, PREETI
Administrative Information:


Employment History (cont) :

From 12/2001 To 05/2002    Name:       SELF EMPLOYED
                           Location:   SANTA CLARA, CA  USA
                           Position:   ANALYST
                           Investment Related:      No


From 09/2001 To 12/2001    Name:       SELF EMPLOYED
                           Location:   FREMONT, CA  USA
                           Position:   ANALYST
                           Investment Related:      No


From 07/2000 To 08/2001    Name:       TUCKER ANTHONY INCORPORATED
                           Location:   MILWAUKEE, WI  UNITED STATES
                           Position:   ASSOCIATE ANALYST - RESEARCH
                           Investment Related:      Yes


From 06/2000 To 06/2000    Name:       UNEMPLOYED
                           Location:   MADISON, WI
                           Position:   UNEMPLOYED
                           Investment Related:      No


From 09/1998 To 05/2000    Name:       UNIVERSITY OF WISCONSIN SYSTEM
                           Location:   MADISON, WI  UNITED STATES
                           Position:   PROJECT ASSISTANT
                           Investment Related:      No


From 06/1998 To 08/1998    Name:       NICHOLAS APPLEGATE CAPITAL
                                       MANAGEMENT
                           Location:   SAN DIEGO, CA  UNITED STATES
                           Position:   SUMMER INTERN
                           Investment Related:      Yes


From 01/1998 To 05/1998    Name:       UNIVERSITY OF WISCONSIN SYSTEM
                           Location:   MADISON, WI  UNITED STATES
                           Position:   TEACHING ASSISTANT
                           Investment Related:      No


From 01/1990 To 01/1998    Name:       UNEMPLOYED
                           Location:   MUMBAI,    INDIA
                           Position:   FULL-TIME STUDENT
                           Investment Related:      No


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001194

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 7
Individual: 4344024 - DUBEY, PREETI
Administrative Information:
```

**Office of Employment History:**

From 04/2006 To 11/2007
    Name:                          THOMAS WEISEL PARTNERS LLC (46237)
    Independent Contractor:        No

   Office of Employment Address:

| CRD Branch # | NYSE Branch Code Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|
| 118143 | 018 | | 04/24/2006 | 11/30/2007 | 55/56, FREE PRESS HOUSE 215, FREE PRESS JOURNAL MARG, NARIMAN MUMBAI,   400 021 INDIA |

                  Registered Location?    Y   Type of Office:   Located At


From 05/2002 To 07/2003
    Name:                          STIFEL, NICOLAUS & COMPANY, INCORPORATED
                                   (793)
    Independent Contractor:        No

   Office of Employment Address:

| CRD Branch # | NYSE Branch Code Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|
| | | 00793 | 05/01/2002 | 07/03/2003 | 1535 VISTA CLUB CIRCLE APT #301 SANTA CLARA, CA 95054 USA |

                  Registered Location?    N   Type of Office:   Located At


From 07/2000 To 08/2001
    Name:                          TUCKER ANTHONY INCORPORATED (837)
    Independent Contractor:        No

---

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001195

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                  Page 8
Individual: 4344024 - DUBEY, PREETI
Administrative Information:
```

Office of Employment Address:

| CRD Branch # | NYSE Code | Branch Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|---|
| | | | C400 | 07/24/2000 | 08/31/2001 | ONE WORLD FINANCIAL CENTER 200 LIBERTY STREET NEW YORK, NY 10281 UNITED STATES |

Registered Location?    N    Type of Office: Located At

Other Business:
  <<No Other Business found for this Individual.>>

Examination Information:

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|---|---|---|---|---|---|---|
| S63 | OFFICIAL_RESULT | 05/31/2006 | 05/29/2006 | PASSED | 78 | 05/02/2006-08/30/2006 |
| S63 | OFFICIAL_RESULT | 08/19/2002 | 08/16/2002 | PASSED | 78 | 07/30/2002-11/27/2002 |
| S7 | OFFICIAL_RESULT | 06/12/2006 | 06/08/2006 | PASSED | 86 | 05/02/2006-08/30/2006 |
| S7 | OFFICIAL_RESULT | 02/12/2001 | 02/09/2001 | PASSED | 85 | 01/26/2001-05/26/2001 |
| S86 | OFFICIAL_WAIVR | 07/07/2006 | | | | 06/13/2006-10/11/2006 |
| S87 | OFFICIAL_RESULT | 07/03/2006 | 06/30/2006 | PASSED | 90 | 06/13/2006-10/11/2006 |

CE Regulatory Element Status:

Current CE Status:    SATISFIED

CE Base Date:    06/12/2006

Current CE
  <<No Current CE Session Found >>

Next CE

```
CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.
```

TWPL00001196

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                              Page 9
Individual: 4344024 - DUBEY, PREETI
Administrative Information:
```

Requirement Window          Requirement Type        Session

06/12/2008-10/09/2008       Anniversary             101

CE Directed Sequence History
   <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
   <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status

| Requirement Type | Status | Previous Window | Session | Status Date | Result |
|---|---|---|---|---|---|
| Anniversary | REQUIRED | 02/12/2003-06/11/2003 | 101 | 02/12/2003 | 02/12/2003- |
| Anniversary | SATISFIED | 02/12/2003-06/11/2003 | 101 | 04/25/2003 | 04/25/2003-CMPLT |


Filing History:

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 12/20/2007 | U5 | FULL | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |
| 07/29/2006 | U4 | CONVERSION | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |
| 06/12/2006 | U4 | AMENDMENT | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |
| 05/01/2006 | U4 | INITIAL | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |
| 08/19/2003 | U5 | AMENDMENT | Org CRD# 793 STIFEL, NICOLAUS & COMPANY, INCORPORATED |
| 07/07/2003 | U5 | FULL | Org CRD# 793 STIFEL, NICOLAUS & COMPANY, INCORPORATED |
| 07/29/2002 | U4 | AMENDMENT | Org CRD# 793 STIFEL, NICOLAUS & COMPANY, INCORPORATED |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001197

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                      Page 10
Individual: 4344024 - DUBEY, PREETI
Administrative Information:
```

**Filing History (cont):**

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 05/16/2002 | U4 | INITIAL | Org CRD# 793<br>STIFEL, NICOLAUS & COMPANY,<br>INCORPORATED |
| 10/04/2001 | U5 | FULL | Org CRD# 837<br>TUCKER ANTHONY INCORPORATED |
| 07/05/2001 | U4 | AMENDMENT | Org CRD# 837<br>TUCKER ANTHONY INCORPORATED |
| 01/25/2001 | U4 | INITIAL | Org CRD# 837<br>TUCKER ANTHONY INCORPORATED |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001198

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                              Page 11
Individual: 4344024 - DUBEY, PREETI
Administrative Information:


Number of Reportable Events:
   <<No Reportable Events found for this Individual.>>
```

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001199

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 12
Individual: 4344024 - DUBEY, PREETI
Reportable Events:


   <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 13
Individual: 4344024 - DUBEY, PREETI
Regulator Archive and Z Records:


   <<No Regulator Archive and Z Records found for this Individual.>>


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001201

5301960 - ABHISHEIK, SHASHANK                                    3
        Reportable Events                                        9
        Regulator Archive and Z Records                         10

TWPL00001202

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 1

Notice

CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001203

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                              Page 2

Details for Request# 4496511
Report: Snapshot - Individual

| Parameter Name | Value |
|---|---|
| Request by CRD # or SSN: | CRD # |
| Individual CRD # or SSN | 5301960 |
| Include Personal Information? | Yes |
| Include All Registrations with Employments: | Both Current and Previous Employments |
| Include All Registrations for Current and/or Previous Employments with: | All Regulators |
| Include Professional Designations? | Yes |
| Include Employment History? | Yes |
| Include Other Business | Yes |
| Include Exam Information? | Yes |
| Include Continuing Education Information? | Yes |
| Include Filing History? | Yes |
| Include Current Reportable Disclosure Information? | Yes |
| Include Regulator Archive and Z Record Information? | Yes |
| Is this a Pre-Registration Report Request? | No |
| User Initials | KS |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001204

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 3
Individual: 5301960 - ABHISHEIK, SHASHANK
Administrative Information:


Composite Information:
Full Legal Name:                    ABHISHEIK, SHASHANK

Year of Birth:                      1980
State of Residence:
                                    <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
    The specified individual has no disclosure that qualifies for
    reporting under this section (i.e., disclosure required to be reported
    on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
    note that there are three types of disclosure in Web CRD: Reportable,
    Legacy and Archive disclosure. An individual with no reportable
    disclosure may or may not have Legacy or Archive disclosure.
    Investment Adviser Users: Please note that IARD does not include
    Legacy disclosure. Information reported on previous form filings
    through IARD is available under Filing History.
Statutorily Disqualification?      CLEAR
Registered With Multiple Firms?    No
Material Difference in Disclosure? No


Personal Information:
Individual CRD#:                    5301960

Other Names Known By:       <<No Other Names found for this Individual.>>

Year of Birth:                      1980


Registrations with Previous Employer(s):

From 02/15/2007 To 12/06/2007      THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:            Voluntary
Termination Comment:


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001205

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 4
Individual: 5301960 - ABHISHEIK, SHASHANK
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AMEX  | GS | 12/20/2007 | TERMED   | 10/15/2007 |
| ARCA  | GS | 12/20/2007 | TERMED   | 10/15/2007 |
| CA    | AG | 12/20/2007 | TERMED   | 10/15/2007 |
| FINRA | GS | 12/20/2007 | TERMED   | 10/15/2007 |
| FINRA | RS | 11/07/2007 | T_NOREG  |            |
| MA    | AG.| 12/20/2007 | TERMED   | 10/15/2007 |
| NQX   | GS | 12/20/2007 | TERMED   | 10/15/2007 |
| NY    | AG | 12/20/2007 | TERMED   | 10/15/2007 |
| NYSE  | GS | 12/20/2007 | TERMED   | 10/15/2007 |
| NYSE  | RS | 11/07/2007 | T_NOREG  |            |


Professional Designations:
   << None found for this Individual: ABHISHEIK, SHASHANK  >>


Employment History:

From 02/2007 To Present:     Name:       THOMAS WEISEL PARTNERS LLC
                             Location:   MUMBAI,   INDIA
                             Position:   RESEARCH ASSOCIATE
                             Investment Related:    Yes

From 05/2006 To 02/2007      Name:       GOLDMAN SACHS SERVICES PRIVATE
                                         LIMITED
                             Location:   BANGALORE,   INDIA
                             Position:   RESEARCH ANALYST
                             Investment Related:    Yes

From 06/2004 To 04/2006      Name:       XLRI SCHOOL OF MANAGEMENT
                             Location:   JAMSHEDPUR,   INDIA
                             Position:   FULL TIME STUDENT
                             Investment Related:    No


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 5
Individual: 5301960 - ABHISHEIK, SHASHANK
Administrative Information:


Employment History (cont) :

From 08/2003 To 06/2004     Name:      IMS LEARNING RESOURCE PRIVATE
                                       LIMITED
                            Location:  MUMBAI,    INDIA
                            Position:  INSTRUCTOR
                            Investment Related:    No

From 08/1999 To 06/2003     Name:      B N COLLEGE OF ENGINEERING
                            Location:  PUSAD,    INDIA
                            Position:  FULL TIME STUDENT
                            Investment Related:    No

From 03/1998 To 08/1999     Name:      UNEMPLOYED
                            Location:  MUMBAI,    INDIA
                            Position:  UNEMPLOYED
                            Investment Related:    No

From 06/1996 To 03/1998     Name:      DAV JAWAHAR VIDYA MANDIR HIGH
                                       SCHOOL
                            Location:  RANCHI,    INDIA
                            Position:  FULL TIME STUDENT
                            Investment Related:    No

Office of Employment History:

From 02/2007 To 12/2007
   Name:                            THOMAS WEISEL PARTNERS LLC (46237)
   Independent Contractor:          No

   Office of Employment Address:

   CRD      NYSE Branch Firm Billing  Address   Address
   Branch # Code Number Code          Start Date End Date  Address
   118143   018                       02/15/2007 12/06/2007 55/56, FREE PRESS
                                                            HOUSE
                                                            215, FREE PRESS
                                                            JOURNAL MARG, NARIMAN
                                                            MUMBAI,    400 021
                                                            INDIA

            Registered Location?    Y   Type of Office:   Located At


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001207

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                              Page 6
Individual: 5301960 - ABHISHEIK, SHASHANK
Administrative Information:
```

Other Business:
    <<No Other Business found for this Individual.>>

Examination Information:

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|------|--------|-------------|-----------|-------|-------|--------------|
| S63 | OFFICIAL_RESULT | 05/15/2007 | 05/14/2007 | PASSED | 73 | 04/10/2007-08/08/2007 |
| S7 | OFFICIAL_RESULT | 10/15/2007 | 10/13/2007 | PASSED | 74 | 08/29/2007-12/27/2007 |
| S7 | EXPIRED | 08/09/2007 | | | | 04/10/2007-08/08/2007 |
| S86 | WITHDRAW | 11/07/2007 | | | | 10/16/2007-02/13/2008 |
| S87 | OFFICIAL_RESULT | 10/29/2007 | 10/26/2007 | PASSED | 76 | 10/16/2007-02/13/2008 |

CE Regulatory Element Status:

Current CE Status:    SATISFIED

CE Base Date:         10/15/2007

Current CE
    <<No Current CE Session Found >>

Next CE

| Requirement Window | Requirement Type | Session |
|--------------------|------------------|---------|
| 10/15/2009-02/11/2010 | Anniversary | 101 |

CE Directed Sequence History
    <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
    <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status
    <<No Previous CE Session Found for this Individual.>>

```
CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.
```

TWPL00001208

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 7
Individual: 5301960 - ABHISHEIK, SHASHANK
Administrative Information:


Filing History:

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 12/20/2007 | U5 | FULL | Org CRD# 46237 |
| | | | THOMAS WEISEL PARTNERS LLC |
| 11/07/2007 | U5 | PARTIAL | Org CRD# 46237 |
| | | | THOMAS WEISEL PARTNERS LLC |
| 10/15/2007 | U4 | AMENDMENT | Org CRD# 46237 |
| | | | THOMAS WEISEL PARTNERS LLC |
| 08/28/2007 | U4 | AMENDMENT | Org CRD# 46237 |
| | | | THOMAS WEISEL PARTNERS LLC |
| 04/09/2007 | U4 | INITIAL | Org CRD# 46237 |
| | | | THOMAS WEISEL PARTNERS LLC |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001209

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                              Page 8
Individual: 5301960 - ABHISHEIK, SHASHANK
Administrative Information:


Number of Reportable Events:
   <<No Reportable Events found for this Individual.>>

---

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001210

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 9
Individual: 5301960 - ABHISHEIK, SHASHANK
Reportable Events:


   <<No Reportable Events found for this Individual.>>


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001211

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                              Page 10
Individual: 5301960 - ABHISHEIK, SHASHANK
Regulator Archive and Z Records:


   <<No Regulator Archive and Z Records found for this Individual.>>


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001212