# EXHIBIT B-3

5143587 - MATHEW, SANDEEP THOMAS                          3
    Reportable Events                                     9
    Regulator Archive and Z Records                       10

TWPL00001213

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 1

                              Notice
CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

**TWPL00001214**

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                              Page 2

                    Details for Request# 4496514
                    Report: Snapshot - Individual


Parameter Name                          Value


Request by CRD # or SSN:                CRD #
Individual CRD # or SSN                  5143587
Include Personal Information?           Yes
Include All Registrations with
Employments:                            Both Current and Previous
                                        Employments

Include All Registrations for
Current and/or Previous
Employments with:                       All Regulators
Include Professional Designations?      Yes
Include Employment History?             Yes
Include Other Business                  Yes
Include Exam Information?               Yes
Include Continuing Education
Information?                            Yes
Include Filing History?                 Yes
Include Current Reportable
Disclosure Information?                 Yes
Include Regulator Archive and Z
Record Information?                     Yes
Is this a Pre-Registration Report
Request?                                No
User Initials                           KS


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001215

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                   Page 3
Individual: 5143587 - MATHEW, SANDEEP THOMAS
Administrative Information:
```

Composite Information:
Full Legal Name:                 MATHEW, SANDEEP THOMAS

Year of Birth:                   1981
State of Residence:
                                 <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
    The specified individual has no disclosure that qualifies for
    reporting under this section (i.e., disclosure required to be reported
    on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
    note that there are three types of disclosure in Web CRD: Reportable,
    Legacy and Archive disclosure. An individual with no reportable
    disclosure may or may not have Legacy or Archive disclosure.
    Investment Adviser Users: Please note that IARD does not include
    Legacy disclosure. Information reported on previous form filings
    through IARD is available under Filing History.
Statutorily Disqualification?    CLEAR
Registered With Multiple Firms?  No
Material Difference in Disclosure? No

Personal Information:
Individual CRD#:                 5143587

Other Names Known By:    <<No Other Names found for this Individual.>>

Year of Birth:                   1981

Registrations with Previous Employer(s):

From 03/21/2006 To 12/05/2007    THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:          Voluntary
Termination Comment:

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001216

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 4
Individual: 5143587 - MATHEW, SANDEEP THOMAS
Administrative Information:

Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|--------------------|--------------|
| AMEX  | GS | 12/20/2007 | TERMED | 03/28/2007 |
| ARCA  | GS | 12/20/2007 | TERMED | 03/28/2007 |
| CA    | AG | 12/20/2007 | TERMED | 03/28/2007 |
| FINRA | GS | 12/20/2007 | TERMED | 03/28/2007 |
| FINRA | RS | 12/20/2007 | TERMED | 05/30/2007 |
| MA    | AG | 12/20/2007 | TERMED | 03/28/2007 |
| NQX   | GS | 12/20/2007 | TERMED | 03/28/2007 |
| NY    | AG | 12/20/2007 | TERMED | 03/28/2007 |
| NYSE  | GS | 12/20/2007 | TERMED | 03/28/2007 |
| NYSE  | RS | 12/20/2007 | TERMED | 05/30/2007 |

Professional Designations:
   << None found for this Individual: MATHEW, SANDEEP THOMAS >>

Employment History:

From 03/2006 To Present:     Name:       THOMAS WEISEL PARTNERS LLC
                             Location:   MUMBAI,   INDIA
                             Position:   RESEARCH ASSOCIATE
                             Investment Related:    Yes

From 07/2005 To 03/2006      Name:       BA CONTINUUM SOLUTIONS PVT. LTD.
                             Location:   MUMBAI,   INDIA
                             Position:   ASSOCIATE
                             Investment Related:    Yes

From 11/2004 To 07/2005      Name:       BA CONTINUUM SOLUTIONS PVT. LTD.
                             Location:   HYDERABAD,   INDIA
                             Position:   ASSOCIATE
                             Investment Related:    Yes

From 06/2003 To 11/2004      Name:       EVALUESERVE.COM PRIVATE LTD.
                             Location:   GURGAON,   INDIA
                             Position:   SENIOR BUSINESS ANALYST; TEAM
                                         LEADER
                             Investment Related:    No

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001217

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 5
Individual: 5143587 - MATHEW, SANDEEP THOMAS
Administrative Information:


Employment History (cont) :

From 08/1999 To 06/2003    Name:       BIRLA INSTITUTE OF TECHNOLOGY AND
                                       SCIENCE, PILANI
                           Location:   PILANI,    INDIA
                           Position:   STUDENT - UNDERGRADUATE
                           Investment Related:    No


From 05/1999 To 07/1999    Name:       UNEMPLOYED
                           Location:   CHENNAI,    INDIA
                           Position:   UNEMPLOYED
                           Investment Related:


From 06/1992 To 04/1999    Name:       DON BOSCO HIGH SCHOOL
                           Location:   CHENNAI,    INDIA
                           Position:   STUDENT
                           Investment Related:    No


Office of Employment History:

From 03/2006 To 12/2007
   Name:                      THOMAS WEISEL PARTNERS LLC (46237)
   Independent Contractor:    No

   Office of Employment Address:

| CRD Branch # | NYSE Branch Code | Firm Branch Number | Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|---|
| 118143 | 018 | | | 03/21/2006 | 12/05/2007 | 55/56, FREE PRESS HOUSE 215, FREE PRESS JOURNAL MARG, NARIMAN MUMBAI,   400 021 INDIA |

                      Registered Location?    Y    Type of Office:    Located At

_____

Other Business:
   <<No Other Business found for this Individual.>>
_____




_____
CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001218

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 6
Individual: 5143587 - MATHEW, SANDEEP THOMAS
Administrative Information:
```

Examination Information:

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|------|--------|-------------|-----------|-------|-------|--------------|
| S63 | OFFICIAL_RESULT | 03/09/2007 | 03/08/2007 | PASSED | 90 | 03/06/2007-07/04/2007 |
| S7 | OFFICIAL_RESULT | 03/28/2007 | 03/26/2007 | PASSED | 80 | 03/06/2007-07/04/2007 |
| S86 | OFFICIAL_RESULT | 05/08/2007 | 05/06/2007 | PASSED | 76 | 03/30/2007-07/28/2007 |
| S87 | OFFICIAL_RESULT | 05/30/2007 | 05/28/2007 | PASSED | 78 | 03/30/2007-07/28/2007 |

CE Regulatory Element Status:

Current CE Status:    SATISFIED

CE Base Date:         03/28/2007

Current CE
  <<No Current CE Session Found >>

Next CE

| Requirement Window | Requirement Type | Session |
|--------------------|------------------|---------|
| 03/28/2009-07/25/2009 | Anniversary | 101 |

CE Directed Sequence History
  <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
  <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status
  <<No Previous CE Session Found for this Individual.>>

Filing History:

| Filing Date | Form Type | Filing Type | Source |
|-------------|-----------|-------------|--------|

```
CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.
```

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                        Page 7
Individual: 5143587 - MATHEW, SANDEEP THOMAS
Administrative Information:


Filing History (cont):


Filing Date    Form Type      Filing Type        Source

12/20/2007     U5             FULL               Org CRD# 46237
                                                 THOMAS WEISEL PARTNERS LLC
03/29/2007     U4             AMENDMENT          Org CRD# 46237
                                                 THOMAS WEISEL PARTNERS LLC
03/05/2007     U4             INITIAL            Org CRD# 46237
                                                 THOMAS WEISEL PARTNERS LLC
05/09/2006     NRF            INITIAL            Org CRD# 46237
                                                 THOMAS WEISEL PARTNERS LLC
```

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001220

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                              Page 8
Individual: 5143587 - MATHEW, SANDEEP THOMAS
Administrative Information:
```

Number of Reportable Events:
   <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001221

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 9
Individual: 5143587 - MATHEW, SANDEEP THOMAS
Reportable Events:


  <<No Reportable Events found for this Individual.>>
```

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001222

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 10
Individual: 5143587 - MATHEW, SANDEEP THOMAS
Regulator Archive and Z Records:

   <<No Regulator Archive and Z Records found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001223

5166662 - NARINGREKAR, SAMEER RAMESH                    3
    Reportable Events                                    9
    Regulator Archive and Z Records                     10

TWPL00001224

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                        Page 1

Notice

CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001225

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                          Page 2

Details for Request# 4496566
Report: Snapshot - Individual

| Parameter Name | Value |
|---|---|
| Request by CRD # or SSN: | CRD # |
| Individual CRD # or SSN | 5166662 |
| Include Personal Information? | Yes |
| Include All Registrations with Employments: | Both Current and Previous Employments |
| Include All Registrations for Current and/or Previous Employments with: | All Regulators |
| Include Professional Designations? | Yes |
| Include Employment History? | Yes |
| Include Other Business | Yes |
| Include Exam Information? | Yes |
| Include Continuing Education Information? | Yes |
| Include Filing History? | Yes |
| Include Current Reportable Disclosure Information? | Yes |
| Include Regulator Archive and Z Record Information? | Yes |
| Is this a Pre-Registration Report Request? | No |
| User Initials | KS |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001226

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 3
Individual: 5166662 - NARINGREKAR, SAMEER RAMESH
Administrative Information:


Composite Information:
Full Legal Name:                    NARINGREKAR, SAMEER RAMESH

Year of Birth:                      1973
State of Residence:
                                    <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
    The specified individual has no disclosure that qualifies for
    reporting under this section (i.e., disclosure required to be reported
    on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
    note that there are three types of disclosure in Web CRD: Reportable,
    Legacy and Archive disclosure. An individual with no reportable
    disclosure may or may not have Legacy or Archive disclosure.
    Investment Adviser Users: Please note that IARD does not include
    Legacy disclosure. Information reported on previous form filings
    through IARD is available under Filing History.
Statutorily Disqualification?       CLEAR
Registered With Multiple Firms?     No
Material Difference in Disclosure?  No


Personal Information:
Individual CRD#:                    5166662

Other Names Known By:        <<No Other Names found for this Individual.>>

Year of Birth:                      1973


Registrations with Previous Employer(s):

From 06/12/2006 To 11/30/2007     THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:           Voluntary
Termination Comment:


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001227

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 4
Individual: 5166662 - NARINGREKAR, SAMEER RAMESH
Administrative Information:
```

Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AMEX  | GS | 12/20/2007 | TERMED | 01/08/2007 |
| ARCA  | GS | 12/20/2007 | TERMED | 01/08/2007 |
| CA    | AG | 12/20/2007 | TERMED | 01/08/2007 |
| FINRA | GS | 12/20/2007 | TERMED | 01/08/2007 |
| FINRA | RS | 12/20/2007 | TERMED | 02/15/2007 |
| MA    | AG | 12/20/2007 | TERMED | 01/08/2007 |
| NQX   | GS | 12/20/2007 | TERMED | 01/08/2007 |
| NY    | AG | 12/20/2007 | TERMED | 01/08/2007 |
| NYSE  | GS | 12/20/2007 | TERMED | 01/08/2007 |
| NYSE  | RS | 12/20/2007 | TERMED | 02/15/2007 |

Professional Designations:
   << None found for this Individual: NARINGREKAR, SAMEER RAMESH >>

Employment History:

```
From 06/2006 To Present:    Name:       THOMAS WEISEL INTERNATIONAL
                            Location:   MUMBAI,    INDIA
                            Position:   RESEARCH ASSOCIATE
                            Investment Related:     Yes

From 07/2005 To 06/2006     Name:       RELIANCE INFOCOMM LIMITED
                            Location:   MUMBAI,    INDIA
                            Position:   PRODUCT MANAGER
                            Investment Related:

From 04/2005 To 07/2005     Name:       NONE
                            Location:   MUMBAI,    INDIA
                            Position:   BREAK BETWEEN END OF SCHOOL AND A
                                        NEW JOB
                            Investment Related:
```

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001228

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 5
Individual: 5166662 - NARINGREKAR, SAMEER RAMESH
Administrative Information:


Employment History (cont) :

| From 04/2004 To 04/2005 | Name:     | INDIAN SCHOOL OF BUSINESS |
|                         | Location: | HYDERABAD,   INDIA |
|                         | Position: | FULL TIME STUDENT |
|                         | Investment Related: | |

| From 05/2003 To 04/2004 | Name:     | WIPRO TECHNOLOGIES |
|                         | Location: | BANGALORE,   INDIA |
|                         | Position: | PROJECT LEAD |
|                         | Investment Related: | |

| From 02/2003 To 04/2003 | Name:     | NONE |
|                         | Location: | MUMBAI,   INDIA |
|                         | Position: | MOVED BACK TO INDIA FROM US AND VACATION |
|                         | Investment Related: | |

| From 11/2000 To 02/2003 | Name:     | CISCO SYSTEMS INC. |
|                         | Location: | SAN JOSE,   US |
|                         | Position: | SOFTWARE ENGINEER III |
|                         | Investment Related: | |

| From 06/1999 To 11/2000 | Name:     | BMC SOFTWARE, INC. |
|                         | Location: | SAN JOSE,   US |
|                         | Position: | STAFF PRODUCT DEVELOPER |
|                         | Investment Related: | |

| From 02/1997 To 06/1999 | Name:     | IT SOLUTIONS, INC. |
|                         | Location: | SAN RAMON,   US |
|                         | Position: | SENIOR SOFTWARE ENGINEER |
|                         | Investment Related: | |

| From 11/1996 To 02/1997 | Name:     | IT SOLUTIONS LIMITED |
|                         | Location: | BANGALORE,   US |
|                         | Position: | SOFTWARE ENGINEER |
|                         | Investment Related: | |

| From 10/1994 To 10/1996 | Name:     | TATA UNISYS LTD |
|                         | Location: | MUMBAI,   INDIA |
|                         | Position: | SOFTWARE ENGINEER |
|                         | Investment Related: | |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001229

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 6
Individual: 5166662 - NARINGREKAR, SAMEER RAMESH
Administrative Information:
```

**Office of Employment History:**

From 06/2006 To 11/2007

   Name:                     THOMAS WEISEL PARTNERS LLC (46237)

   Independent Contractor:     No

     Office of Employment Address:

| CRD Branch # | NYSE Code | Branch Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|---|
| 118143 | 018 | | | 06/12/2006 | 11/30/2007 | 55/56, FREE PRESS HOUSE 215, FREE PRESS JOURNAL MARG, NARIMAN MUMBAI,   400 021 INDIA |

          Registered Location?    Y   **Type of Office:**  Located At

**Other Business:**
  <<No Other Business found for this Individual.>>

**Examination Information:**

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|---|---|---|---|---|---|---|
| S63 | OFFICIAL_RESULT | 12/15/2006 | 12/14/2006 | PASSED | 71 | 11/08/2006-03/08/2007 |
| S7 | OFFICIAL_RESULT | 01/08/2007 | 01/04/2007 | PASSED | 81 | 11/08/2006-03/08/2007 |
| S86 | OFFICIAL_RESULT | 02/15/2007 | 02/13/2007 | PASSED | 83 | 01/09/2007-05/09/2007 |
| S87 | OFFICIAL_RESULT | 01/23/2007 | 01/22/2007 | PASSED | 76 | 01/09/2007-05/09/2007 |

```
CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.
```

TWPL00001230

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 7
Individual: 5166662 - NARINGREKAR, SAMEER RAMESH
Administrative Information:


CE Regulatory Element Status:

Current CE Status:    SATISFIED

CE Base Date:         01/08/2007

Current CE
  <<No Current CE Session Found >>

Next CE
Requirement Window          Requirement Type        Session

01/08/2009-05/07/2009       Anniversary             101

CE Directed Sequence History
  <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
  <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status
  <<No Previous CE Session Found for this Individual.>>


Filing History:

Filing Date   Form Type   Filing Type      Source

12/20/2007    U5          FULL             Org CRD# 46237
                                           THOMAS WEISEL PARTNERS LLC
01/08/2007    U4          AMENDMENT        Org CRD# 46237
                                           THOMAS WEISEL PARTNERS LLC
11/07/2006    U4          INITIAL          Org CRD# 46237
                                           THOMAS WEISEL PARTNERS LLC
06/20/2006    NRF         INITIAL          Org CRD# 46237
                                           THOMAS WEISEL PARTNERS LLC


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001231

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 8
Individual: 5166662 - NARINGREKAR, SAMEER RAMESH
Administrative Information:


**Number of Reportable Events:**
  <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001232

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                      Page 9
Individual: 5166662 - NARINGREKAR, SAMEER RAMESH
Reportable Events:


    <<No Reportable Events found for this Individual.>>
```

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001233

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 10
Individual: 5166662 - NARINGREKAR, SAMEER RAMESH
Regulator Archive and Z Records:


  <<No Regulator Archive and Z Records found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001234

5396537 - SOMAYAJULA, SRIRAM VENKATA                                    3
        Reportable Events                                               9
        Regulator Archive and Z Records                               10

TWPL00001235

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 1

Notice

CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001236

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008 _____ Page 2 ___

Details for Request# 4496570
Report: Snapshot - Individual

| Parameter Name | Value |
|---|---|
| Request by CRD # or SSN: | CRD # |
| Individual CRD # or SSN | 5396537 |
| Include Personal Information? | Yes |
| Include All Registrations with Employments: | Both Current and Previous Employments |
| Include All Registrations for Current and/or Previous Employments with: | All Regulators |
| Include Professional Designations? | Yes |
| Include Employment History? | Yes |
| Include Other Business | Yes |
| Include Exam Information? | Yes |
| Include Continuing Education Information? | Yes |
| Include Filing History? | Yes |
| Include Current Reportable Disclosure Information? | Yes |
| Include Regulator Archive and Z Record Information? | Yes |
| Is this a Pre-Registration Report Request? | No |
| User Initials | KS |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001237

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 3
Individual: 5396537 - SOMAYAJULA, SRIRAM VENKATA
Administrative Information:


Composite Information:
Full Legal Name:                  SOMAYAJULA, SRIRAM VENKATA

Year of Birth:                    1982
State of Residence:
                                  <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
     The specified individual has no disclosure that qualifies for
     reporting under this section (i.e., disclosure required to be reported
     on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
     note that there are three types of disclosure in Web CRD: Reportable,
     Legacy and Archive disclosure. An individual with no reportable
     disclosure may or may not have Legacy or Archive disclosure.
     Investment Adviser Users: Please note that IARD does not include
     Legacy disclosure. Information reported on previous form filings
     through IARD is available under Filing History.
Statutorily Disqualification?     CLEAR
Registered With Multiple Firms?   No
Material Difference in Disclosure? No


Personal Information:
Individual CRD#:                  5396537

Other Names Known By:             SOMAYAJULA, SRIRAM

Year of Birth:                    1982


Registrations with Previous Employer(s):

From 05/21/2007 To 12/06/2007     THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:           Voluntary
Termination Comment:


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001238

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                              Page 4
Individual: 5396537 - SOMAYAJULA, SRIRAM VENKATA
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AMEX | GS | 12/20/2007 | TERMED | 10/15/2007 |
| ARCA | GS | 12/20/2007 | TERMED | 10/15/2007 |
| CA | AG | 12/20/2007 | TERMED | 10/15/2007 |
| FINRA | GS | 12/20/2007 | TERMED | 10/15/2007 |
| FINRA | RS | 11/07/2007 | T_NOREG | |
| MA | AG | 12/20/2007 | TERMED | 10/15/2007 |
| NQX | GS | 12/20/2007 | TERMED | 10/15/2007 |
| NY | AG | 12/20/2007 | TERMED | 10/15/2007 |
| NYSE | GS | 12/20/2007 | TERMED | 10/15/2007 |
| NYSE | RS | 11/07/2007 | T_NOREG | |


Professional Designations:
   << None found for this Individual: SOMAYAJULA, SRIRAM VENKATA >>


Employment History:

From 05/2007 To Present:     Name:       THOMAS WEISEL PARTNERS LLC
                             Location:   MUMBAI,    INDIA
                             Position:   RESEARCH ASSOCIATE
                             Investment Related:     Yes

From 04/2006 To 04/2007      Name:       INDIAN SCHOOL OF BUSINESS
                             Location:   HYDERABAD,    INDIA
                             Position:   STUDENT
                             Investment Related:     No

From 01/2006 To 03/2006      Name:       AGARWAL AND ITALIA, CHARTERED
                                         ACCOUNTANTS
                             Location:   HYDERABAD,    INDIA
                             Position:   ASSISTANT MANAGER - AUDIT
                             Investment Related:     No


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001239

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                        Page 5
Individual: 5396537 - SOMAYAJULA, SRIRAM VENKATA
Administrative Information:


Employment History (cont) :

From 09/2005 To 12/2005      Name:       VACATION
                             Location:   HYDERABAD,    INDIA
                             Position:   VACATION
                             Investment Related:    No


From 04/2004 To 08/2005      Name:       AGROTECH FOODS LIMITED
                             Location:   HYDERABAD,    INDIA
                             Position:   REGIONAL COMMERCIAL MANAGER
                             Investment Related:    No


From 01/2004 To 03/2004      Name:       VACATION
                             Location:   HYDERABAD,    INDIA
                             Position:   VACATION
                             Investment Related:    No


From 07/2002 To 12/2003      Name:       SHARP AND TANNAN, CHARTERED
                                         ACCOUNTANTS
                             Location:   HYDERABAD,    INDIA
                             Position:   INTERN
                             Investment Related:    No


From 06/1999 To 05/2002      Name:       BADRUKA COLLEGE OF COMMERCE AND
                                         ARTS, OSMANIA UNIVERSITY
                             Location:   HYDERABAD,    INDIA
                             Position:   STUDENT
                             Investment Related:    No


From 06/1997 To 05/1999      Name:       LITTLE FLOWER JUNIOR COLLEGE ,BOARD
                                         OF INTERMEDIATE EDUCATION AP
                             Location:   HYDERABAD,    INDIA
                             Position:   STUDENT
                             Investment Related:    No


From 06/1994 To 05/1997      Name:       SRI GOPAL NAIDU HIGHER SECONDARY
                                         SCHOOL
                             Location:   COIMBATORE,    INDIA
                             Position:   STUDENT
                             Investment Related:    No


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 6
Individual: 5396537 - SOMAYAJULA, SRIRAM VENKATA
Administrative Information:
```

**Office of Employment History:**

From 05/2007 To 12/2007
  Name:                       THOMAS WEISEL PARTNERS LLC (46237)
  Independent Contractor:     No

  Office of Employment Address:

| CRD Branch # | NYSE Branch Code Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|
| 118143 | 018 | | 05/21/2007 | 12/06/2007 | 55/56, FREE PRESS HOUSE 215, FREE PRESS JOURNAL MARG, NARIMAN MUMBAI,   400 021 INDIA |

                Registered Location?    Y    Type of Office:    Located At

**Other Business:**
  <<No Other Business found for this Individual.>>

**Examination Information:**

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|---|---|---|---|---|---|---|
| S63 | OFFICIAL_RESULT | 09/14/2007 | 09/13/2007 | PASSED | 80 | 08/22/2007-12/20/2007 |
| S7 | OFFICIAL_RESULT | 10/15/2007 | 10/13/2007 | PASSED | 84 | 08/22/2007-12/20/2007 |
| S86 | OFFICIAL_WAIVR | 10/25/2007 | | | | 10/16/2007-02/13/2008 |
| S87 | WITHDRAW | 11/07/2007 | | | | 10/16/2007-02/13/2008 |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001241

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 7
Individual: 5396537 - SOMAYAJULA, SRIRAM VENKATA
Administrative Information:
```

CE Regulatory Element Status:

Current CE Status:    SATISFIED

CE Base Date:         10/15/2007

Current CE
  <<No Current CE Session Found >>

Next CE
Requirement Window            Requirement Type        Session

10/15/2009-02/11/2010         Anniversary             101

CE Directed Sequence History
  <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
  <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status
  <<No Previous CE Session Found for this Individual.>>

Filing History:

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 12/20/2007 | U5 | FULL | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |
| 11/07/2007 | U5 | PARTIAL | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |
| 10/15/2007 | U4 | AMENDMENT | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |
| 08/21/2007 | U4 | INITIAL | Org CRD# 46237<br>THOMAS WEISEL PARTNERS LLC |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001242

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 8
Individual: 5396537 - SOMAYAJULA, SRIRAM VENKATA
Administrative Information:


Number of Reportable Events:
  <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001243

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                              Page 9
Individual: 5396537 - SOMAYAJULA, SRIRAM VENKATA
Reportable Events:
```

    <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001244

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 10
Individual: 5396537 - SOMAYAJULA, SRIRAM VENKATA
Regulator Archive and Z Records:

    <<No Regulator Archive and Z Records found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001245

5150752 - NERELLAPALLI, VIJAYA SARATHI                3
       Reportable Events                              8
       Regulator Archive and Z Records               9

TWPL00001246

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                          Page 1

Notice

CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators. The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record. Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001247

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                          Page 2

                        Details for Request# 4496571
                        Report: Snapshot - Individual

Parameter Name                          Value


Request by CRD # or SSN:                CRD #
Individual CRD # or SSN                  5150752
Include Personal Information?           Yes
Include All Registrations with
Employments:                            Both Current and Previous
                                        Employments

Include All Registrations for
Current and/or Previous
Employments with:                       All Regulators
Include Professional Designations?      Yes
Include Employment History?             Yes
Include Other Business                  Yes
Include Exam Information?               Yes
Include Continuing Education
Information?                            Yes
Include Filing History?                 Yes
Include Current Reportable
Disclosure Information?                 Yes
Include Regulator Archive and Z
Record Information?                     Yes
Is this a Pre-Registration Report
Request?                                No
User Initials                           KS

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001248

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 3
Individual: 5150752 - NERELLAPALLI, VIJAYA SARATHI
Administrative Information:


Composite Information:
Full Legal Name:                NERELLAPALLI, VIJAYA SARATHI

Year of Birth:                  1969
State of Residence:
                                <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
    The specified individual has no disclosure that qualifies for
    reporting under this section (i.e., disclosure required to be reported
    on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
    note that there are three types of disclosure in Web CRD: Reportable,
    Legacy and Archive disclosure. An individual with no reportable
    disclosure may or may not have Legacy or Archive disclosure.
    Investment Adviser Users: Please note that IARD does not include
    Legacy disclosure. Information reported on previous form filings
    through IARD is available under Filing History.
Statutorily Disqualification?        CLEAR
Registered With Multiple Firms?      No
Material Difference in Disclosure?   No


Personal Information:
Individual CRD#:                5150752

Other Names Known By:           <<No Other Names found for this Individual.>>

Year of Birth:                  1969


Registrations with Previous Employer(s):

From 05/15/2006 To 12/05/2007   THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:         Voluntary
Termination Comment:


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001249

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 4
Individual: 5150752 - NERELLAPALLI, VIJAYA SARATHI
Administrative Information:

Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|--------------------|---------------|
| AMEX  | GS | 12/20/2007 | TERMED | 09/11/2006 |
| ARCA  | GS | 12/20/2007 | TERMED | 06/29/2006 |
| CA    | AG | 12/20/2007 | TERMED | 07/12/2006 |
| FINRA | GS | 12/20/2007 | TERMED | 06/29/2006 |
| FINRA | RS | 12/20/2007 | TERMED | 07/19/2006 |
| MA    | AG | 12/20/2007 | TERMED | 07/12/2006 |
| NQX   | GS | 12/20/2007 | TERMED | 07/12/2006 |
| NY    | AG | 12/20/2007 | TERMED | 07/12/2006 |
| NYSE  | GS | 12/20/2007 | TERMED | 09/11/2006 |
| NYSE  | RS | 12/20/2007 | TERMED | 07/19/2006 |

Professional Designations:
   << None found for this Individual: NERELLAPALLI, VIJAYA SARATHI >>

Employment History:

From 05/2006 To Present:   Name:        THOMAS WEISEL INTERNATIONAL
                           Location:    MUMBAI,   INDIA
                           Position:    VICE PRESIDENT
                           Investment Related:    Yes

From 06/2000 To 04/2006    Name:        GENPACT
                           Location:    BANGALORE,   INDIA
                           Position:    ASSISTANT VICE PRESIDENT
                           Investment Related:    No

From 05/1995 To 05/2000    Name:        INDIAN INSTITUTE OF MANAGEMENT
                           Location:    AHMEDABAD,   INDIA
                           Position:    FULL-TIME EDUCATION
                           Investment Related:    No

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001250

```
CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 5
Individual: 5150752 - NERELLAPALLI, VIJAYA SARATHI
Administrative Information:
```

Office of Employment History:

From 05/2006 To 12/2007
  Name:                     THOMAS WEISEL PARTNERS LLC (46237)
  Independent Contractor:     No

   Office of Employment Address:

| CRD Branch # | NYSE Branch Code Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|
| 118143 | 018 | | 05/15/2006 | 12/05/2007 | 55/56, FREE PRESS HOUSE 215, FREE PRESS JOURNAL MARG, NARIMAN MUMBAI,    400 021 INDIA |

                  Registered Location?    Y  Type of Office:  Located At

Other Business:
  <<No Other Business found for this Individual.>>

Examination Information:

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|---|---|---|---|---|---|---|
| S63 | OFFICIAL_RESULT | 07/12/2006 | 07/11/2006 | PASSED | 81 | 06/06/2006-10/04/2006 |
| S7 | OFFICIAL_RESULT | 06/29/2006 | 06/28/2006 | PASSED | 85 | 06/06/2006-10/04/2006 |
| S86 | OFFICIAL_WAIVR | 07/18/2006 | | | | 07/06/2006-11/03/2006 |
| S87 | OFFICIAL_RESULT | 07/19/2006 | 07/18/2006 | PASSED | 84 | 07/06/2006-11/03/2006 |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001251

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 6
Individual: 5150752 - NERELLAPALLI, VIJAYA SARATHI
Administrative Information:


CE Regulatory Element Status:

Current CE Status:     SATISFIED

CE Base Date:          06/29/2006

Current CE
   <<No Current CE Session Found >>

Next CE
Requirement Window            Requirement Type        Session

06/29/2008-10/26/2008         Anniversary             101

CE Directed Sequence History
   <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
   <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status
   <<No Previous CE Session Found for this Individual.>>


Filing History:

Filing Date    Form Type    Filing Type     Source

12/20/2007     U5           FULL            Org CRD# 46237
                                            THOMAS WEISEL PARTNERS LLC
07/29/2006     U4           CONVERSION      Org CRD# 46237
                                            THOMAS WEISEL PARTNERS LLC
07/05/2006     U4           AMENDMENT       Org CRD# 46237
                                            THOMAS WEISEL PARTNERS LLC
06/05/2006     U4           INITIAL         Org CRD# 46237
                                            THOMAS WEISEL PARTNERS LLC


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001252

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 7
Individual: 5150752 - NERELLAPALLI, VIJAYA SARATHI
Administrative Information:


Number of Reportable Events:
   <<No Reportable Events found for this Individual.>>


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001253

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 8
Individual: 5150752 - NERELLAPALLI, VIJAYA SARATHI
Reportable Events:


  <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001254

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 9
Individual: 5150752 - NERELLAPALLI, VIJAYA SARATHI
Regulator Archive and Z Records:

   <<No Regulator Archive and Z Records found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001255

4749686 - SHARMA, VISHAL                                    3
     Reportable Events                                      11
     Regulator Archive and Z Records                        12

TWPL00001256

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008 _____ Page 1

Notice

CRD® or IARD(SM) Information: This report contains information from the
CRD (Central Registration Depository) system, or the IARD system
(Investment Advisers Registration Depository), which are operated by
FINRA, a national securities association registered under the Securities
Exchange Act of 1934.  The CRD system primarily contains information
submitted on uniform broker-dealer and agent registration forms and
certain other information related to registration and licensing.  The IARD
system primarily contains information submitted on uniform investment
adviser and agent registration forms and certain other information related
to registration and licensing. The information on Uniform Forms filed with
the CRD or IARD is deemed to have been filed with each regulator with
which the applicant seeks to be registered or licensed and shall be the
joint property of the applicant and such regulators.  The compilation
constituting the CRD database as a whole is the property of FINRA.
Neither FINRA nor a participating regulator warrants or guarantees the
accuracy or the completeness of the CRD or IARD information. CRD
information consists of reportable and non-reportable information.  FINRA
operates the CRD system in its capacity as a registered national
securities association and pursuant to an agreement with the North
American Securities Administrators Association, Inc. (NASAA).  FINRA
operates the IARD system as a vendor pursuant to a contract with the
Securities and Exchange Commission and undertakings with NASAA and
participating state regulators.  Reportable Information: Information that
is required to be reported on the current version of the uniform
registration forms.  Non-Reportable Information: Information that is not
currently reportable on a uniform registration form.  Information
typically is not reportable because it is out-of-date;  it was reported in
error; or some change occurred either in the disposition of the underlying
event after it was reported or in the question on the form that elicited
the information.  Although not currently reportable, this information was
once reported on a uniform form and, consequently, may have become a state
record.  Users of this information should recognize that filers have no
obligation to update non-reportable data; accordingly, it may not reflect
changes that have occurred since it was reported.

TWPL00001257

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008 _____ Page 2

Details for Request# 4496576
Report: Snapshot - Individual

| Parameter Name | Value |
|---|---|
| Request by CRD # or SSN: | CRD # |
| Individual CRD # or SSN | 4749686 |
| Include Personal Information? | Yes |
| Include All Registrations with Employments: | Both Current and Previous Employments |
| Include All Registrations for Current and/or Previous Employments with: | All Regulators |
| Include Professional Designations? | Yes |
| Include Employment History? | Yes |
| Include Other Business | Yes |
| Include Exam Information? | Yes |
| Include Continuing Education Information? | Yes |
| Include Filing History? | Yes |
| Include Current Reportable Disclosure Information? | Yes |
| Include Regulator Archive and Z Record Information? | Yes |
| Is this a Pre-Registration Report Request? | No |
| User Initials | KS |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001258

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 3
Individual: 4749686 - SHARMA, VISHAL
Administrative Information:


Composite Information:
Full Legal Name:                SHARMA, VISHAL

Year of Birth:                  1978
State of Residence:             MO,
                                <<No Current Active Employments for this Individual.>>

Reportable Disclosures?
     The specified individual has no disclosure that qualifies for
     reporting under this section (i.e., disclosure required to be reported
     on Form U-4 or Form U-5). Regulatory and Broker/Dealer Users: Please
     note that there are three types of disclosure in Web CRD: Reportable,
     Legacy and Archive disclosure. An individual with no reportable
     disclosure may or may not have Legacy or Archive disclosure.
     Investment Adviser Users: Please note that IARD does not include
     Legacy disclosure. Information reported on previous form filings
     through IARD is available under Filing History.
Statutorily Disqualification?        CLEAR
Registered With Multiple Firms?      No
Material Difference in Disclosure?   No


Personal Information:
Individual CRD#:                4749686

Other Names Known By:           <<No Other Names found for this Individual.>>

Year of Birth:                  1978


Registrations with Previous Employer(s):

From 09/07/2006 To 12/05/2007   THOMAS WEISEL PARTNERS LLC(46237)
Reason for Termination:         Voluntary
Termination Comment:


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001259

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 4
Individual: 4749686 - SHARMA, VISHAL
Administrative Information:


Registrations with Previous Employer(s) (cont):

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AMEX | GS | 01/02/2008 | TERMED | 09/13/2006 |
| ARCA | GS | 01/02/2008 | TERMED | 09/13/2006 |
| CA | AG | 01/02/2008 | TERMED | 09/13/2006 |
| FINRA | GS | 01/02/2008 | TERMED | 09/13/2006 |
| FINRA | RS | 01/02/2008 | TERMED | 09/13/2006 |
| MA | AG | 01/02/2008 | TERMED | 09/13/2006 |
| NQX | GS | 01/02/2008 | TERMED | 09/13/2006 |
| NY | AG | 01/02/2008 | TERMED | 09/13/2006 |
| NYSE | GS | 01/02/2008 | TERMED | 09/13/2006 |
| NYSE | RS | 01/02/2008 | TERMED | 09/13/2006 |

From 01/02/2004 To 09/01/2006    STIFEL, NICOLAUS & COMPANY, INCORPORATED(793)

Reason for Termination:          Voluntary
Termination Comment:

| Regulator | Registration Category | Status Date | Registration Status | Approval Date |
|-----------|----------------------|-------------|---------------------|---------------|
| AMEX | GS | 09/05/2006 | TERMED | 08/20/2004 |
| CBOE | GS | 09/05/2006 | TERMED | 08/20/2004 |
| FINRA | GS | 09/05/2006 | TERMED | 08/20/2004 |
| FINRA | RS | 09/05/2006 | TERMED | 02/08/2005 |
| MO | AG | 09/05/2006 | TERMED | 09/07/2004 |
| NQX | GS | 09/05/2006 | TERMED | 07/12/2006 |
| NYSE | GS | 09/05/2006 | TERMED | 08/20/2004 |
| NYSE | RS | 09/05/2006 | TERMED | 02/08/2005 |
| PHLX | GS | 09/05/2006 | TERMED | 08/20/2004 |


Professional Designations:
    << None found for this Individual: SHARMA, VISHAL   >>




CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001260

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 5
Individual: 4749686 - SHARMA, VISHAL
Administrative Information:


Employment History:

From 09/2006 To Present:    Name:       THOMAS WEISEL PARTNERS LLC
                           Location:   MUMBAI,    INDIA
                           Position:   RESEARCH ANALYST
                           Investment Related:    Yes


From 01/2004 To 08/2006    Name:       STIFEL NICOLAUS & COMPANY,
                                       INCORPORATED
                           Location:   ST. LOUIS, MO  USA
                           Position:   ASSOCIATE ANALYST
                           Investment Related:    Yes


From 06/2003 To 09/2003    Name:       MISSOURI STATE EMPLOYEES'
                                       RETIREMENT SYSTEM
                           Location:   JEFFERSON CITY, MO  USA
                           Position:   SUMMER INTERN
                           Investment Related:    Yes


From 08/2001 To 05/2003    Name:       UNIVERSITY OF MISSOURI
                           Location:   COLUMBIA, MO  USA
                           Position:   FULL TIME EDUCATION ; VARIOUS PART
                                       TIME POSITIONS HELD AT THE
                           Investment Related:    No


From 12/2000 To 06/2001    Name:       MOTOROLA INDIA PRIVATE LIMITED
                           Location:   BANGALORE,    INDIA
                           Position:   ASSISTANT FINANCE MANAGER
                           Investment Related:    No


From 07/2000 To 12/2000    Name:       UNEMPLOYED
                           Location:   COIMBATORE,    INDIA
                           Position:   UNEMPLOYED
                           Investment Related:    No


From 07/1997 To 07/2000    Name:       VKS AIYER & COY
                           Location:   COIMBATORE,    INDIA
                           Position:   APPRENTICE
                           Investment Related:    No


_____

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 6
Individual: 4749686 - SHARMA, VISHAL
Administrative Information:


Employment History (cont) :

From 01/1994 To 07/1997     Name:      FULL TIME EDUCATION
                            Location:  COIMBATORE,    INDIA
                            Position:  STUDENT
                            Investment Related:    No

Office of Employment History:

From 09/2006 To 12/2007
   Name:                    THOMAS WEISEL PARTNERS LLC (46237)
   Independent Contractor:  No

   Office of Employment Address:

| CRD Branch # | NYSE Branch Code Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|
| 118143 | 018 | | 09/07/2006 | 12/05/2007 | 55/56, FREE PRESS HOUSE 215, FREE PRESS JOURNAL MARG, NARIMAN MUMBAI,  400 021 INDIA |
| | Registered Location?    Y | Type of Office: | Located At | | |


From 01/2004 To 09/2006
   Name:                    STIFEL, NICOLAUS & COMPANY, INCORPORATED
                            (793)
   Independent Contractor:  No

   Office of Employment Address:

| CRD Branch # | NYSE Branch Code Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|
| 204235 | 78F | 793 | 12/01/2005 | 09/01/2006 | ONE SOUTH STREET BALTIMORE, MD  21202 UNITED STATES |
| | Registered Location?    Y | Type of Office: | Supervised From | | |


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001262

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 7
Individual: 4749686 - SHARMA, VISHAL
Administrative Information:

Office of Employment Address:

| CRD Branch # | NYSE Code | Branch Number | Firm Billing Code | Address Start Date | Address End Date | Address |
|---|---|---|---|---|---|---|
| 173955 | HO | | HO | 01/02/2004 | 09/01/2006 | 501 N. BROADWAY ST. LOUIS, MO 63102 UNITED STATES |
| | Registered Location? | | Y | Type of Office: | | Located At |
| | | 793 | | 01/02/2004 | 02/15/2006 | 501 NORTH BROADWAY ST. LOUIS, MO 63102 USA |
| | Registered Location? | | N | Type of Office: | | Located At |

Other Business:
    <<No Other Business found for this Individual.>>

Examination Information:

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Dates |
|---|---|---|---|---|---|---|
| S63 | OFFICIAL_RESULT | 09/06/2004 | 09/03/2004 | PASSED | 76 | 05/18/2004-09/15/2004 |
| S7 | OFFICIAL_RESULT | 08/20/2004 | 08/19/2004 | PASSED | 84 | 05/18/2004-09/15/2004 |
| S86 | OFFICIAL_WAIVR | 07/15/2004 | | | | 05/18/2004-04/04/2005 |
| S87 | OFFICIAL_RESULT | 02/08/2005 | 02/07/2005 | PASSED | 84 | 05/18/2004-04/04/2005 |

CE Regulatory Element Status:

Current CE Status:    SATISFIED

CE Base Date:         08/20/2004

Current CE
    <<No Current CE Session Found >>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001263

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 8
Individual: 4749686 - SHARMA, VISHAL
Administrative Information:


Next CE
Requirement Window          Requirement Type        Session

08/20/2009-12/17/2009       Anniversary             101

CE Directed Sequence History
  . <<No CE Directed Sequence History Found for this Individual.>>

Inactive CE History Dates
  <<No Inactive CE History Found for this Individual.>>

Previous CE Requirement Status

| Requirement Type | Status | Previous Window | Session | Status Date | Result |
|---|---|---|---|---|---|
| Anniversary | REQUIRED | 08/20/2006-12/17/2006 | 101 | 08/21/2006 | 08/21/2006- |
| Anniversary | SATISFIED | 08/20/2006-12/17/2006 | 101 | 08/21/2006 | 08/21/2006-CMPLT |


Filing History:

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 01/02/2008 | U5 | FULL | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |
| 09/13/2006 | U4 | RELICENSE | Org CRD# 46237 THOMAS WEISEL PARTNERS LLC |
| 09/05/2006 | U5 | FULL | Org CRD# 793 STIFEL, NICOLAUS & COMPANY, INCORPORATED |
| 07/29/2006 | U4 | CONVERSION | Org CRD# 793 STIFEL, NICOLAUS & COMPANY, INCORPORATED |
| 03/21/2006 | U4 | AMENDMENT | Org CRD# 793 STIFEL, NICOLAUS & COMPANY, INCORPORATED |
| 02/15/2006 | U4 | INDVLBRNCHLNK | Org CRD# 793 STIFEL, NICOLAUS & COMPANY, INCORPORATED |


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001264

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 9
Individual: 4749686 - SHARMA, VISHAL
Administrative Information:

Filing History (cont):

| Filing Date | Form Type | Filing Type | Source |
|---|---|---|---|
| 10/03/2005 | U4 | AMENDMENT | Org CRD# 793<br>STIFEL, NICOLAUS & COMPANY,<br>INCORPORATED |
| 05/17/2004 | U4 | INITIAL | Org CRD# 793<br>STIFEL, NICOLAUS & COMPANY,<br>INCORPORATED |
| 01/13/2004 | NRF | INITIAL | Org CRD# 793<br>STIFEL, NICOLAUS & COMPANY,<br>INCORPORATED |

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 10
Individual: 4749686 - SHARMA, VISHAL
Administrative Information:


Number of Reportable Events:
   <<No Reportable Events found for this Individual.>>


CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001266

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 11
Individual: 4749686 - SHARMA, VISHAL
Reportable Events:


   <<No Reportable Events found for this Individual.>>

CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.

TWPL00001267

CRD® or IARD(SM) System - Current As Of 04/16/2008 11:41 PM
Snapshot - Individual
CRD® or IARD(SM) System Report provided to: 46237 - THOMAS WEISEL PARTNERS LLC
Request Submitted: 04/17/2008                                    Page 12
Individual: 4749686 - SHARMA, VISHAL
Regulator Archive and Z Records:

<u>  <<No Regulator Archive and Z Records found for this Individual.>></u>

<u>CRD® or IARD(SM) System Report -- See notice regarding CRD Data on cover page.</u>

TWPL00001268