# EXHIBIT E

**From:** jon.harris@asia.bnpparibas.com [mailto:jon.harris@asia.bnpparibas.com]
**Sent:** Monday, October 15, 2007 1:52 AM
**To:** Praveen Chakravarty
**Subject:** Follow up

Praveen,

Pierre and I enjoyed meeting with you and your team on our recent trip. Of course we missed our flight by 10 minutes after leaving you at the Oberoi, but made it back to Hong Kong eventually.

Pierre and I both came away feeling we had some good discussions and that there is a lot of complementary interest. As we discussed, the way we'd like to take this forward is to first identify the core group of your team, I think you said about 20-25 individuals. We'd like to then work on preparing employment documents for all of them. Once you have them and all is satisfactory, we'd look to you to resign from Thomas Weisel enmass. If their reaction is that they'd move to shut down the remainder of the office, we can step in and offer to take over the remainder as a gesture to save them the office shutdown costs.

First step would be to get from you a list of all employees, their current comp and job descriptions. Next I'd like you to highlight the 20 or 25 key individuals, and a bit more info on their job descriptions and background. For this group, please include an indication of what comp levels you would think about for their move to BNP Paribas. Once I get this from you, you and I can arrange for a call to talk through the info.

We should be able to move this process along quickly once we get the info from you. I will be in China from tomorrow evening through Friday but will be picking up my emails. Please don't hesitate to call my mobile on +852 9101 6901 if anything arises.

Best regards,

Jon

This message and any attachments (the "message") is intended solely for the addressees and
If you receive this message in error, please delete it and immediately notify the sender.
its purpose, any dissemination or disclosure, either whole or partial, is prohibited excep
The internet can not guarantee the integrity of this message.
BNP PARIBAS (and its subsidiaries) shall (will) not therefore be liable for the message if
Do not print this message unless it is necessary, consider the environment.
------------------------------------------------
Ce message et toutes les pieces jointes (ci-apres le "message") sont etablis a l'intention
message par erreur, merci de le detruire et d'en avertir immediatement l'expediteur.
Toute utilisation de ce message non conforme a sa destination, toute diffusion ou toute pu
L'internet ne permettant pas d'assurer l'integrite de ce message, BNP PARIBAS (et ses fili
N'imprimez ce message que si necessaire, pensez a l'environnement.

TWPL00001457

# EXHIBIT F

| Costs | | Timelines | | Milestones | |
|---|---|---|---|---|---|
| # of Analysts | 12 | Contracts for Praveen and Analysts | 1-Nov | Office Set up | 9-Jan |
| # of Associates | 13 | Analyst Signing Bonus payment | 8-Nov | Finalize Coverage Plan | 8-Feb |
| Support Staff | 3 | Analysts Resign | 10-Nov | Launch Coverage of 30 stocks | 8-Apr |
| **Total Purchase Price** | **$5,000,000** | Praveen Signing Bonus payment | 11-Nov | Start Analyst marketing | 8-Apr |
| **Signing Bonus** | **$1,200,000** | Praveen Resigns | 13-Nov | Start Morning Call | 8-Apr |
| Analysts | $375,000 | Contracts for Associates & Support | 17-Nov | Coverage of 30 more stocks | 7-Jun |
| Associates | $275,000 | Associates & Support Signing Bonus | 21-Nov | Total Coverage of 100 stocks | 6-Aug |
| Support Staff | $50,000 | Associates Resign | 23-Nov | | |
| Praveen | $500,000 | Support Staff Resign | 23-Nov | | |
| **Year 1 Guarantee Comp** | **$3,700,000** | TWP Decision on Real Estate | 8-Dec | | |
| Analysts | $1,700,000 | Start Date | 9-Jan | | |
| Associates | $1,300,000 | | | | |
| Support Staff | $200,000 | | | | |
| Praveen | $500,000 | | | | |
| **Praveen Perks** | **$100,000** | | | | |

### Thomas Weisel Analyst Meeting Schedule - Oberoi Business Center

| Name | Interview Time | Sector Coverage | # yrs Work Ex | Education |
|---|---|---|---|---|
| Preeti Dubey | 10/25 10am | **Logistics & Infrastructure** | 8.0 | MS (Finance) - Wisconsin, CFA |
| Vijay Sarathi | 10/25 11am | **Telecom & Media** | 11.0 | Ph.D (IIM-A), CFA |
| Abhiram Eleswarupu | 10/25 12pm | **IT Services** | 6.0 | BE, MBA(ISB) |
| Sandeep Mathew | 10/25 1pm | **Energy & Env Services** | 4.0 | MMS (BITS) |
| Sameer Naringrekar | 10/25 2pm | **Telecom Equipment** | 11.0 | BE, MBA (ISB) |
| Joseph George | 10/25 3pm | **Consumer - Retail** | 4.0 | CA (Rank), CFA |
| Lakshmi Ganti | 10/26 10am | **Capital Goods & Machinery** | 9.0 | B.E, MBA (IIM-C) |
| Amit Shah | 10/26 11am | **Oil & Gas** | 4.0 | MS (Finance) -North Carolina |
| Vishal Sharma | 10/26 12pm | **Healthcare Services** | 7.0 | MBA (Missouri), CFA, CA |
| Girish Nair | 10/26 1pm | **Electronic Supply Chain** | 5.0 | BE, MBA(TAPMI) |

TWPL00001458

| Purchase Price | $5,000,000 | |
| Analysts Year 1 Guarantee | $1,730,000 | (Base - 865k, Bonus 865k) |
| Associates Year 1 Guarantee | $1,300,000 | (Base 650k, Bonus 650k) |
| Support Staff Year 1 | $139,635 | (Base - 90k, Bonus 50k) |
| **Total Year 1 Comp Guarantee** | **$3,169,635** | |
| Signing Bonus | $676,922 | (Incl. TWP Bonus) |
| **Praveen Chakravarty** | **$1,153,443** | |
| Year 1 Guarantee Comp | $500,000 | (Base 200k, Bonus - 300k) |
| Housing & Other Perks | $100,000 | |
| Signing Bonus | $553,443 | (Incl. unvested equity of 60k shares @$13) |

| Analysts | 10 | Associates | 13 |
|---|---|---|---|
| Avg Work Ex | 7.0 | Avg Work Ex | 4.0 |
| % with MBA | 85% | % with MBA | 100% |
| % with CFA | 35% | % with CFA | 14% |

| Name | | Current Base | 07 Bonus | Total '07 Comp ($) | Expected 08 TWP Base | Proposed Base | Guaranteed Bonus | Total | Signing Bonus | Sector Coverage | # yrs Work Ex | Education |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vijay Sarathi | 10/25 11am | | | | | $115,000 | $115,000 | $230,000 | $44,275 | Telecom & Media | 11.0 | Ph.D (IIM-A), CFA |
| Sameer Naringrekar | 10/25 2pm | | | | | $100,000 | $100,000 | $200,000 | $44,275 | Telecom Equipment | 11.0 | BE, MBA (ISB) |
| Lakshmi Ganti | 10/26 10am | | | | | $100,000 | $100,000 | $200,000 | $46,200 | Capital Goods & Machinery | 9.0 | B.E, MBA (IIM-C) |
| Preeti Dubey | 10/25 10am | | | | | $100,000 | $100,000 | $200,000 | $46,200 | Logistics & Infrastructure | 8.0 | MS (Finance) - Wisconsin, CFA |
| Vishal Sharma | 10/25 12pm | | | | | $100,000 | $100,000 | $200,000 | $46,200 | Healthcare Services | 7.0 | MBA (Missouri), CFA, CA |
| Abhiram Eleswarupu | 10/25 12pm | | | | | $70,000 | $70,000 | $140,000 | $26,031 | IT Services | 6.0 | BE, MBA(ISB) |
| Girish Nair | 10/25 1pm | | | | | $70,000 | $70,000 | $140,000 | $34,125 | Electronic Supply Chain | 5.0 | BE, MBA(TAPMI) |
| Sandeep Mathew | 10/25 1pm | | | | | $70,000 | $70,000 | $140,000 | $31,850 | Energy & Env Services | 4.5 | MMS (BITS) |
| Joseph George | 10/25 3pm | | | | | $70,000 | $70,000 | $140,000 | $33,841 | Consumer - Retail | 4.0 | CA (Rank), CFA |
| Amit Shah | 10/26 11am | | | | | $70,000 | $70,000 | $140,000 | $31,500 | Oil & Gas | 4.0 | MS (Finance) -North Carolina |
| | | | | | | **$865,000** | **$865,000** | **$1,730,000** | **$384,497** | | 7.0 | |
| | | | | | | | | **10 analysts** | | | | |
| | | | | | | | | | | | | |
| Ribhu Kumar | | | | | | $50,000 | $50,000 | $100,000 | $23,625 | | 7.0 | MBA (IIM-C) |
| Amit Dabas | | | | | | $50,000 | $50,000 | $100,000 | $24,500 | | 6.0 | B.Tech(IIT-D), MBA(IIM-B) |
| Vivek Rattan | | | | | | $50,000 | $50,000 | $100,000 | $21,000 | | 6.0 | MBA (Baylor Univ) |
| Parees P | | | | | | $50,000 | $50,000 | $100,000 | $18,375 | | 6.0 | MBA(TAPMI) |
| Abhishek B | | | | | | $50,000 | $50,000 | $100,000 | $22,750 | | 4.0 | B.Tech(IIT-D), MBA(IIM-I) |
| Samir Diwan | | | | | | $50,000 | $50,000 | $100,000 | $24,500 | | 3.0 | MS (Finance) - Brandeis Univ |
| Krishna P | | | | | | $50,000 | $50,000 | $100,000 | $24,500 | | 3.0 | B.Tech (BITS), MBA (NITIE) |
| Avinash S | | | | | | $50,000 | $50,000 | $100,000 | $15,750 | | 3.0 | B.E, MBA (MDI) |
| Sriram S | | | | | | $50,000 | $50,000 | $100,000 | $19,250 | | 3.0 | CA, CFA, MBA(ISB) |
| Manish G | | | | | | $50,000 | $50,000 | $100,000 | $20,125 | | 3.0 | MBA (IIM-L) |
| Charanjit S | | | | | | $50,000 | $50,000 | $100,000 | $20,125 | | 3.0 | CFA Level 2, MBA (IIT-M) |
| Karan Gupta | | | | | | $50,000 | $50,000 | $100,000 | $21,000 | | 3.0 | MBA (AIM, Manile) |
| Shashank | | | | | | $50,000 | $50,000 | $100,000 | $17,500 | | 2.0 | MBA(XLRI) |
| | | | | | | **$650,000** | **$650,000** | **$1,300,000** | **$273,000** | | 4.0 | |
| **Total Research Comp** | | | | | | | | **$3,030,000** | **$657,497** | | | |
| | | | | | | | | **13 associates** | | | | |
| | | | | | | | | | | | | |
| HR/Prod Mgmt | 10/26 2pm | | | | | $27,300 | $19,110 | $46,410 | $12,250 | | | |
| IT | | | | | | $47,850 | $23,925 | $71,775 | $5,075 | | | |
| Admin Assistant | | | | | | $14,300 | $7,150 | $21,450 | $2,100 | | | |
| **Total Support Comp** | | | | | | **$89,450** | **$50,185** | **$139,635** | **$19,425** | | | |
| | | | | | | | | | | | | |
| Praveen Chakravarty | | | | | | $200,000 | $300,000 | $500,000 | | | | |
| Housing | | | | | | $60,000 | | $60,000 | | | | |
| Restricted Stock - | | | | | | | | $400,000 | | | | |

**REDACTED**

TWPL00001459

# EXHIBIT G

# India **Financial Services**

**Overweight**
(Initiation)

Vijay Sarathi
(91 22) 6650 1677

India
Financials                    13 March 2008

## SO WHAT? THE BNP PARIBAS ANGLE

- OVERWEIGHT – in line with the Street.
- Our thesis identifies the signals of a consolidation wave and the need for fresh capital infusion.
- Top-down and bottom-up estimation of credit growth.

### Stock Picks

| Company | BBG code | Rec | Share price (INR) | Target price (INR) | Upside (%) | Mkt cap (USDm) | Rec P/BV 2008E (x) | 2009E (x) | 2010E (x) |
|---|---|---|---|---|---|---|---|---|---|
| ICICI Bank | ICICIBC IN | BUY | 893.40 | 1,410.00 | 58 | 23,553 | 2.3 | 2.1 | 2.0 |
| IDFC | IDFC IN | BUY | 169.00 | 230.00 | 36 | 5395 | 5.2 | 4.4 | 3.6 |

P/BV for ICICI Bank pertains to the core bank
Source: BNP Paribas estimates

**Initiate on sector with an OVERWEIGHT.** Strong loan expansion on growth expected in capital spending, a consolidation wave gradually emerging, a benign medium-term interest rate outlook, further equity capital expansion and very reasonable valuations. In short, growth in the banking sector is imperative for the India growth story.

## The fountainhead of growth

### Many ideas with key success factors in place

We believe there are a number of interesting plays which are well positioned with respect to the critical success factors in Indian banking – low cost deposit base through a wide spread branch network, large scale to exploit the anticipated growth in corporate capex and retail spending, income base well diversified across fund and fee incomes and excellent management vitality. Initiating with a BUY on ICICI Bank and IDFC.

### Corporate loans to drive credit growth; retail to take a breather

We expect healthy bank credit growth of about 20% over the next five years, driven by our base-case assumption regarding broad money and GDP growth. We expect no challenges in terms of loan growth for the banking system in India. Using a top-down and a corroborative bottom-up analysis, we predict extremely strong capital spending of approximately USD750b over the next four years across various sectors in India. We expect this spend to translate into a 25% CAGR for the aggregate corporate loan book. We are anticipating a relatively muted 10-15% growth in retail loans in the near-to-medium term, primarily on account of a slowdown in the mortgage book due to inflated asset prices. However, the long-term outlook for retail credit growth is extremely strong, given the low penetration of financial services in India compared with other countries.

### We see signs of a consolidation wave

We believe the Indian banking system is entering a phase of consolidation on account of seemingly stretched credit-to-deposit ratios, the need for scale and the low cost deposit imperative of banks, given the licensing restrictions around branch expansion. We also believe banks will have to expand their equity capital to maintain growth.

### Asset quality remains strong – exposure to global credit headwinds not material. Attractive valuations.

Exposure to the global credit crisis is limited to a few banks and largely through the investment book. The sector trades at average FY09E P/BV of 2.0x.

**Vijay Sarathi, CFA**
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1677
vijay.sarathi@asia.bnpparibas.com

**Abhishek Bhattacharya**
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1678
abhishek.bhattacharya@asia.bnpparibas.com

### Top 10 Banks of India – FY07

| Company | Mkt cap (INR b) | Revenue (INR b) | Loan assets (INR b) |
|---|---|---|---|
| I C I C I Bank | 942.12 | 328.3 | 2,114.0 |
| State Bank Of India | 973.0 | 661.2 | 4,872.9 |
| H D F C Bank | 472.2 | 84.4 | 469.4 |
| Axis Bank | 320.7 | 55.3 | 368.8 |
| Kotak Mahindra Bank | 233.7 | 34.5 | 155.7 |
| Punjab National Bank | 164.6 | 135.4 | 978.7 |
| Bank of India | 150.0 | 102.2 | 853.4 |
| Bank of Baroda | 112.8 | 104.3 | 855.6 |
| Canara Bank | 96.5 | 123.5 | 988.9 |
| Union Bank of India | 76.8 | 83.4 | 623.9 |

Consolidated as on FY07
Sources: CMIE; BNP Paribas

### BANKEX vs MSCI INDIA



Source: Datastream

**BNP PARIBAS**
CORPORATE & INVESTMENT BANKING

# Contents

Credit growth needed to drive GDP growth ................................................................. 3

    Credit deployment ratio and healthy money supply growth to drive loan growth ........................... 4

Capital expenditure to boost corporate credit demand ................................................ 6

Demographics and low penetration ratios to propel retail credit growth ....................... 9

    Demand for credit driven by low penetration ratios ....................................................... 10

A consolidation wave on the horizon ........................................................................ 13

    With the credit deposit ratio touching efficient frontier, SCBs will need to look out for inorganic growth ....................................................................................................... 14

Our interest rate outlook ......................................................................................... 19

    Margins tend to widen in a falling interest-rate environment ............................................ 20

Asset quality is not a cause for concern ................................................................... 21

    Exposure of the Indian banking sector to global credit meltdown ..................................... 22

    Impact of the loan waiver announced in the recent budget ............................................. 22

Appendices .......................................................................................................... 23

    Devil's advocate: Investment Risks ............................................................................ 23

*Please see India Research Team list on page 24.*

Case 3:07-cv-06198-MHP    Document 54-3    Filed 07/10/2008    Page 9 of 34

INVESTMENT THESIS: MACROECONOMIC SCENARIO

# Credit growth needed to drive GDP growth

**We expect India's long-term consumption growth to remain intact, even if it eases in the near term, with GDP growth riding on gross capital formation (GCF). If India achieves growth of 8% pa for the next five years, we estimate it would translate to bank credit growth of 15-20%.**

Exhibit 1: GDP From 1990-2007



Highest GDP growth in the past 15 years

Sources: CMIE; BNP Paribas

India's real GDP grew at a five-year CAGR of 7.6% from 2002-07 driven primarily by 17.3% growth in GCF and 5.9% growth in private final consumption expenditure (PFCE).

Exhibit 2: GDP Break Up By Expenditure



GCF driving growth – a positive signal for the long-term consumption growth story

Sources: MOSPI; RBI

The financial services sector grew at 9% in the same time period. However, it only accounted for 6.1% of total GDP in 2007.

Investment growth has outpaced consumption growth across sectors, indicating a strong credit-demand outlook.

Case 2:07-cv-06195-WHP    Document 54-3    Filed 07/10/2008    Page 10 of 34



**Exhibit 3: Agriculture And Manufacturing PFCE and GCF**

For agriculture and manufacturing sectors, Investments grew at 19% (five-year CAGR) compared to 3% growth in consumption

Sources: CMIE; RBI



**Exhibit 4: Sector Wise PFCE And GCF**

Sources: CMIE; RBI

While investment in the services sector grew in tandem with consumption growth, the infrastructure sector has seen flat growth – with supply-side constraints hampering consumption growth.

We expect the infrastructure sector to lead the demand for credit in future as India is at an inflection point of investment growth. We expect the infrastructure sector to see a huge increase in capital spending. There is gross under-investment in the core infrastructure sectors in India compared with other countries. For example, mobile telephone penetration ratio (a proxy for penetration of communication infrastructure) is at 24% compared to 60-80% for Asian peers and power consumption is 620kWh per capita compared to 1,800 for China and a global average of 2,600 .

## Credit deployment ratio and healthy money supply growth to drive loan growth

We estimate that 16-18% growth in money supply is required to sustain GDP growth of 8% and this should translate into a healthy base case credit growth of 20% for the next three to four years.



**Exhibit 5: M3, GDP And Bank Credit**

Sources: CMIE; RBI; BNP Paribas

Money supply (M3) has grown at 22.8% over the last five years; bank credit to the commercial sector posted a five-year CAGR of 17.2%.

Money supply growth appears to have stabilized at about the 2x GDP growth, while bank credit growth has outpaced money supply growth over the last few years on a smoothened three-year CAGR basis.

Case 3:07-cv-06198-MHP    Document 24-3    Filed 07/10/2008    Page 12 of 34

INVESTMENT THESIS: CORPORATE SECTOR SCENARIO

# Capital expenditure to boost corporate credit demand

**Using both top-down and corroborative bottom-up capital expenditure analysis, we estimate the combined planned capital expenditure across various sectors will be in the range of about USD750b in FY08-11, primarily led by the infrastructure sector. This translates into corporate loan book growth of 25% for Indian banks over the next four years. We believe strong revenue growth and decreasing debt ratios will further fuel demand for bank credit.**



Exhibit 6: Capital Expenditure Estimates

Source: BNP Paribas estimates

> Infrastructure sector -- utilities, construction and telecom to account for around 60% of USD750b capex over the next four years

We expect capital expenditure of roughly USD750b to translate into USD550b of credit demand, which translates into a 25% CAGR for the corporate loan book of all scheduled commercial banks.



Exhibit 7: NDP And GDP

Sources: CMIE; BNP Paribas estimates

> Capital depreciation shows a downtick indicating the possibility of an impending capital expenditure cycle

The difference between GDP and NDP can be used as a proxy for impending capital expenditure. In the past, every growth downtick has been followed by another capex cycle lasting three to four years. The downtick in 2007 further points to the onset of a new capex cycle.

Strong growth in corporate revenue and decreasing debt ratios provide huge scope for future borrowing.



**Exhibit 8: Revenue Breakdown For BSE500 companies**

Sources: Capitaline; CMIE

Overall, the revenues for BSE500 companies increased at 22% from FY02 to FY07 with IT services, consumer and financial services expanded at 45%, 24% and 17%, respectively

**Robust growth in the corporate sector:** At an aggregate level, BSE500 companies (representing 85% of listed market capitalization) have increased their revenue at a five-year (FY02-07) CAGR of 22% led primarily by 45% growth in IT services and a 24% growth in the consumer sector.



**Exhibit 9: BSE 500 Debt Equity Ratio Movement**

Sources: CMIE; BNP Paribas

Almost all the sectors have debt-to-equity ratio of less than 80%, signifying scope for increasing leverage in future

The financials sector recorded revenue growth of 17%, receiving a big boost from relatively benign interest-rate conditions between FY04 and FY06.

**Decreasing debt ratios offer tremendous scope for future borrowing:** Backed by strong revenue growth, the leverage ratios of most of these sectors have improved dramatically over the past five years. The relatively low leverage ratios point to the growth potential of corporate credit in the banking sector.

**Exhibit 10: Corporate Loan Composition**



Sources: CMIE; BNP Paribas

Loan book has shown a growth of above 20% for all the sectors

The infrastructure sector has seen the highest loan book growth, with credit outstanding for construction and utilities sectors growing at 52% and 32%, respectively, over the past five years.

The consumer sector, which includes FMCG (fast moving consumer goods), retail, tourism and media continues to have the biggest loan book among all sectors and is growing at healthy five-year (FY02-07) CAGR of 17%.

To sum up, the impending capex cycle, particularly for the infrastructure sector, and high loan book growth for consumer-driven sectors add up to an impressive corporate credit growth picture.

Case 3:07-cv-06198-MHP    Document 54-3    Filed 07/15/2008    Page 15 of 34

**INVESTMENT THESIS: RETAIL SECTOR SCENARIO**

# Demographics and low penetration ratios to propel retail credit growth

**The current slowdown in consumer credit growth notwithstanding, we expect India's retail credit to grow in the high teens over the next five years, given the arrival of a demographic 'sweet spot', huge latent demand for financial products and services, and high potential for personal credit.**



Exhibit 11: Demographic Sweet Spot

Working class (age 15-60) population at 60% and spending middle class at 48% of total population by 2011 put consumer credit on a very robust growth platform

Sources: Mospi; BNP Paribas estimates

**The burgeoning consumption class:** Since the economic liberalization of 1991, the Indian middle class with household income of INR100,000-500,000 has grown at a 4.3% CAGR compared to overall population growth of about 1.3%. The increasing proportion of young people in the workforce was the primary driver.

**This sweet spot is here to stay for a long time:** Based on our estimates, the working population of India (15-60 age group) is expected to constitute 60% of India's population by 2011, of which 56% will belong to the high-spending 15-35 age group. The middle class with household income of INR100,000 to INR2m should grow to 48% of the total population by 2011 from 27% in 2001.

**Increasing disposable incomes driving spending propensity:** Indian consumption patterns have changed drastically in the last few years, with a dramatic shift in spending from consumer staples to more income-elastic goods and services.



Exhibit 12: Savings To GDP Ratio

Increasing proportion of savings being directed towards non-bank deposit financial products

Sources: CMIE, BNP Paribas

Case 3:07-cv-00198-WHP    Document 34-3    Filed 07/10/2008    Page 16 of 34

## Demand for credit driven by low penetration ratios



Exhibit 13: Financial Services Penetration Ratio Comparison

Consumer credit to GDP ratio is 13% for India compared to 250% for Korea and 200% for Taiwan

Sources: CEIC data; BNP Paribas estimates/

**Large latent demand for personal credit**: Both in terms of banking services' reach and utilization, India lags far behind its Asian peers. Though the consumption demand is growing, India has a long way to go to match other developing economies in terms of consumer credit, mortgages, assets under management and insurance penetration, signifying a huge latent demand.

As is evident from the chart, India has a very low personal debt level. This combined with favorable demographics and growing income levels will increase the latent demand for financial services and products, in our opinion.



Exhibit 14: Per Capita Penetration Ratios

Consumer credit per capita is USD4 for India compared to USD60,000 for US and USD45,000 for Korea, Credit card loan per capita is just USD4. One bank branch per 1,600 people compared to one for every 400 for Taiwan and 320 for US

Sources: CEIC; BNP Paribas estimates

## Retail credit has been showing aggressive growth led by the private sector



**Exhibit 15: Break Down Of SCB Advances Into Corporate, Retail And Rural**

Column 1: Corporate
Column 2: Rural/SME
Column 3: Retail
Retail loans have grown at five-year CAGR of 41% compared to 21% and 17% for corporate and rural/SME respectively

Private-sector banks have improved their market share in the retail segment to 30% in 2006 from 10% in 2001

Sources: CMIE; BNP Paribas

**Retail loans driving the bulk of the growth over the last five years:** Retail loans have doubled their share in the overall loan book over the last five years from 12.5% in 2001 to 25% at the end of 2006.

**Huge growth in the private sector market share:** Private-sector banks have increased their presence hugely in the retail sector.



**Exhibit 16: Break Down Of Retail Advances**

Half of the growth has come from increase in ticket sizes.
Growth in ticket sizes
Home loans: 32%
Other retail loans: 20%

Growth CAGR 2002-07
Home loans: 51%
Personal loan: 39%
Credit Cards: 45%
Car loans: 20%
Two-wheeler loans: 25%

Sources: CMIE/BNP Paribas estimates

**Home loans, credit cards and personal loans leading within the retail loan book**
While half of the 40% growth in the retail sector has been driven by increasing reach of financial services, the other half has come from the growth in average loan-ticket size (for example, home loans due to ballooning asset prices).

**Higher interest costs led the relative slowdown in FY07, FY08:** With a tight monetary regime in FY07 and FY08 and rising assets prices (housing sector, in particular) retail credit saw a slowdown in 2007, with an estimated growth rate of 25%.



Exhibit 17: Housing Affordability

Source: BNP Paribas estimates

**Growing market share for private-sector banks:** Private-sector banks improved their market share to 26% and 35% for home loans and other personal loans, respectively, in 2006 from 7% and 14% in 2003. We expect private-sector banks to continue to improve their market share and hence expand at a rate higher than the sector average.

**Outlook for the medium term:** We expect the overall retail loan book to expand at low- to mid-teen levels over the next two to three years with about 8% growth in home loans. We expect personal loans and credit card spends to grow at more than 20% in the same period. Overall, we expect a 12% growth in retail credit.

In summary, we expect the loan books for the banking system to be driven more by the growth in corporate loan book and to a lesser extent by the expansion in retail loans.

Case 3:07-cv-05182-WHP     Document 34-2     Filed 07/10/2008     Page 19 of 34

VIJAY SARATHI                    INDIA FINANCIAL SERVICES                    13 MARCH 2008

INVESTMENT THESIS: SECTOR DYNAMICS

# A consolidation wave on the horizon

**We believe the stage is set for a consolidation wave in the Indian banking sector. There are a large number of banks on a strong long-term growth footing with capacity for inorganic growth. To grow the low cost CASA deposit base, there is a growing need to increase branch presence beyond the organic limits set by the Reserve Bank of India (RBI). Also, capital-adequacy norms and growth compulsions will compel smaller banks to look for fresh equity infusion through stake sales, mergers, rights offers and private placements.**

Indian scheduled commercial banks (SCBs) have expanded at a furious pace since the opening up of the Indian economy in 1991. The combined loans and deposits of SCBs grew by 21% y-y and 19% y-y, respectively, from 1991 to 2007.



Exhibit 18: Credit And Deposit Growth Of SCBs

Column 1: Credit
Column 2: Deposit
Credit growth of 25% and deposit growth of 20% from 2002-07

Sources: CMIE; BNP Paribas

**Relative growth in loan book – private sector took the lead:** While public-sector banks have increased their loan books by 25% over the past five years, private-sector banks have risen at 30%, accounting for 20.6% of banking loan assets in 2007.



Exhibit 19: Credit Deposit Ratio Movement And Credit Growth

Private sector and foreign banks expanding loan books furiously at the margin

Overall credit-to-deposit ratio has grown to 72% from 58% in 2002

Sources: CMIE; BNP Paribas

**Private and foreign banks fast catching up in deposit share:** The deposit base of public-sector banks has grown by just 19% compared to a five year CAGR of 26% for both private sector and foreign banks.

Historically, public-sector banks have dominated the sector with sheer branch presence. In the future, we expect private-sector banks to continue increasing their market share given their aggressive strategies for both branch expansion and credit growth.

**Exhibit 20: Cost Of Deposits vs CASA Composition**



Blended cost of deposits and CASA ratio have inverse correlation as is evident in the mirror image formation. Private banks with highest CASA ratio have lowest deposit costs

Sources: CMIE; BNP Paribas

On the deposit side, current and savings account deposits (CASA) are very important for maintaining competitive net interest margins (NIMs). As the chart shows, blended cost of deposits decreases when the CASA proportion increases. We believe the need to increase CASA deposits through branch network expansion will be critical for both private and public-sector banks.

CASA deposits are the cheapest source of funding for all SCBs with costs of 2-4% compared to 10-13% for term deposits and 5-15% for other borrowings.

## With the credit deposit ratio touching efficient frontier, SCBs will need to look out for inorganic growth

Considering a base of 86% as deposits, effective cash reserve ratio is at 9% and statutory investments are at 32%, compared to 7.5% and 25%, respectively, stipulated by RBI

**Exhibit 21: Aggregate Balance Sheet of all Scheduled Commercial Banks (SCBs)**

| Liabilities (USD b) | | Assets (USD b) | |
|---|---|---|---|
| | 880 | | 880 |
| Borrowings from the banking system (%) | 2.5 | Cash and balances with RBI (%) | 7.8 |
| Deposits (%) | 86.0 | Assets with banking system (%) | 2.5 |
| Other borrowings (%) | 11.5 | Investments (%) | 27.5 |
| | | Bank credit (%) | 62.2 |

Sources: RBI; BNP Paribas

Indian banks are subject to regulatory reserve requirements with 1) CRR (cash reserve ratio), which requires them to maintain 7.5% of their net demand and time liabilities (NDTL) with the RBI in interest-free balances; and 2) SLR (statutory liquidity ratio), wherein they have to invest a minimum of 25% of their NDTL in government treasury and other approved securities.

There is little room for further improvements in the existing credit-to-deposit ratio of 72.5%, assuming that the central bank is not likely to relax the SLR requirements in the near term. Hence, the key drivers to balance sheet growth should come from increasing the deposit base by increasing branch presence and hence expanding the low-cost CASA base faster than competition.

Basel II norms also stipulate total capital-adequacy ratio of 12% for all scheduled commercial banks with tier-1 capital (consisting primarily of equity) and tier-2 capital (consisting primarily of subordinated debt) requirements of 7.5% and 4.5%, respectively.

Case 3:07-cv-06140-MHP    Document 54-3    Filed 07/10/2008    Page 21 of 34

This should make the smaller banks with adequacy ratios on the borderline look out for fresh equity infusion.

## Sector composition throws up sufficient opportunities for consolidation, given a plethora of small and undervalued banks

**Exhibit 22: SCB Mapping Based On CASA Mix And P/BV Ratio**



A host of small banks particularly in the public sector with high CASA mix and low P/BV ratios allow for consolidation opportunities (Bubble size indicates market cap)

Sources: CMIE; BNP Paribas

**Good opportunity to cherry-pick probable acquisition targets:** There are around 20-25 small banks with CASA ratios higher than 30% and FY09E P/BV multiples of less than 2x.

Public-sector banks have historically enjoyed greater reach with significant presence across different regions of the country. Also, public-sector banks now command lower valuation multiples than their private counterparts. This throws up significant opportunities for larger banks to increase their reach by mergers or acquisitions with smaller regional players with complementary geographic presence.

State Bank of India (SBI), the largest bank in India, is already in talks with its seven listed subsidiaries for merging into a single entity, which would give them the largest scale by far in the sector. Given labor union opposition, this merger may move forward very slowly, but highlights the imperative of CASA scale in the banking sector.

Another example of this wave from the private sector – the boards of HDFC Bank and Centurion Bank of Punjab very recently approved the merger of the two. The share swap-based merger will enable HDFC Bank move up the ladder in terms of asset size and geographical presence.



**Exhibit 23: SCB Mapping Based On Capital Adequacy And P/BV Ratio**

Sources: CMIE; BNP Paribas

**Significant possibility of stake sales, rights issues mergers and private placements in the sector:** With double-digit growth in asset sizes, a lot of banks with capital adequacy ratios (CAR) of around 12% will need to raise fresh equity to comply with Basel II requirements. We expect lot of stake sales, mergers, private placements and rights offers in the sector.

The sector has already witnessed many rights issues and placements in last two years.



**Exhibit 24: Possible Picks Under the Consolidation Theme**

Sources: CMIE; BNP Paribas

We have listed a few names that might need to look for fresh equity in near future based on capital adequacy needs, and are attractively priced based on estimated FY09 book value.

**Which Indian banks will likely pass a Warren Buffet investment screen?**
We ran a stock screen with parameters which may be emphasized by a long-term investor, purportedly used by the sage himself! The attributes of our screen are as follows – run sequentially.

- Cash profits greater than INR2b (USD50m).
- Net profit margin of at least 10% in each of the past three years.
- RONW greater than 10% in each of the past three years.
- Market capitalization of at least INR20b (USD500m).
- FY09 P/BV less than 2x.

Case 3:07-cv-06395-WHP    Document 34-3    Filed 07/10/2008    Page 23 of 34

The following banks pass the screen.

| Exhibit 25: Banks Clearing The Buffet Screener | | | | | |
|---|---|---|---|---|---|
| Company Name | Cash profits (INR b) | PATM >10% for last 3 yrs | RONW>10% for last 3 yrs | Mkt cap (INR b) | P/BV (FY09) (x) |
| Allahabad Bank | 8.2 | Yes | Yes | 44.3 | 0.67 |
| Canara Bank | 17.0 | Yes | Yes | 96.5 | 0.77 |
| Andhra Bank | 6.7 | Yes | Yes | 40.8 | 0.96 |
| Corporation Bank | 5.3 | Yes | Yes | 42.2 | 1.02 |
| Punjab National Bank | 17.5 | Yes | Yes | 164.6 | 1.15 |
| Indian Overseas Bank | 15.0 | Yes | Yes | 79.3 | 1.21 |
| Karur Vysya Bank Ltd. | 2.1 | Yes | Yes | 21.2 | 1.26 |
| Indian Bank | 9.7 | Yes | Yes | 69.9 | 1.44 |
| Karnataka Bank Ltd. | 2.0 | Yes | Yes | 29.3 | 1.62 |

Sources: CMIE; BNP Paribas

Relatively more value picks amongst the public sector banks

VIJAY SARATHI                    INDIA FINANCIAL SERVICES                    13 MARCH 2008

Exhibit 26: Banking Universe Snapshot For India

Exhibit 26: Banking Universe Snapshot For India

| Company | Cash profits (INR b) | PATM >10% for last 3 yrs | RONW >10% for last 3 yrs | Mkt cap (INR b) | P/BV (FY09) (x) | Capital adequacy ratio (%) | CASA to total deposit (%) | Fee income to total income (%) | NPM FY07 (%) | RONW FY07 (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| Allahabad Bank | 8.2 | Yes | Yes | 44.3 | 0.67 | 12.8 | 38.0 | 5.8 | 11 | 15 |
| Canara Bank | 17.0 | Yes | Yes | 96.5 | 0.77 | 13.7 | 31.5 | 4.4 | 10 | 17 |
| Andhra Bank | 6.7 | Yes | Yes | 40.8 | 0.96 | 12.0 | 34.5 | 5.1 | 14 | 14 |
| Corporation Bank | 5.3 | Yes | Yes | 42.2 | 1.02 | 12.1 | 34.2 | 4.9 | 14 | 16 |
| Punjab National Bank | 17.5 | Yes | Yes | 164.6 | 1.15 | 14.0 | 46.1 | 7.2 | 18 | 26 |
| Indian Overseas Bank | 15.0 | Yes | Yes | 79.3 | 1.21 | 12.9 | 34.5 | 5.9 | 10 | 28 |
| Karur Vysya Bank | 2.1 | Yes | Yes | 21.2 | 1.26 | 15.1 | 27.7 | 9.4 | 15 | 18 |
| Indian Bank | 9.7 | Yes | Yes | 69.9 | 1.44 | 13.5 | 35.4 | 3.2 | 10 | 21 |
| Karnataka Bank | 2.0 | Yes | Yes | 29.3 | 1.62 | 13.1 | 23.4 | 5.9 | 15 | 27 |
| State Bank of Mysore | 3.3 | Yes | Yes | 28.0 | 2.31 | 11.5 | 32.0 | 11.4 | 14 | 11 |
| Kotak Mahindra Bank | 13.1 | Yes | Yes | 233.7 | 2.91 | 18.4 | 30.2 | 33.6 | 12 | 16 |
| Axis Bank | 7.8 | Yes | Yes | 320.7 | 2.91 | 16.9 | 39.9 | 14.1 | 11 | 20 |
| H D F C Bank | 16.1 | Yes | Yes | 472.2 | 3.27 | 13.8 | 57.7 | 16.1 | 10 | 12 |
| State Bank of India | 97.9 | No | No | 973.0 | 1.75 | 12.3 | 42.7 | 10.8 | 11 | 14 |
| I C I C I Bank | 37.5 | No | No | 1,051.4 | 1.86 | 15.8 | 23.7 | 16.6 | 11 | 20 |
| Bank of Baroda | 14.7 | No | No | 112.8 | 0.93 | 13.5 | 33.4 | 5.0 | 10 | 18 |
| Bank of India | 14.5 | No | No | 150.0 | 1.42 | 12.5 | 32.2 | 5.8 | 16 | 17 |
| Union Bank of India | 10.9 | No | No | 76.8 | 0.99 | 13.0 | 34.5 | 3.3 | 15 | 16 |
| Syndicate Bank | 8.2 | No | No | 45.2 | 0.83 | 12.0 | 30.6 | 3.3 | 12 | 15 |
| IDBI | 7.4 | No | No | 74.0 | 1.27 | 13.3 | 25.4 | 3.9 | 6 | 11 |
| Oriental Bank of Commerce | 7.0 | No | No | 62.6 | 0.74 | 12.7 | 30.3 | 5.4 | 12 | 24 |
| State Bank of Bikaner & Jaipur | 4.8 | No | No | 27.0 | 1.53 | 14.4 | 35.0 | 12.9 | 14 | 19 |
| Bank of Maharashtra | 4.4 | No | No | 21.6 | 0.95 | 12.8 | 43.2 | 5.5 | 12 | 20 |
| Central Bank of India | 4.0 | No | No | 31.6 | 0.70 | 11.6 | 43.5 | 4.8 | 34 | 28 |
| State Bank of Travancore | 3.7 | No | No | 26.3 | 1.57 | 13.0 | 28.3 | 8.6 | 10 | 6 |
| Uco Bank | 3.7 | No | No | 45.2 | 0.84 | 11.6 | 29.2 | 3.5 | 9 | 16 |
| Vijaya Bank | 3.5 | No | No | 24.8 | 0.86 | 12.2 | 30.8 | 2.2 | 9 | 10 |
| Federal Bank Ltd. | 3.3 | No | No | 47.9 | 1.11 | 13.1 | 25.2 | 5.4 | 8 | 5 |
| Jammu & Kashmir Bank | 3.1 | No | No | 34.1 | 1.10 | 13.8 | 37.0 | 4.4 | 8 | 11 |
| Centurion Bank of Punjab | 2.2 | No | No | 83.2 | 3.48 | 11.5 | 30.6 | 21.3 | 7 | 10 |
| Dena Bank | 2.1 | No | No | 17.4 | 1.27 | 11.3 | 44.5 | 5.3 | 6 | 10 |
| I N G Vysya Bank | 1.8 | No | No | 33.3 | 2.25 | 12.3 | 28.9 | 11.4 | 6 | 8 |
| Indusind Bank | 1.4 | No | No | 35.5 | 3.08 | 12.0 | 14.9 | 9.2 | 4 | -1 |
| South Indian Bank | 1.3 | No | No | 15.2 | 0.98 | 14.9 | 23.9 | 2.3 | 10 | 15 |
| Bank of Rajasthan | 1.3 | No | No | 15.4 | 4.48 | 12.9 | 31.8 | 5.3 | 13 | 27 |
| Yes Bank | 1.0 | No | No | 60.1 | 2.80 | 14.2 | 5.8 | 15.0 | 13 | 14 |
| City Union Bank | 0.9 | Yes | Yes | 9.1 | 1.22 | 14.0 | 24.3 | 3.3 | 17 | 22 |
| Development Credit Bank | 0.3 | No | No | 15.5 | 1.95 | 13.7 | 28.3 | 13.7 | 2 | -3 |
| Dhanalakshmi Bank | 0.3 | No | No | 1.9 | 1.21 | 9.9 | 28.4 | 3.5 | 6 | 11 |
| Lakshmi Vilas Bank | 0.3 | No | No | 4.8 | 1.40 | 14.0 | 22.0 | 7.4 | 4 | 5 |

Sources: CMIE; BNP Paribas

Valuations look attractive across the board after the recent market correction.

INVESTMENT THESIS: MONETARY POLICY

# Our interest rate outlook

**In a pre-election year we expect the central bank will worry as much if not more about inflation control than maintaining or fuelling growth. Given the trade-off between inflation control, growth imperatives and rising interest-rate differential with the US, we believe the central bank will ease policy rates gradually over the next few quarters.**

Oil prices in India are regulated and the rapid increase in global oil prices has not filtered through to the end customer. Hence the published inflation indices do not portray a true picture. This implies a good chance that the RBI will maintain policy rates at current levels as far as inflation is concerned. On the other hand, the interest-rate gap is widening between India and the US, especially after the 125bp rate cut by the US Fed over the past couple of months.



**Exhibit 27: Money Supply And Interest Rate Movements**

A bout of monetary tightening in recent times through repo-rate and CRR hikes have moderated M3 growth and credit growth from the 30% levels to the early 20% levels

Sources: CMIE; RBI; US Fed; BNP Paribas



**Exhibit 28: Interest Rate Differential And Foreign Inflows**

Growing differential with US Fed rates have resulted in huge spikes in both FDI and FII investments in last few years

Sources: RBI; CMIE; DGFT; BNP Paribas

We believe the central bank will gradually ease the policy rates by approximately 50bp to lower the 'arbitrage incentive' in light of the expanding interest rate differential with the US.

## Margins tend to widen in a falling interest-rate environment

Lending rates are typically sticky on the way down and so we expect margin expansion in a falling interest rate environment.

Also RBI norms permitting, increasing rate differential between India and the US makes external commercial borrowings very attractive for larger banks.

INVESTMENT THESIS: ASSET QUALITY

# Asset quality is not a cause for concern

We believe the asset quality of Indian banks is fairly strong. As illustrated below, Indian banks have reduced the proportion of non-performing assets in their books dramatically over the last few years.

**Exhibit 29: Movement Of Non Performing Assets (NPAs)**



Sources: CMIE; BNP Paribas

At an aggregate level, the non-performing assets have declined in absolute terms since 2002.

Loan-loss assets account for even lower proportion of advances: In terms of breakup of NPAs, substandard assets, doubtful assets and loan-loss assets account for 0.95%, 1.95% and 0.45%, respectively.

**Exhibit 30: NPA Growth vs Credit Growth**



Sources: CMIE; BNP Paribas

Private-sector banks have been growing with better risk-management processes and will likely maintain NPA levels of about 2%. However, with exposure to non-collateralized lending increasing over time, the ratio could move up marginally.

## Exposure of the Indian banking sector to global credit meltdown

The Indian banking sector is relatively immune to the deteriorating global credit situation, with only a tiny percentage of banks exposed the sub-prime retail credit situation in the US. Any exposure is largely indirect, through an investment book that consists of collateralized debt obligations (CDO), credit linked notes (CLN) and other fixed-income instruments. Underlying credit for credit derivatives largely consists of Indian companies who have borrowed abroad. Indian banks have written credit wraps/guarantees for these companies and, with credit spreads widening over the past few months, these credit instruments have suffered a loss in value and hence the need to record mark-to-market losses, as is evident in the recent mark downs announced by ICICI Bank. We believe there will be more mark downs likely in the future. Though it is too early to ascertain the full impact of this, from the data available so far, these mark downs are more likely near-term effects and the underlying portfolio is good.

## Impact of the loan waiver announced in the recent budget

In the recent budget announced on 29 February 2008, the finance minister announced a loan waiver package to the tune of INR600bn. The package will apply to all the agriculture loans made up until March 2007 and due as of December 2007. Of this total waiver package, we estimate that the loan exposure of scheduled commercial banks to be INR120bn and the rest being shared by cooperative banks and regional rural banks (there are approximately 100 cooperative and regional rural banks in India currently).

We estimate the total agriculture credit by Indian banks to be about INR2321bn (approximately 12% of the total bank credit). Approximately 26% of this credit is being waived by the government. Looking a level below, we believe a bulk of this credit is coming from the regional rural and cooperative banks, about INR480bn. The share of scheduled commercial banks in this loan waiver is about INR120bn or approximately 7% of their outstanding agriculture credit, or approximately 0.6% of their aggregate credit book.

However, there are strong indications that the banks will be compensated by the government for these loan waivers. If the government does not compensate the banks adequately for these waivers, then we believe the public sector banks are relatively disadvantaged as compared with private-sector banks.

The bigger risk in our view is the likely trend that will begin to crystallize from such 'election year' antics. It will be naïve to imagine that subsequent governments that come to power in India will not resort to similar 'electioneering'.

APPENDIX 1

# Devil's advocate: Investment Risks

## Key risks to our investment thesis are:

1) In the near term, the central bank could maintain status quo about interest rates due to inflation concerns. But we see more chances of a rate cut than a status quo.

2) Global credit headwinds are making their way into the Indian banking sector through mark downs on the investment book. While we believe this is a near term effect and could be reversed when the credit spreads tighten, we expect more such mark downs in the near to medium term given the volatility persistence in the global credit markets.

3) Consolidation amongst the public-sector banks is likely to proceed more slowly or delayed beyond reasonable expectations due to resistance from the employee unions and resistance from the individual bank managements.

4) Indian banks are mandated by the Indian government to direct approximately 18-20% of their loan book to 'priority' sectors, a part of which is agricultural loans. The government can mandate the banking system to write-off these loans, which could hamper their profitability if not compensated for by the government.

5) Public-sector banks in India are prone to work strikes by employee unions demanding wage increases, which could hamper productivity and increase operational costs.

# India Research Team

**Praveen Chakravarty**
Head of India Research
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1696
praveen.chakravarty@asia.bnpparibas.com

**Preeti Dubey, CFA**
Metals & Mining
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1671
preeti.dubey@asia.bnpparibas.com

**Karan Gupta**
Metals & Mining (Associate)
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1662
karan.gupta@asia.bnpparibas.com

**Vishal Sharma**
Infrastructure - E&C
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1672
vishal.sharma@asia.bnpparibas.com

**Shashank Abhisheik**
Infrastructure - E&C (Associate)
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1673
shashank.abhisheik@asia.bnpparibas.com

**Sandeep Mathew**
Real Estate
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1665
sandeep.mathew@asia.bnpparibas.com

**Avneesh Sukhija**
Real Estate (Associate)
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1667
avneesh.sukhija@asia.bnpparibas.com

**Lakshminarayana Ganti**
Capital Goods/Cement
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1676
lakshminarayana.ganti@asia.bnpparibas.com

**Charanjit Singh**
Capital Goods/Cement (Associate)
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1686
charanjit.singh@asia.bnpparibas.com

**Girish Nair**
Utilities
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1679
girish.nair@asia.bnpparibas.com

**Sriram Somayajula**
Utilities (Associate)
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1670
sriram.somayajula@asia.bnpparibas.com

**Amit Shah**
Oil & Gas
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1664
amit.shah@asia.bnpparibas.com

**Alok Deshpande**
Oil & Gas (Associate)
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1663
alok.deshpande@asia.bnpparibas.com

**Abhiram Eleswarapu**
Tech - IT
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1684
abhiram.eleswarapu@asia.bnpparibas.com

**Avinash Singh**
Tech - IT (Associate)
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1685
avinash.singh@asia.bnpparibas.com

**Sameer Naringrekar**
Tech - Telecom
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1674
sameer.naringrekar@asia.bnpparibas.com

**Kunal Vora**
Tech - Telecom (Associate)
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1675
kunal.d.vora@asia.bnpparibas.com

**Vijay Sarathi, CFA**
Financial Services
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1677
vijay.sarathi@asia.bnpparibas.com

**Abhishek Bhattacharya**
Financial Services (Associate)
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1678
abhishek.bhattacharya@asia.bnpparibas.com

**Joseph George**
Consumer
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1669
joseph.george@asia.bnpparibas.com

**Manish Gupta**
Consumer (Associate)
BNP Paribas India Solutions Pvt Ltd
(91 22) 6650 1668
manish.a.gupta@asia.bnpparibas.com

VIJAY SARATHI                    INDIA FINANCIAL SERVICES                    13 MARCH 2008

## NOTES

BNP PARIBAS

VIJAY SARATHI                    INDIA FINANCIAL SERVICES                    13 MARCH 2008

## NOTES

BNP PARIBAS

VIJAY SARATHI                    INDIA FINANCIAL SERVICES                    13 MARCH 2008

## DISCLAIMERS & DISCLOSURES

This report was produced by a member company of the BNP Paribas Group ("Group"). This report is for the use of intended recipients only and may not be reproduced (in whole or in part) or delivered or transmitted to any other person without our prior written consent. By accepting this report, the recipient agrees to be bound by the terms and limitations set out herein.

The information contained in this report has been obtained from public sources believed to be reliable and the opinions contained herein are expressions of belief based on such information. No representation or warranty, express or implied, is made that such information or opinions is accurate, complete or verified and it should not be relied upon as such. This report does not constitute a prospectus or other offering document or an offer or solicitation to buy or sell any securities or other investments. Information and opinions contained in this report are published for reference of the recipients and are not to be relied upon as authoritative or without the recipient's own independent verification or taken in substitution for the exercise of judgement by the recipient. All opinions contained herein constitute the views of the analyst(s) named in this report, they are subject to change without notice and are not intended to provide the sole basis of any evaluation of the subject securities and companies mentioned in this report. Any reference to past performance should not be taken as an indication of future performance. No member company of the Group accepts any liability whatsoever for any direct or consequential loss arising from any use of the materials contained in this report.

The analyst(s) named in this report certifies that (i) all views expressed in this report accurately reflect the personal views of the analyst(s) with regard to any and all of the subject securities and companies mentioned in this report and (ii) no part of the compensation of the analyst(s) was, is, or will be, directly or indirectly, related to the specific recommendation or views expressed herein.

This report is prepared for professional investors and is being distributed in Hong Kong by BNP Paribas Securities (Asia) Limited to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. BNP Paribas Securities (Asia) Limited, a subsidiary of BNP Paribas, is regulated by the Securities and Futures Commission for the conduct of dealing in securities and advising on securities. This report is being distributed in the United Kingdom by BNP Paribas London Branch to persons who are not private customers as defined under U.K. securities regulations. BNP Paribas London Branch, a branch of BNP Paribas, is regulated by the Financial Services Authority for the conduct of its designated investment business in the U.K. This report is being distributed in the United States by BNP Paribas Securities Corporation to U.S. Persons as defined under U.S. securities regulations or by a member of the Group that is not registered as a U.S. broker-dealer to major U.S. institutional investors. BNP Paribas Securities Corporation, a subsidiary of BNP Paribas, is a broker-dealer registered with the Securities and Exchange Commission. BNP Paribas Securities Corporation accepts responsibility for the contents of this report only where the report has been distributed by it to U.S. recipients.

Distribution or publication of this report in any other places to persons which are not permitted under the applicable laws or regulations of such places is strictly prohibited.

### Recommendation structure

All share prices are as at market close on 7 March 2008 unless otherwise stated. Stock recommendations are based on absolute upside (downside), which we define as (target price* - current price) / current price. If the upside is 10% or more, the recommendation is BUY. If the downside is 10% or more, the recommendation is REDUCE. For stocks where the upside or downside is less than 10%, the recommendation is HOLD. In addition, we have key buy and key sell lists in each market, which are our most commercial and/or actionable BUY and REDUCE calls and are limited to at most five key buys and five key sells in each market at any point in time.

Unless otherwise specified, these recommendations are set with a 12-month horizon. Thus, it is possible that future price volatility may cause a temporary mismatch between upside/downside for a stock based on market price and the formal recommendation.

*In most cases, the target price will equal the analyst's assessment of the current fair value of the stock. However, if the analyst doesn't think the market will reassess the stock over the specified time horizon due to a lack of events or catalysts, then the target price may differ from fair value. In most cases, therefore, our recommendation is an assessment of the mismatch between current market price and our assessment of current fair value.

Sector recommendations are based on: OVERWEIGHT – Sector coverage universe fundamentals are improving. NEUTRAL – Sector coverage universe fundamentals are steady, neither improving nor deteriorating. UNDERWEIGHT – Sector coverage universe fundamentals are deteriorating.

© 2008 BNP Paribas Group



**HONG KONG**
BNP Paribas Securities (Asia) Ltd
63/F, Two International Finance Centre
8 Finance Street, Central
Hong Kong SAR
China
Tel (852) 2825-1888
Fax (852) 2845 9411

**BEIJING**
BNP Paribas Equities (Asia) Ltd
Beijing Representative Office
Unit 1818, South Tower
Beijing Kerry Centre
1 Guang Hua Road, Chao Yang District
Beijing 100020, China
Tel (86-10) 6561 1118
Fax (86-10) 5561 2228

**SHANGHAI**
BNP Paribas Equities (Asia) Ltd
Shanghai Representative Office
Room 5606-08 Plaza 66
1266 Nanjing Xi Lu
Shanghai 200040
China
Tel (86-21) 6288 2222
Fax (86-21) 6288 2918

**BANGKOK**
(In cooperation with BNP Paribas)
Thanachart Securities Public Co Ltd
28/F, Unit A1 Siam Tower Building
989 Rama 1 Road, Patumwan
Bangkok 10330
Thailand
Tel (66-2) 617 4900
Fax (66-2) 658 1470

**JAKARTA**
PT BNP Paribas Securities Indonesia
Menara Batavia, 20/F
Jl. KH Mas Mansyur Kav 126
Jakarta 10220
Indonesia
Tel (62-21) 5790 0500
Fax (62-21) 5790 0501

**KUALA LUMPUR**
BNP Paribas Capital (Malaysia) Sdn. Bhd.
Suite 21.03 Level 21 Menara Dion
27 Jalan Sultan Ismail
50250 Kuala Lumpur
Malaysia
Tel (60-3) 2050 9928
Fax (60-3) 2070 0298

**SEOUL**
BNP Paribas Securities Korea Co Ltd
22/F, Taepyeongno Building
310 Taepyeongno 2-ga
Jung-gu, Seoul 100-767
Korea
Tel (82-2) 2125 0500
Fax (82-2) 2125 0593

**SINGAPORE**
BNP Paribas Securities
(Singapore) Pte Ltd
(Co. Reg. No. 199801906C)
20 Collyer Quay
#08-01 Tung Centre
Singapore 049319
Tel (65) 6210 1288
Fax (65) 6210 1980

**TAIPEI**
BNP Paribas Securities
(Taiwan) Co Ltd
Room 302, 3/F
52 Min Sheng East Road, Sec. 4
Taipei 105
Taiwan
Tel (886-2) 2175 7000
Fax (886-2) 2719 8530

**TOKYO**
BNP Paribas Securities (Japan) Ltd
18/F, Tokyo Sankei Building
1-7-2, Otemachi, Chiyoda-Ku
Tokyo 100-0004
Japan
Tel (81-3) 5290 8400
Fax (81-3) 5290 1124

**NEW YORK**
BNP Paribas
The Equitable Tower
787 Seventh Avenue
New York
NY 10019, USA
Tel (1 212) 841 3800
Fax (1 212) 841 3810

**BASEL**
BNP Paribas
Aeschengraben 26
CH 4002 Basel
Switzerland
Tel (41 61) 276 5555
Fax (41 61) 278 5514

**FRANKFURT**
BNP Paribas
Mainzer Landstrasse 16
60325 Frankfurt
Germany
Tel (49 69) 7193 6637
Fax (49 69) 7193 2520

**GENEVA**
BNP Paribas
2 Place de Hollande
1211 Geneva 11
Switzerland
Tel (41 22) 787 7377
Fax (41 22) 787 8020

**LONDON**
BNP Paribas
10 Harewood Avenue
London NW1 6AA
UK
Tel (44 20) 7595 2000
Fax (44 20) 7595 2555

**LYON**
BNP Paribas Equities France
Société de Bourse
3 rue de L' Arbre Sec
69001 Lyon
France
Tel (33 4) 7210 4001
Fax (33 4) 7210 4029

**MADRID**
BNP Paribas SA, sucursal en Espana
Hermanos Becquer 3
PO Box 50784
28006 Madrid
Spain
Tel (34 91) 745 9000
Fax (34 91) 745 8888

**MILAN**
BNP Paribas Equities Italia SIM SpA
Piazza San Fedele, 2
20121 Milan
Italy
Tel (39 02) 72 47 1
Fax (39 02) 72 47 6582

**PARIS**
BNP Paribas Equities France
Société de Bourse
20 boulevard des Italiens
75009 Paris
France
Tel (33 1) 4014 9673
Fax (33 1) 4014 0068

**ZURICH**
BNP Paribas
Talstrasse 41
8022 Zurich
Switzerland
Tel (41 1) 229 6891
Fax (41 1) 267 6813

**MANAMA**
BNP Paribas Bahrain
PO Box 5253
Manama
Bahrain
Tel (973) 53 3978
Fax (973) 53 1237


BNP PARIBAS
CORPORATE & INVESTMENT BANKING