1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  MARK A. SHEFT (No. 183732)
   Email: msheft@howardrice.com
3  MICHAEL L. GALLO (No. 220552)
   Email: mgallo@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California 94111-4024
   Telephone:    415/434-1600
7  Facsimile:    415/217-5910

8  Attorneys for Plaintiffs
   THOMAS WEISEL PARTNERS LLC and
9  THOMAS WEISEL INTERNATIONAL PRIVATE
   LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. C-07-6198 MHP<br><br>Action Filed: December 6, 2007<br><br>NOTICE OF MANUAL FILING<br><br>Date:   August 18, 2008<br>Time:   2:00p.m.<br>Place:  Courtroom 15<br>Judge:  Hon. Marilyn Hall Patel |

NOTICE OF MANUAL FILING C-07-6198 MHP

1  The [Sealed] Plaintiffs' Consolidated Opposition To Defendants' Motions To Dismiss Plaintiffs' First Amended Complaint; [Sealed] Declaration Of Karanveer Dhillon In Support Of Plaintiffs' Consolidated Opposition To Defendants' Motions To Dismiss The First Amended Complaint; [Sealed] Declaration Of Don Mahon In Support Of Plaintiffs' Consolidated Opposition To Defendants' Motions To Dismiss The First Amended Complaint; [Sealed] Declaration Of Michael L. Gallo In Support Of Plaintiffs' Consolidated Opposition To Defendants' Motions To Dismiss The First Amended Complaint; were filed in hard copy form only and are being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[ ] Voluminous Document (PDF file size larger than the e-filing system allows)

[ ] Unable to Scan Documents

[ ] Physical Object (description): _____

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Items Under Seal

[ ] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[ ] Other (description): _____

DATED: July 10, 2008.

Respectfully,

GILBERT R. SEROTA
MARK A. SHEFT
MICHAEL L. GALLO
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
    GILBERT R. SEROTA

Attorneys for Plaintiffs THOMAS WEISEL PARTNERS LLC and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED

NOTICE OF MANUAL FILING C-07-6198 MHP

-1-