# EXHIBIT F-1

Date

Dear XXXXXX,

Welcome to Thomas Weisel International Private Limited – a member of the Thomas Weisel Partner Group companies. This is your new hire binder, full of pertinent and helpful information. Please take some time to go through it thoroughly.

Below is some general information to help you get started.

- Your employee number is **XXXX**

- Your department number is

- Your log on for your computer will be your first initial and last name. Your password will be **TWP\*user#** until you reset it.

- Your phone extension is **XXXX**

All of the paperwork must be completed as soon as possible. You have only a 15 day window to enroll your dependent information for healthcare insurance. I will send you a template that you will need to update with your dependent information.

To ensure that you will be included in the next payroll, please complete all new hire paperwork and return it to me as soon as possible.

If you have additional questions, please don't hesitate to call or stop by my desk. My phone extension is 4532.

Thank you and welcome!

Bijal Thakkar
Human Resources

TWPL00000109

# Table of Contents

**       Contact Information
         Holiday Schedule

I.       Employee Handbook

II.      Summary of Health Benefits

III.     Ergonomic Information
         Pantry Service

IV.      Gift and Entertainment Policies and Procedures
         Travel Policy

V.       Policies, Policy Acknowledgements, and other
         New Hire paperwork to be completed
         and submitted to HR.

TWPL00000110

THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED

IMPORTANT CONTACT LIST

| Accounting – local | Mintu Chakravarthy<br>mchakravarthy@tweisel.com<br>X 4529<br>Ajay Balsara<br>abalsara@tweisel.com<br>X 4533 | Local accounting & admin related questions, Expense Reimbursements, Facilities , Travel, Real Estate, Cell Phone connections, Corporate Tie-Ups |
|---|---|---|
| Reception | x 4500<br>Neelima Mane | |
| Compliance - SF | Sumer Aulakh<br>saulakh@tweisel.com | Employee Trading, Compliance, Regulations |
| Human Resources - local | Bijal Thakkar<br>bthakkar@tweisel.com<br>X 4532<br>Namita Parikh<br>X 4540 | New Hire Paperwork, Benefits, training, recruiting, Privilege Leave, Sick Time etc |
| Human Resources – San Francisco | Lisa Sorani<br>lsorani@tweisel.com | Back up for Bijal & Namita |
| IT - local | William Chitla<br>wchitla@tweisel.com<br>X 4530 | IT issues, Laptops, Phones, Blackberries, Security cards and Facilities related issues. |
| Payroll - local | Ameet Patel – Kanu Doshi<br>Ameet.patel@kanudoshigroup.com<br>2267-5583 | Payroll, Privilege Leave, Sick Time, Verification of Employment Requests |
| Registration - SF | Karen Santos<br>ksantos@tweisel.com | All NYSE registration exams and questions |
| UHC | Toll Free<br>1600-22-4646 | For all healthcare and personal accident policy questions |

TWPL00000111

# THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED

## 2007 HOLIDAY SCHEDULE

| 2007 | |
|---|---|
| Bakari Id | Monday, 1st January 2007 |
| Republic Day | Friday, 26th January 2007 |
| Good Friday | Friday, 6th April 2007 |
| Maharashtra Day | Tuesday, 1st May 2007 |
| Independence Day | Wednesday, 15th August 2007 |
| Gandhi Jayanti | Tuesday, 2nd October 2007 |
| Diwali | Friday, 9th November 2007 |
| Christmas | Tuesday, 25th December 2007 |

**All employees will get one floating holiday in addition to those listed above. Please get prior approval from your manager and inform the HR of your additional day off.**

All full-time employees will receive up to eight hours of compensation at your regular rate of pay for each of these holidays.

To be eligible for any holiday pay, you must work your regular scheduled workday before and after the holiday (unless the holiday ends, precedes, or falls in the middle of your scheduled vacation)

TWPL00000112

# Thomas Weisel International Private Limited



FIRM OVERVIEW ........................................................................................................... 1

CORE VALUES AND CULTURE ................................................................................... 3

AT-WILL EMPLOYMENT ............................................................................................ 4

ANTI-DISCRIMINATION AND ANTI-HARASSMENT POLICY ........................ 4

ARBITRATION ................................................................................................................ 8

INTRODUCTORY PERIOD OF EMPLOYMENT ................................................... 9

ATTENDANCE ................................................................................................................ 9

ATTENDANCE RECORDS .......................................................................................... 10

MEAL AND REST
        BREAKS ..................................................................................................... 10

OVERTIME .................................................................................................................... 11

HOLIDAYS ..................................................................................................................... 11

VACATIONS ................................................................................................................... 11

PAID SICK LEAVE ........................................................................................................ 12

SHORT-TERM DISABILITY ....................................................................................... 12

FAMILY AND MEDICAL LEAVE POLICY ............................................................. 13

PREGNANCY DISABILITY LEAVE OF ABSENCE ............................................... 16

BIRTH/ADOPTION LEAVE ...................................................................................... 18

OTHER LEAVE POLICIES .......................................................................................... 19

PAYCHECKS .................................................................................................................. 21

EXPENSE REIMBURSEMENT ................................................................................... 21

PERSONNEL RECORDS ............................................................................................. 21

DISCRETIONARY BONUS PROGRAM ................................................................... 22

BENEFITS PACKAGE .................................................................................................. 23

DRESS CODE: OPTIONAL BUSINESS-CASUAL ................................................. 25

INSPECTION OF PACKAGES ................................................................................... 25

PERSONAL BELONGINGS ........................................................................................ 25

CONFLICT OF INTEREST ......................................................................................... 26

OUTSIDE EMPLOYMENT ......................................................................................... 27

1

TWPL00000113

ELECTRONIC COMMUNICATIONS POLICY ................................................................ 28

CELLULAR PHONE AND TELEMATICS POLICY ...................................................... 29

COMPUTER SOFTWARE ................................................................................................ 30

INTERNET ACCESS SERVICE POLICY ........................................................................ 31

SUBSTANCE ABUSE POLICY ........................................................................................ 32

WORKPLACE VIOLENCE POLICY ............................................................................... 34

SAFETY .............................................................................................................................. 35

ACCIDENTS ON COMPANY PREMISES ...................................................................... 35

DRIVING FOR COMPANY BUSINESS ......................................................................... 36

GENERAL STANDARDS OF CONDUCT ...................................................................... 37

YOUR REPORTING OBLIGATIONS ............................................................................. 37

IF YOU LEAVE US ............................................................................................................ 39

RETURN OF COMPANY PROPERTY ........................................................................... 39

CONFIDENTIALITY……………………………………………………………………….40

NO SOLICITATION..……………………………………………………………………...41

A FEW CLOSING WORDS ............................................................................................... 41

TWPL00000114

# Thomas Weisel International Private Limited

### WELCOME



Welcome to Thomas Weisel International Private Limited ("the Company"). We know that our people are our most important resource. It is only through your efforts that we provide world-class services, thought leadership and innovation in the investment banking, brokerage and principal investing businesses. We are a meritocracy and we are proud of our exciting entrepreneurial culture. With our energy and dedication we expect every success. This handbook is intended as a guide to familiarize you with the firm, its people and its employment policies.

### ABOUT THIS HANDBOOK

As with any employee, you will likely have a number of questions about your job duties, benefits and the general operation of our Firm. We have prepared this handbook as a guide to many of your rights and obligations specifically at Thomas Weisel International Private Limited. Please take the necessary time to read it. We also expect that you will have questions about our policies that are not answered by this handbook. Please feel free to raise them with Liz Crowley or such other Human Resources Director that may be appointed by Thomas Weisel Partners Group ("the Group").

The handbook itself is not an agreement or contract of employment or a promise of treatment in any particular manner in any given situation. However, this handbook does contain policies as well as procedures, rules and guidelines that are applicable to all employees of Thomas Weisel International Private Limited. Absence of a policy, procedure or rule does not restrict the Company's right to take action. Because the marketplace in which we compete is always changing, the Company has reserved the right to revise this Handbook at any time at its sole discretion.

TWPL00000115

# FIRM OVERVIEW

Thomas Weisel Partners Group is a merchant bank that provides investment banking and strategic advisory services to corporate clients; sales, trading and equity research and related services to institutional investors and high-net-worth individuals who are active in our target sectors; and asset management services to institutional investors and high-net-worth individuals. TWP provides these services through Thomas Weisel Partners LLC (a U.S. registered broker dealer), Thomas Weisel Capital Management (a U.S. registered investment advisor) and Thomas Weisel Asset Management (a U.S. registered investment advisor). Thomas Weisel International Private Limited is a subsidiary and NYSE branch office of Thomas Weisel Partners LLC.

The Group's mission is to be the leading fully integrated merchant bank dedicated to identifying and working strategically with high quality growth companies. We believe that a focused, integrated merchant bank with a balance of investment banking, institutional brokerage, private equity, and private client services has key strategic advantages in today's marketplace.

Research is the driving force behind the Group. Research is used to evaluate economic trends and identify emerging growth industries and industry sectors. These insights help focus our institutional brokerage and private equity businesses on the most promising of those industries and sectors. The Group's team of U.S. research analysts focuses on growth sectors in technology, health care, retail and consumer products, media and communications, and business services. As a new addition to the Group, TWIPL will add a new dimension to the strong research culture.

The Group's investment banking group in the U.S. focuses on building and maintaining long-term strategic advisory relationships with entrepreneurial growth companies. Senior investment bankers have been hired, with extensive strategic advisory experience and knowledge of our targeted growth industries. The Group plans to leverage it's strategic advisory relationships with market leading companies to position itself as the lead or co-lead manager for their equity offerings.

The Group has established a premier Institutional Brokerage department focused on entrepreneurial growth companies. The Institutional Sales Department is comprised of a team of senior salespeople from leading research-oriented firms who have a proven track record of working with the small, mid and large capitalization growth portfolio managers either in the United States or abroad. The global equity traders have in-depth

TWPL00000116

knowledge of both the markets for growth company securities and the institutional investors who buy and sell those securities, as well as extensive experience in committing capital to provide market liquidity for institutional growth investors.

The Group's principal investment activity, through the Private Equity Group, invests in the most promising domestic and international growth opportunities identified through the research and investment banking efforts. The Group is privy to opportunities that are not generally available to stand alone private equity funds by combining the talents and day-to-day deal flow seen by our investment bankers and research analysts. We target key growth sectors in the global economy, including technology, business services, media and communication, consumer-related businesses and health care services.

The Private Client Department offers a full range of wealth management services for individual clients and cash management and corporate services for our corporate clients. PCD uses the most rigorous analysis and highest quality personal service to meet the asset allocation, estate and tax planning and asset management needs of our individual clients. PCD also specializes in managing the fixed income, corporate cash management and other corporate service needs of those clients we have aided in raising funds.

An Asset Management group has been established and based in Boston, which manages a private investment partnership to invest in public equities.

The Group has offices in San Francisco, Palo Alto, Boston, New York, London, and now Mumbai. In addition, the Group has a strategic relationship with Nomura, which helps both Thomas Weisel Partners and Nomura access opportunities in the Asian markets. The Group has hired top flight professionals from Wall Street, all of whom have outstanding and proven track records providing investment banking, institutional brokerage and private equity, focusing on the growth sectors of the economy. The partnership structure of the firm encourages a highly entrepreneurial culture that fosters a level of client service and long-term relationships absent in our larger competitors.

We also have created a network of the best thought leaders in growth through our strategic investors, Advisory Committee and Founders Circle that includes leading venture capitalists, private equity funds, financial institutions and growth company management. These relationships are integral to the firm's business, bringing expertise in the growth sectors to Thomas Weisel Partners.

2

TWPL00000117

Thomas W. Weisel is the chairman and chief executive officer of Thomas Weisel Partners LLC, of which Thomas Weisel International Private Limited is a branch office.  KV Dhillon, as Managing Director of Thomas Weisel International Private Limited reports directly to Thomas Weisel.

TWPL00000118

## CORE VALUES AND CULTURE

We believe that to achieve success in the financial services business we must have a value system and culture that differentiates us from our competitors, and facilitates the retention of talented professionals through all phases of the business cycle.

Our core values are:

- *Clients First.* We always put our clients' interests before our own and each of our professionals constantly evaluates how we can serve our clients first and better.

- *High Ethical Standards.* Honesty and integrity are paramount to our success. We conduct our business in accordance with the highest ethical standards.

- *Team Approach.* We provide a unique and superior type of service by drawing upon all of our resources and delivering them to our clients as a team.

- *Meritocracy.* We reward our professionals based on a combination of merit and length of service, creating opportunities for talented, hardworking professionals to rise rapidly. We maintain fair, regular and clear communication, and performance-based evaluation systems.

Our culture will embrace:

- *Passion and the Pursuit of Excellence.* We seek to attract and maintain a group of professionals with a distinct passion for our business and who will not accept anything less than the highest level of performance.

- *Entrepreneurial Spirit.* We seek professionals who enjoy the entrepreneurial challenge of building a new company. We foster a climate in which they are encouraged to accept substantial responsibilities and we provide them with the resources they need to succeed.

4

TWPL00000119

## EMPLOYMENT

You should be aware that your employment with the firm is for no specific period of time and you are free to resign for any reason or for no reason provided that you give the Company at least one month's written notice. Similarly, the Company at any point in time and in its sole and absolute discretion, is free to conclude its employment relationship with you, with or without cause, with one month's written notice or one month's salary in lieu of such notice. Our policy is that employment is "at-will." Further, the Firm has the right to manage and direct its workforce. The at-will employment relationship includes the right to hire, transfer, promote, reclassify, lay off, discipline, terminate or change any other term or condition of employment at any time, with or without cause. Layoff or termination will be effective with one month's written notice or one month's salary in lieu of such notice.

No one other than Mark Fisher, Board Member, may enter into an agreement for employment for a specific period of time or make any agreement contrary to the policy of at-will employment at Thomas Weisel International Private Limited, and any such agreement must be in writing and signed by Mark Fisher.

## ANTI-DISCRIMINATION AND ANTI-HARASSMENT POLICY

Thomas Weisel International Private Limited is an equal opportunity employer. The Company has zero tolerance for illegal discrimination. The Company embraces its responsibility to make employment decisions without regard to race, religious creed, color, age, sex, sexual orientation, national origin, ancestry, marital status, physical or mental disability, medical condition as defined under State law, military service, pregnancy, childbirth and related medical conditions or any other classification protected by federal, state, and local laws and ordinances. Our management is dedicated to ensuring the fulfillment of this policy with respect to hiring, placement, promotion, transfer, demotion, discipline, layoff, termination, recruitment advertising, pay and other forms of compensation, training and general treatment during employment. When necessary, we will reasonably accommodate employees and applicants with disabilities and with religious requirements necessitating accommodation.

We strive to maintain a satisfied and productive team of employees. The keys to reaching that goal are effective leadership, competitive compensation and benefits, dedication to the job and close attention to personnel matters.

5

TWPL00000120

The Company does not tolerate harassment of our applicants or employees by another employee, supervisor, or any client, customer, contractor/consultant, or vendor.   Harassment of third parties by our employees also is prohibited.  Any form of harassment on the basis of race, religious creed, color, age, sex, sexual orientation, marital status, national origin, ancestry, physical or mental disability, medical condition, or any category protected by federal, state or local law is unlawful, a violation of this policy, and will be treated as a disciplinary matter. While it is not easy to define precisely what harassment is, it includes slurs, jokes, teasing and other uninvited verbal, graphic or physical conduct by one individual toward another.  We have zero tolerance for harassment and are committed to a workplace free of any harassment.

Harassment Defined.  Harassment is unwelcome verbal, visual or physical conduct creating an intimidating, offensive, or hostile work environment that interferes with work performance. Examples of harassment include verbal (including slurs, jokes, insults, epithets, gestures or teasing), graphic (including offensive posters, symbols, cartoons, drawings, computer displays, or e-mails) or physical conduct (including physically threatening another, blocking someone's way, etc.) that denigrates or shows hostility or aversion towards an individual because of any protected characteristic. Such conduct constitutes harassment when: (1) it has the purpose or effect of creating an intimidating, hostile, or offensive working environment; or (2) it has the purpose or effect of unreasonably interfering with an individual's work performance; or (3) it otherwise adversely affects an individual's employment opportunities.

Sexual Harassment Defined.  Sexual harassment can include all of the above actions as well as other unwelcome conduct such as unwelcome or unsolicited sexual advances, requests for sexual favors, conversations regarding sexual activities and other verbal or physical conduct of a sexual nature when: (1) submission to such conduct is made, either explicitly or implicitly, a term or condition of an individual's employment; or (2) submission to or rejection of such conduct by an individual is used as a basis for employment decisions affecting such individual; and (3) such conduct has the purpose or effect of substantially or unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive environment.  Examples of sexual harassment include:

- unwelcome sexual advances, flirtations, leering, whistling, touching, pinching
- requests for sexual favors or demands for sexual favors in exchange for favorable treatment
- obscene or vulgar gestures or comments
- sexual jokes or comments about a person's body, sexual prowess or sexual deficiencies

6

TWPL00000121

- visual harassment such as derogatory cartoons, posters and drawings or video clips
- sexually explicit e-mail or voice mail
- unwelcome sexually related comments
- conversation about one's own or someone else's sex life
- conduct or comments consistently targeted at only one gender, even if the content is not sexual
- teasing or other conduct directed toward a person because of his or her gender

Harassing conduct is unacceptable in the workplace and any work-related settings such as business trips and business related social functions. The harasser may be someone's supervisor, co-worker, client, customer, vendor or other third party.

<u>Reporting Discrimination or Harassment.</u> We obviously cannot prevent discrimination or harassment unless we are aware that objectionable conduct is occurring. You should promptly report any incident of discrimination or harassment, whether by an employee or a non-employee, to KV Dhillon at (415) 364-2507 or Liz Crowley at (415) 364-2540. He or she will insure that an investigation is promptly conducted.

<u>Investigation.</u> Every complaint of discrimination or harassment will be investigated as thoroughly and as promptly as possible. We will attempt to keep the investigation confidential to the extent possible. During the investigation we will generally:

- interview the complainant and the alleged discriminator/harasser;
- conduct further interviews as necessary;
- review relevant documents;
- document our findings regarding the complaint;
- document recommended follow-up actions and remedies if warranted; and
- inform the complainant of our findings and, where appropriate, of the remedial action that will be taken.

<u>Discipline.</u> If we determine discrimination, harassment or other inappropriate work place conduct has occurred, we will take appropriate disciplinary and/or remedial action. The appropriate discipline may include written or oral warnings, probation, suspension, reassignment, demotion, or termination. If the offending conduct is the act of a non-employee, we will take action designed to ensure that such conduct is not repeated.

7

<u>No Retaliation.</u>  We prohibit any form of retaliation against individuals who report discrimination, harassment, or unwelcome conduct.  We also prohibit any form of retaliation against individuals who cooperate in the investigation of such reports.  We will take appropriate disciplinary action for any such retaliation, up to and including discharge.

TWPL00000123

## ARBITRATION AND EQUITABLE RELIEF

*Arbitration*

In consideration of my employment with the company, its promise to arbitrate all employment-related disputes and my receipt of the compensation, pay raises and other benefits paid to me by the company, at present and in the future, I agree that any and all controversies, claims, or disputes with anyone (including the company and any employee, officer, director, shareholder or benefit plan of the company in their capacity as such or otherwise) arising out of, relating to, or resulting from my employment with the company or the termination of my employment with the company, including any breach of this agreement, shall be subject to binding arbitration under the arbitration and conciliation act, 1996 ("the act"). Disputes which I agree to arbitrate, and for which I thereby agree to waive any right to approach a court, include, without limitation, any statutory claims including, but not limited to, any claims of harassment, discrimination or wrongful termination, and any statutory claims. I further understand that this agreement to arbitrate also applies to any disputes that the company may have with me.

*Procedure*

The arbitration shall be conducted by a sole arbitrator as may be mutually agreed upon by the company and myself. I agree that the arbitrator shall have the power to decide any motions brought by any party to the arbitration, including motions for summary judgment and/or adjudication and motions to dismiss and demurrers, prior to any arbitration hearing. I also agree that the arbitrator shall have the power to award any remedies, including attorneys' fees and costs, available under applicable law. I agree that the arbitrator shall administer and conduct any arbitration in a manner consistent with the act. I agree that the arbitration proceedings will be conducted in English and that the decision of the arbitrator shall be in writing. The place of arbitration will be Bangalore in the state of Karnataka.

*Remedy*

Except as provided by the act and this agreement, arbitration shall be the sole, exclusive and final remedy for any dispute between me and the company. Notwithstanding, the arbitrator will not have the authority to disregard or refuse to enforce any lawful company policy, and the arbitrator shall not order or require the company to adopt a policy not otherwise required by law which the company has not adopted.

9

*Availability of Injunctive Relief.*

In addition to the right under the act to petition the court for provisional relief, I agree that any party may also petition the court for injunctive relief where either party alleges or claims a violation of this agreement or any other agreement between me and the company or any other agreement regarding inventions, trade secrets, confidential information, noncompetition or nonsolicitation.    I understand that any breach or threatened breach of such an agreement will cause irreparable injury and that money damages will not provide an adequate remedy therefore, and both parties hereby consent to the issuance of an injunction.   In the event either party seeks injunctive relief, the prevailing party shall be entitled to recover reasonable costs and attorneys fees.

*Voluntary nature of agreement.*

I acknowledge and agree that I am executing this agreement voluntarily and without any duress or undue influence by the company or anyone else. I further acknowledge and agree that I have carefully read this agreement and that I have asked any questions needed for me to understand the terms, consequences and binding effect of this agreement and fully understand it.   Finally, I agree that I have been provided an opportunity to seek the advice of an attorney of my choice before signing this agreement.

**Duty of loyalty**

**I agree that I shall devote my time, attention, knowledge, and skills to company's business interests and shall at all times do so in good faith, with best efforts, and to the reasonable satisfaction of the company.**

**General Provisions.**

*Governing law and jurisdiction.*

This agreement will be governed by the laws of the India.  I hereby expressly consent to the personal jurisdiction of the courts located in the city of Bangalore in the state of Karnataka for any lawsuit filed there against me by the company concerning my employment or the termination of my employment or arising from or relating to this agreement.  Nothing in this section shall affect the parties' rights and obligations in section

10

TWPL00000125

*Entire Agreement*

This agreement sets forth the entire agreement and understanding between the company and me relating to the subject matter herein and supersedes all prior discussions or representations between us including, but not limited to, any representations made during my interview(s) or relocation negotiations, whether written or oral. This agreement may be executed in any number of counterparts, each of which shall be enforceable, and all of which together shall constitute one agreement. No modification of or amendment to this agreement, nor any waiver of any rights under this agreement, will be effective unless in writing signed by a director of the company and me.  Any subsequent change or changes in my duties, salary or compensation will not affect the validity or scope of this agreement.

*Severability.*

 If one or more of the provisions in this agreement are deemed void by law, then the remaining provisions will continue in full force and effect.

*Successors and Assigns.*

This agreement will be binding upon my heirs, executors, administrators and other legal representatives and will be for the benefit of the company, its successors, and its assigns.


## INTRODUCTORY PERIOD OF EMPLOYMENT

The first ninety (90) days of your employment are an introductory period.  It is designed to give you a chance to become familiar with us and to learn your job.  It also gives your supervisor a chance to work more closely with you while you learn about your job, and to evaluate your performance.  During this period, you may be given different responsibilities if needed.


The introductory period is just that -- an introduction.  Completion of the introductory period signifies our hope that you will be capable of functioning fully in your position.  Completion of the introductory period is not, nor should it be seen as, unqualified acceptance by the Firm of your performance or an assurance of continued employment.  The Company's policy of employment at-will remains in effect during and after completion of the introductory period. There is no change to notice period requirements during the introductory period.

11

TWPL00000126

## ATTENDANCE

Our success depends upon the cooperation and commitment of each member of our team. Therefore, your attendance and punctuality are extremely important. Your fellow employees must bear the burden of your absence. Your responsibility to your fellow employees and us requires good attendance.

We recognize that there may be times when your absence or tardiness cannot be avoided. In that event, notify your supervisor before your scheduled arrival time. Unless you have made other arrangements with your supervisor, you should call your supervisor each day of your absence.

Failure to give your supervisor notice of your absence or tardiness is serious given that we will not provide paid sick leave if you have not provided notice. Failure to notify us may also result in disciplinary action. If you are absent due to illness for three or more workdays, we may require you to produce a doctor's certificate. If you fail to contact your supervisor regarding your absence for three consecutive workdays, you will be considered to have voluntarily resigned from your employment with us.

TWPL00000127

## ATTENDANCE RECORDS

All employees must complete time sheets. It is important that all leave time is properly accounted for on your time sheet in order for proper tracking.

## WORK WEEK AND WORK DAY

Employees are expected to work a minimum of 45 hours per week. Professional employees are expected to spend whatever time is required to meet their objectives.

All employees are expected to be at work by 10:00 a.m. unless otherwise set by the Manager. Managers will advise all employees of the times their schedules will normally begin and end.

## HOLIDAYS

All full-time employees at the Company are entitled to the following paid holidays. In the U.S., TWP's holiday schedule follows that of the U.S. stock market. Although the team at Thomas Weisel International will be working with clients in U.S. markets, the holiday schedule had been somewhat revised to take into account local holidays. The following holiday schedule is in effect for Thomas Weisel International:

| Bakari Id | Monday, 1st January 2007 |
| Republic Day | Friday, 26th January 2007 |
| Good Friday | Friday, 6th April 2007 |
| Maharashtra Day | Tuesday, 1st May 2007 |
| Independence Day | Wednesday, 15th August 2007 |
| Gandhi Jayanti | Tuesday, 2nd October 2007 |
| Diwali | Friday, 9th November 2007 |
| Christmas | Tuesday, 25th December 2007 |

13

TWPL00000128

You will receive up to eight hours of compensation at your regular rate of pay for each of these holidays. To be eligible for any holiday pay, you must work your regularly scheduled workday before and after the holiday (unless the holiday ends, precedes or falls in the middle of your scheduled leave time).

## PAY PERIODS AND PAYDAYS

Employees are paid by company check or direct deposit on the last day of each month, or the preceding day should the payday fall on a holiday or weekend. Any questions that you may have about your paycheck or the deductions made should be addressed to Human Resources or Payroll.

## EXPENSE REIMBURSEMENT

We will reimburse you for pre-approved business expenses you incur. This includes travel, entertainment and other business related expenses.

You should complete expense reimbursement reports within 15 days of incurring the expense and give the reports and receipts to the person designated in your department to approve expenses. Failure to submit timely expense reimbursement forms may subject employees to disciplinary action.

## PERSONNEL RECORDS

It is important that your personnel records are accurate and up to date so that you can continue to receive uninterrupted benefits. The information is also necessary to determine the amount of wage deductions for various income tax deductions. You should notify us of any change in your name, address, telephone number, and marital status, number of dependents or emergency contact telephone numbers.

## DISCRETIONARY BONUS PROGRAM

In addition to an individual's base salary, TWIPL compensates employees through a bonus program that recognizes and rewards contributions to the firm. Under this program, TWIPL reserves the right, in its sole discretion, to pay a bonus.

14

TWPL00000129

TWIPL will consider a variety of factors in determining whether to pay a bonus, including but not limited to firm profitability, market conditions, group revenue or other group contributions to the firm, individual performance and contributions, and such other factors as the firm believes appropriate in compensating our employees. The utilization of any factors in developing or complementing the bonus component of compensation rests entirely in TWIPL's discretion.

**No manager may make, and no employee should rely upon, any promise or representation of any bonus amount, or any minimum guarantee, unless a specific bonus agreement has been set forth in writing signed by both the employee and by KV Dhillon on behalf of TWIPL.**

## BENEFITS PACKAGE

TWIPL offers a number of generous benefits to our employees. Most benefits will be described for you in a benefits packet and orientation when you commence employment. This handbook briefly describes some of those benefits. TWIPL currently provide the following benefits.

| | |
|---|---|
| Medical | House Rent Allowance |
| Dental | Conveyance Allowance |
| Vision | Privilege Leave |
| Personal Accident | Sick Leave |
| Health Services Organization | |
| Provident Fund | |
| Gratuity | |

Please refer to the separate benefits packet given to you at the time of your enrollment for further information. In addition you can call our Health Services Organization 24 hours a day with questions regarding your coverage.

The Company and its Plan Administrators and Fiduciaries reserve the maximum discretion permitted by law to administer, interpret, enhance, modify, discontinue or otherwise change any benefit plan, practice, or procedure. While you may receive feedback in response to your questions about the benefit plans we offer, none of those

15

**TWPL00000130**

responses can modify the terms of the official plan documents, and, consequently, do not represent a promise or guarantee of benefits. Please always refer to the plan documents rather than relying on anyone's interpretation of the benefit plans.

TWP is compliant with all applicable benefits rules and regulations, including those that mandate how we handle your personal health information under HIPAA, the Health Insurance Portability and Accountability Act. If you have any questions or complaints about your benefits, or your personal health information, please contact Human Resources.

## TAX RELIEF BENEFITS

All full time employees are eligible for additional tax relief benefits and allowances. We expect that you would actually incur expenses against the conveyance allowances for treatment of these components as reimbursements against submission of bills. If you do not actually incur expenses; these components of your CTC will be treated as fully taxable. Compensation is a highly individual and confidential matter and should not be discussed with any employee other than your Manager. Our compensation and benefit plans have been designed to optimize the benefit to you. We expect that you follow the letter and spirit with which our policies have been framed. Any fraudulent claims will be treated as misconduct and will invite strict disciplinary action.

## HOUSE RENT ALLOWANCE

House Rent Allowance is offered to assist eligible employees in defraying expenses incurred in accommodation. HRA paid to an employee will be treated as overall cost to the company on behalf of the employee. Tax treatment of this allowance will follow prevailing law.

## CONVEYANCE ALLOWANCE

Conveyance Allowance is to provide for reimbursement of expenses incurred toward transportation costs while employee is on company business. Conveyance paid to an employee will be treated as overall cost to the company on behalf of the employee. Tax treatment of this allowance will follow prevailing law.

## PROVIDENT FUND

Provident Fund is meant to provide social security benefits on a contributory basis in accordance with the provisions of The Provident Fund & Miscellaneous Provisions Act, 1952. All full time employees are covered by

TWPL00000131

the Provident Fund. Contributions to the Provident Fund are made by both the company and employee. The Provident Fund contribution made by TWIPL will be made on behalf of the employee. The company as well as the employee contribution will be put in the custody of the appropriate authority of a Recognized Provident Fund as mentioned in the relevant Provident Fund Act. Tax treatment of this allowance will follow prevailing law. The Provident Fund contributions made by the company on behalf of the employee will be treated as an overall cost to the company.

## LEAVE BENEFITS

The Company recognizes Leave as a benefit that will enable employees to take time off from work for rest, recuperation and personal emergencies. The purpose of the leave policy is to plan and avail leave in a systematic way. Time away may fall under one of the following: Privilege Leave, Sick Leave, Maternity Leave or Bereavement Leave. All leaves require prior approval of both your Reporting Manager and in certain instances your Human Resources Representative, and will be granted at the sole discretion of the Company. It is your responsibility to request the leave through proper channels and ensure that the appropriate paperwork is completed.

We understand that, at times, a leave of absence cannot be planned. It is your responsibility to contact (or have a representative contact) your Manager or the Human Resources Representative to provide notice of the leave. Failure to do so may result in a loss of benefits.

## PRIVILEGE LEAVE (PL)

All full-time, regular employees are eligible to earn Privilege Leave (PL). The intent of PL is to provide an opportunity to break from our work environment and to balance personal and professional needs. Priviledge Leave is accrued at 15 days per year (1.25 per month).

Employees should submit PL requests to their Managers. Requests will be evaluated based upon various factors, including anticipated operating requirements and staffing considerations during the proposed period of absence. The privilege leave due to an employee is the period, which he has earned, diminished by the period of leave actually taken intended leave. Please use the Leave Application Form for the purpose.

17

TWPL00000132

## SICK LEAVE (SL)

All regular full-time employees who have completed their introductory period of employment will be eligible for paid sick leave. Eligible employees will receive payment for sick time at their normal base rate of pay. Sick leave may be used for your own illness. Paid sick leave may not be used for vacation. Sick leave time will accumulate at the rate of 12 days per calendar year after the completion of the introductory period of employment.

If you are on sick leave for three or more business days, you must present to Human Resources a certificate from a medical practitioner stating that the leave was necessitated by an illness or injury. If leave was necessitated by your illness, the certificate must also release you to return to work, and set forth any restrictions or limitations on your ability to perform your job. We will not pay for unused sick leave upon termination of employment.

## MATERNITY LEAVE (ML)

Maternity leave enables female employees to take time off from work for the purpose of childbirth and postnatal care, and to recuperate from miscarriage. ML would not be treated as break-of-service and all benefits due in the normal course would be payable.

Every woman who has worked for 40 weeks in a period of 12 months preceding the date of her expected delivery is entitled. The female employee may be granted maternity leave on full pay for a period of 12 weeks from the date of commencement of ML. It is expected that the leave will be availed six weeks before and six weeks after delivery unless the medical practitioner attending to the employee recommends lesser absence from work prior to delivery. Applications for maternity leave should be made at least 2 months in advance. A certificate issued by a registered medical practitioner indicating the likely date of delivery must duly support the application

In case of a miscarriage, the employee can take leave up to a maximum of 6 weeks. A certificate issued by a registered medical practitioner should accompany the leave application.

When the female employee returns to work, she will be placed in the same or an equivalent job, provided that the leave does not exceed the maximum five-month period. You must bring with you a fitness certificate from your physician. Such certificate should be provided to Human Resources.

18

TWPL00000133

## BEREAVEMENT LEAVE (BL)

Should you lose a member of your immediate family, you will be allowed time off to help you attend to your obligations and commitments. Reasonable time off with pay will be granted by Human Resources as the location of the funeral and closeness of the relationship dictates.

Immediate family includes spouse, child, parent, sister or brother and grandparents, mother-in-law and father-in-law, stepparents and stepchildren and persons who are part of the employee's household.

## DRESS CODE:  OPTIONAL BUSINESS-CASUAL

You have the option to dress business-casual at work. Many of our employees dress business-casual on a regular basis in response to client preferences.

If you have any question about whether something is business-casual or not, assume it is not. The minimum standard is pressed slacks or khakis and a laundered blouse or long-sleeve, button down shirt. Anything less is too casual. Obviously, you should not dress business-casual if you are meeting with a client who might dress in formal business attire.

## INSPECTION OF PACKAGES

To protect employees from theft, and to enforce our policy prohibiting possession or use of drugs or alcohol on its premises, the Company may at any time inspect any packages or containers entering or being removed from our property by employees.

## PERSONAL BELONGINGS

The Company will not be responsible or liable for any personal property of an individual that is lost, stolen or damaged. The responsibility for safeguarding, replacing or repairing personal property lost, stolen or damaged while on our premises is that of the employee. Consequently, we encourage employees not to bring personal property to work.

19

## CONFLICT OF INTEREST

We expect you to devote your full work time, energies, abilities and attention to our business. You are expected to avoid situations that create an actual or potential conflict between your personal interests and the interests of the Firm. If you cannot make this commitment because of other work or activities, you may be asked to end your employment with us.

A conflict of interest includes but is not limited to circumstances where your loyalties, interests or obligations may be divided between us and a competitor, supplier, customer, or another employee/applicant of the firm. If you are unsure whether a certain transaction, activity, or relationship constitutes a conflict of interest, you should discuss it with Human Resources or the Legal department. Some examples of the more common conflicts that should be avoided by all employees:

- Accepting personal gifts or entertainment from competitors, customers, suppliers or potential suppliers;
- Working for a competitor, supplier or customer while employed by us;
- Engaging in self-employment in competition with us;
- Using our proprietary or confidential information for personal gain or to our detriment;
- Having a direct or indirect financial interest in or relationship with a competitor, customer, client or supplier that has not been approved by us;
- Acquiring any interest in property or assets of any kind for the purpose of selling or leasing to us; and
- Committing us to give our financial or other support to any outside activity or organization without appropriate written authorization.
- Influencing any personnel action where you have a romantic or personal relationship with one of the individuals who may be affected by the action.

Failure to adhere to this guideline, including failure to disclose any conflict or seek an exception, may result in disciplinary action, up to and including termination of employment.

TWPL00000135

## OUTSIDE EMPLOYMENT

If you are employed with us in a full time position, we expect that your position here is your primary employment. Any outside employment must not interfere with your ability to perform your job duties with us. You must inform the Compliance Department of any outside employment to allow us to assess whether your outside employment creates a conflict of interest.

## ELECTRONIC COMMUNICATIONS POLICY

Our voice mail and e-mail systems are for business use only. While we recognize that some personal use of these systems may occur, personal use should be limited and appropriate to the workplace. The general rule is that communications transmitted through these systems must have a business purpose. Our electronic communications systems may not be used to solicit for religious or political causes or outside organizations, or to conduct any commercial activity unrelated to our business.

Under no circumstances should an employee use the Company's voice mail and e-mail systems in a manner that violates our anti-discrimination and anti-harassment policies. No one may use electronic communications in a manner that may be construed by others as harassment or discrimination based on race, religious creed, color, age, sex, sexual orientation, national origin, ancestry, marital status, physical and mental disability, medical condition as defined under State law, military service, pregnancy, childbirth and related medical conditions or any other characteristic protected by federal, state or local law. No jokes on these bases should be transmitted over our electronic communications systems.

In order to ensure compliance with our policies, we regularly access our electronic communications systems and obtain the communications within the systems, without notice to users of the system, in the ordinary course of business when we deem it appropriate to do so. The reasons for which we obtain such access include, but are not limited to: maintaining the system, preventing or investigating allegations of system abuse or misuse, assuring regulatory compliance and compliance with software copyright laws, complying with legal and regulatory requests for information, and insuring that our operations continue appropriately during an employee's absence. We utilize monitoring and security tools to block access to inappropriate websites, and to provide monthly reports to management on individual employee usage.

We may store electronic communications on magnetic media for a period of time after the communication is created. From time to time, magnetic media copies of communications may be deleted.

No one may access, or attempt to obtain access to, another individual's electronic communications without appropriate authorization. Passwords to the firm's computer systems are not to be shared. Violators of this Electronics Communications Policy may be subject to discipline, up to and including termination. Further information regarding electronic communications use is contained in the following sections of this Handbook.

## CELLULAR PHONE AND TELEMATICS POLICY

This policy outlines the use of personal cell phones at work, the use of business cell phones and the safe use of cell phones, and telematics (Palm Pilots and Blackberries) by employees while driving.

**Personal Cellular Phones:**

While at work, employees are expected to exercise the same discretion in using personal cellular phones as expected for the use of Company phones. Excessive personal calls during the workday, regardless of the phone used, can interfere with employee productivity and be distracting to others. The Company will not be liable for the loss of personal cellular phones brought into the workplace.

**TWIPL-Provided Cellular Phones:**

Where business needs require immediate access to an employee, the Company may issue a business cell phone to an employee for work-related communications. Employees in possession of Company equipment such as cellular phones are expected to protect the equipment from loss, damage or theft. Upon resignation or termination of employment, or at any time upon request, the employee may be asked to produce the phone for return or inspection. Employees unable to present the phone in good working condition within the time period requested (i.e. 24 hours) may be expected to bear the cost of a replacement.

**Safety Issues for Cellular Phone Use:**

Certain states and metropolitan areas have enacted prohibitions on the use of cell phones while driving except with the use of hands-free devices. The Company expects all employees to obey local regulations regarding the use of cell phones. Even where not mandated by law, employees whose job activities include regular or occasional driving and who are issued a cell phone or telematics for business use are expected to employ the

utmost care in using their equipment while driving. Safety must come before all other concerns. Regardless of the circumstances, including slow or stopped traffic, employees are strongly encouraged to pull off to the side of the road and safely stop the vehicle before placing or accepting a call or message.

Employees whose job activities do not include driving but who are issued a cell phone or a telematics for business use are also expected to abide by the provisions above. Under no circumstances should employees place themselves or others at risk to fulfill business needs.

Employees who are charged with traffic violations resulting from the use of a cellular phone or telematics while driving will be solely responsible for all liabilities that result from such actions.

## COMPUTER SOFTWARE

Employees should not download or install any outside software onto any company owned computer system without the approval of the Information Technology department. The Information Technology department depends on a reliable and secure computer system, and the loading or installation of unauthorized software may cause innumerable and unpredictable problems on the system. Software or hardware not licensed or purchased by the Company will not be allowed on the network or supported by the Information Technology department. Please contact the Information Technology department if you have a software or hardware need that specifically addresses your business requirements.

In addition, you may not make copies of software already on our system. Unauthorized duplication of copyrighted computer software violates the law and is contrary to our standards of conduct. We disapprove of such copying and recognize the following principles as a basis for preventing its occurrence:

- We will neither engage in nor tolerate the making or using of unauthorized software copies under any circumstances.
- We will provide legally acquired software to meet all legitimate software needs in a timely fashion and in sufficient quantities for all our computers.
- We will comply with all license or purchase terms regulating the use of any software we acquire or use.

- We will enforce strong internal controls to prevent the making or using of authorized software copies, including effective measures to verify compliance with these standards and appropriate disciplinary measures for violation of these standards.
- TWIPL has blocked the use of peer to peer software due to copyright infringement risks, and the potential for destabilizing our network.

We will not tolerate any employee making unauthorized copies of software. Any employee found copying software other than for back up purposes is subject to disciplinary action. The law protects the exclusive rights of a software copyright holder and does not give users the right to copy software unless the manufacturer does not provide a backup copy. Unauthorized duplication of software is a federal crime. Penalties include fines of as much as $250,000 and imprisonment up to five years. If you are aware of any illegal copying of software please inform Human Resources or Legal immediately.

### INTERNET ACCESS SERVICE POLICY

The Company will benefit if Internet access services are used in ways that will build overall system efficiencies, maximize the accessibility of the system, and minimize or eliminate unimportant or improper traffic over the systems. Therefore, the Company would like all users of its Internet / Intranet access service to adhere to certain standards of behavior as a means of achieving these goals. These standards apply to all Company employees, consultants, and business associates who use the Internet. The Company reserves the right to change, modify, discontinue, or amend any portion of this policy at any time.

The Company expects the highest levels of professionalism, courtesy and appropriate behavior from all employees. Please use common sense and good judgment, and adhere to the policies contained herein, when using the Internet access services provided by the Company. The same standards of professionalism apply when using the Company's Intranet capabilities. The actions listed below are some examples of behavior that are unacceptable when using the Company's Internet access services. Participation in any of these unacceptable behaviors may be grounds for disciplinary action, ranging from verbal or written warnings to termination or other measures as may be appropriate.

- Downloading or installing any unauthorized software.
- Using Company Internet access service for personal gain.
- Participation in chat rooms and Bulletin Boards.

TWPL00000139

- Unauthorized attempt to break into computer systems.
- Refusal to cooperate with a security investigation.
- Transmission of Company confidential or proprietary information to unauthorized destinations or recipients.
- Sending messages containing threatening or harassing messages.
- Copying, transmitting, or receiving copyrighted or licensed software in violation of license or copyright restrictions.
- Disclosing Company user account and or password information to unauthorized people.
- Any activity prohibited by Federal, State or Local laws.
- Any activity which disrupts computer systems or networks belonging to TWIPL or other entities.
- Any activity that may be deemed harassment.

**Internet e-mail is blocked from use at TWIPL.** Given our compliance regulations as an NYSE branch office, we cannot adequately monitor the content of internet e-mail and have therefore blocked its use entirely from our work systems.

## SUBSTANCE ABUSE POLICY

The Company is concerned about the unauthorized use of alcohol, illegal drugs or controlled substances as it affects the work place. Use of these substances whether on or off the job can adversely affect an employee's work performance, efficiency, safety and health and therefore seriously impair the employee's value to the Company. In addition, the use or possession of these substances on the job constitutes a potential danger to the welfare and safety of other employees and exposes the Company to the risks of property loss or damage or injury to other persons.

The following rules and standards of conduct apply to all employees either on Company property or during the workday (including meals and rest periods).

<u>Conduct Prohibited.</u> The following are strictly prohibited by TWIPL:

1. Possession, use, or being under the influence of alcohol or an illegal or controlled substance while on the job. This policy does not prohibit, however, the responsible use of alcohol at TWIPL meetings and events.

TWPL00000140

2.      Driving a vehicle under the influence of alcohol or an illegal or controlled substance while involved in TWIPL activities.

3.      Distribution, sale or purchase of an illegal or controlled substance while on the job.

Violation of this policy may result in immediate termination and the Company may also bring the matter to the attention of appropriate law enforcement authorities.  In order to enforce this policy, the Company reserves the right to conduct searches and to implement other measures necessary to deter and detect abuse of this policy.

The Company recognizes that employees may, from time to time, be prescribed legal or over-the-counter drugs that, when taken as prescribed or according to the manufacturer's instructions, may result in impairment. Employees may not work while impaired by the use of legal drugs if the impairment might endanger the employee or someone else, pose a risk of significant damage to the Company's property, or interfere with the employee's ability to perform his or her job.  If an employee is so impaired by the use of legal or over-the-counter drugs, he or she should not report to work.  The employee should contact Liz Crowley, Director of Human Resources or David Baylor, Chief Administrative Officer, to determine whether or not he or she qualifies for an unpaid leave of absence.

An employee's conviction on a charge of illegal sale or possession of any controlled substance while off Company property will not be tolerated because such conduct, even though off duty, reflects adversely on the Company.  In addition to reflecting adversely on the Company, the Company must keep people who sell controlled substances off it's premises in order to keep controlled substances off the premises.

## Alcohol and Drug Rehabilitation

The Company will encourage and assist employees with chemical dependencies (alcohol or drugs) to seek treatment and/or rehabilitation.  Employees desiring such assistance should request a treatment or rehabilitation leave.  TWIPL's support for treatment and rehabilitation does not obligate TWIPL to employ any person whose job performance is impaired because of drug or alcohol use, nor is TWIPL obligated to reemploy any person who has participated in treatment and/or rehabilitation if that person's job performance remains impaired as a result of dependency.  Additionally, employees who are given the opportunity to seek treatment and/or rehabilitation, fail to successfully overcome their dependency or problem and are involved in a second violation of this policy will not be given a second opportunity to seek treatment and/or rehabilitation.  This policy does not affect TWIPL's treatment of employees who violate the regulations described above.  Rather, rehabilitation is an option for an employee who acknowledges a chemical dependency and voluntarily seeks treatment to end that dependency.

## WORKPLACE VIOLENCE POLICY

We are strongly committed to providing a safe workplace. The purpose of this policy is to minimize the risk of personal injury to employees and damage to our property. We specifically discourage you from engaging in any physical confrontation with a violent or potentially violent individual. However, we do expect and encourage you to exercise reasonable judgment in identifying potentially dangerous situations and informing management accordingly.

### Prohibited Conduct

Threats, threatening language, or any other acts of aggression or violence made toward or by our employees WILL NOT BE TOLERATED. For purposes of this policy, a threat includes any verbal or physical harassment or abuse, attempts to intimidate or to instill fear in others, menacing gestures, bringing weapons to the workplace, stalking, or any other hostile, aggressive, injurious or destructive actions undertaken for the purpose of domination or intimidation.

### Procedures for Reporting a Threat

All potentially dangerous situations including threats by co-workers should be reported immediately to Liz Crowley at (415) 364-2540 or David Baylor at (415) 364-2507. Reports of threats may be made anonymously. All threats will be promptly investigated. No employee will be subject to retaliation, intimidation or discipline as a result of reporting a threat in good faith under this policy.

If an investigation confirms that threat of a violent act or violence itself has occurred, we will take appropriate corrective action with regard to the offending employee.

If you are the recipient of a threat made by an outside party, please follow the steps detailed in this section. It is important for us to be aware of any potential danger in our workplace. Indeed, we want to take every precaution to protect everyone from the threat of a violent act by an employee or anyone else.

## SAFETY

Your safety, and that of those who work with you, is one of our greatest concerns. With an alert safety attitude, you can help eliminate painful and costly accidents. Human Resources will inform you of any additional safety rules that apply to your particular job or work location. You can help by:

- Keeping work areas clean and clear.
- Reporting hazards or unsafe conditions to Human Resources.
- Reporting all injuries, however minor, to Human Resources immediately.
- Keeping aisles clear.
- Never perform a job that you feel is unsafe. Report it to Human Resources immediately.

## ACCIDENTS ON COMPANY PREMISES

Any accident that occurs on our premises be it that of a guest or of an employee should be reported immediately to Human Resources. For your own safety and the safety of our guests, please do not attempt to give medical aid to an injured guest or fellow employee unless you have been trained to do so. Seek the assistance of Human Resources and call the proper authorities if warranted. In addition, please remember that only Human Resources can answer questions about our liability to injured guests. Please direct those asking questions to Human Resources.

## DRIVING FOR COMPANY BUSINESS

From time to time, you may be required to drive as part of your job. For your own safety and the safety of others, if you are asked to drive on business, we require that you have a valid and current drivers license and that you carry legally mandated automobile insurance. Prior to beginning any business related travel you must notify your supervisor if you do not have a valid and current drivers license or automobile insurance so that your supervisor can make other travel arrangements. This policy does not apply to your regular commute to work.

## GENERAL STANDARDS OF CONDUCT

People working together need standards to guide their behavior so that everyone may work together efficiently. We want to take a constructive approach to employee relations so that you know what we expect, and so that

TWPL00000143

inappropriate behavior does not occur. This Handbook outlines policies and guidelines that we expect you to follow at all times during your employment.

While it is neither possible nor desirable to identify every possible infraction, employees must observe reasonable standards of conduct and may be disciplined when they do not. Some examples of misconduct include any form of dishonesty, disruption of the workplace, failure to comply with any Firm policy or practice, or any other form of conduct that does not serve the best interests of the Company or its employees.

Employee discipline generally will be in the form of oral warnings, written warnings, or, at our discretion, termination. However, we will deal with each case individually, and nothing in this Handbook should be construed as a promise of specific treatment in a given situation.

## YOUR REPORTING OBLIGATIONS

We regard our obligations to uphold our employment practices, our standards of conduct and our compliance regulations with the utmost seriousness. We will investigate any claims of misconduct, regulatory violations, or other wrongdoing.

### Reporting Misconduct, Regulatory Violations, or Other Wrongdoing

We obviously cannot prevent or address issues of inappropriate conduct unless we are aware that such conduct is occurring. You should promptly report any incident of misconduct, regulatory infraction, or wrongdoing, whether by an employee or a non-employee to David Baylor at (415) 364-2507 or Liz Crowley at (415) 364-2540. You may also send an email to any of them at dbaylor@tweisel.com or lcrowley@tweisel.com. They will insure that an investigation is immediately conducted.

### Investigation

Every complaint will be investigated as thoroughly and as promptly as possible. We will attempt to keep the investigation confidential to the extent possible. During the investigation we will generally:

- Interview the complainant and the alleged wrongdoer;
- Conduct further interviews as necessary;
- Review relevant records;

- Document our findings regarding the complaint;
- Document recommended follow-up actions and remedies if warranted; and
- Where appropriate, inform the complainant of our findings and the remedial action that will be taken.

## Discipline

If we determine that there was misconduct, regulatory violations or other wrongdoing, we will take appropriate disciplinary and/or remedial action. The appropriate discipline may include written or oral warnings, probation, suspension, reassignment, demotion, or termination. If the offending conduct is the act of a non-employee, we will take action designed to ensure that such conduct is not repeated. Notification may also be given to appropriate regulatory authorities.

## No Retaliation

We prohibit any form of retaliation against individuals who report misconduct, regulatory violations, or other wrongdoing. We also prohibit any form of retaliation against individuals who cooperate in the investigation of such reports. We will take appropriate disciplinary action for any such retaliation, up to and including discharge.

## IF YOU LEAVE US

As stated, employment with Thomas Weisel International Private Limited is on an "at-will" basis. You are free to terminate your employment at any time, with or without cause. Likewise, we are free to terminate your employment at any time, with or without cause. However, resigning employees are required to serve a notice period of one month so as to complete assigned duties and allow the organization to make alternative arrangements. The organization reserves the right to pay /recover salary in lieu of notice period/ adjust notice pay in lieu of notice period or agree to relieve an employee early. No leave will be provided during notice period. Any absence from work will be treated as Leave without Pay (LWP).

Any information created or used for business purposes during your employment is our property. Therefore information you wish to take with you, either in electronic or hard copy format, must be authorized for release by the Legal department or Human Resources. You must obtain express consent for each and every item you wish to copy or remove. We will use the Confidentiality Agreement as a guideline for determining what will be permissible to take from the Company. In some cases, we will require a reasonable period of time to review your

TWPL00000145

items and forward them. We additionally require you to return all equipment and property on or before your final day of employment.

We will conduct an exit interview on or prior to your last day of employment. During this exit interview, we will review important benefits information, compensation issues, and identify and review any confidential information you wish to remove from the Company.

## RETURN OF COMPANY PROPERTY

Any Company property issued to you such as keys, identification badge, samples, tools, computers, uniforms, documents etc. must be returned to us when your employment with us ends or whenever your supervisor requests it.

## CONFIDENTIALITY AND TRADE SECRETS

Employees are not permitted, either during or after the term of employment with the Company, in any fashion, form or manner, either directly or indirectly, unless expressly consented to in writing by the Company, use, divulge, disclose or communicate to any person or entity any confidential information of any kind, nature or description concerning any matters affecting or relating to the Company, or the Group's business. The definition of "confidential information" includes but is not limited to, computer processes, programs and codes; the names, addresses, buying habits or practices or any of the clients or customers; marketing methods, programs and related data, or other written records used in Company business; compensation paid to other employees and independent contractors and other terms of their employment or contractual relationships; or any other confidential information of, about or concerning the Company's business, manner of operations, or other data of any kind, nature or description. The above information and items are important, material and confidential trade secrets that affect the successful conduct of the Company's business and its good will, and any breach of any term of this section is a material violation of an employee and former employee's obligations to the Company. All equipment, notebooks, documents, memoranda, reports, files, samples, books, correspondence, lists or other written and graphic records, and the like, including tangible or intangible computer programs, records and data, affecting or relating to Company business, which an employee might prepare, use, construct, observe, posses or control, shall be and shall remain the Company's sole property.

As an employee, you agree that on or before your last day of your employment you will not remove confidential

TWPL00000146

information, whether physical or electronic without the express written permission of Human Resources.

## NO SOLICITATION OF CUSTOMERS, CLIENTS, AND PROSPECTIVE CLIENTS

Each employee is expected to acknowledge and agree that the employee will likely be exposed to a significant amount of confidential information concerning the Company's business methods, operations, customers, clients, and prospective clients while employed by the Company, that such information might be retained by the employee in tangible form or simply retained in the employee's memory, and that the protection of the Company's exclusive rights to such confidential information and trade secrets can best be ensured by means of a restriction on activities after termination of employment. Each employee agrees that all business procured by the employee while employed by the Company and all information about clients and prospective clients are the Company's property. Therefore, for a one-year period following employment termination (whether voluntary or involuntary and with or without cause), employees agree not to solicit, divert or initiate any contact with (or attempt to solicit, divert or initiate contact with) any customer or client of the Company for any commercial or business reason whatsoever.

## NO SOLICITATION OF EMPLOYEES

Each employee agrees that for the duration of employment by the Company and for 12 months after the cessation of any given employee's employment the former employee will not recruit, hire or attempt to recruit or hire, directly or by assisting others, any of the Company's employees with whom the prior employee had contact during his or her employment with the Company. For the purposes of this paragraph, "contact" means any interaction whatsoever between the other employee and the exiting employee during the employment period.

## A FEW CLOSING WORDS

This handbook is intended to give you a broad summary of things to know about us. The information in this handbook is general in nature and, should questions arise, Human Resources should be consulted for complete details. While we intend to continue the policies, rules and benefits described in this Handbook, we may change or vary from them from time to time. Please do not hesitate to speak to Human Resources if you have any questions.

TWPL00000147

# Thomas Weisel International Private Limited

# Employee Referral Policy

## Statement

At Thomas Weisel International Private Limited we believe that the employees and management are collectively responsible for building a competent team to achieve our business goals.

The employee referral policy enables the firm to leverage our employees' network for staffing open positions and building a team of high performers.

## Eligibility

This policy is applicable to all employees of Thomas Weisel International Private Limited

## Provisions

a.  Selection criteria and the hiring process for referred candidates will be the same as followed for candidates through other sources.

b.  The award payout is uniform, irrespective of the level of the referring employee.

c.  If a referred candidate is selected and joins the organization, the employee who had referred the candidate gets a monetary award subject to relevant tax deductions

| Position referred for | Analyst | Associate | Assistant |
|---|---|---|---|
| Gross Award(INR) | 35,000 | 20,000 | 10,000 |

d.  The payout is made through payroll.

## Guidelines

a.  Vacant positions along with specifications of the job, inviting referrals from employees are posted though email / notice boards/ word of mouth.

1

TWPL00000148

b. Employees wishing to refer candidate(s) must send the resume of such candidates by email to bthakkar@tweisel.com along with a note detailing three strengths and three weakness of the perspective candidate based on the proposed job for which the employee is making the referral.

c. If more than one employee refers the same candidate, the employee who submits the referral first, would receive the cash award.

d. Employees will be notified only about short listed candidates.

e. The award will be payable only when the referred candidate successfully completes probation period (3 months) in the organisation and/ or successfully completes required exams (certifications)

f. Award Payout = Respective level awards payout – Tax.

g. The referred and the referring employee must both be active employees when the payout is made.

2

TWPL00000149

# THOMAS WEISEL
# INTERNATIONAL PVT LTD

## EMPLOYEE BENEFITS SUMMARY

---

**Disclaimer:**

This benefit summary will serve as a guide to the benefits provided by Thomas Weisel International Pvt. Ltd. The information contained here is only a summary of the policy documents which are kept by the company. If there is a conflict in interpretation, terms & conditions of the policy will prevail.

1

TWPL00000150

## INTRODUCTION

Thomas Weisel International Pvt Ltd has taken Group Health Insurance (Mediclaim) and Group Personal Accident (GPA) Insurance from ICICI Lombard General Insurance Company Ltd.

This programme is administered by UnitedHealthcare India (UHCI), a Health Services Organization (HSO) who is responsible for ID cards, Cashless Hospitalisation, Claims Administration and Call Centre Services.

Marsh India is the exclusive insurance broker to the benefits programme for Thomas Weisel International Pvt Ltd.

## PARTICIPANTS TO THE PROGRAMME

|  | Group Mediclaim Policy | Group Personal Accident Policy |
|---|---|---|
| Policy Start Date | Nov 4th 2005 | Nov 4th 2005 |
| Policy Expiry Date | Nov 3rd 2006 | Nov 3rd 2006 |
| Insurance Company | ICICI Lombard General Insurance Company Ltd. | ICICI Lombard General Insurance Company Ltd. |
| HSO | UnitedHealthcare India | UnitedHealthcare India |
| HSO Contact | Customer Service | Customer Service |
| HSO Tel No | Direct : 022-5666-0990 Toll Free (BSNL landline) 1-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 | Direct : 022-5666-0990 Toll Free (BSNL landline) 1-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 |
| HSO email | customerservice@uhcindia.com | customerservice@uhcindia.com |
| Marsh India Contact |  |  |
| Client Manager 1 | Ritu Agarwal | Ritu Agarwal |
| Client Manager 2 | Samta Narvekar | Samta Narvekar |
| Marsh India Tel No | 91 22 5651 2900 | 91 22 5651 2900 |

2

CONFIDENTIAL

TWPL00000151

## GROUP MEDICLAIM INSURANCE

The cover commences from Nov 4th 2005 for all existing employees and dependents. For all new joinees and their dependents, the insurance cover will be extended as and when they join and terminate on Nov 3rd, 2006. The total Sum Insured is Rs.500,000 per family (please check your eligibility with HR).

The standard hospitalisation is a family cover for 1+5 dependents. For the purpose of this cover dependents include any five members - spouse, children and dependent parents. Reimbursement of expenses related to,

a)  Room and Boarding Expenses as incurred at the Hospital/Nursing Home;

b)  Nursing Expenses;

c)  Fee paid to Medical Practitioner, Surgeon, Anaesthetics, Consultants and Specialist

d)  Anaesthesia, Blood, Oxygen, Operation Theatre Charges, Surgical Appliances, Medicines & drugs, Diagnostic Materials and X – Ray, Dialysis, Chemotherapy, Radiotherapy, Cost of Pacemaker, Artificial Limbs & Cost of Organs and similar expenses; and /or

e)  Pre Hospitalisation and Post Hospitalisation expenses, wherever applicable

The expenses shall be reimbursed provided they are incurred in India and within the policy period. Expenses will be reimbursed to the covered member depending on the level of cover that he/she is entitled to.

In addition to the standard hospitalisation cover, additional benefits include:

- Maternity cover for employees and their eligible dependants (see details below)

- Family Floater cover for 1+5 dependents, which offers flexibility of having the total amount used by any of the eligible members

- Coverage for pre-existing ailments i.e. diseases existing prior to the issue of insurance policy such as diabetes, hypertension etc.

- Waiver of the first thirty days waiting period required for any insurance claim

- Coverage for treatment which falls under the first year exclusions category of the insurance policy

- Waiver of the nine month waiting period for any maternity claim

- Cover for baby from Day 1(provided enrolment happens within 30 days from date of birth)

- Baby's expense during maternity

3

CONFIDENTIAL

TWPL00000152

- Day Care Surgeries – All medical expenses arising from the treatment, which requires less than 24 hrs hospitalisation for any other undefined day care procedure (check with your HSO for the list) based on nature of treatment and usage of facilities of the hospitalisation

- Ambulance costs for emergency transportation – Maximum Rs. 1,500 per hospitalisation

- Pre hospitalisation claim of relevant medical expenses incurred during period up to 30 days before hospitalisation on disease/illness/injury sustained

- Post hospitalisation claim of relevant medical expenses incurred during period up to 60 days after hospitalisation on disease/illness/injury sustained

- Outpatient cover up to INR 15,000 per family

  - Primary physician's consultation fees
  - Specialist's consultation fees
  - Cost of prescription medication
  - Diagnostic tests like x-rays, CT & MRI scans, sonography, pathology tests, etc. as prescribed by your Physician/Specialist.
  - Dental expenses
  - Vision expenses
  - Vaccinations

- Dental cover (within the total outpatient limit of INR 15,000)
  - Dental treatment: (preservative or surgical treatment)
  - Dental prosthesis: (crowns, crowns with post partial denture, inlays, onlays, removable or fixed prosthesis, implants)
  - Orthodontics
  - Major dental restoration
  - Routine dental restoration
  - Examinations including x-rays, biopsy tests
  - Root canal treatment
  - Extraction of tumor, fracture of jaw, space maintainers, implantation etc.

- Vision cover (within the total outpatient limit of INR 15,000)
  - Consultants fees
  - Cost of minor procedures
  - Spectacle lenses ( not frames) limited to one pair per person and per year
  - Contact lenses and corneal lenses limited to one prescription (1 set) per person and per year.

4

MARSH INDIA PRIVATE LIMITED

CONFIDENTIAL

## MATERNITY EXPENSES BENEFITS

The maximum benefit allowable will be Rs. 50,000/- within the Sum Insured, max up to 2 children.  There are special conditions applicable to the Maternity Expenses Benefits as below:

- a) These benefits are admissible only if the expenses are incurred in Hospital/Nursing Home as in-patients in India.

- b) Claim in respect of delivery for only first two children and/or operations associated therewith will be considered in respect of any one Insured Person covered under the Policy or any renewal thereof. Those Insured Persons who already have two or more living children will not be eligible for this benefit.

- c) Expenses incurred in connection with voluntary medical termination of pregnancy during the first 12 weeks from the date of conception are **not covered**.

## EXCLUSIONS UNDER THE GROUP MEDICLAIM INSURANCE

Oriental Insurance company shall not be liable to make any payment under this policy in respect of any expenses incurred by any covered member in connection with or in respect of:

- a) Diseases, illness, accident or injuries directly or indirectly caused by or arising from or attributable to war, invasion, act of foreign enemy, war like operations (whether war be declared or not).

- b) Circumcision whether or not necessitated by vaccination or inoculation or change of life or cosmetic or aesthetic treatment of any description, plastic surgery unless necessary for treatment of a disease not excluded by the terms of the policy or as may be necessitated due to treatment of an accident.

- c) Convalescence, general debility, run-down condition or rest cure, congenital external disease or defects or anomalies, sterility, venereal disease, intentional self-injury (whether arising from an attempt to suicide or otherwise) and use of intoxicating drugs and/or alcohol.

- d) All expenses arising out of any condition directly or indirectly caused to or associated with Acquired  Immuno Deficiency Syndrome (AIDS) whether or not arising out of HIV, Human T-Cell Lymphotropic Virus Type III (HTLV –III) or Lymphadinopathy Associated Virus (LAV) or the Mutants Derivative or Variations Deficiency Syndrome or any Syndrome or condition of a similar kind.

- e) Venereal diseases

- f) Diseases, illness, accident or injuries directly or indirectly caused by or contributed to by nuclear weapons/materials or contributed to by or arising

5

TWPL00000154

from ionising radiation or contamination by radioactivity by any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel.

g)   Naturopathy

h)   Any non-medical expenses like registration fees, admission fees, charges for medical records, cafeteria charges, telephone charges, etc

i)   Cost of hearing aids

j)   Any cosmetic or plastic surgery except for correction of injury

k)   Expenses on vitamins and tonics unless forming part of treatment for injury or disease as certified by the attending Medical Practitioner.

l)   Infertility treatment

m)  Voluntary termination of pregnancy during first 12 weeks (MTP) from the date of conception

6

CONFIDENTIAL

TWPL00000155

## GROUP PERSONAL ACCIDENT INSURANCE

All employees will be provided with a Personal Accident insurance policy through ICICI Lombard General Insurance Company Ltd. based on company rules (you may contact your HR for further details).

This insurance provides compensation to the insured person or his legal personal representative, if the insured person suffers death or disablement due to an accident.

The cover is worldwide but payment of claim can only be made in India and in Indian Rupees

**The compensation is payable as under**

| | | |
|---|---|---|
| 1. | Death | 100% of Capital Sum Insured |
| 2. | Loss of both eyes OR 2 limbs OR 1 limb and 1 eye | 100% of Capital Sum Insured |
| 3. | Loss of one eye OR 1 limb | 50% of Capital Sum Insured |
| 4. | Permanent Total Disablement from injuries other than those named above | 100% of Capital Sum Insured |
| 5. | Permanent Partial Disablement | 1% to 75% of Capital Sum Insured (as the case maybe) |
| 6. | Temporary Total Disablement | 1 % of the Capital sum Insured for a maximum of 100 weeks And maximum weekly benefit not exceeding Rs. 5000 |
| 7. | Medical expenses | Up to 25 % of Capital Sum Insured |

**EXCLUSIONS UNDER PERSONAL ACCIDENT INSURANCE**

The policy does not cover death injury or disablement resulting from:

1. Service on duty with any armed force
2. Intentional self injury, suicide or attempted suicide
3. Insanity
4. Venereal disease
5. AIDS
6. Influence of intoxicating drink or drugs

7

CONFIDENTIAL

TWPL00000156

7. Aviation other than as a passenger (fare paying or otherwise) in any duly licensed standard type of aircraft any where in the world

8. Nuclear radiation or nuclear weapons material

9. Any consequence of war, invasion, act of foreign enemy, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, mutiny, military, or usurped power, seizure, capture, arrest,, restraint, detainment's of all kings, princes, and people of whatever nation, conditions and qualities so ever

10. Childbirth, pregnancy or other physical causes peculiar to the female sex

11. While committing any breach of law with criminal intent

8

TWPL00000157

## 12 Tips for an Ergonomic Workstation



| | |
|---|---|
| 1.  sit back | 7.  wrists flat and straight |
| 2.  top of monitor 2-3" above eyes | 8.  arms and elbows close to body |
| 3.  no glare on screen | 9.  center monitor and keyboard in front of you |
| 4.  sit at arms length | 10.  use a negative tilt keyboard tray |
| 5.  feet on floor or footrest | 11.  use a stable work surface |
| 6.  use a document holder | 12.  take frequent short breaks |

**Cornell University Ergonomics Web**

TWPL00000158



**Thomas Weisel Partners**

MERCHANT BANKING

**Memorandum**

Date:     May 26, 2005

To:        The Firm

From:     Legal and Compliance

Re:        Gift and Business Entertainment Policies and Procedures

---

The firm is continuing to review its policies and procedures relating to gifts and business entertainment. As a result of this review, we have determined to further modify and enhance those policies and procedures, and we anticipate making additional enhancements in the future as necessary and appropriate.

**1.      Gift Policies and Procedures.**

Existing NYSE and NASD rules forbid a member or any person associated with a member from giving gifts and gratuities related to the firm's business from a member or any person associated with a member to any entity or person in excess of $100 per year. In the event that you wish to give a gift or gratuity to any person or firm in connection with TWP's business, you must make a written request for approval to your supervisor and the Compliance Department. Your request for approval must identify, at a minimum, who at TWP is proposing to confer the gift, the proposed recipient, the employer of the proposed recipient, the date of the proposed gift, a description of the proposed gift, the total cost of the proposed gift, and the occasion for the proposed gift (*i.e.* to commemorate attendance at a TWP event). TWP employees are prohibited from conferring any such gift or gratuity without prior written approval from a supervisor and the Compliance Department. Supervisors and Compliance must consider the appropriateness of the gift in light of existing regulation, and Compliance must check against existing records of gifts to any person or firm to ensure that an otherwise appropriate gift, when combined with any other gift given to that person or firm, does not exceed the designated annual levels.*

Where written permission to give a gift has been granted, the TWP employee giving the gift is responsible for sending a record and an original receipt if and when the gift is

---

* In the event that a person or entity receives more than one gift in a particular year, the aggregate amount of such gifts cannot exceed $100. Thus, a gift that does not exceed $100 may still violate SRO rules when considering other gifts to that same person or entity. In addition, gifts to a single person or entity from TWP or any of its employees must be considered in the aggregate whether or not they were conferred by the same or different people at the firm.

TWPL00000159

actually conferred (original receipt should always go to Accounting, duplicate should always go to Compliance). When the gift is given, the employee must, as soon as reasonably practicable, send an e-mail to "Gifts and Business Entertainment" indicating who at TWP conferred the gift, the recipient, the employer of the recipient, the date of the gift, a description of the gift, the total cost of the gift, and the occasion for the gift (*i.e.* to commemorate attendance at a TWP event).

For purposes of clarity, any tickets to a sporting, entertainment or other event that is not an event approved pursuant to the procedures described below in "**Business Entertainment**" and that is not attended by TWP personnel is considered a gift, subject to the $100 limitation and the above procedures.

Please be advised that these gift policies and procedures apply to gifts that are related to the firm's business whether or not reimbursement is sought from the firm. Merely because a gift is unreimbursed does not mean that it is unrelated to the firm's business. The firm will consider, among other things, the occasion of the gift (for example, for a wedding or birthday), the nature of the relationship (sibling, longstanding friendship, etc.), and the nature of the gift, in determining whether the gift is in relation to its business and appropriate.

The Director of Compliance shall retain records relating to gifts (including, without limitation, requests for approval, approvals and receipts) for at least three years, the first two in a readily accessible place. All information provided by employees in connection with these requirements must be complete and accurate.

2.    **Business Entertainment**

Each TWP employee must obtain prior written consent from his or her supervisor for business entertainment that is expected to exceed $500 per person or $2,000 in the aggregate. In addition, any expenses over $5000 must be pre-approved by David Baylor. Business entertainment must have a specific business purpose in furtherance of TWP existing or potential business. Further, business entertainment must not be so frequent or excessive as to raise a question of propriety. With these policies in mind, all business entertainment must be conducted pursuant to the following requirements:

- TWP will not pay for the air transportation of any non-TWP individual.

- TWP will not pay for the lodging of any non-TWP individual at a TWP event. This includes, among other things, conferences, trips, sporting events, cultural events, theatre events, concerts, dinners, outings, and any other function attended by TWP and non-TWP individuals in connection with business entertainment. In the event that communal lodging is shared by more than one person, or by TWP and non-TWP individuals, a reasonable allocation of the cost shall be made to the non-TWP individual(s) for purposes of reimbursement.

- TWP personnel must attend any business entertainment event that is attended by non-TWP individuals. In addition, there must be sufficient personal interaction and discussion with the non-TWP individuals to further TWP's business purpose for the event. Any purchase of tickets at

TWPL00000160

a price greater than their stated value must be approved in advance and in writing by your supervisor.

- Any entertainment that is out of the ordinary course of entertaining – entertainment other than a typical meal, cultural or sporting event, round of golf, etc. – must be approved in advance by your supervisor. If you have any questions about whether the entertainment is of this type, check in advance with your supervisor or the Compliance Department.

Any exceptions to any of the above requirements must be approved by your supervisor and David Baylor.

Attached to this memorandum is a revised Travel and Entertainment Expense reimbursement form that will increase the firm's ability to track and evaluate all such expenses. The revised Travel and Entertainment Expense reimbursement form and a current copy of the TWP Gift and Business Entertainment Policies and Procedures can also be found on the Y-Drive. No expenses will be reimbursed unless the form is completed in its entirety, including a listing of all participants in the event (TWP and non-TWP) and their employers.

The Director of Compliance shall retain records relating to business entertainment (including, without limitation, requests for approval, approvals and receipts) for at least three years, the first two in a readily accessible place. All information provided by employees in connection with these requirements must be complete and accurate.

3.    **Charitable Donations**

TWP has established a committee to consider requests for charitable donations (the "Charitable Contributions Committee"). The Charitable Contributions Committee consists of David Baylor, Chief Administrative Officer, Blake Jorgensen, Co-Head of Investment Banking, and Bob West, Chief Financial Officer. Employees are required to obtain prior written approval from the Charities Committee for all charitable donations made by TWP or on its behalf. The Charities Committee shall adopt policies and procedures that are reasonably designed to achieve compliance with applicable laws and rules, including, without limitation, NYSE Rule 350 and NASD Rule 3060. These policies and procedures shall include, among other things, prohibitions on charitable donations that are conditioned on a particular transaction or level of business, prohibitions on charitable donations to organizations that are not IRS-approved, and prohibitions on charitable donations that might confer a material benefit on a person who has an actual or potential business relationship with the firm, or who may direct or refer business to the firm. This might be the case, for example, when the firm is asked to give to a charitable organization that has close ties to the person who solicited the charitable donation, or when the firm is asked to give to a charitable organization that confers some benefit on the person who solicited the charitable donation.

The Director of Compliance shall retain records relating to charitable donations (including, without limitation, requests for committee approvals, committee approvals and receipts) for at least three years, the first two in a readily accessible place. All information provided by employees in connection with these requirements must be complete and accurate.

4.    **Sponsorship of Industry Events**

TWP has established a committee to consider requests to sponsor industry events (the "Industry Events Committee"). The Industry Events Committee shall consist of at least three members. The Industry Events Committee shall meet on an "as needed" basis, which shall be no less than two times per year. The Industry Events Committee currently consists of David Baylor, Chief Administrative Officer, Blake Jorgensen, Co-Head of Investment Banking, and Bob West, Chief Financial Officer. Employees are required to obtain prior written approval from the Industry Events Committee for any TWP sponsorship of an industry event. The Industry Events Committee shall adopt policies and procedures that are reasonably designed to achieve compliance with applicable laws and rules, including, without limitation, NYSE Rule 350 and NASD Rule 3060. These policies and procedures shall include, among other things, prohibitions on sponsorships that are conditioned on a particular transaction or level of business, and prohibitions on sponsorships that might confer a material benefit on a person who has an actual or potential business relationship with the firm, or who may direct or refer business to the firm. This might be the case, for example, when the firm is asked to sponsor an industry event that has close ties to the person who solicited the sponsorship, or when the firm is asked to sponsor an industry event that confers some benefit on the person who solicited the sponsorship.

The Director of Compliance shall retain records relating to the sponsorship of industry events (including, without limitation, requests for committee approvals, committee approvals and receipts) for at least three years, the first two in a readily accessible place. All information provided by employees in connection with these requirements must be complete and accurate.

TWPL00000162



# Thomas Weisel International

### PRIVATE LIMITED

**Memorandum**

    To:    New Employee

    From:   Bijal Thakkar (Ext. 4532)

    Re:    New Hire Paperwork

---

Welcome to Thomas Weisel International Private Limited. Enclosed is your new hire paperwork. Please fill it out in its entirety and return to me as soon as possible. **You will not receive a paycheck until I have your paperwork signed and returned.**

A few notes to help you through the paperwork:

**Employee Handbook:** The Thomas Weisel International Private Limited employee handbook can be found in Section I of the new hire binder. Please take some time to read through the handbook and familiarize yourself with our policies. Once you have read through it, please sign the acknowledgement and return this sheet with the rest of your paperwork.

**Benefits:** Thomas Weisel International Private Limited has set up a quality healthcare plan for employees and their dependants. There is no cost to you to enroll yourself and your dependants in the healthcare plan, but you must enroll within 15 days from your first date of employment. Please submit the completed enrollment form to Bijal Thakkar.

**Resume:** Please email me your resume to ensure we have a copy for our files.

**Payroll Direct Deposit:** All employees must open a salary account at HDFC. Your monthly salary amount will be deposited directly to this account. The account enrollment form is enclosed.

**General Note on Policies:** It is important to note that Thomas Weisel International Private Limited, while and independent firm in India, it is also considered an NYSE branch office of Thomas Weisel Partners LLC, a U.S. broker dealer. As employees in a branch office of a U.S. broker dealer, all compliance related policies of Thomas Weisel Partners LLC, are also applicable to the employees of Thomas Weisel International Private Limited. Therefore you must read, sign an acknowledgement of receipt and abide by each of the Thomas Weisel Partners LLC policies in your new hire binder.

TWPL00000163

**Anti-Harassment Policy:**  Please carefully read this policy and familiarize yourself with the appropriate procedures to take should an uncomfortable situation arise. Once you have read through it, please sign and return the form with your other paperwork.

**Compliance Policy:** Read this in its entirety. If you are part of a partnership, be sure to include that information on the disclosure forms in the appropriate area. Be sure to initial each page and sign the last page. For questions, please contact Sumer Aulakh, (saulakh@tweisel.com)

**Employee Trading Policy:** Please be sure to read this thoroughly. If you have **any** outside accounts, you **must** fill out the 407 letter and turn it in to Bijal Thakkar, who will send it on to San Francisco Compliance. This must be done within the first week of employment. Questions about the employee trading policy should be directed to Sumer Aulakh (saulakh@tweisel.com)

**Fingerprints:**  Every employee, regardless of position, must be fingerprinted. Three sets of fingerprints must be taken.  Bijal Thakkar will take your fingerprints.  This must be done within your first week of employment.

**Payday** is the last day of every month. Should these days fall on a weekend, you will be paid the Friday before.

Please be sure to read through the entirety of this binder.

If you have any questions, please call me at Ext. 4532, email me at bthakkar@tweisel.com, or just stop by my desk. Thank you for completing this in a timely manner.

2

TWPL00000164

# THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED
## NEW EMPLOYEE INFORMATION

Name: _____

      Last          First          Middle

PAN : _____     Birth Date:_____

CTC $ _____     Start Date:_____

Position:_____     Supervisor:_____

**Department:**
☐ Corporate Finance ☐ Private Equity ☐ M & A ☐ PCD

☐ Asset Mgmt. ☐ Administration ☐ IT ☐ Research

☐ Accounting ☐ Operations ☐ Inst. Brokerage/Sales

☐ **Mumbai Research**

| **Home Address: (Physical)** | **Home Address: (Mailing)** |
|---|---|
| Street: | Street: |
| City/State/Zip | City/State/Zip |

| Home Phone # | Car Phone # |
|---|---|
| Work Phone # | Pager Number # |
| Mobile Phone # | External email: |

1

TWPL00000165

# NEW EMPLOYEE INFORMATION

Gender (circle one):          Male          Female

Marital Status:               Single          Married

**EDUCATION**

|  | Schools Attended | Location | Courses or Specialty | Degree(s) Received | Year Graduated |
|---|---|---|---|---|---|
| College |  |  |  |  |  |
| Advanced Degrees |  |  |  |  |  |

**FAMILY INFORMATION:**

| Spouse's Name | Spouse's Birth Date |  |
|---|---|---|
|  |  |  |

| Children's Names | Gender | Children's Birth Date | Children's SSN |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**EMERGENCY CONTACT INFORMATION:**

|  | In Town Contact | Out of Town Contact |
|---|---|---|
| Full Name: |  |  |
| Relationship: |  |  |
| Home Phone: |  |  |
| Work Phone: |  |  |
| Cell Phone: |  |  |

2

TWPL00000166

# Employment Verification Form –
## Thomas Weisel International Private Limited

| Applicant No/ Employee ID | Location | Date of Joining/Interview |
|---|---|---|
| | | |

**Please provide complete and correct information. All fields are mandatory.**

**Please do not use short forms / abbreviations.**

| Personal Details | | |
|---|---|---|
| **Full Name (First, Middle, Last)** | | (3) Passport sized color photographs |
| Former Name(s) / Maiden Name (if applicable) | Gender: ☐ Male   ☐ Female | |
| Date of Birth (dd/mm/yy) | Social Security Number (if applicable) | |
| Father's Name | Former Name/Maiden Name (if applicable) | |
| Current  Address | Period of Stay From (mm/yy)   To: (mm/yy) | |
| Prominent Landmark | Contact Number | |

TWPL00000167

## Education Qualification

**Educational Record  - Graduate Degree**
**(Please attach copy of degree certificate and final year mark sheet for this)**

| College Name | |
|---|---|
| College Address | |
| University Name and Address | |

| From - To (month / year) | Graduated<br>☐  Yes<br>☐  No | Program<br>☐  Full Time<br>☐  Part Time | Roll No /<br>Enrollment No. |
|---|---|---|---|
| Type of degree | | Graduation date (month / year) | Subject Major |

**Copy of the Certificate Attached**     ☐ Yes        ☐ No

**SSN No. (mandatory if studied in USA or Canada):**

---

**Educational Record  - Post Graduate Degree**
**(Please attach copy of degree certificate and final year mark sheet for this)**

| College Name | |
|---|---|
| College Address | |
| University Name and Address | |

| From - To (month / year) | Graduated<br>☐  Yes<br>☐  No | Program<br>☐  Full Time<br>☐  Part Time | Roll No /<br>Enrollment No. |
|---|---|---|---|
| Type of degree | | Graduation date (month / year) | Subject Major |

**Copy of the Certificate Attached**     ☐ Yes        ☐ No

**SSN No. (mandatory if studied in USA or Canada):**

TWPL00000168

**Professional Certification**
**(Please attach copy of the certificate and final year mark sheet for this)**

| | |
|---|---|
| Institute Name | |
| Institute Address | |
| Institute Name and Address | |

| From - To (month / year) | Graduated<br>☐ Yes<br>☐ No | Program<br>☐ Full Time<br>☐ Part Time | Roll No / Enrollment No. |
|---|---|---|---|
| Type of degree | | Graduation date (month / year) | Subject Major |

**Copy of the Certificate Attached**      ☐ Yes        ☐ No

**SSN No. (mandatory if studied in USA or Canada):**

TWPL00000169

## Employment Section

### Please give details of all previous employers covering last Seven Years

Ensure that you are descriptive wherever necessary – e.g. If Co. is closed, do mention it. Employee Code/ ID/ Number are <u>mandatory</u>. If your last employer did not provide one, please mention and state reasons for the same.

| Details of Current Employer | | |
|---|---|---|
| Company Name (1) : | Position Held & Department | |
| Address (main office and branch where worked): | Telephone: | |
| Employment Period: (date, month, year)<br>From                    To | Employee Code/<br>Personnel No: | Name of Reporting<br>Manager |
| Designation & Department of Reporting Manager | Contact No of Reporting<br>Manager: | Email ID of Reporting<br>Manager: |
| Whether employment is of permanent or temporary nature -  ☐  Permanent  ☐ Temporary | | |
| Agency Details (if temporary or contractual) | | |
| Remunerations | Reason(s) for Leaving | |
| Can a reference be taken now?  Yes / No.<br><br>If no, when can it be taken? | | |

*Page 4 of 7*

TWPL00000170

**Details of Previous Employers (Covering last Seven Years)**

**Please attach a copy of your relieving letter/service certificate for this**

| Company Name (2) : | Position Held & Department |
|---|---|
| Address (main office and branch where worked): | Telephone: |

| Employment Period: (date, month, year)<br>From          To | Employee Code: | Name of Reporting Manager |
|---|---|---|
| Designation & Department of Reporting Manager | Contact No of Reporting Manager: | Email ID of Reporting Manager: |

| Whether employment is of permanent or temporary nature - ☐ Permanent  ☐ Temporary |
|---|

| Agency Details (if temporary or contractual) |
|---|

| Remunerations | Reason(s) for Leaving |
|---|---|

**Details of Previous Employers (Covering last Seven Years)**

**Please attach a copy of your relieving letter/service certificate for this**

| Company Name (3) : | Position Held & Department |
|---|---|
| Address (main office and branch where worked): | Telephone: |

| Employment Period: (date, month, year)<br>From          To | Contact No of Reporting Manager: | Email ID of Reporting Manager: |
|---|---|---|
| Designation & Department of Reporting Manager | Contact No: | Email ID: |

| Whether employment is of permanent or temporary nature - ☐ Permanent  ☐ Temporary |
|---|

| Agency Details (if temporary or contractual) |
|---|

| Remunerations | Reason(s) for Leaving |
|---|---|

**Note: Please add more boxes if required to cover employment period of last 7 years**

*Page 5 of 7*

TWPL00000171