# EXHIBIT G-6




## ACKNOWLEDGEMENT OF RECEIPT OF EMPLOYEE HANDBOOK AND AGREEMENT TO EMPLOYMENT AT WILL, CONFIDENTIALITY, NON-SOLICITATION, AND AGREEMENT TO ARBITRATE

I received a copy of the Thomas Weisel International Private Limited (the Company) Employee Handbook in paper copy I agree to read the Handbook and to comply with all of the Company's various policies and practices. In addition, in consideration for my continued employment, I agree to the following:

<u>Acknowledgement of Receipt of Handbook and Employment-At-Will</u>
I understand that the Employee Handbook is not intended to in any way create a contract of employment, either express or implied. Rather, I understand that employment at the Company is at-will and that the Company and I each have the right to end our employment relationship for any reason at any time, with or without cause.

I also understand that any rules, policies and benefits described in the Employee Handbook may be modified by the Company from time to time, except for the policy of employment-at-will, and that any change to at-will employment can only be made in writing, signed by Mark Fisher on behalf of the Company.

<u>Confidentiality and Trade Secrets</u>
I will not at any time, either during or after the term of my employment with the Company, in any fashion, form or manner, either directly or indirectly, unless expressly consented to in writing by the Company, use, divulge, disclose or communicate to any person or entity any confidential information of any kind, nature or description concerning any matters affecting or relating to TWIPL's business. The definition of "confidential information" is very broad. It includes but is not limited to, computer processes, programs and codes; the names, addresses, buying habits or practices or any Company clients or customers; marketing methods, programs and related data, or other written records used in Company business; compensation paid to other employees and independent contractors and other terms of their employment or contractual relationships; or any other confidential information of, about or concerning TWIPL business, manner of operations, or other data of any kind, nature or description. I understand the above information and items are important, material and confidential trade secrets that affect the successful conduct of Company business and its good will, and that any breach of any term of this section is a material breach of this agreement. All equipment, notebooks, documents, memoranda, reports, files, samples, books, correspondence, lists or other written and graphic records, and the like, including tangible or intangible computer programs, records and data, affecting or relating to Company business, which I might prepare, use, construct, observe, posses or control, shall be and shall remain the Company's sole property.

I agree that on or before the last day of my employment I will not remove confidential information, whether physical or electronic without the express written permission of Human Resources.

<u>No Solicitation of Customers, Clients, and Prospective Clients</u>
I hereby acknowledge and agree that I will likely be exposed to a significant amount of confidential information concerning the Company's business methods, operations, customers, clients, and prospective clients while employed by the Company, that such information might be retained by me in tangible form or simply retained in my memory, and that the protection of the Company's exclusive rights to such confidential information and trade secrets can best be ensured by means of a restriction on my activities after termination of employment. I agree that all business procured by me while I am employed by the Company and all information about clients and prospective clients are the Company's property. Therefore, for a one-year period following employment termination (whether voluntary or involuntary and with or without cause), I will not solicit, divert or initiate any contact with (or attempt to solicit, divert or initiate contact with) any customer or client of the Company for any commercial or business reason whatsoever.

TWPL00000913



## No Solicitation of Employees

I agree that for as long as I am employed by the Company and for 12 months after the cessation of my employment I will not recruit, hire or attempt to recruit or hire, directly or by assisting others, any of the Company's employees with whom I had contact during my employment with the Company. For the purposes of this paragraph, "contact" means any interaction whatsoever between the other employee and me.

## Arbitration

To ensure rapid and economical resolution of any and all disputes, directly or indirectly arising out of, or in any way connected with my employment with Thomas Weisel International Private Limited (the Company) or the termination of that employment, (collectively the "arbitrable claims"), Thomas Weisel International Private Limited and I each agree that any and all such disputes whether of law or fact of any nature whatsoever, shall be resolved by final and binding arbitration under the procedures of the National Association of Securities Dealers, Inc. and/or the New York Stock Exchange, Inc., which procedures will be provided upon your request. In the event that the NASD or NYSE are unable or unwilling to address the concerns of any party in arbitration, the parties will use a neutral arbitrator or panel from JAMS/Endispute. The Arbitrable Claims shall include, but not be limited to any and all such claims related to salary, bonuses, commissions, stock, stock options, or any other ownership interests in Thomas Weisel Partners LLC, vacation pay fringe benefits, expense reimbursements, severance benefits, or any other form of compensation, claims pursuant to any federal, state or local law or cause of action including, but not limited to the Federal Civil Rights Act of 1964 as amended, the federal Age Discrimination in Employment Act of 1967, as amended ("ADEA"), the federal Americans with Disabilities Act of 1990; the California Fair Employment and Housing Act, or any other similar state law, as amended, tort law, contract law, wrongful discharge, discrimination, fraud, defamation, emotional distress, and all rights we may otherwise have to resolve such Arbitrable Claims by jury trial, by a court, or in any forum other than arbitration, are hereby expressly waived. The arbitrator shall ensure that the parties are able to conduct adequate discovery in order to establish the claims and defenses of the parties and the arbitrator shall have authority to award such damages and remedies, including attorney's fees, available under the applicable statute governing the claim. In addition, the arbitrator shall issue a written decision that states the rationale for the decision and the award, if any. Thomas Weisel International Private Limited will pay all arbitration fees for any claims brought by an employee against Thomas Weisel International Private Limited in arbitration, except that I will be required to pay an initial filing fee that does not exceed the applicable court filing fee.

## Agreement

You agree to abide by the terms and practices set forth the in the Thomas Weisel International Private Limited Employee Handbook, including but not limited to all employment policies, standards of conduct, employment-at-will, confidentiality, non-solicitation, and arbitration by signing below.

29 / June / 07
Date

*Charanjit Singh*
Signature

CHARANJIT SINGH
Print Name



**PERSONAL DATA**

1. Have you ever been suspended, expelled or otherwise disciplined by any regulatory body or by any such exchange or association; or ever been refused membership therein; or ever withdrawn your application for such a membership?
   Yes (No) (circle one)

2. Have you ever been associated with any organization, as a director, controlling stockholder, partner, officer, employee or other representative of a broker-dealer which has been, or a principal of which has been suspended or expelled from any such exchange or registered association, or was refused membership therein, or withdrew an application for membership; or whose registration as a broker-dealer with the S.E.C. or any state agency has been denied, suspended, or revoked?
   Yes (No) (circle one)

3. Are you now subject to an order of the N.A.S.D any national securities exchange or the S.E.C. which revokes, suspends, or denies membership or registration?
   Yes (No) (circle one)

4. Have you been named as a "cause" in any action mentioned in the preceding questions taken with respect to a broker-trader?
   Yes (No) (circle one)

5. Have you ever been permanently or temporarily enjoined by an order, judgement or decree from acting as, or being affiliated or employed with an underwriter broker, dealer, investment bank, insurance company or in any connection with the purchase or sales of any securities commodity?
   Yes (No) (circle one)

6. Have you ever been a principal or employee of any corporation, firm, or association which has enjoined temporarily or otherwise from selling or dealing in securities or commodities or functioning as an investment advisor?
   Yes (No) (circle one)

7. Are you now or have you ever been subject to an order of the S.E.C. or any other regulatory agencies or associations which bars or suspends you from becoming associated with a broker-dealer?
   Yes (No) (circle one)

8. Are you now or have you ever been aware of a written customer complaint lodged against you for work you performed in the securities industry? If YES, provide details as to the circumstances on the reverse side of this sheet.
   Yes (No) (circle one)

9. If hired, do you plan to engage in, or to be employed by, any other business or business organization?
   Yes (No) (circle one)

10. Have you ever been arrested or convicted of a felony of any kind or of any misdemeanor (except minor traffic offenses)? A conviction will not necessarily disqualify you for the job. If yes, please explain in detail.
    Yes (No) (circle one)

11. Can you, after employment, submit verification of both your identity and authorization to work in the U.S. pursuant to the Immigration Reform Act of 1986 and related issues? **NA if not working in a U.S. office.**
    Yes  No  (circle one)

12. What banks or brokerage firms do you have securities accounts with?

    *None*

*Thomas Weisel Partners LLC is an equal opportunity employer. Thomas Weisel Partners LLC will not discriminate with regard to race, religion, veteran status, citizenship, color, creed, sex, marital status, age, national origin, ancestry, medical condition, physical or mental disability, sexual orientation, or any other protected basis made unlawful by federal, state or local law. Certain positions, however, have bona fide occupational qualifications.*

TWPL00000915

## CONDITIONS OF EMPLOYMENT

In the event I may be employed by the Company, I will comply with all the Company's present and subsequent issued policies and procedures as set forth in the company's Handbook, or any other communications distributed to employees. I understand that any employment with the Company is at will; that is, I may leave the company at any time for any good reason, and the company may terminate my employment with the company at any time with or without good cause. I also understand that the company retains its discretion to make all other decisions concerning my employment (including decisions regarding demotion, transfers, job responsibilities, increases or reductions in pay, bonuses or other compensation, or any other managerial decisions) with or without good cause. I understand that none of the policies contained in the company's Handbook alter these terms and that any agreement to the contrary must be in writing and signed by a duly authorized officer of the company. I further understand and agree that no person at the company has any power or authority whatsoever, either actual or implied, to change, modify, or delete the at-will nature of my employment, except in writing signed by the Executive Committee and/or the Chief Financial Officer of the company. No oral statements or representations can in any way change or alter the provisions of this policies. After employment has been granted, the employee must provide proof of a legal right to work in the United States, if employed in a U.S. office.

## PERSONAL SECURITIES TRANSACTIONS

All employees are required to disclose to the Compliance Department whether they, or anyone in their household, have any active securities accounts. Failure to disclose outside accounts is grounds for termination. All orders to buy or sell securities for accounts in which employees and their families have an interest must be made through duplicate confirmations to Thomas Weisel Partners LLC unless an exception is made by the Compliance Department.

## BONDING

I understand that if I am employed I must be bonded, which is an insurance agreement pledging surety for financial loss caused to the firm by the act of default of a third person. I understand further that failure to be bonded, or cancellation or withdrawal of the bond, regardless of when such an action is taken will be sufficient cause for immediate discharge unless an exception is made by the Compliance Department.

## ARBITRATION

To ensure rapid and economical resolution of any and all disputes, directly or indirectly arising out of, or in any way connected with my employment with Thomas Weisel Partners LLC or the termination of that employment, (collectively the "arbitrable claims"), Thomas Weisel Partners LLC and I each agree that any and all such disputes whether of law or fact of any nature whatsoever, shall be resolved by final and binding arbitration under the procedures of the National Association of Securities Dealers, Inc. and/or the New York Stock Exchange, Inc., which procedures will be provided upon your request. In the event that the NASD or NYSE are unable or unwilling to address the concerns of any party in arbitration, the parties will use a neutral arbitrator or panel from JAMS/Endispute. The Arbitrable Claims shall include, but not be limited to any and all such claims related to salary, bonuses, commissions, stock, stock options, or any other ownership interests in Thomas Weisel Partners LLC, vacation pay fringe benefits, expense reimbursements, severance benefits, or any other form of compensation, claims pursuant to any federal, state or local law or cause of action including, but not limited to the Federal Civil Rights Act of 1964 as amended, the federal Age Discrimination in Employment Act of 1967, as amended ("ADEA"), the federal Americans with Disabilities Act of 1990; the California Fair Employment and Housing Act, or any other similar state law, as amended, tort law, contract law, wrongful discharge, discrimination, fraud, defamation, emotional distress, and all rights we may otherwise have to resolve such Arbitrable Claims by jury trial, by a court, or in any forum other than arbitration, are hereby expressly waived. The arbitrator shall ensure that the parties are able to conduct adequate discovery in order to establish the claims and defenses of the parties and the arbitrator shall have authority to award such damages and remedies, including attorney's fees, available under the applicable statute governing the claim. In addition, the arbitrator shall issue a written decision that states the rationale for the decision and the award, if any. Thomas Weisel Partners LLC will pay all arbitration fees for any claims brought by an employee against Thomas Weisel Partners LLC in arbitration, except that I will be required to pay an initial filing fee that does not exceed the applicable court filing fee.

## CERTIFICATION

I certify that the foregoing answers are true. I realize that all information furnished by me on this application is important and that the employer may rely on such information in employing me and in continuing my employment. I also realize that any false statement, willful omission, or misrepresentation of fact shall constitute cause for dismissal regardless of when discovered by the Company. I also agree that if employed, I will abide by all the rules and regulations of the Company.

I authorize and request any and all of my former employers and other people to furnish to the agency, jurisdiction or organization with which this application is being filed, or any agent acting on its behalf, any information they may have concerning my character, ability, business activities, educational background, general reputation, together with, in the case of former employers, a history of my employment by them and the reasons for the termination thereof. Moreover, I hereby release each such employer and each such other person from any and all liability of whatever nature by the reason of furnishing such information to the agency, jurisdiction or organization or any agent acting on its behalf.

I HAVE READ AND UNDERSTAND THE STATEMENTS CONTAINED IN THE Thomas Weisel Partners LLC APPLICATION, AND I FULLY UNDERSTAND THEM. I HEREBY AGREE TO THE ABOVE CONDITIONS OF EMPLOYMENT, AND I AUTHORIZE INVESTIGATION OF ALL STATEMENTS CONTAINED IN THIS APPLICATION. I AM AWARE THAT THIS APPLICATION WILL ONLY BE ACTIVE FOR THIRTY (30) DAYS. UPON EXPIRATION OF (30) DAYS, I KNOW THAT I MUST REAPPLY IF I WISH TO BE CONSIDERED FOR EMPLOYMENT.

| Signature | Print Name | Date |
|---|---|---|
| *Charanjit Singh* | CHARANJIT SINGH | 29/June/07 |

*Thomas Weisel Partners LLC is an equal opportunity employer. Thomas Weisel Partners LLC will not discriminate with regard to race, religion, veteran status, citizenship, color, creed, sex, marital status, age, national origin, ancestry, medical condition, physical or mental disability, sexual orientation, or any other protected basis made unlawful by federal, state or local law. Certain positions, however, have bona fide occupational qualifications.*

 



## Thomas Weisel Partners
MERCHANT BANKING

### Pre-Registration Authorization

I hereby grant permission to Thomas Weisel Partners LLC, of which Thomas Weisel International Private Limited is a branch office, to verify my previous employment, registration, and disciplinary history through the NASD's Central Registration Depository system.

I hereby authorize any federal, state, or municipal agency, or any securities or commodities industry self-regulatory organization (except the United States Internal Revenue Service or other state taxing authorities with respect to confidential information held by them) to make available to Thomas Weisel Partners LLC's authorized agents and employees any information they may have concerning me which they deem relevant in connection with a determination by it to employ me. I hereby release any such entity, their employees and agents, from any and all liability of whatever nature by reason of furnishing such information.

SIGNATURE _Charanjit Singh_____

Name (Please Print) _CHARANJIT SINGH_____

Date _29/June/07_____

Social Security Number _____

Date of Birth _____        _____ (MM/DD)

**REDACTED**

TWPL00000917



**Thomas Weisel Partners**
MERCHANT BANKING

Pre-Hire Authorization

Candidate Name: CHARANJIT SINGH

Date: 29/June/07

Are you aware of any circumstances that would prohibit you from working in the
Securities industry?

_____ Yes          ✓_____ No

If you answered yes, please provide a brief description below of the circumstances.

_____
Candidate's Signature

TWPL00000918



RECEIPT OF THOMAS WEISEL PARTNERS LLC'S CONFIDENTIALITY
AGREEMENT POLICY

*I acknowledge that I have received a copy of Thomas Weisel Partners LLC's Confidentiality Agreement Policy (the "Policy"). I have read it, understand it, and agree to follow the Policy. I understand any employee who engages in conduct prohibited by the Policy will be subject to disciplinary action, up to and including discharge.*

I understand it is my obligation to refrain from engaging in conduct in violation of the Policy.

CHARANJIT SINGH
Print Name

*Charanjit Singh*
Signature

29 / June / 07
Date

## Thomas Weisel Partners LLC

### Compliance Policy

It is your responsibility to keep the information on the disclosure statement current at all times. Compliance with Thomas Weisel Partners LLC policy as set forth in the following pages and in the compliance manual is mandatory and will be strictly enforced. A pattern of behavior indicative of continuous disregard for the spirit of the policies of Thomas Weisel Partners LLC will be grounds for termination.

It is the policy of Thomas Weisel Partners LLC that all accounts of partners, employees, and related persons to whom they contribute support or with whom they share residence be disclosed to Thomas Weisel Partners LLC, including the following types of accounts:

- Personal accounts
- Any account in which he or she has an interest (including limited and general partnership interests in partnerships engaged in investing in securities),
- Accounts with an outside manager over which he or she has no investment influence,
- Accounts of third persons over which he or she has investment discretion, regardless of beneficial owner,
- Pension, profit sharing, or IRA accounts

Exceptions to this policy must be approved in advance by the Compliance Department prior to opening the account. New York Stock Exchange rules require that this firm authorizes any other firm to carry such accounts and that we receive duplicate confirmations of any trades made in such accounts, managed by investment advisors. If authorization is granted, Compliance will send written approval to the organization carrying the account. When an exception has been granted, it is the responsibility of the partner/employee to arrange in advance for duplicate confirmation and monthly statements to be sent to Thomas Weisel Partners LLC, c/o Compliance Department. Under no circumstances is any such brokerage account outside this firm to be opened or maintained without the approval of the compliance director. Failure to adhere to this policy will be deemed grounds for dismissal and may result in disciplinary action by regulatory authorities.

Investments in private placements other than those offered through Thomas Weisel Partners LLC also require prior approval of the Compliance Department.

### Employment Policy Outside of Thomas Weisel Partners LLC

No Partner or employee may be:
- Engaged in any other business
- Employed by or receive compensation from any other person
- Serve as an officer, director, partner or employee of any other business organization
- Own any stock or have, directly or indirectly, any securities, financial or kindred business (except for publicly traded securities of such businesses), without the prior written approval of the Compliance Director.

It is the Partner or employee's responsibility at all times to disclose any such employment and/or affiliation and to obtain, and to refrain evidence of, such written approval.

At no time may any partner or officer solicit or arrange for third parties to make securities investments other than through Thomas Weisel Partners LLC.

Employee Initials _C.S._

1

TWPL00000920

**Disclosure Statement**

The following is a complete list of accounts outside Thomas Weisel Partners LLC which fall within the Thomas Weisel Partners LLC policies regarding personal investments. (Add additional pages if necessary.)

Outside Accounts

None ✓

1.    Account Name:

      Account Number:

      Firm Name:

      Address:

      Phone Number:

2.    Account Name:

      Account Number:

      Firm Name:

      Address:

      Phone Number:

Accounts Managed by Investment Advisors

None ✓

      Name of Advisor:

      Address:

      Phone Number:

Partnerships (Limited and otherwise) Which Invest in Securities in Which You Have an Interest

      Name of Partnership:

      Are you a limited partner or a general partner?

      State your percentage interest:

      Name of general partner:

      Address:

      Can you make or influence securities investments by the partnership?

Other Business in which I am engaged:
None

2                                          Employee Initials  C.S.

Entities by which I am employed or receive compensation:                    None _____✓_____

    Name of entity:

    Affiliation of title:


Business organization in which I am an officer, director, partner or employee:    None _____✓_____

    Name of organization:

    Title:

    Public Company?


Financial interests in any securities, financial or kindred business:          None _____✓_____

    Describe:


Financial interests in any foreign financial account:                          None _____✓_____

    Describe:


Do you own a significant position in any publicly-held company's securities:    None _____✓_____

    Describe:


3                                              Employee Initials ___C.S.___

**Insider Disclosure Form**

Name _CHARANJIT SINGH_     Date _29/June/07_

Position _Research Associate_

Please indicate in the space provided below whether you or any member of your immediate family (parents, mother int law, father in law, husband, wife, brother, sister, brother in law, sister in law, son, daughter, son in law, daughter in law) is an executive officer, director, or a 5% or greater stockholder of a public company.

Please note that disclosing this information does not impact any existing or potential employment.

Family Member: _____     Relationship: _____

Name of Company: _____

Position: _____

Family Member: _____     Relationship: _____

Name of Company: _____

Position: _____

I acknowledge that the above statements are true and correct to the best of my knowledge.

Signature: _Charanjit Singh_

4

Employee Initials _C. S._

**Disclosure Statement**

I have read and understand Thomas Weisel Partners' policy regarding personal investments and employment outside of Thomas Weisel Partners and have set forth herein all such outside accounts, employment, associations and sources of compensation. I understand that failure to disclose any personal or related accounts, any other sources of employment or compensation as described herein, any affiliations with business organizations, and failure to adhere to the intent and discretions of this policy, may result in my immediate termination from Thomas Weisel Partners LLC.

I acknowledge that I have received a copy of Thomas Weisel Partners employee handbook and compliance handbook and I will read them in their entirety within one week. I also understand that if I have any questions relative to any compliance issues, I will contact the Compliance Director immediately.

Employment with Thomas Weisel Partners is employment at-will. Employment at-will means that employment may be terminated by either you or the company at any time, with or without cause and with or without notice.

Except for employment at-will status, the company reserves the right to revise, modify, delete and/or add to any and all of its policies, procedures, work rules or benefits. All such revisions, modifications, deletions and/or additions must be in writing and must be signed by the Executive Committee and/or the Chief Financial Officer of the company. No oral statements or representations can in any way change or alter the provisions of these policies.

No manager, supervisor or employee of the company has any authority to enter into any agreement for employment for any specified period of time to make any agreement for employment other than at-will. Only the Executive Committee and/or the Chief Financial Officer has the authority to make such agreements, and then only in writing.

Name Printed: _CHARANJIT SINGH_

Signature: _Charanjit Singh_

Date: _29 June 07_

Employee Initials _C.S._

5

## ACKNOWLEDGEMENT

I hereby acknowledge that I have received and read the Thomas Weisel Partners LLC Employee Trading Policy. I fully understand its contents and I agree to comply with it. If I have any questions about the application or interpretation of the Thomas Weisel Partners LLC Employee Trading Policy, I will consult with the Legal/Compliance Department.

Please sign and return this acknowledgement into the Human Resources Department. Please call Karen Santos at x. 2762 or Pam Housley at x. 2620 if you have any questions.

Print Name: _CHARANJIT SINGH_

Signed: _Charanjit Singh_          Dated: _29 / June / 07_

For Internal Use Only

1



*Confidential Reporting of AML Non-Compliance*

Employees will report any violations of the firm's AML compliance program to one of the AML Compliance Officers, unless the violations implicate the Compliance Officer, in which case the employee shall report to General Counsel. Such reports will be confidential, and the employee will suffer no retaliation for making them.

### ACKNOWLEDGEMENT OF RECEIPT OF
### ANTI-MONEY LAUNDERING POLICY

I received a copy of the Thomas Weisel Partners LLC Anti-Money Laundering Policy. I agree to read the Policy and to comply with all policies and practices.

Print name:     CHARANJIT SINGH

Signature:      Charanjit Singh

Date:           29 / June / 07

Please sign and return to:
    Sumer Aulakh
    Compliance, SF 36th Floor

15

TWPL00000926



## ACKNOWLEDGEMENT OF RECEIPT OF
## CHINESE WALL MANUAL

I received a copy of the Thomas Weisel Partners LLC Chinese Wall Manual. I agree to read the Manual and to comply with all policies and practices.

Print name:   CHARANJIT SINGH

Signature:    Charanjit Singh

Date:         29/June/07

Please sign and return to:
Sumer Aulakh
Compliance, SF 36th Floor

TWPL00000927

## ANTI-DISCRIMINATION AND ANTI-HARASSMENT POLICY

TWP is an equal opportunity employer. The Firm has zero tolerance for illegal discrimination. The Firm embraces its responsibility to make employment decisions without regard to race, religious creed, color, age, sex, sexual orientation, national origin, ancestry, marital status, physical or mental disability, medical condition as defined under State law, military service, pregnancy, childbirth and related medical conditions or any other classification protected by federal, state, and local laws and ordinances. Our management is dedicated to ensuring the fulfillment of this policy with respect to hiring, placement, promotion, transfer, demotion, discipline, layoff, termination, recruitment advertising, pay and other forms of compensation, training and general treatment during employment. When necessary, we will reasonably accommodate employees and applicants with disabilities and with religious requirements necessitating accommodation.

We strive to maintain a satisfied and productive team of employees. The keys to reaching that goal are effective leadership, competitive compensation and benefits, dedication to the job and close attention to personnel matters.

The Firm does not tolerate harassment of our applicants or employees by another employee, supervisor, or any client, customer, contractor/consultant, or vendor. Harassment of third parties by our employees also is prohibited. Any form of harassment on the basis of race, religious creed, color, age, sex, sexual orientation, marital status, national origin, ancestry, physical or mental disability, medical condition, or any category protected by federal, state or local law is unlawful, a violation of this policy, and will be treated as a disciplinary matter. While it is not easy to define precisely what harassment is, it includes slurs, jokes, teasing and other uninvited verbal, graphic or physical conduct by one individual toward another. We have zero tolerance for harassment and are committed to a workplace free of any harassment.

Harassment Defined. Harassment is unwelcome verbal, visual or physical conduct creating an intimidating, offensive, or hostile work environment that interferes with work performance. Examples of harassment include verbal (including slurs, jokes, insults, epithets, gestures or teasing), graphic (including offensive posters, symbols, cartoons, drawings, computer displays, or e-mails) or physical conduct (including physically

TWPL00000928

 
threatening another, blocking someone's way, etc.) that denigrates or shows hostility or aversion towards an individual because of any protected characteristic. Such conduct constitutes harassment when: (1) it has the purpose or effect of creating an intimidating, hostile, or offensive working environment; or (2) it has the purpose or effect of unreasonably interfering with an individual's work performance; or (3) it otherwise adversely affects an individual's employment opportunities.

<u>Sexual Harassment Defined.</u>  Sexual harassment can include all of the above actions as well as other unwelcome conduct such as unwelcome or unsolicited sexual advances, requests for sexual favors, conversations regarding sexual activities and other verbal or physical conduct of a sexual nature when: (1) submission to such conduct is made, either explicitly or implicitly, a term or condition of an individual's employment; or (2) submission to or rejection of such conduct by an individual is used as a basis for employment decisions affecting such individual; and (3) such conduct has the purpose or effect of substantially or unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive environment.  Examples of sexual harassment include:

- unwelcome sexual advances, flirtations, leering, whistling, touching, pinching
- requests for sexual favors or demands for sexual favors in exchange for favorable treatment
- obscene or vulgar gestures or comments
- sexual jokes or comments about a person's body, sexual prowess or sexual deficiencies
- visual harassment such as derogatory cartoons, posters and drawings or video clips
- sexually explicit e-mail or voice mail
- unwelcome sexually related comments
- conversation about one's own or someone else's sex life
- conduct or comments consistently targeted at only one gender, even if the content is not sexual
- teasing or other conduct directed toward a person because of his or her gender

Harassing conduct is unacceptable in the workplace and any work-related settings such as business trips and business related social functions.  The harasser may be someone's supervisor, co-worker, client, customer, vendor or other third party.

TWPL00000929




<u>Reporting Discrimination or Harassment.</u>   We obviously cannot prevent discrimination or harassment unless we are aware that objectionable conduct is occurring.   You should promptly report any incident of discrimination or harassment, whether by an employee or a non-employee, to David Baylor at (415) 364-2507 or Liz Crowley at (415) 364-2540.   He or she will insure that an investigation is promptly conducted.

<u>Investigation.</u> Every complaint of discrimination or harassment will be investigated as thoroughly and as promptly as possible.  We will attempt to keep the investigation confidential to the extent possible.  During the investigation we will generally:

- interview the complainant and the alleged discriminator/harasser;
- conduct further interviews as necessary;
- review relevant documents;
- document our findings regarding the complaint;
- document recommended follow-up actions and remedies if warranted; and
- inform the complainant of our findings and, where appropriate, of the remedial action that will be taken.

<u>Discipline.</u>  If we determine discrimination, harassment or other inappropriate work place conduct has occurred, we will take appropriate disciplinary and/or remedial action. The appropriate discipline may include written or oral warnings, probation, suspension, reassignment, demotion, or termination.  If the offending conduct is the act of a non-employee, we will take action designed to ensure that such conduct is not repeated.

<u>No Retaliation.</u>  We prohibit any form of retaliation against individuals who report discrimination, harassment, or unwelcome conduct.  We also prohibit any form of retaliation against individuals who cooperate in the investigation of such reports. We will take appropriate disciplinary action for any such retaliation, up to and including discharge.

TWPL00000930

## RECEIPT OF THOMAS WEISEL PARTNERS LLC'S ANTI-DISCRIMINATION AND ANTI-HARASSMENT POLICY

I acknowledge that I have received a copy of Thomas Weisel Partners LLC's Anti-Discrimination and Anti-Harassment Policy (the "Policy"). I have read it, understand it, and agree to follow the Policy. I understand any employee who engages in conduct prohibited by the Policy will be subject to disciplinary action, up to and including discharge.

I understand it is my obligation to refrain from engaging in conduct in violation of the Policy. I will report conduct that I believe is harassing or discriminatory to enable the Firm to take action as appropriate.

CHARANJIT SINGH
Print Name

*Charanjit Singh*
Signature

29 June 07
Date

TWPL00000931



## COMPUTER SOFTWARE

Employees should not load any outside software onto any company owned computer system without the approval of the Information Technology department. The Information Technology department depends on a reliable and secure computer system, and the loading of unauthorized software may cause innumerable and unpredictable problems on the system. Software or hardware not licensed or purchased by Thomas Weisel Partners will not be allowed on the network or supported by the Information Technology department. Please contact the Information Technology department if you have a software or hardware need that specifically addresses your business requirements.

In addition, you may not make copies of software already on our system. Unauthorized duplication of copyrighted computer software violates the law and is contrary to our standards of conduct. We disapprove of such copying and recognize the following principles as a basis for preventing its occurrence:

- We will neither engage in nor tolerate the making or using of unauthorized software copies under any circumstances.
- We will provide legally acquired software to meet all legitimate software needs in a timely fashion and in sufficient quantities for all our computers.
- We will comply with all license or purchase terms regulating the use of any software we acquire or use.

We will enforce strong internal controls to prevent the making or using of authorized software copies, including effective measures to verify compliance with these standards and appropriate disciplinary measures for violation of these standards.

We will not tolerate any employee making unauthorized copies of software. Any employee found copying software other than for back up purposes is subject to disciplinary action. The law protects the exclusive rights of a software copyright holder and does not give users the right to copy software unless the manufacturer does not provide a backup copy. Unauthorized duplication of software is a federal crime. Penalties include fines of as much as $250,000 and imprisonment up to five years. If you are aware of any illegal copying of software please inform Human Resources or Legal immediately.

TWPL00000932

RECEIPT OF THOMAS WEISEL PARTNERS LLC'S
COMPUTER SOFTWARE POLICY

I acknowledge that I have received a copy of Thomas Weisel Partners LLC's Computer Software Policy (the "Policy"). I have read it, understand it, and agree to follow the Policy. I understand any employee who engages in conduct prohibited by the Policy will be subject to disciplinary action, up to and including discharge.

CHARANJIT SINGH

Print Name

_Charanjit Singh_

Signature

29 / June / 07

Date

# Thomas Weisel Partners, LLC
Internet Access Service Policy

## PURPOSE
Thomas Weisel Partners, LLC ("TWP") will benefit if Internet access services are used in ways which will build overall system efficiencies, maximize the accessibility of the system, and minimize or eliminate unimportant or improper traffic over the systems. Therefore, TWP would like all users of its Internet /Intranet access service to adhere to certain standards of behavior as a means of achieving these goals.

## APPLICABILITY
These standards apply to all TWP employees, consultants, and business associates who use the Internet. TWP reserves the right to change, modify, discontinue, or amend any portion of this policy at any time.

## GENERAL GUIDELINES
TWP expects the highest levels of professionalism, courtesy and appropriate behavior from all employees. Please use common sense and good judgment, and adhere to the policies contained herein, when using the Internet access services provided by Thomas Weisel Partners. *The same standards of professionalism apply when using TWP's Intranet capabilities.*

**Behavior that could result in disciplinary action**
The actions listed below are some examples of behavior which are unacceptable when using TWP's Internet access services. Participation in any of these unacceptable behaviors may be grounds for disciplinary action, ranging from verbal or written warnings to termination or other measures as may be appropriate.

- Using TWP Internet access service for personal gain.
- **Participation in chat rooms and Bulletin Boards**
- Unauthorized attempt to break into computer systems
- Refusal to cooperate with a security investigation
- Transmission of TWP confidential or proprietary information to unauthorized destinations or recipients.
- Sending messages containing threatening or harassing messages
- Copying, transmitting, or receiving copyrighted or licensed software in violation of license or copyright restrictions
- Disclosing TWP user account and or password information to unauthorized people
- Any activity prohibited by Federal, State or Local laws.
- Any activity which disrupts computer systems or networks belonging to TWP or other entities
- Any activity which may be deemed harassment.

**Please keep in mind that INTERNET MAIL IS INHERENTLY INSECURE.**
TWP employee's emails are reviewed on a random basis by Supervisors and the Compliance Department. You should have no expectation of privacy. As a general rule of thumb: *Don't put it into electronic mail unless you're comfortable seeing it on the six o'clock news. Treat email as you would stationery; our name and goodwill is stamped on it.*

## AGREEMENT:
I have read and understood the above guidelines, and will abide by their terms. I accept full responsibility for any use of the TWP Internet Access Service from my computer system accounts.

Charanjit Singh                          29 June 07
_____                        _____
Signature                                Date

CHARANJIT SINGH
_____
Print Name

 

## ACKNOWLEDGEMENT OF RECEIPT OF EMPLOYEE HANDBOOK AND AGREEMENT TO EMPLOYMENT AT WILL, CONFIDENTIALITY, NON-SOLICITATION, AND AGREEMENT TO ARBITRATE

I received a copy of the Thomas Weisel International Private Limited (the Company) Employee Handbook in paper copy I agree to read the Handbook and to comply with all of the Company's various policies and practices. In addition, in consideration for my continued employment, I agree to the following:

### Acknowledgement of Receipt of Handbook and Employment-At-Will

I understand that the Employee Handbook is not intended to in any way create a contract of employment, either express or implied. Rather, I understand that employment at the Company is at-will and that the Company and I each have the right to end our employment relationship for any reason at any time, with or without cause.

I also understand that any rules, policies and benefits described in the Employee Handbook may be modified by the Company from time to time, except for the policy of employment-at-will, and that any change to at-will employment can only be made in writing, signed by Mark Fisher on behalf of the Company.

### Confidentiality and Trade Secrets

I will not at any time, either during or after the term of my employment with the Company, in any fashion, form or manner, either directly or indirectly, unless expressly consented to in writing by the Company, use, divulge, disclose or communicate to any person or entity any confidential information of any kind, nature or description concerning any matters affecting or relating to TWIPL's business. The definition of "confidential information" is very broad. It includes but is not limited to, computer processes, programs and codes; the names, addresses, buying habits or practices or any Company clients or customers; marketing methods, programs and related data, or other written records used in Company business; compensation paid to other employees and independent contractors and other terms of their employment or contractual relationships; or any other confidential information of, about or concerning TWIPL business, manner of operations, or other data of any kind, nature or description. I understand the above information and items are important, material and confidential trade secrets that affect the successful conduct of Company business and its good will, and that any breach of any term of this section is a material breach of this agreement. All equipment, notebooks, documents, memoranda, reports, files, samples, books, correspondence, lists or other written and graphic records, and the like, including tangible or intangible computer programs, records and data, affecting or relating to Company business, which I might prepare, use, construct, observe, posses or control, shall be and shall remain the Company's sole property.

I agree that on or before the last day of my employment I will not remove confidential information, whether physical or electronic without the express written permission of Human Resources.

### No Solicitation of Customers, Clients, and Prospective Clients

I hereby acknowledge and agree that I will likely be exposed to a significant amount of confidential information concerning the Company's business methods, operations, customers, clients, and prospective clients while employed by the Company, that such information might be retained by me in tangible form or simply retained in my memory, and that the protection of the Company's exclusive rights to such confidential information and trade secrets can best be ensured by means of a restriction on my activities after termination of employment. I agree that all business procured by me while I am employed by the Company and all information about clients and prospective clients are the Company's property. Therefore, for a one-year period following employment termination (whether voluntary or involuntary and with or without cause), I will not solicit, divert or initiate any contact with (or attempt to solicit, divert or initiate contact with) any customer or client of the Company for any commercial or business reason whatsoever.

TWPL00000943



No Solicitation of Employees

I agree that for as long as I am employed by the Company and for 12 months after the cessation of my employment I will not recruit, hire or attempt to recruit or hire, directly or by assisting others, any of the Company's employees with whom I had contact during my employment with the Company. For the purposes of this paragraph, "contact" means any interaction whatsoever between the other employee and me.

Arbitration

To ensure rapid and economical resolution of any and all disputes, directly or indirectly arising out of, or in any way connected with my employment with Thomas Weisel International Private Limited (the Company) or the termination of that employment, (collectively the "arbitrable claims"), Thomas Weisel International Private Limited and I each agree that any and all such disputes whether of law or fact of any nature whatsoever, shall be resolved by final and binding arbitration under the procedures of the National Association of Securities Dealers, Inc. and/or the New York Stock Exchange, Inc., which procedures will be provided upon your request. In the event that the NASD or NYSE are unable or unwilling to address the concerns of any party in arbitration, the parties will use a neutral arbitrator or panel from JAMS/Endispute.   The Arbitrable Claims shall include, but not be limited to any and all such claims related to salary, bonuses, commissions, stock, stock options, or any other ownership interests in Thomas Weisel Partners LLC, vacation pay fringe benefits, expense reimbursements, severance benefits, or any other form of compensation, claims pursuant to any federal, state or local law or cause of action including, but not limited to the Federal Civil Rights Act of 1964 as amended, the federal Age Discrimination in Employment Act of 1967, as amended ("ADEA"), the federal Americans with Disabilities Act of 1990; the California Fair Employment and Housing Act, or any other similar state law, as amended, tort law, contract law, wrongful discharge, discrimination, fraud, defamation, emotional distress, and all rights we may otherwise have to resolve such Arbitrable Claims by jury trial, by a court, or in any forum other than arbitration, are hereby expressly waived. The arbitrator shall ensure that the parties are able to conduct adequate discovery in order to establish the claims and defenses of the parties and the arbitrator shall have authority to award such damages and remedies, including attorney's fees, available under the applicable statute governing the claim. In addition, the arbitrator shall issue a written decision that states the rationale for the decision and the award, if any. Thomas Weisel International Private Limited will pay all arbitration fees for any claims brought by an employee against Thomas Weisel International Private Limited in arbitration, except that I will be required to pay an initial filing fee that does not exceed the applicable court filing fee.

Agreement

You agree to abide by the terms and practices set forth the in the Thomas Weisel International Private Limited Employee Handbook, including but not limited to all employment policies, standards of conduct, employment-at-will, confidentiality, non-solicitation, and arbitration by signing below.

_____
Date

_____
Signature

_____
Print Name

TWPL00000944

**PERSONAL DATA**

1. Have you ever been suspended, expelled or otherwise disciplined by any regulatory body or by any such exchange or association; or ever been refused membership therein; or ever withdrawn your application for such a membership?

   Yes    No    (circle one)

2. Have you ever been associated with any organization, as a director, controlling stockholder, partner, officer, employee or other representative of a broker-dealer which has been, or a principal of which has been suspended or expelled from any such exchange or registered association, or was refused membership therein, or withdraw an application for membership, or whose registration as a broker-dealer with the S.E.C. or any state agency has been denied, suspended, or revoked?

   Yes    No    (circle one)

3. Are you now subject to an order of the N.A.S.D any national securities exchange or the S.E.C. which revokes, suspends, or denies membership or registration?

   Yes    No    (circle one)

4. Have you been named as a "cause" in any action mentioned in the preceding questions taken with respect to a broker-trader?

   Yes    No    (circle one)

5. Have you ever been permanently or temporarily enjoined by an order, judgement or decree from acting as, or being affiliated or employed with an underwriter broker, dealer, investment bank, insurance company or in any connection with the purchase or sales of any securities commodity?

   Yes    No    (circle one)

6. Have you ever been a principal or employee of any corporation, firm, or association which has enjoined temporarily or otherwise from selling or dealing in securities or commodities or functioning as an investment advisor?

   Yes    No    (circle one)

7. Are you now or have you ever been subject to an order of the S.E.C. or any other regulatory agencies or associations which bars or suspends you from becoming associated with a broker-dealer?

   Yes    No    (circle one)

8. Are you now or have you ever been aware of a written customer complaint lodged against you for work you performed in the securities industry?  If YES, provide details as to the circumstances on the reverse side of this sheet.

   Yes    No    (circle one)

9. If hired, do you plan to engage in, or to be employed by, any other business or business organization?

   Yes    No    (circle one)

10. Have you ever been arrested or convicted of a felony of any kind or of any misdemeanor (except minor traffic offenses)?  A conviction will not necessarily disqualify you for the job. If yes, please explain in detail.

    Yes    No    (circle one)

11. Can you, after employment, submit verification of both your identity and authorization to work in the U.S. pursuant to the Immigration Reform Act of 1986 and related issues? NA if **not working in a U.S. office.**

    N/A    Yes    No    (circle one)

12. What banks or brokerage firms do you have securities accounts with?

*Thomas Weisel Partners LLC is an equal opportunity employer. Thomas Weisel Partners LLC will not discriminate with regard to race, religion, veteran status, citizenship, color, creed, sex, marital status, age, national origin, ancestry, medical condition, physical or mental disability, sexual orientation, or any other protected basis made unlawful by federal, state or local law. Certain positions, however, have bona fide occupational qualifications.*

TWPL00000945



## CONDITIONS OF EMPLOYMENT

In the event I may be employed by the Company, I will comply with all the Company's present and subsequent issued policies and procedures as set forth in the Company's Handbook, or any other communications distributed to employees. I understand that any employment with the company is at will, that is, I may leave the company at any time for any good reason, and the company may terminate my employment with the company at any time with or without good cause. I also understand that the company retains its discretion to make all other decisions concerning my employment (including decisions regarding demotion, transfers, job responsibilities, increases or reductions in pay, bonuses or other compensation, or any other managerial decisions) with or without good cause. I understand that none of the policies contained in the company's Handbook alter these terms and that any agreement to the contrary must be in writing and signed by a duly authorized officer of the company. I further understand and agree that no person at the company has any power or authority whatsoever, either actual or implied, to change modify, or delete the at-will nature of my employment, except in writing signed by the Executive Committee and/or the Chief Financial Officer of the company. No oral statements or representations can in any way change or alter the provisions of these policies. After employment has been granted, the employee must provide proof of a legal right to work in the United States, if employed in a U.S. office.

## PERSONAL SECURITIES TRANSACTIONS

All employees are required to disclose to the Compliance Department whether they, or anyone in their household, have any active securities accounts. Failure to disclose outside accounts is grounds for termination. All orders to buy or sell securities for accounts in which employees and their families have an interest must be made through duplicate confirmations to Thomas Weisel Partners LLC unless an exception is made by the Compliance Department.

## BONDING

I understand that if I am employed I must be bonded, which is an insurance agreement pledging surety for financial loss caused to the firm by the act of default of a third person. I understand further that failure to be bonded, or cancellation or withdrawal of the bond, regardless of when such an action is taken will be sufficient cause for immediate discharge unless an exception is made by the Compliance Department.

## ARBITRATION

To ensure rapid and economical resolution of any and all disputes, directly or indirectly arising out of, or in any way connected with my employment with Thomas Weisel Partners LLC or the termination of that employment, (collectively the "arbitrable claims"), Thomas Weisel Partners LLC and I each agree that any and all such disputes whether of law or fact of any nature whatsoever, shall be resolved by final and binding arbitration under the procedures of the National Association of Securities Dealers, Inc. and/or the New York Stock Exchange, Inc., which procedures will be provided upon your request. In the event that the NASD or NYSE are unable or unwilling to address the concerns of any party in arbitration, the parties will use a neutral arbitrator or panel from JAMS/Endispute. The Arbitrable Claims shall include, but not be limited to any and all such claims related to salary, bonuses, commissions, stock, stock options, or any other ownership interests in Thomas Weisel Partners LLC, vacation pay fringe benefits, expense reimbursements, severance benefits, or any other form of compensation, claims pursuant to any federal, state or local law or cause of action including, but not limited to the Federal Civil Rights Act of 1964 as amended, the federal Age Discrimination in Employment Act of 1967, as amended ("ADEA"), the federal Americans with Disabilities Act of 1990; the California Fair Employment and Housing Act, or any other similar state law, as amended, tort law, contract law, wrongful discharge, discrimination, fraud, defamation, emotional distress, and all rights we may otherwise have to resolve such Arbitrable Claims by jury trial, by a court, or in any forum other than arbitration, are hereby expressly waived. The arbitrator shall ensure that the parties are able to conduct adequate discovery in order to establish the claims and defenses of the parties and the arbitrator shall have authorities to award such damages and remedies, including attorney's fees, available under the applicable statute governing the claim. In addition, the arbitrator shall issue a written decision that states the rationale for the decision and the award, if any. Thomas Weisel Partners LLC will pay all arbitration fees for any claims brought by an employee against Thomas Weisel Partners LLC in arbitration, except that I will be required to pay an initial filing fee that does not exceed the applicable court filing fee.

## CERTIFICATION

I certify that the foregoing answers are true. I realize that all information furnished by me on this application is important and that the employer may rely on such information in employing me and in continuing my employment. I also realize that any false statement, willful omission, or misrepresentation of fact shall constitute cause for dismissal regardless of when discovered by the Company. I also agree that if employed, I will abide by all the rules and regulations of the Company. I authorize and request any and all of my former employers and other people to furnish to the agency, jurisdiction or organization with which this application is being filed, or any agent acting on its behalf, any information they may have concerning my character, ability, business activities, educational background, general reputation, together with, in the case of former employers, a history of my employment by them and the reasons for the termination thereof. Moreover, I hereby release each such employer and each such other person from any and all liability of whatever nature by the reason of furnishing such information to the agency, jurisdiction or organization or any agent acting on its behalf.

I HAVE READ AND UNDERSTAND THE STATEMENTS CONTAINED IN THE Thomas Weisel Partners LLC APPLICATION, AND I FULLY UNDERSTAND THEM. I HEREBY AGREE TO THE ABOVE CONDITIONS OF EMPLOYMENT, AND I AUTHORIZE INVESTIGATION OF ALL STATEMENTS CONTAINED IN THIS APPLICATION. I AM AWARE THAT THIS APPLICATION WILL ONLY BE ACTIVE FOR THIRTY (30) DAYS. UPON EXPIRATION OF (30) DAYS, I KNOW THAT I MUST REAPPLY IF I WISH TO BE CONSIDERED FOR EMPLOYMENT.

| | | |
|---|---|---|
| Signature | Print Name | Date |

*Thomas Weisel Partners LLC is an equal opportunity employer. Thomas Weisel Partners LLC will not discriminate with regard to race, religion, veteran status, citizenship, color, creed, sex, marital status, age, national origin, ancestry, medical condition, physical or mental disability, sexual orientation, or any other protected basis made unlawful by federal, state or local law. Certain positions, however, have bona fide occupational qualifications.*





**Thomas Weisel Partners**
MERCHANT BANKING

Pre-Hire Authorization

Candidate Name: _____

Date: _____

Are you aware of any circumstances that would prohibit you from working in the
Securities industry?

_____Yes          _____No

If you answered yes, please provide a brief description below of the circumstances.

_____
Candidate's Signature

TWPL00000947



### RECEIPT OF THOMAS WEISEL PARTNERS LLC'S CONFIDENTIALITY AGREEMENT POLICY

*I acknowledge that I have received a copy of Thomas Weisel Partners LLC's Confidentiality Agreement Policy (the "Policy"). I have read it, understand it, and agree to follow the Policy. I understand any employee who engages in conduct prohibited by the Policy will be subject to disciplinary action, up to and including discharge.*

I understand it is my obligation to refrain from engaging in conduct in violation of the Policy.

_____
Print Name

_____
Signature

_____
Date

TWPL00000948



*Confidential Reporting of AML Non-Compliance*

Employees will report any violations of the firm's AML compliance program to one of the AML Compliance Officers, unless the violations implicate the Compliance Officer, in which case the employee shall report to General Counsel. Such reports will be confidential, and the employee will suffer no retaliation for making them.

## ACKNOWLEDGEMENT OF RECEIPT OF
## ANTI-MONEY LAUNDERING POLICY

I received a copy of the Thomas Weisel Partners LLC Anti-Money Laundering Policy. I agree to read the Policy and to comply with all policies and practices.

Print name: _____

Signature: _____

Date: _____

Please sign and return to:
Sumer Aulakh
Compliance, SF 36th Floor

15

TWPL00000949

## RECEIPT OF THOMAS WEISEL PARTNERS LLC'S ANTI-DISCRIMINATION AND ANTI-HARASSMENT POLICY

I acknowledge that I have received a copy of Thomas Weisel Partners LLC's Anti-Discrimination and Anti-Harassment Policy (the "Policy"). I have read it, understand it, and agree to follow the Policy. I understand any employee who engages in conduct prohibited by the Policy will be subject to disciplinary action, up to and including discharge.

I understand it is my obligation to refrain from engaging in conduct in violation of the Policy. I will report conduct that I believe is harassing or discriminatory to enable the Firm to take action as appropriate.



_____

Print Name

_____

Signature

_____

Date

TWPL00000950




RECEIPT OF THOMAS WEISEL PARTNERS LLC'S
COMPUTER SOFTWARE POLICY

I acknowledge that I have received a copy of Thomas Weisel Partners LLC's Computer Software Policy (the "Policy"). I have read it, understand it, and agree to follow the Policy. I understand any employee who engages in conduct prohibited by the Policy will be subject to disciplinary action, up to and including discharge.

_____
Print Name

_____
Signature

_____
Date

TWPL00000951




## Thomas Weisel Partners, LLC
Internet Access Service Policy

**PURPOSE**
Thomas Weisel Partners, LLC ("TWP") will benefit if Internet access services are used in ways which will build overall system efficiencies, maximize the accessibility of the system, and minimize or eliminate unimportant or improper traffic over the systems. Therefore, TWP would like all users of its Internet /Intranet access service to adhere to certain standards of behavior as a means of achieving these goals.

**APPLICABILITY**
These standards apply to all TWP employees, consultants, and business associates who use the Internet. TWP reserves the right to change, modify, discontinue, or amend any portion of this policy at any time.

**GENERAL GUIDELINES**
TWP expects the highest levels of professionalism, courtesy and appropriate behavior from all employees. Please use common sense and good judgment, and adhere to the policies contained herein, when using the Internet access services provided by Thomas Weisel Partners. *The same standards of professionalism apply when using TWP's Intranet capabilities.*

**Behavior that could result in disciplinary action**
The actions listed below are some examples of behavior which are unacceptable when using TWP's Internet access services. Participation in any of these unacceptable behaviors may be grounds for disciplinary action, ranging from verbal or written warnings to termination or other measures as may be appropriate.

- Using TWP Internet access service for personal gain.
- **Participation in chat rooms and Bulletin Boards**
- Unauthorized attempt to break into computer systems
- Refusal to cooperate with a security investigation
- Transmission of TWP confidential or proprietary information to unauthorized destinations or recipients.
- Sending messages containing threatening or harassing messages
- Copying, transmitting, or receiving copyrighted or licensed software in violation of license or copyright restrictions
- Disclosing TWP user account and or password information to unauthorized people
- Any activity prohibited by Federal, State or Local laws.
- Any activity which disrupts computer systems or networks belonging to TWP or other entities
- Any activity which may be deemed harassment.

**Please keep in mind that INTERNET MAIL IS INHERENTLY INSECURE.**
TWP employee's emails are reviewed on a random basis by Supervisors and the Compliance Department. You should have no expectation of privacy. As a general rule of thumb: *Don't put it into electronic mail unless you're comfortable seeing it on the six o'clock news. Treat email as you would stationery; our name and goodwill is stamped on it.*

**AGREEMENT:**
I have read and understood the above guidelines, and will abide by their terms. I accept full responsibility for any use of the TWP Internet Access Service from my computer system accounts.

_____          _____
Signature                                          Date

_____
Print Name



# Thomas Weisel Partners LLC

## Compliance Policy

It is your responsibility to keep the information on the disclosure statement current at all times. Compliance with Thomas Weisel Partners LLC policy as set forth in the following pages and in the compliance manual is mandatory and will be strictly enforced. A pattern of behavior indicative of continuous disregard for the spirit of the policies of Thomas Weisel Partners LLC will be grounds for termination.

It is the policy of Thomas Weisel Partners LLC that all accounts of partners, employees, and related persons to whom they contribute support or with whom they share residence be disclosed to Thomas Weisel Partners LLC, including the following types of accounts:

- Personal accounts
- Any account in which he or she has an interest (including limited and general partnership interests in partnerships engaged in investing in securities),
- Accounts with an outside manager over which he or she has no investment influence,
- Accounts of third persons over which he or she has investment discretion, regardless of beneficial owner,
- Pension, profit sharing, or IRA accounts

Exceptions to this policy must be approved in advance by the Compliance Department prior to opening the account. New York Stock Exchange rules require that this firm authorizes any other firm to carry such accounts and that we receive duplicate confirmations of any trades made in such accounts, managed by investment advisors. If authorization is granted, Compliance will send written approval to the organization carrying the account. When an exception has been granted, it is the responsibility of the partner/employee to arrange in advance for duplicate confirmation and monthly statements to be sent to Thomas Weisel Partners LLC, c/o Compliance Department. Under no circumstances is any such brokerage account outside this firm to be opened or maintained without the approval of the compliance director. Failure to adhere to this policy will be deemed grounds for dismissal and may result in disciplinary action by regulatory authorities.

Investments in private placements other than those offered through Thomas Weisel Partners LLC also require prior approval of the Compliance Department.

## Employment Policy Outside of Thomas Weisel Partners LLC

No Partner or employee may be:
- Engaged in any other business
- Employed by or receive compensation from any other person
- Serve as an officer, director, partner or employee of any other business organization
- Own any stock or have, directly or indirectly, any securities, financial or kindred business (except for publicly traded securities of such businesses), without the prior written approval of the Compliance Director.

It is the Partner or employee's responsibility at all times to disclose any such employment and/or affiliation and to obtain, and to refrain evidence of, such written approval.

At no time may any partner or officer solicit or arrange for third parties to make securities investments other than through Thomas Weisel Partners LLC.

Employee Initials _____

TWPL00000953

**Insider Disclosure Form**

Name _____    Date _____

Position _____

Please indicate in the space provided below whether you or any member of your immediate family (parents, mother int law, father in law, husband, wife, brother, sister, brother in law, sister in law, son, daughter, son in law, daughter in law) is an executive officer, director, or a 5% or greater stockholder of a public company.

Please note that disclosing this information does not impact any existing or potential employment.

Family Member: _____    Relationship: _____

Name of Company: _____

Position: _____

Family Member: _____    Relationship: _____

Name of Company: _____

Position: _____

I acknowledge that the above statements are true and correct to the best of my knowledge.

Signature: _____

Employee Initials ____ __ __





**Disclosure Statement**

The following is a complete list of accounts outside Thomas Weisel Partners LLC which fall within the Thomas Weisel Partners LLC policies regarding personal investments. (Add additional pages if necessary.)

Outside Accounts

1   Account Name:                                                    None _____

    Account Number:

    Firm Name:

    Address:

    Phone Number:

2.  Account Name:

    Account Number:

    Firm Name:

    Address:

    Phone Number:


Accounts Managed by Investment Advisors

    Name of Advisor:                                                 None _____

    Address:

    Phone Number:

Partnerships (Limited and otherwise) Which Invest in Securities in Which You Have an Interest

    Name of Partnership:

    Are you a limited partner or a general partner?

    State your percentage interest:

    Name of general partner:

    Address:

    Can you make or influence securities investments by the partnership?

Other Business in which I am engaged:

_____

_____

                                        Employee Initials _____ _ __

?


**REDACTED**



Entities by which I am employed or receive compensation:          None _ _ _ _ _ _

    Name of entity:

    Affiliation of title:


Business organization in which I am an officer, director, partner or employee:          None _ _ _ _ _ _

    Name of organization:

    Title:

    Public Company?


Financial interests in any securities, financial or kindred business:          None _ _ _ _ _ _

    Describe:


Financial interests in any foreign financial account:          None _ _ _ _ _ _

    Describe:


Do you own a significant position in any publicly-held company's securities:          None _ _ _ _ _ _

    Describe:


Employee Initials _ _ _ _

TWPL00000956



## Disclosure Statement

I have read and understand Thomas Weisel Partners' policy regarding personal investments and employment outside of Thomas Weisel Partners and have set forth herein all such outside accounts, employment, associations and sources of compensation. I understand that failure to disclose any personal or related accounts, any other sources of employment or compensation as described herein, any affiliations with business organizations, and failure to adhere to the intent and discretions of this policy, may result in my immediate termination from Thomas Weisel Partners LLC.

I acknowledge that I have received a copy of Thomas Weisel Partners employee handbook and compliance handbook and I will read them in their entirety within one week. I also understand that if I have any questions relative to any compliance issues, I will contact the Compliance Director immediately.

Employment with Thomas Weisel Partners is employment at-will. Employment at-will means that employment may be terminated by either you or the company at any time, with or without cause and with or without notice.

Except for employment at-will status, the company reserves the right to revise, modify, delete and/or add to any and all of its policies, procedures, work rules or benefits. All such revisions, modifications, deletions and/or additions must be in writing and must be signed by the Executive Committee and/or the Chief Financial Officer of the company. No oral statements or representations can in any way change or alter the provisions of these policies.

No manager, supervisor or employee of the company has any authority to enter into any agreement for employment for any specified period of time to make any agreement for employment other than at-will. Only the Executive Committee and/or the Chief Financial Officer has the authority to make such agreements, and then only in writing.

Name Printed: _____

Signature: _____

Date: _____

Employee Initials _____

TWPL00000957

## ACKNOWLEDGEMENT

I hereby acknowledge that I have received and read the Thomas Weisel Partners LLC Employee Trading Policy. I fully understand its contents and I agree to comply with it. If I have any questions about the application or interpretation of the Thomas Weisel Partners LLC Employee Trading Policy, I will consult with the Legal/Compliance Department.

Please sign and return this acknowledgement into the Human Resources Department. Please call Karen Santos at x. 2762 or Pam Housley at x. 2620 if you have any questions.

Print Name: _____

Signed: _____          Dated: _____

For Internal Use Only

1






## Thomas Weisel Partners
MERCHANT BANKING

### Pre-Registration Authorization

I hereby grant permission to Thomas Weisel Partners LLC, of which Thomas Weisel International Private Limited is a branch office, to verify my previous employment, registration, and disciplinary history through the NASD's Central Registration Depository system.

I hereby authorize any federal, state, or municipal agency, or any securities or commodities industry self-regulatory organization (except the United States Internal Revenue Service or other state taxing authorities with respect to confidential information held by them) to make available to Thomas Weisel Partners LLC's authorized agents and employees any information they may have concerning me which they deem relevant in connection with a determination by it to employ me. I hereby release any such entity, their employees and agents, from any and all liability of whatever nature by reason of furnishing such information.

SIGNATURE _____

Name (Please Print) _____

Date _____

Social Security Number _____

Date of Birth _____ (MM/DD)

**REDACTED**



## ACKNOWLEDGEMENT OF RECEIPT OF
## CHINESE WALL MANUAL

I received a copy of the Thomas Weisel Partners LLC Chinese Wall Manual. I agree to read the Manual and to comply with all policies and practices.


Print name:    _____

Signature:     _____

Date:          _____


Please sign and return to:
Sumer Aulakh
Compliance, SF 36th Floor

TWPL00000960

 

## Thomas Weisel Partners LLC

### Compliance Policy

It is your responsibility to keep the information on the disclosure statement current at all times. Compliance with Thomas Weisel Partners LLC policy as set forth in the following pages and in the compliance manual is mandatory and will be strictly enforced. A pattern of behavior indicative of continuous disregard for the spirit of the policies of Thomas Weisel Partners LLC will be grounds for termination.

It is the policy of Thomas Weisel Partners LLC that all accounts of partners, employees, and related persons to whom they contribute support or with whom they share residence be disclosed to Thomas Weisel Partners LLC, including the following types of accounts:

- Personal accounts
- Any account in which he or she has an interest (including limited and general partnership interests in partnerships engaged in investing in securities),
- Accounts with an outside manager over which he or she has no investment influence,
- Accounts of third persons over which he or she has investment discretion, regardless of beneficial owner,
- Pension, profit sharing, or IRA accounts

Exceptions to this policy must be approved in advance by the Compliance Department prior to opening the account. New York Stock Exchange rules require that this firm authorizes any other firm to carry such accounts and that we receive duplicate confirmations of any trades made in such accounts, managed by investment advisors. If authorization is granted, Compliance will send written approval to the organization carrying the account. When an exception has been granted, it is the responsibility of the partner/employee to arrange in advance for duplicate confirmation and monthly statements to be sent to Thomas Weisel Partners LLC, c/o Compliance Department. Under no circumstances is any such brokerage account outside this firm to be opened or maintained without the approval of the compliance director. Failure to adhere to this policy will be deemed grounds for dismissal and may result in disciplinary action by regulatory authorities.

Investments in private placements other than those offered through Thomas Weisel Partners LLC also require prior approval of the Compliance Department.

### Employment Policy Outside of Thomas Weisel Partners LLC

No Partner or employee may be:
- Engaged in any other business
- Employed by or receive compensation from any other person
- Serve as an officer, director, partner or employee of any other business organization
- Own any stock or have, directly or indirectly, any securities, financial or kindred business (except for publicly traded securities of such businesses), without the prior written approval of the Compliance Director.

It is the Partner or employee's responsibility at all times to disclose any such employment and/or affiliation and to obtain, and to refrain evidence of, such written approval.

At no time may any partner or officer solicit or arrange for third parties to make securities investments other than through Thomas Weisel Partners LLC.

i

Employee Initials _____ _ .

TWPL00000961

## Disclosure Statement

The following is a complete list of accounts outside Thomas Weisel Partners LLC which fall within the Thomas Weisel Partners LLC policies regarding personal investments. (Add additional pages if necessary.)

Outside Accounts

None _____

1.    Account Name:

Account Number:

Firm Name:

Address:

Phone Number:

2.    Account Name:

Account Number:

Firm Name:

Address:

Phone Number:

Accounts Managed by Investment Advisors

None _____

Name of Advisor:

Address:

Phone Number:

Partnerships (Limited and otherwise) Which Invest in Securities in Which You Have an Interest

Name of Partnership:

Are you a limited partner or a general partner?

State your percentage interest:

Name of general partner:

Address:

Can you make or influence securities investments by the partnership?

Other Business in which I am engaged: _____

_____

_____

Employee Initials _____

**REDACTED**

TWPL00000962

Entities by which I am employed or receive compensation:                 None _____ ___.

    Name of entity:

    Affiliation of title:


Business organization in which I am an officer, director, partner or employee:       None _____

    Name of organization:

    Title:

    Public Company?


Financial interests in any securities, financial or kindred business:       None _____

    Describe: _____


Financial interests in any foreign financial account:                 None _____

    Describe:


Do you own a significant position in any publicly-held company's securities:       None _____

    Describe:


Employee Initials _____

TWPL00000963




**Insider Disclosure Form**

Name _____    Date _____

Position _____

Please indicate in the space provided below whether you or any member of your immediate family (parents, mother in law, father in law, husband, wife, brother, sister, brother in law, sister in law, son, daughter, son in law, daughter in law) is an executive officer, director, or a 5% or greater stockholder of a public company.

Please note that disclosing this information does not impact any existing or potential employment.

Family Member: _____    Relationship: _____

Name of Company:_____

Position: _____

Family Member: _____    Relationship: _____

Name of Company:_____

Position: _____

I acknowledge that the above statements are true and correct to the best of my knowledge.

Signature: _____

Employee Initials _____

TWPL00000964



A.    Initial Acknowledgment

I hereby acknowledge that I have received and read the Thomas Weisel
Partners LLC Equity Research Policies Manual and understand the provisions therein. I
agree that, to the extent I have questions about the application or interpretation of any
provision, I will consult with the Director of Research, and/or TWP's Legal and Compliance
Departments. I affirm that I will comply fully with the policies and procedures in the
Manual. I understand that my failure to do so may subject me to sanctions, including fines,
suspensions and termination of my employment.

Print Name: _____

Signed: _____    Dated: _____

- 43 -

TWPL00000965




**B.    Annual Acknowledgment**

I hereby acknowledge that I have received and read the Thomas Weisel Partners LLC Equity Research Policies Manual and understand the provisions therein. I agree that, to the extent I have questions about the application or interpretation of any provision, I will consult with the Director of Research and/or TWP's Legal and Compliance Departments. During the past year I have complied fully with the policies and procedures in the Manual and presently am in full compliance therewith. I also affirm that I will comply with such policies and procedures in the future. I understand that my failure to do so may subject me to sanctions, including fines, suspensions and termination of my employment.

Print Name: _____

Signed: _____    Dated: _____

- 44 -

TWPL00000966



ACKNOWLEDGEMENT OF RECEIPT OF EMPLOYEE HANDBOOK AND
AGREEMENT TO EMPLOYMENT AT WILL, CONFIDENTIALITY, NON-
SOLICITATION, AND AGREEMENT TO ARBITRATE

I received a copy of the Thomas Weisel International Private Limited (the Company) Employee
Handbook in paper copy I agree to read the Handbook and to comply with all of the Company's
various policies and practices. In addition, in consideration for my continued employment, I agree
to the following:

Acknowledgement of Receipt of Handbook and Employment-At-Will
I understand that the Employee Handbook is not intended to in any way create a contract of
employment, either express or implied. Rather, I understand that employment at the Company is
at-will and that the Company and I each have the right to end our employment relationship for any
reason at any time, with or without cause.

I also understand that any rules, policies and benefits described in the Employee Handbook may be
modified by the Company from time to time, except for the policy of employment-at-will, and that
any change to at-will employment can only be made in writing, signed by Mark Fisher on behalf of
the Company.

Confidentiality and Trade Secrets
I will not at any time, either during or after the term of my employment with the Company, in any
fashion, form or manner, either directly or indirectly, unless expressly consented to in writing by the
Company, use, divulge, disclose or communicate to any person or entity any confidential
information of any kind, nature or description concerning any matters affecting or relating to
TWIPL's business. The definition of "confidential information" is very broad. It includes but is
not limited to, computer processes, programs and codes; the names, addresses, buying habits or
practices or any Company clients or customers; marketing methods, programs and related data, or
other written records used in Company business; compensation paid to other employees and
independent contractors and other terms of their employment or contractual relationships; or any
other confidential information of, about or concerning TWIPL business, manner of operations, or
other data of any kind, nature or description. I understand the above information and items are
important, material and confidential trade secrets that affect the successful conduct of Company
business and its good will, and that any breach of any term of this section is a material breach of this
agreement. All equipment, notebooks, documents, memoranda, reports, files, samples, books,
correspondence, lists or other written and graphic records, and the like, including tangible or
intangible computer programs, records and data, affecting or relating to Company business, which I
might prepare, use, construct, observe, posses or control, shall be and shall remain the Company's
sole property.

I agree that on or before the last day of my employment I will not remove confidential information,
whether physical or electronic without the express written permission of Human Resources.

No Solicitation of Customers, Clients, and Prospective Clients
I hereby acknowledge and agree that I will likely be exposed to a significant amount of confidential
information concerning the Company's business methods, operations, customers, clients, and
prospective clients while employed by the Company, that such information might be retained by me
in tangible form or simply retained in my memory, and that the protection of the Company's
exclusive rights to such confidential information and trade secrets can best be ensured by means of
a restriction on my activities after termination of employment. I agree that all business procured by
me while I am employed by the Company and all information about clients and prospective clients
are the Company's property. Therefore, for a one-year period following employment termination
(whether voluntary or involuntary and with or without cause), I will not solicit, divert or initiate any
contact with (or attempt to solicit, divert or initiate contact with) any customer or client of the
Company for any commercial or business reason whatsoever.

TWPL00001033



## No Solicitation of Employees

I agree that for as long as I am employed by the Company and for 12 months after the cessation of my employment I will not recruit, hire or attempt to recruit or hire, directly or by assisting others, any of the Company's employees with whom I had contact during my employment with the Company. For the purposes of this paragraph, "contact" means any interaction whatsoever between the other employee and me.

## Arbitration

To ensure rapid and economical resolution of any and all disputes, directly or indirectly arising out of, or in any way connected with my employment with Thomas Weisel International Private Limited (the Company) or the termination of that employment, (collectively the "arbitrable claims"), Thomas Weisel International Private Limited and I each agree that any and all such disputes whether of law or fact of any nature whatsoever, shall be resolved by final and binding arbitration under the procedures of the National Association of Securities Dealers, Inc. and/or the New York Stock Exchange, Inc., which procedures will be provided upon your request. In the event that the NASD or NYSE are unable or unwilling to address the concerns of any party in arbitration, the parties will use a neutral arbitrator or panel from JAMS/Endispute. The Arbitrable Claims shall include, but not be limited to any and all such claims related to salary, bonuses, commissions, stock, stock options, or any other ownership interests in Thomas Weisel Partners LLC, vacation pay fringe benefits, expense reimbursements, severance benefits, or any other form of compensation, claims pursuant to any federal, state or local law or cause of action including, but not limited to the Federal Civil Rights Act of 1964 as amended, the federal Age Discrimination in Employment Act of 1967, as amended ("ADEA"), the federal Americans with Disabilities Act of 1990; the California Fair Employment and Housing Act, or any other similar state law, as amended, tort law, contract law, wrongful discharge, discrimination, fraud, defamation, emotional distress, and all rights we may otherwise have to resolve such Arbitrable Claims by jury trial, by a court, or in any forum other than arbitration, are hereby expressly waived. The arbitrator shall ensure that the parties are able to conduct adequate discovery in order to establish the claims and defenses of the parties and the arbitrator shall have authority to award such damages and remedies, including attorney's fees, available under the applicable statute governing the claim. In addition, the arbitrator shall issue a written decision that states the rationale for the decision and the award, if any. Thomas Weisel International Private Limited will pay all arbitration fees for any claims brought by an employee against Thomas Weisel International Private Limited in arbitration, except that I will be required to pay an initial filing fee that does not exceed the applicable court filing fee.

## Agreement

You agree to abide by the terms and practices set forth the in the Thomas Weisel International Private Limited Employee Handbook, including but not limited to all employment policies, standards of conduct, employment-at-will, confidentiality, non-solicitation, and arbitration by signing below.

29/6/07
Date

_Kunal_
Signature

Kunal Vora
Print Name

TWPL00001034

PERSONAL DATA

1.  Have you ever been suspended, expelled or otherwise disciplined by any regulatory body or by any such exchange or association; or ever been refused membership therein; or ever withdrawn your application for such a membership?

Yes  (No)  (circle one)

2.  Have you ever been associated with any organization, as a director, controlling stockholder, partner, officer, employee or other representative of a broker-dealer which has been, or a principal of which has been suspended or expelled from any such exchange or registered association, or was refused membership therein, or withdrew an application for membership; or whose registration as a broker-dealer with the S.E.C. or any state agency has been denied, suspended, or revoked?

Yes  (No)  (circle one)

3.  Are you now subject to an order of the N.A.S.D any national securities exchange or the S.E.C. which revokes, suspends, or denies membership or registration?

Yes  (No)  (circle one)

4.  Have you been named as a "cause" in any action mentioned in the preceding questions taken with respect to a broker-trader?

Yes  (No)  (circle one)

5.  Have you ever been permanently or temporarily enjoined by an order, judgement or decree from acting as, or being affiliated or employed with an underwriter broker, dealer, investment bank, insurance company or in any connection with the purchase or sales of any securities commodity?

Yes  (No)  (circle one)

6.  Have you ever been a principal or employee of any corporation, firm, or association which has enjoined temporarily or otherwise from selling or dealing in securities or commodities or functioning as an investment advisor?

Yes  (No)  (circle one)

7.  Are you now or have you ever been subject to an order of the S.E.C. or any other regulatory agencies or associations which bars or suspends you from becoming associated with a broker-dealer?

Yes  (No)  (circle one)

8.  Are you now or have you ever been aware of a written customer complaint lodged against you for work you performed in the securities industry? If YES, provide details as to the circumstances on the reverse side of this sheet.

Yes  (No)  (circle one)

9.  If hired, do you plan to engage in, or to be employed by, any other business or business organization?

Yes  (No)  (circle one)

10. Have you ever been arrested or convicted of a felony of any kind or of any misdemeanor (except minor traffic offenses)?  A conviction will not necessarily disqualify you for the job. If yes, please explain in detail.

Yes  (No)  (circle one)

11. Can you, after employment, submit verification of both your identity and authorization to work in the U.S. pursuant to the Immigration Reform Act of 1986 and related issues? NA if not working in a U.S. office.

Yes  (No)  (circle one)

12. What banks or brokerage firms do you have securities accounts with?

None

*Thomas Weisel Partners LLC is an equal opportunity employer.  Thomas Weisel Partners LLC will not discriminate with regard to race, religion, veteran status, citizenship, color, creed, sex, marital status, age, national origin, ancestry, medical condition, physical or mental disability, sexual orientation, or any other protected basis made unlawful by federal, state or local law.  Certain positions, however, have bona fide occupational qualifications.*

TWPL00001035

## CONDITIONS OF EMPLOYMENT

In the event I may be employed by the Company, I will comply with all the Company's present or subsequent issued policies and procedures as set forth in the company's Handbook, or any other communications distributed to employees. I understand that any employment with the company is at will; that is, I may leave the company at any time with or without good reason, and the company may terminate my employment with the company at any time with or without good cause. I also understand that the company retains its discretion to make all other decisions concerning my employment (including decisions regarding demotion, transfers, job responsibilities, increases or reductions in pay, bonuses or other compensation, or any other managerial decisions) with or without good cause. I understand that none of the policies contained in the company's Handbook alter these terms and that any agreement to the contrary must be in writing and signed by a duly authorized officer of the company. I further understand and agree that no person at the company has any power or authority whatsoever, either actual or implied, to change, modify, or delete the at-will nature of my employment, except in writing signed by the Executive Committee and/or the Chief Financial Officer of the company. No oral statements or representations can in any way change or alter the provisions of these policies. After employment has been granted, the employee must provide proof of a legal right to work in the United States, if employed in a U.S. office.

## PERSONAL SECURITIES TRANSACTIONS

All employees are required to disclose to the Compliance Department whether they, or anyone in their household, have any active securities accounts. Failure to disclose outside accounts is grounds for termination. All orders to buy or sell securities for accounts in which employees and their families have an interest must be made through duplicate confirmations to Thomas Weisel Partners LLC unless an exception is made by the Compliance Department.

## BONDING

I understand that if I am employed I must be bonded, which is an insurance agreement pledging surety for financial loss caused to the firm by the act of default of a third person. I understand further that failure to be bonded, or cancellation or withdrawal of the bond, regardless of when such an action is taken will be sufficient cause for immediate discharge unless an exception is made by the Compliance Department.

## ARBITRATION

To ensure rapid and economical resolution of any and all disputes, directly or indirectly arising out of, or in any way connected with my employment with Thomas Weisel Partners LLC or the termination of that employment, (collectively the "arbitrable claims"), Thomas Weisel Partners LLC and I each agree that any and all such disputes whether of law or fact of any nature whatsoever, shall be resolved by final and binding arbitration under the procedures of the National Association of Securities Dealers, Inc. and/or the New York Stock Exchange, Inc., which procedures will be provided upon your request. In the event that the NASD or NYSE are unable or unwilling to address the concerns of any party in arbitration, the parties will use a neutral arbitrator or panel from JAMS/Endispute. The Arbitrable Claims shall include, but not be limited to any and all such claims related to salary, bonuses, commissions, stock, stock options, or any other ownership interests in Thomas Weisel Partners LLC, vacation pay fringe benefits, expense reimbursements, severance benefits, or any other form of compensation, claims pursuant to any federal, state or local law or cause of action including, but not limited to the Federal Civil Rights Act of 1964 as amended, the federal Age Discrimination in Employment Act of 1967, as amended ("ADEA"), the federal Americans with Disabilities Act of 1990; the California Fair Employment and Housing Act, or any other similar state law, as amended, tort law, contract law, wrongful discharge, discrimination, fraud, defamation, emotional distress, and all rights we may otherwise have to resolve such Arbitrable Claims by jury trial, by a court, or in any forum other than arbitration, are hereby expressly waived. . The arbitrator shall ensure that the parties are able to conduct adequate discovery in order to establish the claims and defenses of the parties and the arbitrator shall have authority to award such damages and remedies, including attorney's fees, available under the applicable statute governing the claim. In addition, the arbitrator shall issue a written decision that states the rationale for the decision and the award, if any. Thomas Weisel Partners LLC will pay all arbitration fees for any claims brought by an employee against Thomas Weisel Partners LLC in arbitration, except that I will be required to pay an initial filing fee that does not exceed the applicable court filing fee.

## CERTIFICATION

I certify that the foregoing answers are true. I realize that all information furnished by me on this application is important and that the employer may rely on such information in employing me and in continuing my employment. I also realize that any false statement, willful omission, or misrepresentation of fact shall constitute cause for dismissal regardless of when discovered by the Company. I also agree that if employed, I will abide by all the rules and regulations of the Company.

I authorize and request any and all of my former employers and other people to furnish to the agency, jurisdiction or organization with which this application is being filed, or any agent acting on its behalf, any information they may have concerning my character, ability, business activities, educational background, general reputation, together with, in the case of former employers, a history of my employment by them and the reasons for the termination thereof. Moreover, I hereby release each such employer and each such other person from any and all liability of whatever nature by the reason of furnishing such information to the agency, jurisdiction or organization or any agent acting on its behalf.

I HAVE READ AND UNDERSTAND THE STATEMENTS CONTAINED IN THE Thomas Weisel Partners LLC APPLICATION, AND I FULLY UNDERSTAND THEM. I HEREBY AGREE TO THE ABOVE CONDITIONS OF EMPLOYMENT, AND I AUTHORIZE INVESTIGATION OF ALL STATEMENTS CONTAINED IN THIS APPLICATION. I AM AWARE THAT THIS APPLICATION WILL ONLY BE ACTIVE FOR THIRTY (30) DAYS. UPON EXPIRATION OF (30) DAYS, I KNOW THAT I MUST REAPPLY IF I WISH TO BE CONSIDERED FOR EMPLOYMENT.

| _Kunal_ | Kunal Vora | 29/6/07 |
| --- | --- | --- |
| Signature | Print Name | Date |

*Thomas Weisel Partners LLC is an equal opportunity employer. Thomas Weisel Partners LLC will not discriminate with regard to race, religion, veteran status, citizenship, color, creed, sex, marital status, age, national origin, ancestry, medical condition, physical or mental disability, sexual orientation, or any other protected basis made unlawful by federal, state or local law. Certain positions, however, have bona fide occupational qualifications.*



**Thomas Weisel Partners**
MERCHANT BANKING

Pre-Hire Authorization

<u>Candidate Name:</u>  Kunal Yora

<u>Date:</u>  29/6/07

Are you aware of any circumstances that would prohibit you from working in the Securities industry?

_____Yes          _____(No)

If you answered yes, please provide a brief description below of the circumstances.

Kunal
<u>Candidate's Signature</u>

TWPL00001037



RECEIPT OF THOMAS WEISEL PARTNERS LLC'S CONFIDENTIALITY
AGREEMENT POLICY

*I acknowledge that I have received a copy of Thomas Weisel Partners LLC's Confidentiality Agreement Policy (the "Policy"). I have read it, understand it, and agree to follow the Policy. I understand any employee who engages in conduct prohibited by the Policy will be subject to disciplinary action, up to and including discharge.*

I understand it is my obligation to refrain from engaging in conduct in violation of the Policy.

Kunal Vora
Print Name

Kunal
Signature

29/6/07
Date

TWPL00001038

*Confidential Reporting of AML Non-Compliance*

Employees will report any violations of the firm's AML compliance program to one of the AML Compliance Officers, unless the violations implicate the Compliance Officer, in which case the employee shall report to General Counsel. Such reports will be confidential, and the employee will suffer no retaliation for making them.

## ACKNOWLEDGEMENT OF RECEIPT OF
## ANTI-MONEY LAUNDERING POLICY

I received a copy of the Thomas Weisel Partners LLC Anti-Money Laundering Policy. I agree to read the Policy and to comply with all policies and practices.

Print name: _Kunal Vora_

Signature: _Xvro l_

Date: _29/6/07_

Please sign and return to:
Sumer Aulakh
Compliance, SF 36th Floor

15



# RECEIPT OF THOMAS WEISEL PARTNERS LLC'S ANTI-DISCRIMINATION AND ANTI-HARASSMENT POLICY

I acknowledge that I have received a copy of Thomas Weisel Partners LLC's Anti-Discrimination and Anti-Harassment Policy (the "Policy"). I have read it, understand it, and agree to follow the Policy. I understand any employee who engages in conduct prohibited by the Policy will be subject to disciplinary action, up to and including discharge.

I understand it is my obligation to refrain from engaging in conduct in violation of the Policy. I will report conduct that I believe is harassing or discriminatory to enable the Firm to take action as appropriate.

Kunal Vora
Print Name

Kunal
Signature

29/6/07
Date

TWPL00001040

## RECEIPT OF THOMAS WEISEL PARTNERS LLC'S
## COMPUTER SOFTWARE POLICY

I acknowledge that I have received a copy of Thomas Weisel Partners LLC's Computer Software Policy (the "Policy"). I have read it, understand it, and agree to follow the Policy. I understand any employee who engages in conduct prohibited by the Policy will be subject to disciplinary action, up to and including discharge.

Kunal Vorg

Print Name

_Signature_

Signature

29/6/07

Date

TWPL00001041

## Thomas Weisel Partners LLC

### Compliance Policy

It is your responsibility to keep the information on the disclosure statement current at all times. Compliance with Thomas Weisel Partners LLC policy as set forth in the following pages and in the compliance manual is mandatory and will be strictly enforced. A pattern of behavior indicative of continuous disregard for the spirit of the policies of Thomas Weisel Partners LLC will be grounds for termination.

It is the policy of Thomas Weisel Partners LLC that all accounts of partners, employees, and related persons to whom they contribute support or with whom they share residence be disclosed to Thomas Weisel Partners LLC, including the following types of accounts:

- Personal accounts
- Any account in which he or she has an interest (including limited and general partnership interests in partnerships engaged in investing in securities),
- Accounts with an outside manager over which he or she has no investment influence,
- Accounts of third persons over which he or she has investment discretion, regardless of beneficial owner,
- Pension, profit sharing, or IRA accounts

Exceptions to this policy must be approved in advance by the Compliance Department prior to opening the account. New York Stock Exchange rules require that this firm authorizes any other firm to carry such accounts and that we receive duplicate confirmations of any trades made in such accounts, managed by investment advisors. If authorization is granted, Compliance will send written approval to the organization carrying the account. When an exception has been granted, it is the responsibility of the partner/employee to arrange in advance for duplicate confirmation and monthly statements to be sent to Thomas Weisel Partners LLC, c/o Compliance Department. Under no circumstances is any such brokerage account outside this firm to be opened or maintained without the approval of the compliance director. Failure to adhere to this policy will be deemed grounds for dismissal and may result in disciplinary action by regulatory authorities.

Investments in private placements other than those offered through Thomas Weisel Partners LLC also require prior approval of the Compliance Department.

### Employment Policy Outside of Thomas Weisel Partners LLC

No Partner or employee may be:
- Engaged in any other business
- Employed by or receive compensation from any other person
- Serve as an officer, director, partner or employee of any other business organization
- Own any stock or have, directly or indirectly, any securities, financial or kindred business (except for publicly traded securities of such businesses), without the prior written approval of the Compliance Director.

It is the Partner or employee's responsibility at all times to disclose any such employment and/or affiliation and to obtain, and to refrain evidence of, such written approval.

At no time may any partner or officer solicit or arrange for third parties to make securities investments other than through Thomas Weisel Partners LLC.

Employee Initials _____

TWPL00001042

Disclosure Statement

The following is a complete list of accounts outside Thomas Weisel Partners LLC which fall within the Thomas Weisel Partners LLC policies regarding personal investments. (Add additional pages if necessary.)

Outside Accounts

None ✓_____

1.    Account Name:

      Account Number:

      Firm Name:

      Address:

      Phone Number:

2.    Account Name:

      Account Number:

      Firm Name:

      Address:

      Phone Number:

Accounts Managed by Investment Advisors

None ✓_____

      Name of Advisor:

      Address:

      Phone Number:

Partnerships (Limited and otherwise) Which Invest in Securities in Which You Have an Interest

      Name of Partnership:

      Are you a limited partner or a general partner?

      State your percentage interest:

      Name of general partner:

      Address:

      Can you make or influence securities investments by the partnership?

Other Business in which I am engaged:

_____ None _____

_ _ _ _ _ _ _____

                                    Employee Initials _____

2

TWPL00001043

Entities by which I am employed or receive compensation:                    None _____✓_____

    Name of entity:

    Affiliation of title:


Business organization in which I am an officer, director, partner or employee:    None _____✓_____

    Name of organization:

    Title:

    Public Company?


Financial interests in any securities, financial or kindred business:    None _____✓_____

    Describe:


Financial interests in any foreign financial account:    None _____✓_____

    Describe:


Do you own a significant position in any publicly-held company's securities:    None _____✓_____

    Describe:


Employee Initials _____

TWPL00001044

Insider Disclosure Form

Name _Kunal Vora_     Date _29/6/08_

Position _Associate_

Please indicate in the space provided below whether you or any member of your immediate family (parents, mother in law, father in law, husband, wife, brother, sister, brother in law, sister in law, son, daughter, son in law, daughter in law) is an executive officer, director, or a 5% or greater stockholder of a public company.

Please note that disclosing this information does not impact any existing or potential employment.

Family Member: _None_          Relationship: _____

Name of Company: _____

Position: _____

Family Member: _____          Relationship: _____

Name of Company: _____

Position: _____

I acknowledge that the above statements are true and correct to the best of my knowledge.

Signature: _Kunal Vora_

Employee Initials _KV_

TWPL00001045



Disclosure Statement

I have read and understand Thomas Weisel Partners' policy regarding personal investments and employment outside of Thomas Weisel Partners and have set forth herein all such outside accounts, employment, associations and sources of compensation. I understand that failure to disclose any personal or related accounts, any other sources of employment or compensation as described herein, any affiliations with business organizations, and failure to adhere to the intent and discretions of this policy, may result in my immediate termination from Thomas Weisel Partners LLC.

I acknowledge that I have received a copy of Thomas Weisel Partners employee handbook and compliance handbook and I will read them in their entirety within one week. I also understand that if I have any questions relative to any compliance issues, I will contact the Compliance Director immediately.

Employment with Thomas Weisel Partners is employment at-will. Employment at-will means that employment may be terminated by either you or the company at any time, with or without cause and with or without notice.

Except for employment at-will status, the company reserves the right to revise, modify, delete and/or add to any and all of its policies, procedures, work rules or benefits. All such revisions, modifications, deletions and/or additions must be in writing and must be signed by the Executive Committee and/or the Chief Financial Officer of the company. No oral statements or representations can in any way change or alter the provisions of these policies.

No manager, supervisor or employee of the company has any authority to enter into any agreement for employment for any specified period of time to make any agreement for employment other than at-will. Only the Executive Committee and/or the Chief Financial Officer has the authority to make such agreements, and then only in writing.

Name Printed: ___Kunal Vora___

Signature: ___Kunal___

Date: ___29/6/07___

Employee Initials ___KV___

**TWPL00001046**



## ACKNOWLEDGEMENT

I hereby acknowledge that I have received and read the Thomas Weisel Partners LLC Employee Trading Policy. I fully understand its contents and I agree to comply with it. If I have any questions about the application or interpretation of the Thomas Weisel Partners LLC Employee Trading Policy, I will consult with the Legal/Compliance Department.

Please sign and return this acknowledgement into the Human Resources Department. Please call Karen Santos at x. 2762 or Pam Housley at x. 2620 if you have any questions.

Print Name: _Kunal Vora_

Signed: _Ouvni_                                    Dated: _29/6/07_

For Internal Use Only



## Thomas Weisel Partners
MERCHANT BANKING

### Pre-Registration Authorization

I hereby grant permission to Thomas Weisel Partners LLC, of which Thomas Weisel International Private Limited is a branch office, to verify my previous employment, registration, and disciplinary history through the NASD's Central Registration Depository system.

I hereby authorize any federal, state, or municipal agency, or any securities or commodities industry self-regulatory organization (except the United States Internal Revenue Service or other state taxing authorities with respect to confidential information held by them) to make available to Thomas Weisel Partners LLC's authorized agents and employees any information they may have concerning me which they deem relevant in connection with a determination by it to employ me. I hereby release any such entity, their employees and agents, from any and all liability of whatever nature by reason of furnishing such information.

SIGNATURE _Kunal_____

Name (Please Print) __Kunal Vora_____

Date __29/6/07_____

Social Security Number _____

Date of Birth __ __ _____ (MM/DD)

**REDACTED**

TWPL00001048

## ACKNOWLEDGEMENT OF RECEIPT OF
### CHINESE WALL MANUAL

I received a copy of the Thomas Weisel Partners LLC Chinese Wall Manual.  I agree to read the Manual and to comply with all policies and practices.


Print name:  _Kunal Vora_

Signature:  _Kynal_

Date:  _29/6/07_


Please sign and return to:
Sumer Aulakh
Compliance, SF 36th Floor

TWPL00001049



## Thomas Weisel Partners LLC

### Compliance Policy

It is your responsibility to keep the information on the disclosure statement current at all times. Compliance with Thomas Weisel Partners LLC policy as set forth in the following pages and in the compliance manual is mandatory and will be strictly enforced. A pattern of behavior indicative of continuous disregard for the spirit of the policies of Thomas Weisel Partners LLC will be grounds for termination.

It is the policy of Thomas Weisel Partners LLC that all accounts of partners, employees, and related persons to whom they contribute support or with whom they share residence be disclosed to Thomas Weisel Partners LLC, including the following types of accounts:

- Personal accounts
- Any account in which he or she has an interest (including limited and general partnership interests in partnerships engaged in investing in securities),
- Accounts with an outside manager over which he or she has no investment influence,
- Accounts of third persons over which he or she has investment discretion, regardless of beneficial owner,
- Pension, profit sharing, or IRA accounts

Exceptions to this policy must be approved in advance by the Compliance Department prior to opening the account. New York Stock Exchange rules require that this firm authorizes any other firm to carry such accounts and that we receive duplicate confirmations of any trades made in such accounts, managed by investment advisors. If authorization is granted, Compliance will send written approval to the organization carrying the account. When an exception has been granted, it is the responsibility of the partner/employee to arrange in advance for duplicate confirmation and monthly statements to be sent to Thomas Weisel Partners LLC, c/o Compliance Department. Under no circumstances is any such brokerage account outside this firm to be opened or maintained without the approval of the compliance director. Failure to adhere to this policy will be deemed grounds for dismissal and may result in disciplinary action by regulatory authorities.

Investments in private placements other than those offered through Thomas Weisel Partners LLC also require prior approval of the Compliance Department.

### Employment Policy Outside of Thomas Weisel Partners LLC

No Partner or employee may be:
- Engaged in any other business
- Employed by or receive compensation from any other person
- Serve as an officer, director, partner or employee of any other business organization
- Own any stock or have, directly or indirectly, any securities, financial or kindred business (except for publicly traded securities of such businesses), without the prior written approval of the Compliance Director.

It is the Partner or employee's responsibility at all times to disclose any such employment and/or affiliation and to obtain, and to refrain evidence of, such written approval.

At no time may any partner or officer solicit or arrange for third parties to make securities investments other than through Thomas Weisel Partners LLC.

Employee Initials 

Disclosure Statement

The following is a complete list of accounts outside Thomas Weisel Partners LLC which fall within the Thomas Weisel Partners LLC policies regarding personal investments. (Add additional pages if necessary.)

Outside Accounts

None ✓

1.   Account Name:

     Account Number:

     Firm Name:

     Address:

     Phone Number:

2.   Account Name:

     Account Number:

     Firm Name:

     Address:

     Phone Number:

Accounts Managed by Investment Advisors

None ✓

     Name of Advisor:

     Address:

     Phone Number:

Partnerships (Limited and otherwise) Which Invest in Securities in Which You Have an Interest

     Name of Partnership:

     Are you a limited partner or a general partner?

     State your percentage interest:

     Name of general partner:

     Address:

     Can you make or influence securities investments by the partnership?

Other Business in which I am engaged:

     None

                                              Employee Initials  ✓

2

Entities by which I am employed or receive compensation:                    None __✓_____

    Name of entity:

    Affiliation of title:


Business organization in which I am an officer, director, partner or employee:    None __✓_____

    Name of organization:

    Title:

    Public Company?


Financial interests in any securities, financial or kindred business:        None __✓_____

    Describe:


Financial interests in any foreign financial account:                        None __✓_____

    Describe:


Do you own a significant position in any publicly-held company's securities:   None ✓_____

    Describe:


Employee Initials _✓____

3

TWPL00001052

Insider Disclosure Form

Name _Kunal vorg_____    Date _29/6/07_____

Position _Associate_____

Please indicate in the space provided below whether you or any member of your immediate family (parents, mother in law, father in law, husband, wife, brother, sister, brother in law, sister in law, son, daughter, son in law, daughter in law) is an executive officer, director, or a 5% or greater stockholder of a public company.

Please note that disclosing this information does not impact any existing or potential employment.

Family Member: _None_____    Relationship: _____

Name of Company: _____

Position: _____

Family Member: _____    Relationship: _____

Name of Company: _____

Position: _____

I acknowledge that the above statements are true and correct to the best of my knowledge.

Signature: _Oburel_____

Employee Initials _Ov_____

TWPL00001053



A.    Initial Acknowledgment

I hereby acknowledge that I have received and read the Thomas Weisel Partners LLC Equity Research Policies Manual and understand the provisions therein. I agree that, to the extent I have questions about the application or interpretation of any provision, I will consult with the Director of Research, and/or TWP's Legal and Compliance Departments. I affirm that I will comply fully with the policies and procedures in the Manual. I understand that my failure to do so may subject me to sanctions, including fines, suspensions and termination of my employment.

Print Name:   Kunal Vora

Signed:   Kunal          Dated:   29/6/02

- 43 -

TWPL00001054

 

B.    **Annual Acknowledgment**

I hereby acknowledge that I have received and read the <u>Thomas Weisel Partners LLC Equity Research Policies Manual</u> and understand the provisions therein. I agree that, to the extent I have questions about the application or interpretation of any provision, I will consult with the Director of Research and/or TWP's Legal and Compliance Departments. During the past year I have complied fully with the policies and procedures in the Manual and presently am in full compliance therewith. I also affirm that I will comply with such policies and procedures in the future. I understand that my failure to do so may subject me to sanctions, including fines, suspensions and termination of my employment.

Print Name:    Kunal Vora

Signed.    Kunal    Dated:    29/6/07

- 44 -

TWPL00001055

 

## Thomas Weisel Partners, LLC
Internet Access Service Policy

**PURPOSE**
Thomas Weisel Partners, LLC ("TWP") will benefit if Internet access services are used in ways which will build overall system efficiencies, maximize the accessibility of the system, and minimize or eliminate unimportant or improper traffic over the systems. Therefore, TWP would like all users of its Internet /Intranet access service to adhere to certain standards of behavior as a means of achieving these goals.

**APPLICABILITY**
These standards apply to all TWP employees, consultants, and business associates who use the Internet. TWP reserves the right to change, modify, discontinue, or amend any portion of this policy at any time.

**GENERAL GUIDELINES**
TWP expects the highest levels of professionalism, courtesy and appropriate behavior from all employees. Please use common sense and good judgment, and adhere to the policies contained herein, when using the Internet access services provided by Thomas Weisel Partners. *The same standards of professionalism apply when using TWP's Intranet capabilities.*

**Behavior that could result in disciplinary action**
The actions listed below are some examples of behavior which are unacceptable when using TWP's Internet access services. Participation in any of these unacceptable behaviors may be grounds for disciplinary action, ranging from verbal or written warnings to termination or other measures as may be appropriate.

- Using TWP Internet access service for personal gain.
- **Participation in chat rooms and Bulletin Boards**
- Unauthorized attempt to break into computer systems
- Refusal to cooperate with a security investigation
- Transmission of TWP confidential or proprietary information to unauthorized destinations or recipients.
- Sending messages containing threatening or harassing messages
- Copying, transmitting, or receiving copyrighted or licensed software in violation of license or copyright restrictions
- Disclosing TWP user account and or password information to unauthorized people
- Any activity prohibited by Federal, State or Local laws.
- Any activity which disrupts computer systems or networks belonging to TWP or other entities
- Any activity which may be deemed harassment.

**Please keep in mind that INTERNET MAIL IS INHERENTLY INSECURE.**
TWP employee's emails are reviewed on a random basis by Supervisors and the Compliance Department. You should have no expectation of privacy. As a general rule of thumb: *Don't put it into electronic mail unless you're comfortable seeing it on the six o'clock news. Treat email as you would stationery; our name and goodwill is stamped on it.*

**AGREEMENT:**
I have read and understood the above guidelines, and will abide by their terms. I accept full responsibility for any use of the TWP Internet Access Service from my computer system accounts.

_____        29/6/07
Signature                           Date

Kunal Vora
Print Name

TWPL00001056