GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
MARK A. SHEFT (No. 183732)
Email: msheft@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC and
THOMAS WEISEL INTERNATIONAL PRIVATE
LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. C-07-6198 MHP<br><br>Action Filed: December 6, 2007<br><br>PROOF OF SERVICE<br><br>Judge:      Hon. Marilyn H. Patel<br>Trial Date: None Set |

I, Nicholette N. Prince, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024. On July 10, 2008, I served the following document(s) described as:

1) PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [REDACTED]; 2) PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [UN-REDACTED]; 3) DECLARATION OF MICHAEL L. GALLO IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT [REDACTED]; 4) DECLARATION OF MICHAEL L. GALLO IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT [UN-REDACTED]; 5) DECLARATION OF KARANVEER DHILLON IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT [REDACTED]; 6) DECLARATION OF KARANVEER DHILLON IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT [UN-REDACTED]; 7) DECLARATION OF DON MAHON IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT [REDACTED]; 8) DECLARATION OF DON MAHON IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT [UN-REDACTED]; 9) DECLARATION OF JUSTICE (RET.) S. K. DESAI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS; 10) DECLARATION OF LISA SORANI IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; 11) DECLARATION OF KAREN SANTOS IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; 12) DECLARATION OF MICHI SETHAVARANGURA IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT; 13) DECLARATION OF LAUREL SUTCLIFFE IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT; 14) [PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; 15) MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 79-5; DECLARATION OF MICHAEL L. GALLO: 16) [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL ; 17) NOTICE OF MANUAL FILING

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

PROOF OF SERVICE                                    C-07-6198 MHP

-1-

|   |   |
|---|---|
| ☒ | by placing the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below and causing delivery of the envelope(s) by Free Wheelin' on today's date to the United States Post Office at 1300 Evans Avenue, San Francisco, California 94124 for delivery in the United States mail. |
| ☒ | by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

Joseph E. Addiego, III
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Facsimile: 415-276-6599
Email: joeaddiego@dwt.com

Attorneys for Defendants, BNP PARIBAS, BNP PARIBAS SECURITIES (ASIA) LIMITED

*Via Hand Delivery*
*(Documents Filed Under Seal Only)*

Leiv Blad
Clifford Chance
2001 K Street NW
Washington, DC 20006-1001
Facsimile: 202-912-6000
Email: leiv.blad@cliffordchance.com

Attorneys for Defendants, BNP PARIBAS, BNP PARIBAS SECURITIES (ASIA) LIMITED

*Courtesy Copy Via E-mail and U.S. Mail*

Tracy Thompson
Cook Roos Wilbur Thompson LLP
221 Main Street, Suite 1600
San Francisco, CA 94105
Facsimile: 415-362-7071
Email: tthompson@cookroos.com

Attorneys for Defendant PRAVEEN CHAKRAVARTY

*Via Hand Delivery*
*(Documents Filed Under Seal Only)*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on July 10, 2008.

_/s/ Nicholette N. Prince_
Nicholette N. Prince

W03 071008-127920024/nno/1512778/v1