| | |
|---|---|
| 1 | GILBERT R. SEROTA (No. 75305) |
| | Email: gserota@howardrice.com |
| 2 | MARK A. SHEFT (No. 183732) |
| | Email: msheft@howardrice.com |
| 3 | MICHAEL L. GALLO (No. 220552) |
| | Email: mgallo@howardrice.com |
| 4 | HOWARD RICE NEMEROVSKI CANADY |
| |    FALK & RABKIN |
| 5 | A Professional Corporation |
| | Three Embarcadero Center, 7th Floor |
| 6 | San Francisco, California  94111-4024 |
| | Telephone:    415/434-1600 |
| 7 | Facsimile:     415/217-5910 |

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC and
THOMAS WEISEL INTERNATIONAL
PRIVATE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>            Plaintiffs,<br>  v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>            Defendants. | No. C-07-6198 MHP<br><br>Action Filed:  December 6, 2007<br><br>[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>Date:    August 18, 2008<br>Time:   2:00p.m.<br>Place:   Courtroom 15<br>Judge:  Hon. Marilyn Hall Patel |

ORDER GRANTING MOT. TO FILE DOCUMENTS UNDER SEAL C-07-6198 MHP

1   After considering the papers submitted, and the papers on file in this case, and good
2   cause appearing,
3   IT IS HEREBY ORDERED that the Clerk of the Court shall file under seal:
4   (1) [Sealed] Plaintiffs' Consolidated Opposition To Defendants' Motions To Dismiss
5   Plaintiffs' First Amended Complaint. **A REDACTED COPY SHALL BE FILED IN THE PUBLIC RECORD.**
6   (2) [Sealed] Exhibit D to the Declaration Of Michael L. Gallo In Support Of Plaintiffs'
7   Consolidated Opposition To Defendants' Motions To Dismiss Plaintiffs' First
8   Amended Complaint.
9   (3) [Sealed] Exhibit C to the Declaration Of Karanveer Dhillon In Support Of
10  Plaintiffs' Consolidated Opposition To Defendants' Motions To Dismiss Plaintiffs'
11  First Amended Complaint.
12  (4) [Sealed] Declaration of Don Mahon In Support Of Plaintiffs' Opposition To
13  Defendants' Motions To Dismiss The First Amended Complaint.
14  IT IS SO ORDERED.
15  DATED: __July 11_____, 2008.
16                                          By:_____
17                                                 THE HON. MARILYN H. PATEL
                                                   UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Marilyn H. Patel

ORDER GRANTING MOT. TO FILE DOCUMENTS UNDER SEAL C-07-6198 MHP