1  COOK | ROOS | WILBUR | THOMPSON LLP
   TRACY THOMPSON, CBN 88173
2  MICHAEL E. WILBUR, CBN 152361
   221 Main Street, Suite 1600
3  San Francisco, California 94105
   Telephone:    415-362-7071
4  Facsimile:    415-362-7073

5  Attorneys for Defendant
   PRAVEEN CHAKRAVARTY

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 | THOMAS WEISEL PARTNERS LLC, a              ) Case No.: C 07-06198 MHP
   | Delaware limited liability company, and    )
13 | THOMAS WEISEL INTERNATIONAL                ) NOTICE OF MANUAL FILING
   | PRIVATE LIMITED, an Indian company,        )
14 |                                            )
15 |         Plaintiffs,                        )
   |                                            )
16 |   vs.                                      ) Hearing: August 18, 2008
   |                                            ) Time: 2:00 p.m.
17 | BNP PARIBAS, a French corporation, BNP     ) Courtroom:    15
   | PARIBAS SECURITIES (ASIA) LIMITED, a       ) The Honorable Marilyn Hall Patel
18 | Hong Kong company, and PRAVEEN             )
   | CHAKRAVARTY, an individual,                )
19 |                                            )
20 |         Defendants.                        )
   |                                            )
21

22     The [Sealed] Defendant Chakravarty's Reply Memorandum of Points and Authorities in

23 Support of Motion to Dismiss; [Sealed] Declaration of Michael E. Wilbur in Support of Defendant

24 Chakravarty's Motion to Dismiss were filed in hard copy form only and are being maintained in the

25 case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-

26 copy shortly.  For information on retrieving this filing directly from the Court, please see the Court's

27 main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

28 ///

1   This filing was not e-filed for the following reason(s):

2   [ ] Voluminous Document (PDF file size larger than e-filing system allows)

3   [ ] Unable to Scan Documents

4   [ ] Physical Object (description): _____

5   [ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

6   [X] Items Under Seal

7   [ ] Conformance with the Judicial Conference Privacy Policy (General Order 53).

8   [ ] Other (description): _____

9

10  Dated: August 4, 2008.

11                                  COOK | ROOS | WILBUR | THOMPSON LLP

12

13                              By _____
14                                  MICHAEL E. WILBUR
                                    Attorneys for Defendant
15                                  PRAVEEN CHAKRAVARTY

16  P080108NoticeofManualFiling.doc

17

18

19

20

21

22

23

24

25

26

27

28

THOMAS WEISEL v. BNP PARIBAS, et al.                        NOTICE OF MANUAL FILING
CASE NO. C 07-06198 MHP                2