COOK | ROOS | WILBUR | THOMPSON LLP
TRACY THOMPSON, CBN 88173
MICHAEL E. WILBUR, CBN 152361
221 Main Street, Suite 1600
San Francisco, California 94105
Telephone:    415-362-7071
Facsimile:    415-362-7073

Attorneys for Defendant
PRAVEEN CHAKRAVARTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>vs.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | Case No.: C 07-06198 MHP<br><br>[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>Hearing: August 18, 2008<br>Time: 2:00 p.m.<br>Courtroom:    15<br>The Honorable Marilyn Hall Patel |

After considering the papers submitted, and the papers on file in this case, and good cause appearing,

IT IS HEREBY ORDERED that the clerk of Court shall file under seal:

(1) [Sealed] Defendant Chakravarty's Reply Memorandum of Points and Authorities in Support of Motion to Dismiss

(2) [Sealed] Exhibit A to the Declaration of Michael E. Wilbur in Support of Chakravarty's Motion to Dismiss.

IT IS SO ORDERED

This ___ day of August, 2008

By: _____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE