1  COOK | ROOS | WILBUR | THOMPSON LLP
   TRACY THOMPSON, CBN 88173
2  MICHAEL E. WILBUR, CBN 152361
   221 Main Street, Suite 1600
3  San Francisco, California 94105
   Telephone:   415-362-7071
4  Facsimile:   415-362-7073

5  Attorneys for Defendant
   PRAVEEN CHAKRAVARTY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company, <br><br> Plaintiffs, <br><br> vs. <br><br> BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual, <br><br> Defendants. | Case No.: C 07-06198 MHP <br><br> PROOF OF SERVICE BY MAIL <br><br> Hearing: August 18, 2008 <br> Time: 2:00 p.m. <br> Courtroom: 15 <br> The Honorable Marilyn Hall Patel |

1    I, the undersigned, declare that I am, and was at the time of service of the papers herein
2 referred to, over the age of 18, and not a party to the action. I am employed in the City and County of
3 San Francisco, State of California, in which county the within-mentioned mailing occurred. My
4 business address is that of Cook | Roos | Wilbur | Thompson LLP, 221 Main Street, Suite 1600, San
5 Francisco, California 94105.

6    On August 4, 2008, I served a true copy of the attached document titled exactly:

7    1.   DEFENDANT CHAKRAVARTY'S REPLY MEMORANDUM OF POINTS AND
8 AUTHORITIES IN SUPPORT OF MOTION TO DISMISS [REDACTED]
9    2.   DEFENDANT CHAKRAVARTY'S REPLY MEMORANDUM OF POINTS AND
10 AUTHORITIES IN SUPPORT OF MOTION TO DISMISS [UN-REDACTED]
11    3.   DECLARATION OF MICHAEL E. WILBUR IN SUPPORT OF DEEFNDANT
12 CHAKRAVARTY'S MOTION TO DISMISS [REDACTED];
13    4.   DECLARATION OF MICHAEL E. WILBUR IN SUPPORT OF DEEFNDANT
14 CHAKRAVARTY'S MOTION TO DISMISS [UN-REDACTED];
15    5.   MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS
16 UNDER SEAL PURSUANT TO L.R. 79-5; DECLARATION OF MICHAEL E. WILBUR IN
17 SUPPORT;
18    6.   NOTICE OF MANUAL FILING;
19    7.   [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE
20 REQUEST TO FILE DOCUMENTS UNDER SEAL
21 by placing it in a sealed envelope and depositing it in the United States mail, first class postage fully
22 prepaid, addressed to the following:

23

24 Joseph E. Addiego, III                          Leiv Blad
   Davis Wright Tremaine LLP                      Clifford Chance
25 505 Montgomery Street, Suite 800                2001 K Street NW
   San Francisco, CA 94111-6533                   Washington, DC 20006-1001
26
   Attorneys for Defendants, BNP Paribas,         Attorneys for Defendants, BNP PARIBAS,
27 BNP Paribas Securities (Asia) Limited           BNP PARIBAS SECURITIES (ASIA)
                                                  LIMITED1
28

1  I declare under penalty of perjury, under the laws of the State of California and the United
2  States of America, that the foregoing is true and correct.
3  Executed on August 4, 2008, at San Francisco, California.
4
5  _____
   Sandra Savage
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THOMAS WEISEL v. BNP PARIBAS, et al.                                    PROOF OF SERVICE
CASE NO. C 07-06198 MHP                     3