```
1  JOSEPH E. ADDIEGO III (State Bar No. 169522)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111-6533
3  Telephone:   (415) 276-6500
   Facsimile:   (415) 276-6599
4  joeaddiego@dwt.com

5  LEIV BLAD (State Bar No. 151353)
   CLIFFORD CHANCE US LLP
6  2001 K Street NW
   Washington, D.C. 20006
7  Telephone:   (202) 912-5000
   Facsimile:   (202) 912-6000
8  leiv.blad@cliffordchance.com

9  Attorneys for Defendants
   BNP PARIBAS and BNP PARIBAS
10 SECURITIES (ASIA) LIMITED
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | Case No. CV-07-06198 MPH<br><br>**NOTICE OF MANUAL FILING**<br><br>DATE:   August 18, 2008<br>TIME:   2:00 p.m.<br>PLACE:  Courtroom 15, 18th Floor<br>        Hon. Marilyn Hall Patel |

(DAVIS WRIGHT TREMAINE LLP — left margin)

1

NOTICE OF MANUAL FILING
Case No. CV-07-06198 MHP

1  The [Sealed] DEFENDANTS BNP PARIBAS AND BNP PARIBAS SECURITIES
2  (ASIA) LTD.'S REPLY IN SUPPORT OF MOTION TO DISMISS; MEMORANDUM OF
3  POINTS AND AUTHORITIES IN SUPPORT THEREOF, and the [Sealed] EXHIBIT 3 TO THE
4  DECLARATION OF JOSEPH E. ADDIEGO III IN SUPPORT OF DEFENDANTS BNP
5  PARIBAS AND BNP PARIBAS SECURITIES (ASIA) LTD.'S REPLY IN SUPPORT OF
6  MOTION TO DISMISS were filed in hard copy form only and is being maintained in the case file
7  in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy
8  shortly. For information on retrieving this filing directly from the Court, please see the Court's
9  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

10  This filing was not e-filed for the following reason(s):

11  [ ] Voluminous Document (PDF file size large than e-filing system allows)

12  [ ] Unable to Scan Documents

13  [ ] Physical Object (description): _____

14  [ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

15  [X] Items Under Seal

16  [ ] Conformance with the Judicial Conference Privacy Policy (General Order 53).

17  [ ] Other (description): _____

19  DATED: August 4, 2008                         DAVIS WRIGHT TREMAINE LLP

21                                                By:_____/s/_____
22                                                   Joseph E. Addiego III

23                                                Attorneys for Defendants
                                                  BNP PARIBAS, BNP PARIBAS
24                                                SECURITIES (ASIA) LIMITED

*DAVIS WRIGHT TREMAINE LLP*