1  JOSEPH E. ADDIEGO III (State Bar No. 169522)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111-6533
3  Telephone:   (415) 276-6500
   Facsimile:   (415) 276-6599
4  joeaddiego@dwt.com

5  LEIV BLAD (State Bar No. 151353)
   CLIFFORD CHANCE US LLP
6  2001 K Street NW
   Washington, D.C. 20006
7  Telephone:   (202) 912-5000
   Facsimile:   (202) 912-6000
8  leiv.blad@cliffordchance.com

9  Attorneys for Defendants
   BNP PARIBAS and BNP PARIBAS
10 SECURITIES (ASIA) LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | Case No. CV-07-06198 MPH<br><br>**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 79-5**<br><br>DATE:    August 18, 2008<br>TIME:    2:00 p.m.<br>PLACE:   Courtroom 15, 18th Floor<br>         Hon. Marilyn Hall Patel |

1

ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
Case No. CV-07-06198 MHP

After considering the papers submitted, and the papers on file in this case, and good cause appearing,

IT IS HEREBY ORDERED that the clerk of the Court shall file under seal:

(1) [Sealed] DEFENDANTS BNP PARIBAS AND BNP PARIBAS SECURITIES (ASIA) LTD.'S REPLY IN SUPPORT OF MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF.

(2) [Sealed] EXHIBIT O TO THE DECLARATION OF MICHAEL L. GALLO IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION OT DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT.

(3) [Sealed] EXHIBIT 3 TO THE DECLARATION OF JOSEPH E. ADDIEGO III IN SUPPORT OF DEFENDANTS BNP PARIBAS AND BNP PARIBAS SECURITIES (ASIA) LTD.'S REPLY IN SUPPORT OF MOTION TO DISMISS.

IT IS SO ORDERED

DATED: August __, 2008

By:_____
THE HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE