# Exhibit D

IN THE HIGH COURT OF JUDICATURE AT BOMBAY
APPELLATE SIDE & ORIGINAL SIDE
INCLUDING ITS BENCHES AT NAGPUR, AURANGABAD AND
PANAJI- GOA

**STATEMENT SHOWING THE DISPOSAL OF CASES
BY THE HON'BLE JUDGES DURING THE PERIOD
FROM 01/01/2007 TO 31/03/2007**

| NAME OF THE HON'BLE JUDGES | Disposal | | Remark |
|---|---|---|---|
| | Main | Misc | |
| THE HON'BLE THE CHIEF JUSTICE | 29 | 2 | |
| THE HON'BLE THE ACTING CHIEF JUSTICE | 204 | 58 | |
| SHRI JUSTICE R. M. LODHA | 135 | 3 | |
| SHRI JUSTICE J. N. PATEL | 205 | 142 | |
| SHRI JUSTICE D. G. DESHPANDE | 126 | 60 | |
| SHRI JUSTICE S. B. MHASE | 93 | 380 | |
| SHRI JUSTICE DR. S. RADHAKRISHNAN | 421 | 257 | |
| SHRI JUSTICE R. M. S. KHANDEPARKAR | 366 | 16 | |
| SHRI JUSTICE F. I. REBELLO | 593 | 132 | |
| SMT. JUSTICE RANJANA P. DESAI | 248 | 65 | |
| SHRI JUSTICE D. K. DESHMUKH | 422 | 395 | |
| SHRI JUSTICE D. D. SINHA | 367 | 407 | |
| SHRI JUSTICE B. H. MARLAPALLE | 377 | 501 | |
| SHRI JUSTICE P. S. BRAHME | 439 | 0 | Retired on 27.03.2007 |
| SHRI JUSTICE S. K. SHAH | 129 | 120 | |
| SHRI JUSTICE N. V. DABHOLKAR | 899 | 0 | |
| SHRI JUSTICE A. S. BAGGA | 95 | 0 | |

| NAME OF THE HON'BLE JUDGES | Disposal | | Remark |
|---|---|---|---|
| SHRI JUSTICE V. C. DAGA | 662 | 202 | |
| SHRI JUSTICE P. V. KAKADE | 654 | 129 | |
| SHRI JUSTICE S. A. BOBDE | 398 | 221 | |
| SHRI JUSTICE A. M. KHANWILKAR | 493 | 447 | |
| SHRI JUSTICE DR. D. Y. CHANDRACHUD | 735 | 63 | |
| SHRI JUSTICE A. P. DESHPANDE | 254 | 103 | |
| SHRI JUSTICE D. B. BHOSALE | 327 | 272 | |
| SHRI JUSTICE S. J. VAZIFDAR | 640 | 121 | |
| SMT. JUSTICE N. N. MHATRE | 252 | 301 | |
| SHRI JUSTICE P. V. HARDAS | 379 | 0 | |
| SMT. JUSTICE V. K. TAHILRAMANI | 140 | 457 | |
| SHRI JUSTICE D. G. KARNIK | 377 | 169 | |
| SHRI JUSTICE J. P. DEVADHAR | 635 | 194 | |
| SHRI JUSTICE R. S. MOHITE | 60 | 368 | |
| SHRI JUSTICE V. M. KANADE | 326 | 69 | |
| SHRI JUSTICE N. H. PATIL | 329 | 0 | |
| SHRI JUSTICE V. G. MUNSHI | 45 | 0 | |
| SHRI JUSTICE S. B. DESHMUKH | 220 | 6 | |
| SHRI JUSTICE A. S. OKA | 416 | 1577 | |
| SHRI JUSTICE K. J. ROHEE | 134 | 97 | |
| SHRI JUSTICE S. R. SATHE | 148 | 26 | |
| SHRI JUSTICE M. G. GAIKWAD | 897 | 0 | |
| SHRI JUSTICE A. V. MOHTA | 174 | 106 | |
| SHRI JUSTICE S. C. DHARMADHIKARI | 550 | 86 | |
| SHRI JUSTICE B. R. GAVAI | 704 | 0 | |
| SHRI JUSTICE A. P. LAVANDE | 449 | 292 | |
| SHRI JUSTICE A. H. JOSHI | 419 | 280 | |
| SHRI JUSTICE B. P. DHARMADHIKARI | 1133 | 323 | |

| NAME OF THE HON'BLE JUDGES | Disposal | | Remark |
|---|---|---|---|
| SHRI JUSTICE N. A. BRITTO | 163 | 201 | |
| SHRI JUSTICE S. P. KUKDAY | 185 | 0 | |
| SMT. JUSTICE V. A. NAIK | 260 | 893 | |
| SHRI JUSTICE J. H. BHATIA | 277 | 918 | |
| SHRI JUSTICE R. C. CHAVAN | 443 | 239 | |
| SMT. JUSTICE R. S. DALVI | 262 | 365 | |
| SHRI JUSTICE S. R. DONGAONKAR | 151 | 113 | |
| SHRI JUSTICE V. R. KINGAONKAR | 638 | 6 | |
| SHRI JUSTICE A. B. CHAUDHARY | 409 | 416 | |
| SHRI JUSTICE R. M. BORDE | 433 | 0 | |
| SHRI JUSTICE R. V. MORE | 440 | 129 | |
| SHRI JUSTICE R. M. SAWANT | 534 | 60 | |
| SHRI JUSTICE P. R. BORKAR | 706 | 0 | |
| SHRI JUSTICE C. L. PANGARKAR | 354 | 435 | |

Note : The statement is as per the computer record as on 13.08.2007 and as per information received from Original Side and Benches.

Date: 23/08/2007

**(fn: stat2007/RTIdispmar07.sxw)**

(Judicial)

sd/-

(C. V. Bhadang)

Registrar

# Exhibit E

**IN THE HIGH COURT OF JUDICATURE AT BOMBAY**
**APPELLATE SIDE & ORIGINAL SIDE**
**INCLUDING ITS BENCHES AT NAGPUR, AURANGABAD AND**
**PANAJI- GOA**

**STATEMENT SHOWING THE DISPOSAL OF CASES**
**BY THE HON'BLE JUDGES DURING THE PERIOD**
**FROM 01/04/2007 TO 30/06/2007**

| NAME OF THE HON'BLE JUDGES | Disposal | | Remark |
|---|---|---|---|
| | Main | Misc | |
| THE HON'BLE THE CHIEF JUSTICE | 588 | 38 | |
| THE HON'BLE THE ACTING CHIEF JUSTICE | 37 | 14 | |
| SHRI JUSTICE J. N. PATEL | 115 | 610 | |
| SHRI JUSTICE D. G. DESHPANDE | 80 | 241 | Retired on 28/06/07 |
| SHRI JUSTICE S. B. MHASE | 452 | 174 | |
| SHRI JUSTICE DR. S. RADHAKRISHNAN | 1326 | 102 | |
| SHRI JUSTICE R. M. S. KHANDEPARKAR | 361 | 31 | |
| SHRI JUSTICE F. I. REBELLO | 58 | 1 | |
| SMT. JUSTICE RANJANA P. DESAI | 391 | 99 | |
| SHRI JUSTICE D. K. DESHMUKH | 540 | 78 | |
| SHRI JUSTICE D. D. SINHA | 104 | 82 | |
| SHRI JUSTICE B. H. MARLAPALLE | 532 | 769 | |
| SHRI JUSTICE S. K. SHAH | 32 | 211 | Retired on 11/05/07 |
| SHRI JUSTICE N. V. DABHOLKAR | 552 | - | |
| SHRI JUSTICE V. C. DAGA | 1331 | 117 | |
| SHRI JUSTICE P. V. KAKADE | 635 | - | |
| SHRI JUSTICE S. A. BOBDE | 177 | 264 | |

| NAME OF THE HON'BLE JUDGES | Disposal | | Remark |
|---|---|---|---|
| SHRI JUSTICE A. M. KHANWILKAR | 177 | 304 | |
| SHRI JUSTICE DR. D. Y. CHANDRACHUD | 791 | 724 | |
| SHRI JUSTICE A. P. DESHPANDE | 244 | 82 | |
| SHRI JUSTICE D. B. BHOSALE | 374 | 124 | |
| SHRI JUSTICE S. J. VAZIFDAR | 389 | - | |
| | Main | Misc | |
| SMT. JUSTICE N. N. MHATRE | 81 | 247 | |
| SHRI JUSTICE P. V. HARDAS | 271 | - | |
| SMT. JUSTICE V. K. TAHILRAMANI | 86 | 612 | |
| SHRI JUSTICE D. G. KARNIK | 474 | 37 | |
| SHRI JUSTICE J. P. DEVADHAR | 909 | 356 | |
| SHRI JUSTICE R. S. MOHITE | 417 | 166 | |
| SHRI JUSTICE V. M. KANADE | 176 | 68 | |
| SHRI JUSTICE N. H. PATIL | 889 | - | |
| SHRI JUSTICE S. B. DESHMUKH | 352 | - | |
| SHRI JUSTICE A. S. OKA | 890 | 638 | |
| SHRI JUSTICE K. J. ROHEE | 68 | 25 | |
| SHRI JUSTICE S. R. SATHE | 251 | 152 | |
| SHRI JUSTICE M. G. GAIKWAD | 553 | - | |
| SHRI JUSTICE A. V. MOHTA | 311 | 214 | |
| SHRI JUSTICE S. C. DHARMADHIKARI | 679 | 53 | |
| SHRI JUSTICE B. R. GAVAI | 983 | - | |
| SHRI JUSTICE A. P. LAVANDE | 319 | 160 | |
| SHRI JUSTICE A. H. JOSHI | 373 | 237 | |
| SHRI JUSTICE B. P. DHARMADHIKARI | 938 | 373 | |
| SHRI JUSTICE N. A. BRITTO | 144 | 137 | |
| SHRI JUSTICE S. P. KUKDAY | 231 | - | |
| SMT. JUSTICE V. A. NAIK | 215 | 674 | |

| NAME OF THE HON'BLE JUDGES | Disposal | | Remark |
|---|---|---|---|
| SHRI JUSTICE J. H. BHATIA | 190 | 383 | |
| SHRI JUSTICE R. C. CHAVAN | 379 | 252 | |
| SMT. JUSTICE R. S. DALVI | 104 | 309 | |
| SHRI JUSTICE S. R. DONGAONKAR | 90 | 28 | |
| SHRI JUSTICE V. R. KINGAONKAR | 1168 | - | |
| SHRI JUSTICE A. B. CHAUDHARY | 583 | 378 | |
| SHRI JUSTICE R. M. BORDE | 884 | - | |
| SHRI JUSTICE R. V. MORE | 190 | 126 | |
| SHRI JUSTICE R. M. SAWANT | 715 | 97 | |
| | Main | Misc | |
| SHRI JUSTICE P. R. BORKAR | 461 | - | |
| SHRI JUSTICE C. L. PANGARKAR | 296 | 194 | |
| SHRI JUSTICE A. A. SAYEED | 158 | 441 | Appointed on 11/04/07 |

Note : The statement is as per the computer record  as on 17.09.2007 and as per information received from Original Side and Benches.

Date: 20/09/2007         sd/-                    sd/-                      sd/-
                      Assistant            Deputy Registrar        Registrar
                   Statistic Branch       Statistic Branch       (Judicial II)

# Exhibit F

**IN THE HIGH COURT OF JUDICATURE AT BOMBAY**
**APPELLATE SIDE & ORIGINAL SIDE**
**INCLUDING ITS BENCHES AT NAGPUR, AURANGABAD AND PANAJI- GOA**

**STATEMENT SHOWING THE DISPOSAL OF CASES**
**BY THE HON'BLE JUDGES DURING THE PERIOD**
**FROM 01/07/2007 TO 30/09/2007**

| NAME OF THE HON'BLE JUDGES | Disposal | | Remark |
|---|---|---|---|
| | Main | Misc | |
| THE HON'BLE THE CHIEF JUSTICE | 613 | 264 | |
| SHRI JUSTICE J. N. PATEL | 145 | 454 | |
| SHRI JUSTICE S. B. MHASE | 545 | 248 | |
| SHRI JUSTICE DR. S. RADHAKRISHNAN | 70 | 154 | |
| SHRI JUSTICE R. M. S. KHANDEPARKAR | 335 | 129 | |
| SHRI JUSTICE F. I. REBELLO | 2271 | 11 | |
| SMT. JUSTICE RANJANA P. DESAI | 344 | 104 | |
| SHRI JUSTICE D. K. DESHMUKH | 1500 | 169 | |
| SHRI JUSTICE D. D. SINHA | 270 | 200 | |
| SHRI JUSTICE B. H. MARLAPALLE | 352 | 655 | |
| SHRI JUSTICE N. V. DABHOLKAR | 638 | 248 | |
| SHRI JUSTICE V. C. DAGA | 181 | 845 | |
| SHRI JUSTICE P. V. KAKADE | 631 | 237 | |
| SHRI JUSTICE S. A. BOBDE | 481 | 377 | |
| SHRI JUSTICE A. M. KHANWILKAR | 519 | 588 | |
| SHRI JUSTICE DR. D. Y. CHANDRACHUD | 576 | 340 | |
| SHRI JUSTICE A. P. DESHPANDE | 619 | 100 | |
| SHRI JUSTICE D. B. BHOSALE | 1002 | 317 | |
| SHRI JUSTICE S. J. VAZIFDAR | 771 | 690 | |
| SMT. JUSTICE N. N. MHATRE | 436 | 190 | |

- 2 -

| NAME OF THE HON'BLE JUDGES | Disposal | | Remark |
|---|---|---|---|
| | Main | Misc | |
| SHRI JUSTICE P. V. HARDAS | 449 | - | |
| SMT. JUSTICE V. K. TAHILRAMANI | 250 | 117 | |
| SHRI JUSTICE D. G. KARNIK | 580 | 260 | |
| SHRI JUSTICE J. P. DEVADHAR | 2301 | 91 | |
| SHRI JUSTICE R. S. MOHITE | 217 | 342 | |
| SHRI JUSTICE V. M. KANADE | 282 | 249 | |
| SHRI JUSTICE N. H. PATIL | 930 | - | |
| SHRI JUSTICE S. B. DESHMUKH | 585 | 1 | |
| SHRI JUSTICE A. S. OKA | 887 | 836 | |
| SHRI JUSTICE K. J. ROHEE | 71 | 8 | |
| SHRI JUSTICE S. R. SATHE | 245 | 199 | |
| SHRI JUSTICE M. G. GAIKWAD | 636 | 111 | |
| SHRI JUSTICE A. V. MOHTA | 540 | 679 | |
| SHRI JUSTICE S. C. DHARMADHIKARI | 499 | 134 | |
| SHRI JUSTICE B. R. GAVAI | 1334 | - | |
| SHRI JUSTICE A. P. LAVANDE | 399 | 489 | |
| SHRI JUSTICE A. H. JOSHI | 502 | 319 | |
| SHRI JUSTICE B. P. DHARMADHIKARI | 316 | 220 | |
| SHRI JUSTICE N. A. BRITTO | 140 | 196 | |
| SHRI JUSTICE S. P. KUKDAY | 324 | 126 | |
| SMT. JUSTICE V. A. NAIK | 392 | 1401 | |
| SHRI JUSTICE J. H. BHATIA | 1351 | 159 | |
| SHRI JUSTICE R. C. CHAVAN | 640 | 364 | |
| SMT. JUSTICE R. S. DALVI | 121 | 214 | |
| SHRI JUSTICE S. R. DONGAONKAR | 183 | 50 | |
| SHRI JUSTICE V. R. KINGAONKAR | 1254 | 227 | |
| SHRI JUSTICE A. B. CHAUDHARY | 750 | 649 | |
| SHRI JUSTICE R. M. BORDE | 987 | - | |

- 3 -

| NAME OF THE HON'BLE JUDGES | Disposal | | Remark |
|---|---|---|---|
| | Main | Misc | |
| SHRI JUSTICE R. V. MORE | 389 | 453 | |
| SHRI JUSTICE R. M. SAWANT | 672 | - | |
| SHRI JUSTICE P. R. BORKAR | 619 | 471 | |
| SHRI JUSTICE C. L. PANGARKAR | 652 | 417 | |
| SHRI JUSTICE A. A. SAYEED | 198 | 461 | |

Note : The statement is as per the computer record  as on 10.12.2007 and as per information received from Original Side and Benches.

Date: 31/12/2007        Sd/-                    Sd/-                    Sd/-
                        Assistant              Deputy Registrar        Registrar
                        Statistic Branch       Statistic Branch        (Judicial II)

# Exhibit G

# IN THE HIGH COURT OF JUDICATURE AT BOMBAY
## APPELLATE SIDE & ORIGINAL SIDE
### INCLUDING ITS BENCHES AT NAGPUR, AURANGABAD AND PANAJI- GOA

## STATEMENT SHOWING THE DISPOSAL OF CASES
## BY THE HON'BLE JUDGES DURING THE PERIOD
## FROM 01/10/2007 TO 31/12/2007

| NAME OF THE HON'BLE JUDGES | Disposal | | Remark |
|---|---|---|---|
| | Main | Misc | |
| THE HON'BLE THE CHIEF JUSTICE | 608 | 345 | |
| SHRI JUSTICE J. N. PATEL | 232 | 305 | |
| SHRI JUSTICE S. B. MHASE | 345 | 105 | |
| SHRI JUSTICE DR. S. RADHAKRISHNAN | 314 | 104 | |
| SHRI JUSTICE R. M. S. KHANDEPARKAR | 269 | 205 | |
| SHRI JUSTICE F. I. REBELLO | 1581 | 137 | |
| SMT. JUSTICE RANJANA P. DESAI | 225 | 143 | |
| SHRI JUSTICE D. K. DESHMUKH | 817 | 234 | |
| SHRI JUSTICE D. D. SINHA | 670 | 194 | |
| SHRI JUSTICE B. H. MARLAPALLE | 288 | 359 | |
| SHRI JUSTICE N. V. DABHOLKAR | 564 | 307 | |
| SHRI JUSTICE V. C. DAGA | 307 | 526 | |
| SHRI JUSTICE P. V. KAKADE | 536 | 161 | |
| SHRI JUSTICE S. A. BOBDE | 475 | 220 | |
| SHRI JUSTICE A. M. KHANWILKAR | 1118 | 512 | |
| SHRI JUSTICE DR. D. Y. CHANDRACHUD | 617 | 447 | |
| SHRI JUSTICE A. P. DESHPANDE | 331 | 194 | |
| SHRI JUSTICE D. B. BHOSALE | 469 | 291 | |
| SHRI JUSTICE S. J. VAZIFDAR | 300 | 503 | |
| SMT. JUSTICE N. N. MHATRE | 254 | 152 | |

- 2 -

| NAME OF THE HON'BLE JUDGES | Disposal | | Remark |
|---|---|---|---|
| | Main | Misc | |
| SHRI JUSTICE P. V. HARDAS | 472 | -- | |
| SMT. JUSTICE V. K. TAHILRAMANI | 261 | 289 | |
| SHRI JUSTICE D. G. KARNIK | 337 | 283 | |
| SHRI JUSTICE J. P. DEVADHAR | 1145 | 122 | |
| SHRI JUSTICE R. S. MOHITE | 825 | 202 | |
| SHRI JUSTICE V. M. KANADE | 595 | 524 | |
| SHRI JUSTICE N. H. PATIL | 336 | -- | |
| SHRI JUSTICE S. B. DESHMUKH | 346 | -- | |
| SHRI JUSTICE A. S. OKA | 520 | 1518 | |
| SHRI JUSTICE K. J. ROHEE | 116 | 215 | |
| SHRI JUSTICE S. R. SATHE | 107 | 114 | |
| SHRI JUSTICE M. G. GAIKWAD | 147 | 143 | |
| SHRI JUSTICE A. V. MOHTA | 411 | 184 | |
| SHRI JUSTICE S. C. DHARMADHIKARI | 694 | 99 | |
| SHRI JUSTICE B. R. GAVAI | 835 | -- | |
| SHRI JUSTICE A. P. LAVANDE | 301 | 271 | |
| SHRI JUSTICE A. H. JOSHI | 591 | 320 | |
| SHRI JUSTICE B. P. DHARMADHIKARI | 476 | 230 | |
| SHRI JUSTICE N. A. BRITTO | 156 | 149 | |
| SHRI JUSTICE S. P. KUKDAY | 383 | 113 | |
| SMT. JUSTICE V. A. NAIK | 742 | 676 | |
| SHRI JUSTICE J. H. BHATIA | 465 | 176 | |
| SHRI JUSTICE R. C. CHAVAN | 425 | 360 | |
| SMT. JUSTICE R. S. DALVI | 222 | 152 | |
| SHRI JUSTICE S. R. DONGAONKAR | 247 | 212 | |
| SHRI JUSTICE V. R. KINGAONKAR | 788 | 120 | |
| SHRI JUSTICE A. B. CHAUDHARY | 402 | 274 | |
| SHRI JUSTICE R. M. BORDE | 1013 | -- | |

- 3 -

| NAME OF THE HON'BLE JUDGES | Disposal | | Remark |
|---|---|---|---|
| | Main | Misc. | |
| SHRI JUSTICE R. V. MORE | 107 | 87 | |
| SHRI JUSTICE R. M. SAWANT | 509 | -- | |
| SHRI JUSTICE P. R. BORKAR | 268 | 321 | |
| SHRI JUSTICE C. L. PANGARKAR | 311 | 280 | |
| SHRI JUSTICE A. A. SAYEED | 142 | 288 | |

Note : The statement is as per the computer record  as on 02.04.2008 and as per information received from Original Side and Benches.

Date:    /   /2008
(in: stat2007/RTIdisp.saw)    Assistant
Statistic Branch

Deputy Registrar
Statistic Branch

Registrar
(Judicial II)