JOSEPH E. ADDIEGO III (State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
joeaddiego@dwt.com

LEIV BLAD (State Bar No. 151353)
CLIFFORD CHANCE US LLP
2001 K Street NW
Washington, D.C. 20006
Telephone: (202) 912-5000
Facsimile: (202) 912-6000
leiv.blad@cliffordchance.com

Attorneys for Defendants
BNP PARIBAS, BNP PARIBAS
SECURITIES (ASIA) LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | Case No. CV-07-06198 ~~MPH~~ MHP<br><br>Action Filed: December 6, 2007<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO AUGUST 6, 2008 FOR THE BNP PARIBAS DEFENDANTS TO FILE REPLY BRIEF IN SUPPORT OF PENDING MOTIONS TO DISMISS**<br><br>(Civil L. R. 6-2)<br><br>Hearing Date: August 18, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 15, 18th Fl.<br>Hon. Marilyn Hall Patel |

1

STIPULATION EXTENDING TIME FOR FILING OF REPLY BRIEF
Case No. CV-07-06198 MHP

WHEREAS, on March 7, 2008, Defendants BNP Paribas and BNP Paribas Securities (Asia) Limited (collectively "the BNP Paribas Defendants") filed their Motion to Dismiss Plaintiffs Thomas Weisel Partners LLC's and Thomas Weisel International Private Limited's (collectively "TWP") First Amended Complaint for lack of personal jurisdiction and forum non conveniens. The hearing on the BNP Paribas Defendants' Motion originally was noticed for April 28, 2008.

WHEREAS, on March 20, 2008, the BNP Paribas Defendants and TWP entered into a Stipulation re Jurisdictional Discovery and Vacating Hearing Date (Docket Entry No. 26), pursuant to which the hearing date on the BNP Paribas Defendants' Motion was postponed to allow the parties time to conduct discovery on issues raised by said Motion. This Stipulation also provided that the BNP Paribas Defendants' Motion be heard no later than July 28, 2008. The Court entered its Order approving this Stipulation on March 26, 2008 (Docket Entry No. 29).

WHEREAS, on April 24, 2008, Defendant Praveen Chakravarty ("Chakravarty") filed his Motion to Dismiss TWP's First Amended Complaint. Thereafter, Chakravarty noticed the hearing on his motion for July 28, 2008 (Docket Entry No. 37).

WHEREAS, on June 18, 2008, the parties' Stipulation and [Proposed] Order Re Consolidated Opposition to Defendants' Jurisdictional Motions and Request for Additional Pages was filed, setting forth the parties' agreement that TWP file one consolidated opposition to the two separate pending Motions to Dismiss of no more than 40 pages in length (Docket Entry No. 42). On June 23, 2008, the Court entered its Order granting TWP said relief (Docket Entry No. 44).

WHEREAS, in light of the Court's unavailability on July 28, 2008 to conduct the hearing, the parties thereafter filed on June 27, 2008 a Stipulation and [Proposed] Order Rescheduling Hearings and Setting Schedule for Remaining Briefing on Pending Motions to Dismiss (Docket Entry No. 45), and the Court issued said Order on July 3, 2008 (Docket Entry No. 46), thus continuing the hearings to August 18, 2008.

WHEREAS, pursuant to said Stipulation and Civil Local Rule 7-3(c), Defendants' Reply Briefs in support of their respective pending Motions to Dismiss must be filed by Monday, August

1  4, 2008.

2        WHEREAS, due to logistical difficulties attendant to the international nature of the instant dispute and the fact that the BNP Paribas Defendants both are located overseas, the BNP Paribas Defendants seek a short extension of the August 4, 2008 deadline, to Wednesday, August 6, 2008, to file their Reply Brief;

      WHEREAS, Plaintiffs have no objection to the extension requested by the BNP Paribas Defendants, and Plaintiffs' non-objection to this request is conditioned on the maintainance of the August 18, 2008 hearing date;

      WHEREAS, the parties submit the instant Stipulation and Proposed Order in order to obtain relief for the BNP Paribas Defendants from the current August 4, 2008 Reply Brief filing deadline set by the Court in its aforesaid July 3, 2008 Order, and to extend said filing deadline to Wednesday, August 6, 2008.

      NOW, THEREFORE, the Parties HEREBY STIPULATE AND AGREE as follows:

1.   The BNP Paribas Defendants shall file their reply papers in support of their Motion to Dismiss on or before Wednesday, August 6, 2008.

2.   The hearing on the BNP Paribas Defendants', as well as Mr. Chakravarty's, Motions to Dismiss TWP's First Amended Complaint shall remain on calendar for August 18, 2008 at 2:00 p.m. in Courtroom 15 of the above-captioned Court before the Honorable Marilyn Hall Patel.

      IT IS SO STIPULATED AND AGREED:

Dated: August 1, 2008

GILBERT R. SEROTA
MARK A. SHEFT
MICHAEL L. GALLO
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation

By: _____
    GILBERT R. SEROTA

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC and
THOMAS WEISEL INTERNATIONAL
PRIVATE LIMITED

DAVIS WRIGHT TREMAINE LLP

Dated: August 1, 2008

JOSEPH E. ADDIEGO, III
DAVIS WRIGHT TREMAINE LLP

By:_____
LEIV BLAD

Attorneys for Defendants BNP PARIBAS
and BNP PARIBAS SECURITIES (ASIA)
LIMITED

Dated: August 1, 2008

TRACY THOMPSON
MICHAEL E. WILBUR
COOK|ROOS|WILBUR|THOMPSON

By:_____
TRACY THOMPSON

Attorneys for Defendant
PRAVEEN CHAKRAVARTY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 4, 2008

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVIS WRIGHT TREMAINE LLP

Dated: August 1, 2008

JOSEPH E. ADDIEGO, III
DAVIS WRIGHT TREMAINE LLP

By: _____/s/_____
Joseph E. Addiego III

Attorneys for Defendants BNP PARIBAS and BNP PARIBAS SECURITIES (ASIA) LIMITED

Dated: August 1, 2008

TRACY THOMPSON
MICHAEL E. WILBUR
COOK|ROOS|WILBUR|THOMPSON

By: _____
TRACY THOMPSON

Attorneys for Defendant
PRAVEEN CHAKRAVARTY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August ___, 2008

_____
The Honorable Marilyn Hall Patel
United States District Judge

4

STIPULATION EXTENDING TIME FOR FILING OF REPLY BRIEF
Case No. CV-07-06198 MHP