1  LEIV BLAD (State Bar No. 151353)
   CLIFFORD CHANCE US LLP
2  2001 K Street NW
   Washington, D.C. 20006
3  Telephone:   (202) 912-5000
   Facsimile:   (202) 912-6000
4  leiv.blad@cliffordchance.com

5  JOSEPH E. ADDIEGO III (State Bar No. 169522)
   DAVIS WRIGHT TREMAINE LLP
6  505 Montgomery Street, Suite 800
   San Francisco, California 94111-6533
7  Telephone:   (415) 276-6500
   Facsimile:   (415) 276-6599
8  joeaddiego@dwt.com

9  Attorneys for Defendants
   BNP PARIBAS and BNP PARIBAS
10 SECURITIES (ASIA) LIMITED

11            IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15 THOMAS WEISEL PARTNERS LLC, a Delaware     Case No. CV-07-06198 MHP
   limited liability company, and THOMAS WEISEL
16 INTERNATIONAL PRIVATE LIMITED, an Indian
   company,                                   **CERTIFICATE OF SERVICE**
17
                                              DATE:  August 18, 2008
18              Plaintiff,                    TIME:  2:00 p.m.
                                              PLACE: Courtroom 15, 18th Floor
19     vs.                                           Hon. Marilyn Hall Patel

20 BNP PARIBAS, a French corporation, BNP
   PARIBAS SECURITIES (ASIA) LIMITED, a Hong
21 Kong company, and PRAVEEN CHAKRAVARTY,
   an individual,
22

23              Defendants.

24

25

26

27

28

CERTIFICATE OF SERVICE RE REPLY BRIEF DOCUMENTS
Case No. CV-07-06198 MHP

1  I, the undersigned, state that I employed in the City and County of San Francisco, State of
2  California, in the office of a member of the bar of this Court, at whose direction the service was
3  made; that I am over the age of eighteen years and not a party to the within action; that my
4  business address is 505 Montgomery, Suite 800, San Francisco, California 94111-6533; that on
5  August 5, 2008, I served a copy of the following:

6   1. NOTICE OF MANUAL FILING, **efiled.**

7   2. MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 79-5; DECLARATION OF JOSEPH E. ADDIEGO III IN SUPPORT, **efiled.**

9   3. [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 79-5, **efiled.**

11   4. **[redacted]** DEFENDANTS BNP PARIBAS AND BNP PARIBAS SECURITIES (ASIA) LTD.'S REPLY IN SUPPORT OF MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF, **efiled.**

13   5. **[redacted]** DECLARATION OF JOSEPH E. ADDIEGO III IN SUPPORT OF BNP PARIBAS AND BNP PARIBAS SECURITIES (ASIA) LTD.'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, **efiled.**

15   6. DECLARATION OF GOPAL SANKARANARAYANAN IN SUPPORT OF MOTION OF BNP PARIBAS, BNP PARIBAS SECURITIES (ASIA) LIMITED AND PRAVEEN CHAKRAVARTY TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FORUM NON CONVENIENS, **efiled.**

17   7. **[unredacted, filed under seal]** DEFENDANTS BNP PARIBAS AND BNP PARIBAS SECURITIES (ASIA) LTD.'S REPLY IN SUPPORT OF MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF, **filed manually.**

19   8. **[unredacted, filed under seal]** DECLARATION OF JOSEPH E. ADDIEGO III IN SUPPORT OF BNP PARIBAS AND BNP PARIBAS SECURITIES (ASIA) LTD.'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, **filed manually.**

22  I caused the above document(s) to be served on addresee listed below by the following means:

❑ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on July 18, 2008, following the ordinary business practice.

❑ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on _____, for guaranteed delivery on _____, following the ordinary business practice.

❑ I consigned a true and correct copy of said document for facsimile transmission on July 18,

DAVIS WRIGHT TREMAINE LLP

2

Case No. CV-07-06198 MHP

2008.

☑ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on August 5, 2008.

| | |
|---|---|
| Gilbert R. Serota<br>Mark A. Sheft<br>Michael L. Gallo<br>Howard Rice Nemerovski<br>Canady Falk & Rabkin<br>Three Embarcadero Center, 7th Floor<br>San Francisco, California 94111-4024 | Tracy Thompson<br>Michael E. Wilbur<br>Cook\|Roos\|Wilbur\|Thompson<br>221 Main Street, Suite 1600<br>San Francisco, CA 94105 |

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business. Executed on August 5, 2008, at San Francisco, California.

_____
Farshid Arjam

DAVIS WRIGHT TREMAINE LLP

3

Case No. CV-07-06198 MHP