ORIGINAL FILED
08 AUG -4 PM 3:43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  COOK | ROOS | WILBUR | THOMPSON LLP
   TRACY THOMPSON, CBN 88173
2  MICHAEL E. WILBUR, CBN 152361
   221 Main Street, Suite 1600
3  San Francisco, California 94105
   Telephone:   415-362-7071
4  Facsimile:   415-362-7073

5  Attorneys for Defendant
   PRAVEEN CHAKRAVARTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br>vs.<br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | Case No.: C 07-06198 MHP<br><br>PROOF OF SERVICE BY MESSENGER<br><br>Hearing: August 18, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15<br>The Honorable Marilyn Hall Patel |

CASE NO. C 07-06198 MHP
THOMAS WEISEL v. BNP PARIBAS, et al.

PROOF OF SERVICE
BY MESSENGER

1  I, the undersigned, say that I am and was at all times herein mentioned employed in the City
2  and County of San Francisco, State of California, over the age of 18 years and not a party to the
3  within action or proceeding; that my business address is Specialized Legal Services, 1112 Bryant
4  Street, Suite 200, San Francisco, CA 94103.
5  On August 4, 2008, I served a true copy of the attached document titled exactly:
6  1. DEFENDANT CHAKRAVARTY'S REPLY MEMORANDUM OF POINTS AND
7  AUTHORITIES IN SUPPORT OF MOTION TO DISMISS [REDACTED]
8  2. DEFENDANT CHAKRAVARTY'S REPLY MEMORANDUM OF POINTS AND
9  AUTHORITIES IN SUPPORT OF MOTION TO DISMISS [UN-REDACTED]
10  3. DECLARATION OF MICHAEL E. WILBUR IN SUPPORT OF DEEFNDANT
11  CHAKRAVARTY'S MOTION TO DISMISS [REDACTED];
12  4. DECLARATION OF MICHAEL E. WILBUR IN SUPPORT OF DEEFNDANT
13  CHAKRAVARTY'S MOTION TO DISMISS [UN-REDACTED];
14  5. MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS
15  UNDER SEAL PURSUANT TO L.R. 79-5; DECLARATION OF MICHAEL E. WILBUR IN
16  SUPPORT;
17  6. NOTICE OF MANUAL FILING;
18  7. [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE
19  REQUEST TO FILE DOCUMENTS UNDER SEAL
20  on the interested parties in said action or proceeding by personally delivering a true copy thereof,
21  enclosed in a sealed envelope to the attorney(s) of record for said parties at the office address of said
22  attorney(s) as follows:

CASE NO. C 07-06198 MHP                                        PROOF OF SERVICE
THOMAS WEISEL v. BNP PARIBAS, et al.                           BY MESSENGER

1  Gilbert R. Serota
2  Mark A. Sheft
   Michael L. Gallo
3  Howard, Rice, Nemerovski, Canady, Falk & Rabkin
   A Professional Corporation
4  Three Embarcadero Center, 7th Floor
   San Francisco, CA 94111-4024
5
6  I declare under penalty of perjury under the laws of the State of California that the foregoing
7  is true and correct. Executed on August 4, 2008 at San Francisco, California.

_Lmu Famin_    _____
               [Signature]
               Specialized Legal

CASE NO. C 07-06198 MHP                                    PROOF OF SERVICE
THOMAS WEISEL v. BNP PARIBAS, et al.                       BY MESSENGER