1  COOK | ROOS | WILBUR | THOMPSON LLP
   TRACY THOMPSON, CBN 88173
2  MICHAEL E. WILBUR, CBN 152361
   221 Main Street, Suite 1600
3  San Francisco, California 94105
   Telephone:   415-362-7071
4  Facsimile:   415-362-7073

5  Attorneys for Defendant
   PRAVEEN CHAKRAVARTY

FILED
AUG 0 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>vs.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | Case No.: C 07-06198 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>Hearing: August 18, 2008<br>Time: 2:00 p.m.<br>Courtroom:   15<br>The Honorable Marilyn Hall Patel |

1  After considering the papers submitted, and the papers on file in this case, and good cause
2  appearing,
3  IT IS HEREBY ORDERED that the clerk of Court shall file under seal:
4  (1) [Sealed] Defendant Chakravarty's Reply Memorandum of Points and Authorities in
5  Support of Motion to Dismiss
6  (2) [Sealed] Exhibit A to the Declaration of Michael E. Wilbur in Support of Chakravarty's
7  Motion to Dismiss.
8  IT IS SO ORDERED *Redacted copies of the above shall*
9  This 6th day of August, 2008 *be filed in the public accessible file.*

By: _____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE