JOSEPH E. ADDIEGO III (State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
joeaddiego@dwt.com

LEIV BLAD (State Bar No. 151353)
CLIFFORD CHANCE US LLP
2001 K Street NW
Washington, D.C. 20006
Telephone:    (202) 912-5000
Facsimile:    (202) 912-6000
leiv.blad@cliffordchance.com

Attorneys for Defendants
BNP PARIBAS and BNP PARIBAS
SECURITIES (ASIA) LIMITED

FILED
AUG 0 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | Case No. CV-07-06198 MPH<br><br>[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 79-5<br><br>DATE:   August 18, 2008<br>TIME:   2:00 p.m.<br>PLACE:  Courtroom 15, 18th Floor<br>        Hon. Marilyn Hall Patel |

After considering the papers submitted, and the papers on file in this case, and good cause appearing,

IT IS HEREBY ORDERED that the clerk of the Court shall file under seal:

(1) [Sealed] DEFENDANTS BNP PARIBAS AND BNP PARIBAS SECURITIES (ASIA) LTD.'S REPLY IN SUPPORT OF MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF.

(2) [Sealed] EXHIBIT O TO THE DECLARATION OF MICHAEL L. GALLO IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION OT DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT.

(3) [Sealed] EXHIBIT 3 TO THE DECLARATION OF JOSEPH E. ADDIEGO III IN SUPPORT OF DEFENDANTS BNP PARIBAS AND BNP PARIBAS SECURITIES (ASIA) LTD.'S REPLY IN SUPPORT OF MOTION TO DISMISS.

*Redacted copies of the above shall be filed in the public-accessible file.*

IT IS SO ORDERED

DATED: August 6, 2008

By: _____
THE HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

DAVIS WRIGHT TREMAINE LLP