**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: August 18, 2008

Case No.   C 07-6198  MHP              Judge: MARILYN H. PATEL

Title: THOMAS WEISAL PARTNERS LLC et al -v- BNB PARIBAS et al

Attorneys:  Plf: Gilbert Sarota, Michael Gallo, Mark Sheft
            Dft: Michael Wilbur, Leiv Vlad, Joseph Addiego, Tracy Thompson

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Defendant's Motion to Dismiss

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Motion deemed submitted; Court to issue order.