1  DURIE TANGRI LLP
   RAGESH K. TANGRI (SBN 159477)
2  JOHANNA CALABRIA (SBN 226222)
   332 Pine Street, Suite 200
3  San Francisco, CA 94104
   Telephone: (415) 362-6666
4  rtangri@durietangri.com
   jcalabria@durietangri.com
5
   Attorneys for Defendant
6  PRAVEEN CHAKRAVARTY

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12

13 | THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company, | Case No. 3:07-cv-06198-MHP

**STIPULATED REQUEST FOR AN ORDER EXTENDING DISCOVERY DEADLINES AND [PROPOSED] ORDER (Local Rule 6-2)**

Plaintiffs,

v.

BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,

Defendants.

1  Pursuant to Civil Local Rule 6-2, IT IS HEREBY STIPULATED by and between the
2 parties hereto through their respective attorneys of record that, if the Court approves, the current
3 discovery deadlines in the above-captioned case be extended as set forth below.  The stipulation
4 is based on the following:
5  1. The parties have not yet completed depositions.  Several factors have contributed
6 to the parties' inability to complete depositions by the current deadline of September 30, 2009.
7 First, scheduling depositions in this case has required greater than usual coordination of parties'
8 schedules because of the international travel required for all of the defendants' witnesses, which
9 has included obtaining of visas and coordinating trips spanning over several days.  Second,
10 counsel for defendant Chakravarty filed a substitution of counsel on or about August 27, and has
11 needed some additional time review tens of thousands of pages of documents in order to get up
12 to speed in the case.  Third, the parties had continuously worked in an attempt to resolve several
13 disputes regarding the production of documents which pertain to the percipient witness
14 depositions in this case.
15  2. Because of these facts, the parties have been unable to complete all fact witness
16 depositions by the current deadline of September 30, 2009.  Accordingly, the parties request a
17 43-day extension—to November 13, 2009—of the current deadline to complete percipient
18 witness depositions.  During the proposed extension period, Plaintiffs anticipate completing the
19 party depositions of Praveen Chakravarty, Phillipe Ditisheim, and Defendants BNP Paribas and
20 BNP Paribas Securities (Asia) Limited.  Defendants anticipate completing the party depositions
21 of Mark Fisher, Thomas Weisel, Keith Gay, Plaintiffs Thomas Weisel and Thomas Weisel
22 International Private Limited, and non party depositions of KV Dhillon, David Baylor, and
23 Mike McCarthy.
24  3. The change in deadline to depose percipient witnesses necessitates a change in the
25 deadline for the exchange of expert reports (from October 30, 2009 to December 9, 2009) and to
26 exchange expert rebuttal reports (from November 30, 2009 to January 11, 2009).
27  4. The parties have previously requested only one extension to Court-ordered
28

1  deadlines.  The proposed extensions to the discovery deadlines will not affect the close of expert

2  discovery or close of fact discovery deadlines, the deadline to hear motions or the trial date set

3  by the Court.

4      5.    The current schedule and the proposed revised schedule that the parties have

5  stipulated to are shown in the chart below.

| Pretrial Deadline | Current Schedule | Stipulated Proposed Schedule |
|---|---|---|
| Last day for percipient witness depositions | 9/30/09 | 11/13/09 |
| Exchange of expert reports | 10/30/09 | 12/9/09 |
| Exchange of expert rebuttal reports | 11/30/09 | 1/11/10 |
| Close of expert discovery | 12/31/09 | 1/29/10 |
| Discovery cut-off | 1/29/10 | 1/29/10 |
| Deadline to hear motions | 3/15/10 | 3/15/10 |
| Trial | 5/11/10 | 5/11/10 |

16      6.    The parties respectfully request that the Court grant their request.

19  Dated:  October 2, 2009    DURIE TANGRI LLP

20      By:  /s/Johanna Calabria

21      Johanna Calabria

22      Attorneys for Defendant PRAVEEN CHAKRAVARTY

24      DAVIS WRIGHT TERMAINE LLP

25      By:  /s/Joseph E. Addiego III

26      Joseph E. Addiego III

2
STIPULATED REQUEST TO EXTEND DISCOVERY DEADLINES & [PROPOSED] ORDER
CASE NO. 3:07-cv-06198-MHP

-and-

CLIFFORD CHANCE US LLP


By: /s/Steven T. Cottreau
    Steven T. Cottreau

  Attorneys for Defendants
  BNP PARIBAS and BNP PARIBAS SECURITIES (ASIA) LIMITED

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN


By: /s/Gilbert Serota
    Gilbert Serota

  Attorneys for Plaintiffs
  THOMAS WEISEL PARTNERS LLC and
  THOMAS WEISEL INTERNATIONL PRIVATE LIMITED

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Johanna Calabria, attest that concurrence in the filing of this document has been obtained.


    /s/ Johanna Calabria
    Johanna Calabria


IT IS SO ORDERED:

Dated: October 5, 2009                    .

[signature]

Hon. Marilyn Hall Patel
United States District Judge

## CERTIFICATE OF SERVICE

I certify that all counsel of record are being served on October 2, 2009 with a copy of this document via the Court's CM/ECF system.

| | |
|---|---|
| **Gilbert Ross Serota** | gserota@hrice.com |
| **Michael L. Gallo** | mgallo@howardrice.com |
| **Steven T. Cottreau** | steve.cottreau@cliffordchance.com |
| **Joseph E. Addiego III** | joeaddiego@dwt.com |

By:   /s/ Johanna Calabria
       Johanna Calabria

Attorneys for Defendant Praveen Chakravarty