UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WEISEL PARTNERS,<br><br>    Plaintiff(s),<br><br>  v.<br><br>BNP PARIBAS,<br><br>    Defendant(s).<br>_____/ | No. C 07-06198 MHP<br><br>**MEMORANDUM & ORDER**<br><br>**Re: Plaintiff's Motion to for Leave to File a Second Amended Complaint** |

    Plaintiffs' motion for leave to file a second amended complaint, Docket No. 152, which defendants do not oppose, is GRANTED. Defendants' shall answer the complaint within 20 days of the date of this order. As defendants concede, the granting of plaintiffs' motion for leave to file a second amended complaint renders defendants' motion for judgment on the pleadings, Docket No. 143, moot. The parties are also ordered to contact the court in order to set further dates in this action.

    IT IS SO ORDERED.

Dated: October 19, 2009

                                                       MARILYN HALL PATEL<br>
                                                       United States District Court Judge<br>
                                                       Northern District of California