1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  CLARA J. SHIN (No. 214809)
   Email: cshin@howardrice.com
3  MICHAEL L. GALLO (No. 220552)
   Email: mgallo@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California 94111-4024
   Telephone:    415/434-1600
7  Facsimile:    415/217-5910

8  Attorneys for Plaintiffs
   THOMAS WEISEL PARTNERS LLC and
9  THOMAS WEISEL INTERNATIONAL PRIVATE
   LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. C-07-6198 MHP<br><br>Action Filed: December 6, 2007<br><br>STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY DEADLINES AND [PROPOSED] ORDER (L.R. 6-2)<br><br>Trial Date: August 17, 2010 |

STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY DEADLINES C-07-6198 MHP

Pursuant to Civil Local Rule 6-2, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that, if the Court approves, the current discovery deadlines in the above-captioned case be extended as set forth below. The stipulation is based on the following:

WHEREAS, on January 4, 2010, the Court entered an Order granting the stipulated request of the parties to reset the discovery deadlines and trial date in the above-captioned action.

WHEREAS, the parties have agreed to extend discovery deadlines for the limited purpose of completing the depositions of Thomas Weisel and Plaintiffs' Rule 30(b)(6) representative(s). The extension is necessary because the witnesses are not available prior to the current deadline for completing the depositions.

Pursuant to Civil Local Rule 6-2, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their respective counsel, and subject to Court approval, that the deadline for depositions shall be extended to February 4, 2010 for the following purposes: (a) to complete the deposition(s) of Plaintiffs' Rule 30(b)(6) representative(s); and (b) to complete the deposition of Thomas Weisel. The parties agree to complete their production(s) of documents relevant to these depositions at least 10 days prior to these depositions.

The parties respectfully request that the Court grant their request.

In accordance with General Order No. 45, Section X, the filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the signatories listed below.

DATED: January 12, 2010.

GILBERT R. SEROTA
CLARA J. SHIN
MICHAEL L. GALLO
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____*s/Clara J. Shin*_____
            CLARA J. SHIN

Attorneys for Plaintiffs THOMAS WEISEL PARTNERS LLC and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED

DATED: January 12, 2010.  STEVEN T. COTTREAU
CATHERINE RYLYK
CLIFFORD CHANCE US LLP

By: _____*s/Steven T. Cottreau*_____
　　　　　　STEVEN T. COTTREAU

Attorneys for Defendants BNP PARIBAS and
BNP PARIBAS SECURITIES (ASIA) LIMITED

DATED: January 12, 2010.  RAGESH K. TANGRI
JOHANNA CALABRIA
DURIE TANGRI LLP

By: _____*s/Johanna Calabria*_____
　　　　　　JOHANNA CALABRIA

Attorneys for Defendant PRAVEEN CHAKRAVARTY

## **ORDER**

Pursuant to stipulation, the foregoing is approved and IT IS SO ORDERED.

DATED: January 13, 2010

_____
THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel