GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
CLARA J. SHIN (No. 214809)
Email: cshin@howardrice.com
MICHAEL L. GALLO (No. 220552)
Email: mgallo@howardrice.com
JOHN P. DUCHEMIN (No. 250501)
Email: jduchemin@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:    415/677-6262

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC AND
THOMAS WEISEL INTERNATIONAL
PRIVATE LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. C-07-06198 MHP<br><br>Action Filed: December 6, 2007<br><br>DECLARATION OF CLARA J. SHIN IN SUPPORT OF PLAINTIFFS' MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES FOR PARTIAL SUMMARY JUDGMENT ON THE EIGHTH CAUSE OF ACTION FOR BREACH OF FIDUCIARY DUTY AGAINST DEFENDANT PRAVEEN CHAKRAVARTY<br><br>Date:    February 22, 2010<br>Time:   2:00 p.m.<br>Place:   Courtroom 15<br>Judge:  Hon. Marilyn Hall Patel<br><br>Trial Date: August 17, 2010 |

1. I am an attorney admitted to practice before the Bar of the State of California and the United States District Court for the Northern District of California. I am a Director with the law firm of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation ("Howard Rice"), counsel to Plaintiffs Thomas Weisel Partners LLC ("TWP") and Thomas Weisel International Private Limited ("TWIPL") (together, "Plaintiffs") in the above-captioned action. I make this declaration upon personal knowledge and, if called upon to testify, could and would testify competently hereto.

2. Attached hereto as Exhibit A is a true and correct copy of relevant excerpts of a certified transcript of a recorded telephone conversation between Pierre Rousseau ("Rousseau") and Praveen Chakravarty ("Chakravarty"). BNP Paribas Securities (Asia) Limited ("BNPP") and BNP Paribas (collectively, BNPP Defendants") produced the recording of this conversation by attaching the audio file to an email sent on August 6, 2009 to counsel for Plaintiffs. On September 21, 2009, an employee of Howard Rice emailed the audio file, as produced by BNPP Defendants, to Veritext, a provider of deposition and litigation services, and requested a certified transcript of the recording. In BNPP's Amended Responses to TWP's First Set of Interrogatories served on December 24, 2009, BNPP verified that this telephone conversation between Pierre Rousseau and Praveen Chakravarty took place on October 3, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of relevant excerpts from the deposition of Praveen Chakravarty ("Chakravarty Deposition"), taken by Plaintiffs on October 9, 2009 in Mumbai, India.

4. Attached hereto as Exhibit C is a true and correct copy of an email discussion beginning on or around September 21, 2007 among Praveen Chakravarty, Pierre Rousseau, and Asad Sultan re "Intro to Praveen," produced by BNPP Defendants in this action and Bates numbered BNP040193-94. Attached hereto as Exhibit C1 is a true and correct copy of a version of this email discussion, produced by BNPP Defendants in this action and Bates numbered BNP 39537-38. Exhibit C was introduced as Exhibit 60 at the Chakravarty

Deposition and Exhibit C-1 as Exhibit 1 at the deposition of Pierre Rousseau. *See* ¶17 & Ex. P at P2-P4, P9-P10, *infra*.

5. Attached hereto as Exhibit D is a true and correct copy of relevant excerpts from the deposition of Pierre Rousseau ("Rousseau Deposition"), taken by Plaintiffs on July 31, 2009 in Hong Kong, China.

6. Attached hereto as Exhibit E is a true and correct copy of an email discussion on October 10-11, 2007 between Praveen Chakravarty and Pierre Rousseau re "Tomorrow," produced by BNPP Defendants in this action and Bates numbered BNP039934-35. This document was introduced as Exhibit 16 at the Rousseau Deposition. *See* ¶17 & Ex. P at P11-P12, *infra*.

7. Attached hereto as Exhibit F is a true and correct copy of an email discussion on or around October 15, 2007 among Jonathan Harris, Pierre Rousseau, and Praveen Chakravarty re "Follow-up," produced by BNPP Defendants in this action and Bates numbered BNP039416. This document was introduced as Exhibit 18 at the Rousseau Deposition. *See* ¶17 & Ex. P at P13-P14, *infra*.

8. Attached hereto as Exhibit G is a true and correct copy of an email discussion on or around October 15, 2007 from Jonathan Harris to various BNPP employees re "Research Opportunity in India," produced by BNPP Defendants in this action and Bates numbered BNP041580, 42393-95, 40758-60. The email attaches an excel spreadsheet entitled "Discovery Research Comp.xls" and a memo entitled "India Opportunities." This document was introduced as Exhibit 2 at the deposition of Hugo Leung ("Leung Deposition"). *See* ¶17 & Ex. P at P18-P19, *infra*.

9. Attached hereto as Exhibit H is a true and correct copy of relevant excerpts from the deposition of Jonathan Harris ("Harris Deposition"), taken via videoconference by Plaintiffs on August 29, 2009. Jonathan Harris was in Hong Kong, China and counsel for Plaintiffs was in San Francisco, California.

10. Attached hereto as Exhibit I is a true and correct copy of an email communication on or around October 15, 2007 among Praveen Chakravarty, Jonathan Harris, and

Pierre Rousseau re "Details," produced by BNPP Defendants in this action and Bates numbered BNP040669-72. The document was introduced as Exhibit 19 at the Rousseau Deposition. *See* ¶17 & Ex. P at P17, *infra*.

11. Attached hereto as Exhibit J is a true and correct copy of an email sent by Praveen Chakravarty to Jonathan Harris on or around October 17, 2007 entitled "Test," produced by BNPP Defendants in this action and Bates numbered BNP040761; BNP141709-11. Exhibit J was introduced as Exhibit 64 at the Chakravarty Deposition, and the document attached hereto as J1, bearing the same Bates range, was introduced as Exhibit 30 at the Harris Deposition. *See* ¶17 & Ex. P at P3, P20, *infra*.

12. Attached hereto as Exhibit K is a true and correct copy of an email discussion on or around October 22, 2007 among Praveen Chakravarty, Amy Wong and Jonathan Harris re "Later this Week," produced by BNPP Defendants in this action and Bates numbered BNP039388-91. The document was introduced as Exhibit 65 at the Chakravarty Deposition. *See* ¶17 & Ex. P at P3, *infra*.

13. Attached hereto as Exhibit L is a true and correct copy of an email discussion on or around October 26 and 27, 2007 among Praveen Chakravarty, Jonathan Harris, and others re "Perks," produced by BNPP Defendants in this action and Bates numbered BNP040886, 40865-70. The document was introduced as Exhibit 38 to the Harris Deposition. *See* ¶17 & Ex. P at P21, *infra*. Attached hereto as Exhibit L1 is a true and correct copy of an email sent by Praveen Chakravarty to Payal Ray and Angelo Pinto on or around October 30, 2007 forwarding Exhibit 38, produced by BNPP Defendants and Bates numbered BNP042582-602ed. Exhibit L1 was introduced as Exhibit 41 at the Harris Deposition. *See* ¶17 & Ex. P at P3, P22-P23, *infra*.

14. Attached hereto as Exhibit M is a true and correct copy of an email on or around November 1, 2007 between Praveen Chakravarty and Jonathan Harris re "Appointment of Abhijit Raha—Head of Institutional Equities and Corporate Finance, India," produced by BNPP Defendants in this action and Bates numbered BNP039983-85. The document was introduced as Exhibit 67 at the Chakravarty Deposition. *See* ¶17 & Ex. P at P3, *infra*.

15. Attached hereto as Exhibit N is a true and correct copy of a document entitled "BNP Paribas Securities (employees from Thomas Weisel)," produced by BNPP Defendants in this action and Bates numbered BNP000001. Also attached hereto as Exhibit N is a true and correct copy of Defendants' Response To Plaintiffs' First Set Of Requests For Admissions admitting that all the employees identified on BNP000001 with one exception accepted employment with BNPP.

16. Attached hereto as Exhibit O is a true and correct copy of a press release by BNPP Defendants entitled "BNP Paribas Securities Asia Launches Onshore Research Platform in India," dated December 6, 2007. The document was introduced as Exhibit 14 at the Rousseau Deposition. *See* ¶17 & Ex. P at P7-P8, *infra*.

17. Attached hereto as Exhibit P is a true and correct copy of relevant excerpts of the Chakravarty Deposition (*see* ¶3, *supra*), Rousseau Deposition (*see* ¶5, *supra*), and Harris Deposition (*see* ¶9, *supra*).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of January, 2010 at San Francisco, California

/s/
Clara J. Shin