1  JOSEPH E. ADDIEGO III (State Bar No. 169522)
   SAM N. DAWOOD (State Bar No. 178862)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California 94111-6533
   Telephone:  (415) 276-6500
4  Facsimile:  (415) 276-6599
   joeaddiego@dwt.com
5
   STEVEN T. COTTREAU (*admitted pro hac vice*)
6  CLIFFORD CHANCE US LLP
   2001 K Street NW
7  Washington, D.C. 20006
   Telephone:  (202) 912-5000
8  Facsimile:  (202) 912-6000
   steve.cottreau@cliffordchance.com
9
   Attorneys for Defendants
10 BNP PARIBAS and BNP PARIBAS
   SECURITIES (ASIA) LIMITED

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company, <br><br> Plaintiffs, <br><br> v. <br><br> BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual, <br><br> Defendants. | Case No. CV-07-06198 MHP <br><br> STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY DEADLINE AND [PROPOSED] ORDER (L.R. 6-2) <br><br> Trial Date: August 17, 2010 |

Pursuant to Civil Local Rule 6-2, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that, if the Court approves, the current discovery deadline in the above-captioned case be extended as set forth below. The stipulation is based on the following:

The current discovery schedule has been set in a series of agreements and court orders. On November 18, 2008, the parties in the above-captioned action filed a Discovery Plan pursuant to Federal Rule of Civil Procedure 26(f) setting forth, among other things, discovery deadlines. On February 9, 2009, the parties appeared for a Status Conference and the Court issued Amended Civil Minutes setting discovery deadlines and a trial date. On June 12, 2009, the Court entered an Order granting the stipulated request of the parties to reset the trial deadlines and trial date in the above-captioned action. On October 5, 2009, the Court entered an Order granting the stipulated request of the parties to reset the discovery deadlines and trial date in the above-captioned action. On January 4, 2010, the Court entered an Order granting the stipulated request of the parties to reset the discovery deadlines and trial date in the above-captioned action. On January 13, 2010, the Court entered an Order granting the stipulated request of the parties to reset the deadline for depositions in the above-captioned action.

The parties have agreed to extend the discovery schedule for the limited purpose of completing the deposition of Thomas W. Weisel. The extension is necessary because the witness is not available at a time convenient for all parties prior to the current deadline for completing depositions.

The parties seek Court approval to further extend the discovery deadline for depositions from February 4, 2010 to March 24, 2010 for the purpose of completing the deposition of Mr. Weisel.

In all other respects, the Court's prior scheduling orders shall remain unchanged.

The parties respectfully request that the Court grant their request.

In accordance with General Order No. 45, Section X regarding signatures, the filer of this document hereby attests that concurrence in the filing of this document was obtained from each of the signatories listed below.

DATED: January 26, 2010       Respectfully,

STEVEN T. COTTREAU
CLIFFORD CHANCE US LLP

SO STIPULATED
By: __/s/ STEVEN T. COTTREAU__
      STEVEN T. COTTREAU

Attorneys for Defendants BNP PARIBAS and BNP PARIBAS SECURITIES (ASIA) LIMITED


RAGESH K. TANGRI
JOHANNA CALABRIA
DURIE TANGRI LLP

SO STIPULATED
By: __/s/ JOHANNA CALABRIA__
      JOHANNA CALABRIA

Attorneys for Defendant PRAVEEN CHAKRAVARTY


GILBERT R. SEROTA
CLARA J. SHIN
MICHAEL L. GALLO
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

SO STIPULATED
By: __/s/ GILBERT R. SEROTA__
      GILBERT R. SEROTA

Attorneys for Plaintiffs THOMAS WEISEL PARTNERS LLC and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED

**ORDER**

Pursuant to stipulation, the foregoing is approved and IT IS SO ORDERED.

DATED: January 27, 2010

_____
THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

