1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | Case No. 3:07-cv-06198-MHP<br><br>**[PROPOSED]** **ORDERING GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Honorable Marilyn Hall Patel<br><br>Trial Date: August 17, 2010 |

[PROPOSED] ORDERING GRANTING DEFS.' ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL / CASE NO. 3:07-cv-06198 MHP

1   The Court has received Defendants BNP Paribas, BNP Paribas Securities (Asia) Limited, and
2   Praveen Chakravarty's Administrative Request to File Documents Under Seal and the Declaration of
3   Johanna Calabria in support of that request, filed May 10, 2010.  Good cause appearing, the motion is
4   GRANTED.
5   IT IS HEREBY ORDERED that the following documents shall be filed under seal:
6   - Exhibits 9, 23, 24 and 29 to the Declaration of Johanna Calabria in Support of Defendants'
7     Motion for Partial Summary Judgment on Plaintiffs' (1) First Claim for Violation of the
8     Computer Fraud and Abuse Act, 18 U.S.C. § 1030 and (2) Second Claim for Trade Secret
9     Misappropriation.

11  SO ORDERED.

13  DATED:  May __11__, 2010



HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDERING GRANTING DEFS.' ADMINISTRATIVE REQUEST TO FILE DOCUMENTS
UNDER SEAL / CASE NO. 3:07-cv-06198 MHP