GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
CLARA J. SHIN (No. 214809)
Email: cshin@howardrice.com
JOHN P. DUCHEMIN (No. 250501)
Email: jduchemin@howardrice.com
HOWARD RICE NEMEROVSKI CANADY FALK
    & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:    415/677-6262

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS LLC AND
THOMAS WEISEL INTERNATIONAL PRIVATE
LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS WEISEL PARTNERS LLC, a Delaware limited liability company, and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED, an Indian company,<br><br>Plaintiffs,<br><br>v.<br><br>BNP PARIBAS, a French corporation, BNP PARIBAS SECURITIES (ASIA) LIMITED, a Hong Kong company, and PRAVEEN CHAKRAVARTY, an individual,<br><br>Defendants. | No. C-07-06198 MHP<br><br>Action Filed:  December 6, 2007<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER           CV-07-06198 MHP

The parties to the above-captioned action, by and through their respective counsel, hereby stipulate to dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its or his own costs and attorneys' fees.

In accordance with General Order No. 45, Section X regarding signatures, the filer of this document hereby attests that concurrence in the filing of this document was obtained from each of the signatories listed below.

DATED: June 30, 2010

GILBERT R. SEROTA
CLARA J. SHIN
JOHN P. DUCHEMIN
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By:     /s/Clara J. Shin
        CLARA J. SHIN

Attorneys for Plaintiffs THOMAS WEISEL PARTNERS LLC and THOMAS WEISEL INTERNATIONAL PRIVATE LIMITED

DATED: June 30, 2010

STEVEN T. COTTREAU
CATHERINE RYLYK
CLIFFORD CHANCE US LLP

By:     /s/Steven T. Cottreau
        STEVEN T. COTTREAU

Attorneys for Defendants BNP PARIBAS and BNP PARIBAS SECURITIES (ASIA) LIMITED

DATED: June 30, 2010

RAGESH K. TANGRI
JOHANNA CALABRIA
DURIE TANGRI LLP

By:     /s/Johanna Calabria
        JOHANNA CALABRIA

Attorneys for Defendant PRAVEEN CHAKRAVARTY

1  **ORDER**

2  IT IS HEREBY ORDERED THAT, pursuant to stipulation, the matter is dismissed with
3  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its or
4  his own costs and attorneys' fees.

5

6  DATED: ___July 1, 2010_____

7  _____
   THE HONORABLE MARILYN H. PATEL
8  UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER        CV-07-06198 MHP

-2-